UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

    UNITED STATES

                    Plaintiff,

        -against-                    – 08-MJ-01697

    AAFIA SIDDIQUI
                    Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Elizabeth M. Fink__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __EF 1635__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __36 Plaza Street, Suite 1G, Brooklyn, NY 11238__

☒ *Telephone Number:* __718-783-3682__

☒ *Fax Number:* __718-783-5853__

☒ *E-Mail Address:* __atticuslex@aol.com__

Dated: __08/25/08__        *Elizabeth M. Fink* (signature)