USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9\4\2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

AAFIA SIDDIQUI,

                Defendant.
----------------------------------------------------------------X

**ORDER**

08 CR. 826 (RMB)

For the reasons stated on the record today, it is hereby ordered that a medical evaluation, including a gynecological examination, of the Defendant be conducted by a female physician.

Dated: New York, New York
        September 4, 2008

                                            _____
                                            RICHARD M. BERMAN, U.S.D.J.