USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/8/08

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

08 cr 826

September 5, 2008

> In light of Ms. Siddiqui's refusal + counsels' arguments re: medical issues, etc. the BOP is directed to perform a psychological exam of MDC of Defendant forthwith + to apprise the Court + counsel of results ASAP.
>
> SO ORDERED:
> Date: 9/8/08
> Richard M. Berman
> **Richard M. Berman, U.S.D.J.**

**By Hand Delivery**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Aafia Siddiqui*
             08 Cr. 826 (RMB)

Dear Judge Berman:

        Yesterday, the Court ordered that the Metropolitan Detention Center ("MDC") arrange for a physical examination of the defendant by a female doctor. Today, a female doctor from the Federal Correctional Center in Otisville traveled to the MDC and attempted to examine the defendant. The Government has been advised that despite the female doctor's extensive efforts, the defendant refused to be examined by her.

        Please let the undersigned know if any additional information is required.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By:    *LaVigne*
        Christopher L. LaVigne
        Assistant United States Attorney
        (212) 637-2325

cc:    Elizabeth Fink, Esq. (by facsimile)