**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        -against-

AAFIA SIDDIQUI,

                        Defendant.
------------------------------------------------------------X

**ORDER**

08 **CR.** 826 (RMB)

For the reasons stated on the record September 4, 2008, in the Government's letter dated September 5, 2008, and in the Court's 9/8/08 memo endorsement, the "psychological exam" ordered by the Court on September 8, 2008 shall include a forensic evaluation conducted at the Metropolitan Detention Center ("MDC").

Dated: New York, New York
        September 9, 2008

                                                    **RICHARD M. BERMAN, U.S.D.J.**