

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 11, 2008

RECEIVED SEP 1 1 2008 RICHARD M. BERMAN U.S.D.J.

**By Hand Delivery**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States* v. *Aafia Siddiqui*
              08 Cr. 826 (RMB)

Dear Judge Berman:

        The Government writes to inform Your Honor that the parties have met and discussed the issues raised during the September 4, 2008 conference. After meeting, both parties request that they be given an additional week to make submissions to Your Honor. Among other things, the parties today received additional medical records of the defendant that need to be reviewed. Accordingly, the parties request that the defendant's submission be due on September 19, 2008, and that the Government's response be due on September 24, 2008. In addition, the parties request that the conference scheduled for September 22, 2008 be moved until September 29, 2008, or at any other time that is convenient for Your Honor.

        The Government also requests that time be excluded from September 22, 2008 until the next conference date that Your Honor sets. The Government submits this exclusion is appropriate for all of the reasons cited by Your Honor at the September 4, 2008 conference, including that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties additional time to address medical issues relating to the defendant, and will allow the Government additional time to continue gathering discovery.

*[Handwritten endorsement:]* Application denied in part + granted in part as follows: defense submission on 9/16/08; gov't submission on 9/19/08; conference moved to 9/23/08 @ 2:00 P.M. (Time excluded under Speedy Trial Act to consider medical issues, etc.)

SO ORDERED:
Date: 9/12/08
Richard M. Berman, U.S.D.J.

The Honorable Richard M. Berman
September 11, 2008
Page 2

       I have spoken with Elizabeth Fink, Esq., counsel for the defendant, who consents to the Government's request to exclude time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant United States Attorney
(212) 637-2325

cc:    Elizabeth Fink, Esq. (by facsimile)