

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



9/12/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2008

**By Hand Delivery**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Clerk may docket this letter under 08 Cr 826.
>
> **SO ORDERED:**
> **Date:** 9/12/08
> Richard M. Berman
> **Richard M. Berman, U.S.D.J.**

Re:   *United States v. Aafia Siddiqui*,
      08 Cr. 826 (RMB)
      *United States v. Uzair Paracha*,
      03 Cr. 1197 (SHS)

Dear Judge Berman and Judge Stein:

      The Government respectfully submits this letter to bring to Your Honors' attention potential overlap in the cases of *United States v. Aafia Siddiqui*, 08 Cr. 826 (RMB), which was assigned to Judge Berman last week, and *United States v. Uzair Paracha*, 03 Cr. 1197 (SHS), which was tried before Judge Stein in 2005. Siddiqui is an unindicted co-conspirator in the conspiracy for which Paracha was convicted. The Government continues to investigate Siddiqui's conduct with respect to that conspiracy, but the current charges against her — attempted murder of United States nationals, officers and employees, among other counts — are not related to the conspiracy at issue in *Paracha*.



Honorable Richard M. Berman
Honorable Sidney H. Stein
September 11, 2008

       We are, of course, ready to provide any additional information that Your Honors may require.

       Respectfully submitted,

       MICHAEL J. GARCIA
       United States Attorney

By:   */s/ Christopher L. LaVigne*

       Christopher L. LaVigne
       Assistant United States Attorney
       (212) 637-2325

cc:    Elizabeth Fink, Esq. (by facsimile)