# LAW OFFICE OF ELIZABETH M. FINK
36 PLAZA STREET • BROOKLYN, NEW YORK 11238
(718) 783-3682 • FAX (718) 783-5853 • WWW.FKOLAW.COM

Sarah Kunstler
Gideon Orion Oliver
Of Counsel

September 23, 2008

BY HAND DELIVERY

~~EX PARTE~~

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:  **U.S. v. Aafia Siddiqui**
       08 Cr. 826

> Application to submit interim bills is granted.
>
> SO ORDERED
> Date: 9/24/08
> Richard M. Berman, U.S.D.J.

Dear Judge Berman,

   I am writing to respectfully request the Court's permission to file an interim voucher in the above-captioned case.

   Since my appointment as CJA counsel for Dr. Siddiqui on August 5, 2008, the case has absorbed the resources of my practice, and required the help of my two associates and the assistance of a paralegal.

   Over the past few weeks, I have referred the majority of my retained cases to other attorneys. Dr. Siddiqui's case raises complex international law and human rights issues and has generated tremendous national and international attention.

   From conducting legal research, to communicating daily with the Bureau of Prisons, to updating Dr. Siddiqui's family on her health condition, to fielding hundreds of telephone calls from press, human rights organizations, and individual supporters, my associates and I have already spent hundreds of hours working on this case. Therefore we ask that this Court grant us the right to file for interim fees.

Hon. Richard M. Berman
September 23, 2008
Page 2 of 2

Thank you for your kind consideration in this matter.

Respectfully yours,

*Elizabeth M. Fink*

Elizabeth M. Fink
Attorney for Aafia Siddiqui