USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**

      -against-                                     08 **CR.** 826 (RMB)

AAFIA SIDDIQUI,

                    Defendant.
------------------------------------------------------------X

Upon the record of these proceedings, including without limitation, prior conferences, submissions of counsel, Court orders, and counsels' request for a competency determination; and the Court having considered various options proposed by counsel; it is

ORDERED that a hearing will be conducted to determine whether AAFIA SIDDIQUI, the defendant, is medically fit **and** mentally competent to understand the nature and consequences of the proceedings against her or to assist properly in her defense, pursuant to 18 U.S.C. §§ 4241(a) and (c), on or before December 17, 2008 at 10:00 a.m. and it is further

ORDERED that prior to the hearing, a complete medical assessment (and appropriate medical treatment) at a United States Bureau of Prisons medical facility shall be conducted and shall also include a psychiatric and/or psychological examination (and appropriate mental health treatment) of the defendant for a period of 30 days, in order to evaluate whether SIDDIQUI is medically fit and mentally competent to stand trial, i.e., to understand the nature and consequences of the proceedings against her and to assist properly in her defense and at trial, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), and it is further

1

ORDERED that the Court directs that the facility at which defendant is treated and evaluated shall be one that has the resources to treat the medical and psychological needs of defendant; and it is further

ORDERED that written reports concerning the results of these examinations shall be filed forthwith with the Court, with copies provided to Elizabeth M. Fink, Esq., counsel for the defendant, and to Assistant United States Attorneys David Raskin and Christopher L. LaVigne, attorneys for the Government, pursuant to 18 U.S.C. §§ 4241(b) and 4247(c), and it is further

ORDERED that, following the filing of said reports, the defendant, shall be returned to this Court, on or before December 17, 2008 at 10:00 a.m., for further proceedings consistent with 18 U.S.C. §§ 4241(c) and 4247(d), and it is further

ORDERED that, the United States Marshals Service shall transport defendant to the facility where she will be examined as soon as practicable and return her to this Court as soon as practicable; and it is further

ORDERED that time will be excluded from speedy trial calculations under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(1)(H), from the date of this Order until a determination of AAFIA SIDDIQUI's competency under 18 U.S.C. §§ 4241 and 4247 is rendered by the Court.

Dated: New York, New York
October 1, 2008

_____
**RICHARD M. BERMAN, U.S.D.J.**