USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/08_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-

08 **CR.** 826 (RMB)

AAFIA SIDDIQUI,

                          Defendant.
-------------------------------------------------------------X

Both defense counsel and the government have requested that a competency exam of

Defendant be conducted as soon as possible and the Court has ordered such an exam along with

medical and psychological services. See Order dated October 1, 2008. In the (hopefully

unlikely) event that Defendant refuses to comply with the rules or procedures of the United

States Marshals Service or the Bureau of Prisons with regard to transport from the Metropolitan

Detention Center in Brooklyn to the medical facility designated to conduct a competency exam,

the Marshals Service and the Bureau of Prisons may use such force as is reasonably necessary to

transfer the Defendant to and from such medical facility in a safe manner (with medical

assistance) and to ensure that her medical and psychological needs are evaluated and met.

Dated: New York, New York
       October 2, 2008

                                    _____
                                    **RICHARD M. BERMAN, U.S.D.J.**