UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



ADMINISTRATIVE
ORDER

08 CR. 826 (RMB)

-against-

AAFIA SIDDIQUI,

                              Defendant.
------------------------------------------------------------X

Pursuant to the Court's Order, dated October 1, 2008, Ms. Siddiqui was transferred to Federal Medical Center ("FMC") Carswell in Fort Worth, Texas on October 2, 2008. FMC Carswell provides specialized medical and mental health services to females.

The contact information for FMC Carswell is attached.

Dated: New York, New York
        October 6, 2008

                                      *RMB*
                            RICHARD M. BERMAN, U.S.D.J.

# FMC Carswell

The Federal Medical Center (FMC) Carswell in Fort Worth, Texas, provides specialized medical and mental health services to female offenders.

FMC Carswell is located in the northeast corner of the Naval Air Station, Joint Reserve Base, in Fort Worth.

**Judicial District**: Northern Texas



### Inmate Mail/Parcels

Do not send funds to this address; for more information go to the Inmate Money page. Use this address when sending correspondence and parcels to inmates confined at this facility.

**INMATE NAME & REGISTER NUMBER**
FMC CARSWELL
FEDERAL MEDICAL CENTER
P.O. BOX 27137
FORT WORTH, TX 76127

### Inmate Mail/Parcels - Camp

Do not send funds to this address; for more information go to the Inmate Money page. Use this address when sending correspondence and parcels to inmates confined at this camp.

**INMATE NAME & REGISTER NUMBER**
FMC CARSWELL
SATELLITE CAMP
P.O. BOX 27137
FORT WORTH, TX 76127

**Physical Address (Do not use for mail unless it is the same as the mailing address listed.)**

Use this address for in-person visits.

FMC CARSWELL
FEDERAL MEDICAL CENTER
NAVAL AIR STATION
J ST BLDG 3000
FORT WORTH, TX 76127
MapQuest® Map and Directions[1]

Phone: 817-782-4000