UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

ADMINISTRATIVE ORDER

-against-

08 CR. 826 (RMB)

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------------X

In the event there is any uncertainty on the following subjects, the Court advises as follows:

1- Defendant, Aafia Siddiqui, as all defendants, may be represented by Court appointed counsel (if they submit an affidavit of need which she has done) **or** may hire other counsel of her choice as long as such counsel is admitted to practice in the Southern District of New York. See Transcript of proceedings held on September 4, 2008 at 6:3-4 ("[Aafia Siddiqui] is entitled to select whomever she wishes to have as counsel."). Ms. Fink, a member of the CJA panel, was appointed for Ms. Siddiqui in the Magistrates Part on August 5, 2008.

2- Visitation has never been denied to Ms. Siddiqui either in New York or Texas and is always permitted in accordance with the rules and regulations of the Bureau of Prisons.

3- The psychological exam currently in progress was specifically requested by Ms. Siddiqui's own defense counsel (See Letter dated September 22, 2008 from Ms.Fink) and by the Assistant United States Attorneys (See Letter dated September 19, 2008 from Mr. Raskin and Mr. LaVigne). It was, thereafter, authorized by the Court (See Order dated October 1, 2008).

Dated: New York, New York
        October 15, 2008



RICHARD M. BERMAN, U.S.D.J.