UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



ADMINISTRATIVE ORDER

-against-

08 CR. 826 (RMB)

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------------X

The Court is distributing to counsel a forensic evaluation marked "confidential" and dated November 6, 2008 from FMC Carswell, Texas mental health personnel with respect to Aafia Siddiqui ("Evaluation"). The Evaluation, which is being filed under seal, concludes that "Ms. Siddiqui is not currently competent to proceed as a result of her mental disease, which renders her unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense." Evaluation at 8.

The Court would like counsel to be prepared to discuss this Evaluation and proposed next steps at the conference scheduled for Wednesday, November 19, 2008 at 10:00 a.m., including, without limitation the use of medication as "a medically appropriate treatment for Ms. Siddiqui's depressive symptomology." Evaluation at 7. Counsel may submit any written submissions (with citations) on or before November 18, 2008 at 3:00 p.m..

Dated: New York, New York
       November 17, 2008

                                                  _____
                                                  RICHARD M. BERMAN, U.S.D.J.