UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

    -v.- : 08 Cr. 826 (RMB)

AAFIA SIDDIQUI, : <u>Limited Unsealing Order</u>

:

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - x

11/19/2008

    Upon the application of the United States of America, by and through its counsel, Michael J. Garcia, United States Attorney for the Southern District of New York, and Christopher L. LaVigne, Assistant United States Attorney, and with the consent of Elizabeth M. Fink, counsel for the defendant, it is hereby ORDERED that the following documents may be unsealed for the limited purpose of disclosure by the Government and/or defense counsel to forensic psychiatrists and clinicians assisting the Government and/or defense counsel in determining issues relating to the defendant's competency:

    1. The forensic evaluation (the "Evaluation") dated November 6, 2008 from FMC Carswell, Texas; and

2. Any documents or information referenced in the Evaluation.

SO ORDERED

_____
RICHARD M. BERMAN
United States District Judge

Dated:   New York, New York
         November 19, 2008