```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA             :

         -v.-                        :    08 Cr. 826 (RMB)

AAFIA SIDDIQUI,                      :    Order
                                          As Amended
              Defendant.             :
- - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/24/08

WHEREAS, on October 1, 2008, this Court ordered that a hearing will be conducted to determine whether AAFIA SIDDIQUI, the defendant, is medically fit and mentally competent to understand the nature and consequences of the proceedings against her or to assist properly in her defense, pursuant to 18 U.S.C. §§ 4241(a) and (c);

WHEREAS, AAFIA SIDDIQUI, the defendant, was subsequently transferred to the Federal Medical Center in Carswell, Texas ("FMC Carswell"), for purposes of psychiatric and/or psychological examination (and appropriate medical and mental health treatment), pursuant to 18 U.S.C. §§ 4241(b) and 4247(b);

WHEREAS, a forensic evaluation concerning the results of FMC Carswell's examination of AAFIA SIDDIQUI, the defendant, was prepared on November 6, 2008, pursuant to 18 U.S.C. §§ 4241(b) and 4247(c);

WHEREAS, the Government and defense counsel have both retained mental health professionals (the "Mental Health Professionals") in order to conduct additional psychiatric analyses and evaluations (the "Evaluations") of AAFIA SIDDIQUI,

the defendant, for purposes of the pending proceedings relating to AAFIA SIDDIQUI's competence; subject to the rules and regulations of the U.S. Bureau of Prisons and upon adequate notice to and approval of the Wardens of FMC Carswell and the MDC Brooklyn

The following is hereby ORDERED:

1. The Mental Health Professionals shall be permitted access to FMC Carswell and the Metropolitan Detention Center in Brooklyn, New York ("MDC Brooklyn") for purposes of conducting the Evaluations;

2. The Mental Health Professionals shall be permitted to interview AAFIA SIDDIQUI, the defendant, for purposes of the Evaluations;

3. The Mental Health Professionals shall be permitted to interview any other individuals at FMC Carswell and MDC Brooklyn relating to the competence and mental health treatment of AAFIA SIDDIQUI, the defendant, for purposes of the Evaluations;

4. The Mental Health Professionals shall be permitted to review, inspect, and/or copy any documentation or information at FMC Carswell and MDC Brooklyn relating to the competence of AAFIA SIDDIQUI, the defendant, for purposes of conducting the Evaluations;

5. The Mental Health Professionals are permitted to discuss the Evaluations with the Government, the Court, defense counsel, and treating or examining psychiatrists, psychologists, or mental health staff at FMC Carswell and MDC Brooklyn; and

6. Any reports (the "Reports") generated by the

Mental Health Professionals are confidential and may only be shared with the Government, the Court, defense counsel, and treating or examining psychiatrists and psychologists, and the Wardens at FMC Carswell and MDC Brooklyn.

The Reports shall be submitted to the Court under seal, until further Order of the Court.

SO ORDERED

*/s/ Richard M. Berman*

RICHARD M. BERMAN
United States District Judge

12/23/08

Dated:   New York, New York
         December 23, 2008