UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　**NOTICE OF APPEARANCE**

AAFIA SIDDIQUI,　　　　　　　　　　　　08 Cr. 826 (RMB)

                Defendant.
--------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Aafia Siddiqui. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 20, 2009

                                /s/
                        _____
                        Dawn M. Cardi (DC 3508)

Dawn M. Cardi & Associates
Two Park Avenue, 19th Floor
New York, NY 10016
212/481-7770 (phone)
212/684-3008 (fax)
cardiesq@aol.com (email)