UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Government,                    08 CR.826 (RMB)

       -against-                            **ORDER**

AAFIA SIDDIQUI,

                    Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Effective February 23, 2009, C.J.A. attorney Dawn Cardi is appointed as counsel for the Defendant.

Dated: New York, New York
      February 23, 2009

                                                                       /s/ RMB

                                              Hon. Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 02.24.09