**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

               Government,

    -against-

AAFIA SIDDIQUI,

               Defendant.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/26/09

08 Cr. 826 (RMB)

**ORDER**

       The parties having appeared before the Court on March 26, 2009, the Court directs the following:

1) The next status conference with counsel will be held on April 28, 2009 at 10:00 a.m.;

2) Defense forensic evaluation to be submitted on or before May 26, 2009;

3) A competency hearing is scheduled for June 1, 2009 at 9:00 a.m.; and

4) Trial of this action is scheduled to begin on July 6, 2009.

       Counsel are to "meet and confer" regarding pre-hearing submissions, procedures for the competency hearing (e.g., reports in lieu of direct testimony), etc.

       The U.S. Marshal Service will be directed to produce the Defendant in Court in connection with the competency hearing and trial of this matter.

**SO ORDERED.**

Dated: New York, New York
      March 26, 2009

                                    **Richard M. Berman, U.S.D.J.**