U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

p2

April 22, 2009

**By Hand**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED APR 22 2009 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04.23.09

Re: **United States v. Aafia Siddiqui**
    08 Cr. 826 (RMB)

Dear Judge Berman:

In advance of the April 28, 2009 conference, the parties have met and conferred regarding several scheduling matters and have a proposed timetable for Your Honor's consideration. Although Your Honor previously set a competency hearing date of June 1, 2009 and a trial date of July 6, 2009, the parties believe that additional time is warranted for a number of reasons.

First, defense counsel recently retained a forensic psychiatrist, who began his evaluation of the defendant on or about April 13, 2009. Defense counsel expects that this psychiatrist will be able to complete a report no sooner than 60 days from this date, or June 15, 2009. The Government's psychiatrists will need sufficient time (at least 4-6 weeks) to review this report and to conduct any follow-up interviews or evaluations prior to any competency hearing being held in this matter. In addition, it is unclear how such a hearing will proceed – whether by argument based on submissions or witness testimony – until defense counsel's evaluation is complete. Assuming the hearing will entail calling witnesses, the parties believe such a hearing will last approximately one week, and the parties have scheduling conflicts the last two weeks in July and the first two weeks in August. The parties, therefore, jointly propose that a competency hearing be held, if necessary, during the week of August 17, 2009.

Second, defense counsel anticipates making motions in this case, which may require extensive briefing and possibly a hearing. In addition, there likely will be a number of motions *in limine* filed in this case, the early resolution of which will expedite the trial. Lastly, given that a number of Government witnesses are members of the United States armed forces and/or located overseas, the Government needs sufficient time to arrange for their transport to the United States for trial preparation and testimony.

Accordingly, the parties propose the following schedule for Your Honor's consideration: (1) June 15, 2009 deadline for submission of defense psychiatric report; (2) August 17, 2009 competency hearing; (3) September 3, 2009 deadline for defense motions, with September 24, 2009 response from the Government and October 1, 2009 reply from defense counsel; and (5) November 30, 2009 trial date. The parties will submit requests to charge and any motions *in limine* at an agreed upon time prior to the trial date.

The parties can provide additional information to the Court at the April 28, 2009 conference. Please contact the undersigned with any additional questions.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

By: _____
David Raskin
Christopher L. LaVigne
Assistant United States Attorneys
(212) 637-2635/2325

cc: Dawn Cardi, Esq. (by facsimile)



Before the 4/28 conference, counsel need to meet & confer to shorten time frames appreciably.

SO ORDERED:
Date: 4/24/09
Richard M. Berman, U.S.D.J.