**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
UNITED STATES OF AMERICA,



## SCHEDULING ORDER

        -against-                      08 CR. 826 (RMB)

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------X

The following sets forth the schedule in this matter as established at today's conference. See Transcript of proceedings held on April 28, 2009.

    i- any written FMC Carswell update to be filed by 5/11/09;

    ii- Defense report (forensic evaluation) to be filed by 6/22/09;

    iii- Direct testimony/affidavits to be filed by 6/22/09 (affidavits not to exceed 10 pages in length); parties may submit expert's reports in lieu of affidavits;

    iv- Schedule indicating length of time (in minutes) of cross examination and redirect examination to be submitted to the Court by 6/29/09;

    v- Competency hearing to be held on 7/6/09 at 9:00 a.m. (Ms. Siddiqui to be present);

    vi- Post hearing findings of fact and conclusions of law simultaneously to be served and filed by 7/20/09;

    vii- Defense motion (suppression, etc. i.e., including all arguments) to be served and filed by 8/21/09. See Court's rules re: page limits;

    viii- Government response to be served and filed by 9/4/09. See Court's rules re: page limits;

    ix- Defense reply to be served and filed by 9/11/09. See Court's rules re: page limits;

x- Conference/ruling on Defense motion 9/17/09 at 2:00 pm;

xi- Joint jury charges, joint verdict sheet, and any motions in limine to be served and filed by 9/28/09;

xii- Responses to motions in limine to be served and filed by 10/5/09;

xiii- Trial, if one is needed, to begin 10/19/09 at 9:00 a.m.

Dated: New York, New York
April 28, 2009

_____
RICHARD M. BERMAN, U.S.D.J.