

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**✱ MEMO ENDORSED** June 29, 2009



RECEIVED JUN 29 2009 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

By Hand

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/09

Re: United States v. Aafia Siddiqui,
08 Cr. 826 (RMB)

Dear Judge Berman:

The Government writes to inform the Court of each party's proposed schedule for witness examinations at the July 6, 2009 competency hearing.

The Government requests two hours to conduct its cross examination of Dr. Kucharski; one hour for re-direct examination of Dr. Johnson; and one hour for re-direct examination of Dr. Saathoff. We hope that the re-direct examinations will be far shorter, but that will depend on the length and scope of cross-examination. } Denied

The defense has advised that they need five hours for cross-examination of Dr. Johnson; five hours for cross-examination of Dr. Saathoff; and two hours for re-direct examination of Dr. Kucharski.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

By: _____
David Raskin
Christopher L. LaVigne
Assistant U.S. Attorneys
(212) 637-2635/2325

Cross examination of up to 45 minutes per witness; redirect of up to 15 minutes per witness. Defense witnesses go first followed by gov't witnesses. Have your witnesses available so there are no breaks.

cc: Dawn M. Cardi, Esq.

SO ORDERED:
Date: 6/29/09  Richard M. Berman
Richard M. Berman, U.S.D.J.