[THIS IS A HIGHLY CONFIDENTIAL LETTER AND BY NO MEANS A PUBLIC LETTER]

To all Americans loyal to the USA: This comes from someone the ignorant among you may consider to be their "enemy" based on the propaganda put forth by the Zionist-controlled US media. I am someone who spent ~12 years in the US and am grateful to the US for my college education, that, with God's Will, has allowed me to be able to analyze things and see them for what they are. Plus the years spent in a prison controlled by the "Americans" (of the kind that control the US media and the US money (who are most of the lawyers and doctors?) and the foreign policy (who are the controllers of think-tanks? and key position-holders or advisors in this regard?) — of the kind that are kidnapping people from overseas (with children and even babies!), torturing them directly and using their little children as a tool of torture — or — simply brainwashing simple-minded youth by pretending to be religious scholars and giving anti-American verdicts... all this in an attempt to make them say/do/write something that can be used to foment war between the US and their otherwise allies ( such as the people of Pakistan and most other Muslim countries in the middle-east )... This is true! I am a first-hand witness/victim to this horrible game.! It is the sheer favor of my and your one GOD, and none other, that I am still "around" and able to write this. Perhaps God wants me to pay back to America something good in terms of saving American lives — thousands of them — to show my gratitude for my education ...

Sadly, their double-agents, who are abundant within the US intelligence agencies, manipulate the truly loyal Americans into actually believing that their real enemies are those locked up in guantanamo, Abu Ghuraib, Bagram, and other such places or are those innocent illiterate people being bombarded day in and day out by the USA! Obviously, such things will then create enemies — new ones — for the US... and so the war will go on, with INNOCENT LIVES BEING LOST ON BOTH SIDES! Think! Dear intelligent Americans! Who is "gaining" (Answer = ISRAEL + INDIA) from the loss of thousands of precious lives of your soldiers?. All that the US has "gained" from this exercise is: more numerous and new enemies + drastic economic problems. Remember: the USSR and UK both crumbled to pieces due to war in exactly the same region that the USA has been & dragged into — and the USA is heading towards

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/7/09

the same fate. The US economy CANNOT handle more wars, especially wars designed to "benefit" Israel at the expense of the very existence of the USA. Study the history of the Jews: they have always back-stabbed everyone who has taken pity on them and made the "fatal" error of giving them shelter. This was the "crime" of the Arabs of Palestine and this is the "crime" of the USA — and it is this cruel, ungrateful back-stabbing of the Jews that caused them to be mercilessly expelled from wherever they gain strength. This is why "holocausts" keep happening to them repeatedly! If they would only learn to be grateful and change their behaviour!! But they will not! And history will repeat itself, as it always does!

And the "crime" of the author of these lines is that, after realizing how she had been caught in the above-mentioned "game" of the Israeli-Indian-Russian alliance... when she saw what was really going on, and how the good Americans were being manipulated (she has tons of proofs), she started saying the above things to some good fair-minded loyal Americans (e.g. Angela from the US agency (FBI?) that was interrogating her)... She had (and still has) very good ideas on how a practical, durable and much-needed peace can be made for ten years between the USA and the Pak-Afghan region. But how could those who want war bear this? So she was brought to the "neo-Israel" (NY)... No, she never shot any soldiers, (or anyone for that matter) and no, she never said she wanted to do any of the lies they have drummed up against her. None of this makes any sense to her — ALL LIES! She wants to clarify some issues to help the FBI agents working on her case, but these same elements are not allowing her to talk to them (for obvious reasons!). → (you can ask Mrs. Francis from SIS, but please don't talk to her in any office here) Anyways! She is NOT asking for anything i.e. a personal favor, but asks who first receives this letter to be very careful with it — for their own sake. ["coincidentally" Mr. Roerick got transferred suddenly in the same week, 'in our unit' after he was informed of two Anti-American Israeli spies/agents, whose (some) anti-American activities were proven based on what they themselves said & did... & so Mr. Roerick was out (.)]. These people also kill without any mercy! Since these people have fair skin and often pretend to be Christians, it may be safest to share the contents of this letter only with loyal Afro-African-Americans & Hispanics and un-officially. (Obama) somehow or get it directly to the president, as he is the one who really needs to know! Thank You. God Bless You.

-2-

MED000000171

> Dismiss on consent.
>
> SO ORDERED:
> Date: 7/7/09
> Richard M. Berman, U.S.D.J.