# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

**RECEIVED JUL 17 2009 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/09

July 16, 2009

**No extension sorry.**

SO ORDERED:
Date: 7/13/09   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

BY HAND
Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: United States v. Aafia Siddiqui

Dear Justice Berman:

As the Court may or may not know, we did not receive the transcript for the hearing until last Friday, July 10th in the afternoon despite our immediate order for an expedited copy. While Mr. Edgar and I have worked diligently in order to meet the timetable, the delay of three days has substantially impacted our ability to complete the Findings of Fact and Conclusions of Law by July 20, 2009.

The transcripts, reports, and exhibits are voluminous and we think the representation of our client will be impaired if we do not have additional time to prepare our submission. We have not conferred with the government regarding this request for additional time but we see no reason why they would object as they would be the beneficiaries of such an adjournment too.

We respectfully request that this court grant a modest one-week extension to July 27, 2009, for the post-hearing submission. Please note that this request for an adjournment will in no manner impact the timetable for defense motions should this Court find our client competent to stand trial.

Respectfully submitted,

Dawn M. Cardi

**MEMO ENDORSED**

DMC/mb
cc: AUSA Christopher LaVigne