UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff               08 CR. 826 (RMB)

      -against-               **MOTION TO ADMIT COUNSEL PRO HAC VICE**

AAFIA SIDDIQUI,

               Defendant.

--------------------------------------------------------X

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chris Georgoulis, a member in good standing of the bar of this Court, hereby move for the entry of an Order allowing the admission pro hac vice of :

| | |
|---|---|
| Applicant's Name: | Linda Moreno |
| Firm Name: | Linda Moreno P.A. |
| Address: | P.O. Box 10985 |
| City/State/Zip: | Tampa, Florida 33679 |
| Phone Number: | (813) 247-4500 |
| Fax Number: | (813) 386-6211 |

Linda Moreno is a member in good standing of The Florida Bar and a certificate form the Supreme Court of the State of Florida is attached hereto, which verifies she is a member in good standing and not presently under either administrative or disciplinary suspension or proceedings in any State or Federal court, and that no disciplinary action involving professional misconduct has been taken against her law license.

Dated: 11 August 2009
New York, New York

Respectfully submitted.

Chris Georgoulis, Esquire
SDNY Bar CG 5094

1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 112283
Linda Gail Moreno
P.O. Box 10985
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on June 27, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 24th day of July, 2009.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/EC:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

            Plaintiff            08 CR. 826 (RMB)

      -against-           **AFFIDAVIT OF CHRIS GEORGOULIS**
                                     **IN SUPPORT OF MOTION TO ADMIT**
                                       **COUNSEL LINDA MORENO**
AAFIA SIDDIQUI,             **PRO HAC VICE**

            Defendant.

-------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK )

    **Chris Georgoulis,** being duly sworn, deposes and says:

    1. I submit this affidavit in support of my motion to admit Linda Moreno as pro hac vice counsel in the matter of *United States vs. Aafia Siddiqui*.

    2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in April, 1980. I am also admitted to the Bar of the United States District Court for the Southern District of New York in July 15, 1983, and am in good standing with this Court.

    3. I have known Linda Moreno since 1976.

    4. I have found Ms. Moreno to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Ms. Moreno has been counsel of record in a number of national

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff                      08 CR. 826 (RMB)

            -against-                **ORDER FOR ADMISSION**
                                                     **PRO HAC VICE**

AAFIA SIDDIQUI,

                Defendant.

-------------------------------------------------------X

       The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Linda Moreno is permitted to argue or try this particular case in whole or in part as Counsel for AAFIA SIDDIQUI.

       This Order confirms your appearance as Counsel in this case and it will be entered on to the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

       The attorney admitted pro hac vice must serve a copy of this Order on all counsel in this case.

Dated:   August 2009
            New York, New York
                                                  _____
                                                  Hon. Richard M. Berman
                                                  United States District Judge
                                                  For Southern District of New York