UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

       – against –

AAFIA SIDDIQUI,

                Defendant.

---------------------------------------------------------------x

No. 1:08-CR-00826(RMB)

MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joshua L. Dratel, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Charles Swift |
| Firm Name: | Swift & McDonald, P.S. |
| Address: | 2003 Western Avenue, Suite 330 |
| City/State/Zip: | Seattle, WA 98121 |
| Telephone Number: | (206) 441-3377 |
| Fax Number: | (206) 448-2252 |
| Email Address: | cswift@prolegaldefense.com |

who is a member in good standing of the Bar of the State of North Carolina. There are no pending disciplinary proceeding against Charles Swift, in any State or Federal court.

Dated:      August 11, 2009
            New York, New York

                            Respectfully submitted,

                            Joshua L. Dratel (jd-4037)
                            Law Offices of Joshua L. Dratel, P.C.
                            2 Wall St., 3rd Floor
                            New York, New York 10005
                            (212) 732-0707
                            (212) 571-3792

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: No. 1:08-CR-00826(RMB)
UNITED STATES OF AMERICA, :
: AFFIDAVIT OF
Plaintiff, : JOSHUA L. DRATEL IN
: SUPPORT OF MOTION
– against – : TO ADMIT COUNSEL
: *PRO HAC VICE*
AAFIA SIDDIQUI, :
:
Defendant. :
:
---------------------------------------------------------------x

State of New York  )
                   )  ss:
County of New York )

Joshua L. Dratel, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the Law Offices of Joshua L. Dratel, P.C. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Charles Swift, as counsel *pro hac vice* to represent Defendant AAFIA SIDDIQUI in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 22, 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Charles Swift since January 2004.

4. Mr. Swift is an attorney at Swift & McDonald, P.S., in Seattle, Washington.

5. I have worked together with Mr. Swift on cases in trial and appellate courts.

6. I have found Mr. Swift to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure and the Local

Rules of this Court.

6. Accordingly, I am pleased to move the admission of Charles Swift, *pro hac vice*.

7. Attached hereto as Exhibit 1 is a true and original certificate of good standing for Charles Swift, from the state of North Carolina, issued within 30 days and where Mr. Swift is a member in good standing.

8. I respectfully submit a proposed order granting the admission of Charles Swift, *pro hac vice*, which is attached hereto as Exhibit 2.

WHEREFORE it is respectfully requested that the motion to admit Charles Swift, *pro hac vice*, to represent Defendant AAFIA SIDDIQUI in the above-captioned matter, be granted.

Dated:   August 11, 2009
         New York, New York

                                                    Respectfully submitted,

                                                    Joshua L. Dratel (jd-4037)

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that ___Mr. Charles D. Swift  (21084)___ was licensed to practice law by the State of North Carolina on August 26, 1994. Said lawyer is presently eligible to practice law in North Carolina and, therefore, in good standing with the North Carolina State Bar. This certificate has no reference to delinquent membership obligations, prior discipline, or any disciplinary charges or grievances that may be pending.

Given over my hand and the Seal of the North Carolina State Bar, this ___31st___ day of ___July___, ___2009___.

*[signature]*

Secretary of the North Carolina State Bar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :   No. 1:08-CR-00826(RMB)

UNITED STATES OF AMERICA,          :

                                                  :   ORDER FOR ADMISSION
                                                  :   *PRO HAC VICE*
                Plaintiff,                     :   ON WRITTEN MOTION

          – *against* –                 :

AAFIA SIDDIQUI,                     :

                Defendant.               :

------------------------------------------------------------x

Upon the motion of Joshua L. Dratel, Esq., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Charles Swift |
| Firm Name: | Swift & McDonald, P.S. |
| Address: | 2003 Western Avenue, Suite 330 |
| City/State/Zip: | Seattle, WA 98121 |
| Telephone Number: | (206) 441-3377 |
| Fax Number: | (206) 448-2252 |
| Email Address: | cswift@prolegaldefense.com |

is admitted to practice *pro hac vice* as counsel for AAFIA SIDDIQUI in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
      New York, New York

                                                                           _____
                                                                           Richard M. Berman
                                                                           United States District Judge

# Certificate of Service

STATE OF NEW YORK,   )
                     : ss
COUNTY OF NEW YORK   )

Lindsay Lewis, being sworn says:

I am not a party to the action, am over 18 years of age and am employed by The Law Offices of Joshua L. Dratel, P.C., 2 Wall Street, Third Floor, New York, New York 10005.

On August 11, 2009, I served the annexed *Motion to Admit Counsel Pro Hac Vice*, by delivering by United States mail a copy of the same to the persons at the address indicated below:

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| **Christopher La Vigne** | **Dawn Marcella Cardi**, Esq. |
| United States Attorney | **Chad Lathrop Edgar**, Esq. |
| 1 St. Andrews Plaza | Dawn M. Cardi & Associates |
| New York, NY 10007 | 2 Park Avenue, 19th Floor |
| | New York, NY 10016 |

_____
Lindsay Lewis

Sworn to before me on August 11, 2009

_____

STEVEN D. WRIGHT
NOTARY PUBLIC, State of New York
No. 01WR6016067
Qualified in New York County
Commission Expires Dec. 28, 20__

## Certificate of Service

STATE OF NEW YORK,       )
                                              : ss
COUNTY OF NEW YORK  )

Lindsay Lewis, being sworn says:

I am not a party to the action, am over 18 years of age and am employed by The Law Offices of Joshua L. Dratel, P.C., 2 Wall Street, Third Floor, New York, New York 10005.

On August 11, 2009, I served the annexed *Notice of Appearance*, by delivering by United States mail a copy of the same to the persons at the address indicated below:

*Counsel for Plaintiff*
**Christopher La Vigne**
United States Attorney
1 St. Andrews Plaza
New York, NY 10007

*Counsel for Defendant*
**Dawn Marcella Cardi**, **Esq.**
**Chad Lathrop Edgar, Esq.**
Dawn M. Cardi & Associates
2 Park Avenue, 19th Floor
New York , NY 10016

_____
Lindsay Lewis

Sworn to before me on August 11, 2009

_____

STEVEN D. WRIGHT
NOTARY PUBLIC, State of New York
No. 01WR6018067
Qualified in New York County
Commission Expires Dec. 20, 20__ / 0