الحمد لله - والصلوة والسلام على رسول الله - أعوذ بالله من الشيطان الرجيم - بسم الله الرحمن الرحيم.

08cr826

**MEMO ENDORSED** 1 of 2
P.3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8-18-09

Respected Mr. Bermann,

God has ~~chosen~~ ~~his~~ reasons ~~to have~~ hope that you may understand the following. He is The One who has blessed you with a superior degree of intelligence and other good qualities that He knows best about, and I hope WISDOM is one of them. Please consider what I write here carefully, and I pray God guides us all to the best course of action.

Firstly, I am NOT inherently against Israelis or Israel or any other country or people for that matter. I have had to, in the recent past, expose some of what some Zionists were doing for simple self-defense reasons on my part, but if I state them, then I may be labelled as some mental?, so I will hold off - but that does not change the facts.

I have studied and lived in facilities owned or run by Israeli-Americans for years. I never said or did anything negative about Israel or Israelis and certainly not about Jewish people or Judaism. In fact, I have known many people of Israeli descent who have shown me so many good qualities that, to this day, I have a lot of respect for them. There are snakes and black sheep among all people, but there are good and wise people too!

One such wise Israeli American was the Associate Dean (AD) of Graduate Studies at Brandeis. Somebody in "authority" there had played a nasty game with me to block me from receiving my PhD degree, and there had been other issues with "discrimination" etc., but - thanks to God for giving me patience. I spoke to the AD about getting my degree - that if they would let me graduate in peace, I had no desire to go after Brandeis for any other issues I had, but if not, then I would be forced to open a can of worms. God bless and increase the wisdom He gave him, the AD very wisely and peacefully dealt with the matter - let me graduate, and I never since have said or done anything negative about Brandeis, nor do I intend to! I hope that you, sir, will be wise too, and not let this opportunity of peacefully resolving matters with me go by. It may be the ONLY opportunity - God knows Best - and it is best for Israel and Israelis, is it not?, that I stop stating negative things about them, and that it is one of them who takes the fame and the "good name" (at least among the Muslims) of having me "sent home" - that is, if you think I am "unfit" for whatever - and you do have valid reasons for thinking so! Or, if you choose to "try" me in my absence, you can fairly acquit me.

If you need any kind of assurance from me of what I've written, I'd be happy to

provide it. Please know that I have NO political aims or interests whatsoever. I had studied "U.S. Foreign Policy towards South Asia" with Prof. Noam Chomsky at MIT mainly to understand why the Kashmir issue would not be peacefully resolved. And that's b/c I've always hated war (and politics in general), but if war does happen, I realize NOW that it is The WILL OF GOD, and I, being "a Muslim woman" do not need to stress over it. To quote the Qur'an: "IF GOD HAD WILLED, THEY WOULD NOT HAVE FOUGHT AND KILLED EACH OTHER, BUT GOD DOES WHATEVER HE WANTS." [2:253]

For a Muslim woman, the highest level of purity and piety is, per the Qur'an: "...stay quietly in your houses and display not (your beauty) like that of the former Times of Ignorance, and establish regular prayers and give regular charity, and obey God and His Messenger... and remember what is recited to you in your homes, of the verses of God and wisdom. Indeed, God understands every minute detail and is Well-Aware." [33:33-34]

Aisha, one of the wives of the Prophet Muhammad (peace be upon him), had once left her city to try to settle matters in a political dispute among Muslims, but her action was in error and resulted in a horrible war between Muslims. She regretted and repented all her life for what she did, and shunned politics thereafter. I fear similarly for my "peace efforts," and would much rather leave men's world to GOD and obey His commands regarding women as quoted above.

But prison here is NOT my "house" and even if I try to "stay quietly" in prison, the Zionist elements seeking to harm me, insist on it. I tried repeatedly at Carswell to get this through that "let me go and I will leave you alone" but to no avail! So, to save my life basically, I was compelled to "take action" (write to the Warden etc etc.). But, I really want to MAKE PEACE WITH EVERYBODY and retire from this "world" — stay home and that's it! How can I give you assurance of that? Tell me and I'd be happy to do it IF you will facilitate the above! The other alternative, "trial," forces me to open a BIG "can of worms" and expose a lot of unpleasant facts about many — possibly Israeli-American e.g. "Interpreter-1" for a start among many others, if God so wills, and, I really am innocent of the charges stated against me and I was in prison before that too and tortured badly to make me state what they wanted me to — and my children!!! And God's WILL reigns supreme!

Thank you very much, Sincerely, Aafia Siddiqui

**United States v. Aafia Siddiqui    08 cr 826**

       Thank you for your recent letter to me (attached). I will do my best always to bring as much wisdom as I have to your case.

       I know you will understand that written communications with the Court are, with very limited exceptions, placed on the public docket, as in the case of your letter to me. To best safeguard your interests, I recommend that you consult with counsel before contacting the Court going forward as counsel know best how to communicate with the Court. This recommendation is not intended in any way as a criticism but only as a comment as to how the criminal justice procedures and system work. I also recommend that you discuss the content of your letter with your attorneys who can also advise you best as to the alternatives available to you and the best way to proceed.

       Remember that, under our a system, you are deemed to be innocent of all charges -- and this presumption of innocence does not change unless and until there is a determination by a jury after a trial that you are guilty. With respect to defense attorneys in this case, your counsel, Ms. Dawn Cardi, was appointed by me from the Criminal Justice Act (CJA) counsel list to represent you when Ms. Fink advised that she no longer was able to continue her representation in this case. Recently, additional counsel (Mr. Swift, Ms. Sharp and Ms. Moreno) retained by the government of Pakistan have written to me asking to be appointed in your case. This is a matter (i.e. who you wish to have as counsel) that, I suggest, you give your earliest attention to.

       I have advised all counsel that we may need to hold a conference to determine the issue of representation in the next few weeks.

*Richard M. Berman*

Richard M. Berman, USDJ
August 17, 2009