UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                     Government,

      -against-

AAFIA SIDDIQUI,

                     Defendant.
------------------------------------------------------------X

**ORDER**

08 CR. 826 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

The United States Bureau of Prisons is requested <u>forthwith</u> to facilitate phone conversations from Aafia Siddiqui to her brother Muhammad Siddiqui <u>and</u> from Aafia Siddiqui to her counsel Dawn Cardi, Chad Edgar (and also Elaine Sharp, Charles Swift and Linda Moreno).


Dated: New York, New York
       August 19, 2009

                                            Richard M. Berman
                                            RICHARD M. BERMAN, U.S.D.J.