# DAWN M. CARDI
& ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/09



RECEIVED
AUG 2 4 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 21, 2009

**BY HAND**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**
**p. 2**

Re:  United States v. Aafia Siddiqui, 08 Cr. 826 (RMB)

Dear Judge Berman:

  We represent defendant Aafia Siddiqui in the above-captioned proceeding. Please find enclosed two copies of the following: (1) defendant's Notice of Motion to Suppress Statements and Other Relief; (2) Declaration of Chad L. Edgar dated August 21, 2009; and (3) Memorandum of Law of Defendant Aafia Siddiqui in Support of Her Motion to Suppress Statements and Other Relief. As the aforesaid Motion and its supporting papers contain information and documents that the government considers sensitive and is within the ambit of the protective order governing this proceeding, we respectfully request that the enclosed be filed under seal.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

DAWN M. CARDI & ASSOCIATES

By: /s/

Dawn M. Cardi
Chad L. Edgar
*Attorneys for Defendant Aafia Siddiqui*
212.481.7770 (tel.)
212.684.3008 (fax)

Encls.

cc:  Christopher LaVigne (by hand)
Assistant United States Attorney

Charlie Swift (by email w/o encl.)
Linda Morena (by email w/o encl.)
Elaine Sharp (by email w/o encl.)
Aafia Siddiqui (by mail)

---

Motion consolidation and revised briefing schedule to be established at 9-2-09 conference. Lead counsel to submit consolidated defense motion going forward. Pending motions dismissed without prejudice.

SO ORDERED:
Date: 8-24-09

Richard M. Berman

Richard M. Berman, U.S.D.J.