**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff

        -against-

AAFIA SIDDIQUI,

        Defendant.

-------------------------------------------------------X

08 CR. 826 (RMB)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**



U.S. DISTRICT COURT FILED AUG 18 2009 S.D. OF N.Y.

PLEASE TAKE NOTICE, that upon the annexed affidavit of movant in support of this motion and the Certificate of Good standing annexed thereto, undersigned counsel moves this Court before the Honorable Richard M. Berman at the United States Courthouse for the Southern District of New York, pursuant to the Local Rules 1.3 (c) of Local Rules of the United States District Courts for Southern and Eastern Districts of New York and Order allowing the admission of movant, Elaine Whitfield Sharp, a member in good standing of the Massachusetts Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for AAFIA SIDDIQUI. There are no pending disciplinary proceedings against movant in any State or Federal Court.

Dated: 11 August 2009

Respectfully submitted

Michael Flomenhaft
Attorney at Law
SSN-0383
42 Broadway, 12th Floor
New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

                 Plaintiff                           08 CR. 826 (RMB)

vs

AAFIA SIDDIQUI,

                 Defendant.

-------------------------------------------------X

## AFFIDAVIT OF SPONSORING COUSEL
## IN SUPPORT OF PRO HAC VICE ADMISSON OF
## ELAINE WHITFIELD SHARP

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael Flomenhaft, a member in good standing of the bar of this Court, hereby moves for the entry of an Order allowing the admission *pro hac vice* of :

| | |
|---|---|
| Applicant's Name: | Elaine Whitfield Sharp |
| Firm Name: | Whitfield Sharp & Sharp |
| Address: | 196 Atlantic Avenue |
| City/State/Zip: | Marblehead, MA 01945 |
| Phone Number: | 781.639.1862 |
| Fax Number: | 781.639.1771 |

Elaine Whitfield Sharp is a member in good standing of the Massachusetts Bar and a certificate form the Supreme Judicial Court is forthcoming, which will verify that she is a member in good standing and not presently under either administrative or disciplinary suspension or proceedings in any State or Federal court, and that no disciplinary action involving professional misconduct has been taken against her law license.

Dated: 11 August 2009  
New York, New York

Respectfully submitted,

*[signature]*

Michael Flomenhaft  
Attorney at Law  
42 Broadway, 12th Floor  
Brooklyn, NY 10006  
Tel: 845.562.0203  
SSN - 0383

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twenty-fourth day of February A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

## Elaine Whitfield Sharp

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **August** in the year of our Lord **two thousand and nine**.



MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

        Plaintiff        08 CR. 826 [RMB]

    -against-


AAFIA SIDDIQUI,

        Defendant.

-------------------------------------------------X

## CERTIFICATE OF SERVICE

The person who signs this "certificate of service" certifies by doing so that he/she served the within document, Motion to Admit Counsel Pro Hac Vice, Affidavit of Sponsoring/Movant Counsel, Certificate of Admission and Good Standing, and Proposed Order, upon all counsel of record at their business addresses with first-class postage fully affixed to the envelope. Counsel of record so served are as follows:

Dawn M. Cardi, Esq.
Chad Edgar, Esq.
Cardi & Associates
Two Park Avenue, 19th Floor
New York, NY 10016
(CJA-Counsel for Defendant)

David Raskin and
Christopher LaVigne
United States Attorney
1 St. Andrews Plaza
New York, NY 10007

                                      _/s/ Elaine Sharp_
                                      Elaine Whitfield Sharp
                                      Attorney at Law
                                      BBO # 565522
                                      196 Atlantic Avenue
                                      Marblehead, MA 01945
                                      T - 781.639.1862
                                      F – 781.639.1771

Dated: August 17 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

            Plaintiff                    08 CR. 826 (RMB)

vs

AAFIA SIDDIQUI,

            Defendant.

-------------------------------------------------------X

## ORDER

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Elaine Whitfield Sharp, is permitted to argue or try this particular case in whole or in part as Counsel for AAFIA SIDDIQUI.

This Order confirms your appearance as Counsel in this case and will be entered on to the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel in this case.

Dated: August 2009
NewYork, New York

                                                      _____
                                                      Hon. Richard M. Berman
                                                      United States District Judge
                                                      Southern District of New York