UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| v. | ) **08 Cr. 826 (RMB)** |
| AAFIA SIDDIQUI, | ) |
| Defendant. | ) |

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
  Southern District of New York

by: _____
Eric B. Bruce
Assistant United States Attorney
(212) 637-2219

To:    Clerk of the Court
        Dawn M. Cardi, Esq.
        Chad L. Edgar, Esq.
        Linda Moreno, Esq.
        Elaine Sharp, Esq.
        Charles Swift, Esq.

## CERTIFICATE OF SERVICE

ERIC B. BRUCE, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury that a true and correct copy of the foregoing was served via electronic mail on the below-listed date on:

>Dawn M. Cardi, Esq.
>Chad L. Edgar, Esq.
>Two Park Avenue, 19th Floor
>New York, N.Y. 10025
>(212) 481-7770
>
>Linda Moreno, Esq.
>P.O. Box 10987
>Tampa, FL 33697
>(813) 247-4500
>Lindamoreno.esquire@gmail.com
>
>Elaine Sharp, Esq.
>Whitfield, Sharp & Sharp
>196 Atlantic Avenue
>Marblehead, MA 01945
>(781) 639-1862
>Elainesharp@sharplaw.biz
>
>Charles Swift, Esq.
>Swift & McDonald, P.S.
>2003 Western Ave., #330
>Seattle, WA 98121
>(206) 441-3377
>Cswift@prolegaldefense.com

Dated: New York, New York
August 31, 2009

_____
Eric B. Bruce