UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Government,

           -against-

AAFIA SIDDIQUI,

                        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/09

**ORDER**

08 Cr. 826 (RMB)

For the reasons stated on the record on September 2, 2009, the pro hac vice motions submitted by Linda Moreno [#79], Charles Swift [#80], and Elaine Whitfield Sharp [#88] are granted. See Transcript of proceedings held on September 2, 2009 for a complete record.

Dated: New York, New York
         September 2, 2009

                                                _____
                                                RICHARD M. BERMAN, U.S.D.J.