USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         **ADMINISTRATIVE ORDER**

      -against-                             08 CR. 826 (RMB)

AAFIA SIDDIQUI,

                       Defendant.
------------------------------------------------------------X

The Court is enclosing for United States Bureau of Prisons ("BOP") review a copy of the transcript of proceedings in this matter held on September 2, 2009. The Court is particularly interested in resolving **forthwith** the issues surrounding so called "strip searches" of Dr. Siddiqui (including those relating to visits with counsel) which is also the subject of one or more motions currently being briefed by the parties.

Counsel have been directed by the Court to work closely with the BOP to achieve a consensual resolution of this matter obviating the need for Court intervention.

The Court would be grateful if the BOP would give this matter its utmost attention on a priority basis.

Dated: New York, New York
       September 14, 2009

                                       _RMB_
                               **RICHARD M. BERMAN, U.S.D.J.**

cc: Warden Lindsay
    Warden Chapman