September 14, 2009

Christopher LaVigne
Assistant United States Attorneys
United States Attorney's Office
For the Southern District of New York
1 St. Andrews Plaza
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/09

  Re: United States v. Aafia Siddiqui, 08 Cr. 826 (RMB)

Dear Chris:

  We are in receipt of your letter dated September 11, 2009 in which you propose an accommodation with respect to our client's strip search when she receives a visit from her attorneys at the Metropolitan Detention Center. You suggest that our motion related to the strip-search of our client is to be viewed as moot if we do not respond to your proposed accommodation as of noon today. We do not view your proposed deadline as binding on us. While we appreciate your efforts to obtain an accommodation for our client, we nonetheless view the proposal as just that - a proposal that requires clarification before we can accept it on behalf of our client and withdraw our motion related to the strip search issue.

  Our concerns with your proposal are as follows. The suggestion that we meet with Dr. Siddiqui and not be able to pass her documents to her is not acceptable. Even detainees at Guantanamo are permitted to receive from, and pass back documents to, counsel. Further, we have no idea how high the window is to Dr. Siddiqui's cell, whether it is low, requiring us to kneel or bend down, or high, requiring us to stand. We do not know what the sound quality will be in communicating with Dr. Siddiqui – will it be through glass, through a small window with bars, or other small opening? We do not know whether Dr. Siddiqui will be able to sit down, or whether we will be able to sit down. We do not know how loud we will have to speak, or how loud Dr. Siddiqui will need to speak in order for us to hear her. We have no idea if others will be able to overhear our communications. How far the visual observer will be from meetings with counsel and Dr. Siddiqui may impact confidentiality. There are many unanswered questions that prevent us from withdrawing our motion at this time.

  Should you wish to confer further with defense counsel about your proposed

Mr. Christopher LaVigne
Assistant United States Attorney
September 14, 2009
p. 2

accommodation, please contact Elaine Sharp at 781.639.1862.

                                             Very truly yours,

                                          _____/s/_____
                                          Dawn M. Cardi
                                          DAWN M. CARDI & ASSOCIATES
                                          Two Park Avenue, 19th Floor
                                          New York, New York 10016
                                          212.481.7770 (tel.)
                                          212.684.3008 (fax)
                                          *Attorney for Aafia Siddiqui*

Handwritten note (boxed):
> The Gov't is confident -- and fully expects -- these issues can be resolved ASAP. Counsel to advise the Court in writing by 9/16/09 @ NOON.
>
> SO ORDERED:
> Date: 9/14/09    /s/ Richard M. B[erman]
>                 Richa[rd M. Berman]

                                          _____/s/_____
                                          Linda Moreno, Esq.
                                          P.O. Box 10987
                                          Tampa, FL 33697
                                          813.247.1500 (tel.)
                                          813.386.5211 (fax)
                                          *Attorney for Aafia Siddiqui*

                                          _____/s/_____
                                          Charles Swift
                                          SWIFT & MCDONALD, P.S.
                                          2003 Western Avenue, #330
                                          Seattle, WA 98121
                                          206.441.3377 (tel.)
                                          206.448.2252 (fax)
                                          *Attorney for Aafia Siddiqui*

                                          _____/s/_____
                                          Elaine Whitfield Sharp
                                          196 Atlantic Avenue
                                          Marblehead, MA 01945
                                          781.639.1862 (tel.)
                                          781.639.1771 (fax)
                                          *Attorney for Aafia Siddiqui*