September 16, 2009

<u>By Fax</u>

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

P²

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/09
```

Re: *United States vs. Aafia Siddiqui*
08 Cr. 826 (RMB)

Dear Judge Berman:

    We represent defendant Aafia Siddiqui (hereafter Dr. Siddiqui) in the above-captioned proceeding. We write to advise the Court of the status of negotiations between the government, the Bureau of Prison and defense counsel as per the Court's order dated September 14, 2009.

    As the Court is aware from a letter that the government addressed to the Honorable Richard M. Berman dated September 14, 2009, the government has proposed a possible solution to the issue of strip searches associated with attorney-client visits with Dr. Siddiqui at the Metropolitan Detention Center ("MDC") that was one the issues addressed in defense counsel's recently filed pretrial motions. As the Court is also aware from a letter that we addressed to the government dated September 14, 2009, we have various concerns about the feasibility of this proposal. It is defense counsel's view that the seriousness of these concerns cannot be accurately assessed unless and until we have had the opportunity to try what the government proposes. We are in the process of arranging a visit by Elaine Sharp pursuant to the procedure proposed by the government; Ms. Sharp has the closest relationship with Dr. Siddiqui. <u>As she is currently on trial</u>, she believes that it may take as long as next Wednesday to effect this visit. In light of our need to test the procedure offered by the government, we respectfully request that the branch of Dr. Siddiqui's pretrial motion that addressed the issue of strip searches associated with attorney-client visits with Dr. Siddiqui at MDC be held at abeyance until we have had the opportunity to assess the procedure's feasibility through Ms. Sharp's imminent visit.

    We have conferred with the government and they have consented to our proposal. We understand that the government will be writing the Court separately to indicate that we have conferred in the manner described above. We write separately to assure the Court that we are coordinating a visit to test the proposed procedure as quickly as possible.

Honorable Richard M. Berman
September 16, 2009
p. 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Dawn M. Cardi
Chad L. Edgar
DAWN M. CARDI & ASSOCIATES
Two Park Avenue, 19th Floor
New York, New York 10016
212.481.7770 (tel.)
212.684.3008 (fax)
*Attorneys for Aafia Siddiqui*

> I'm not sure I need a running commentary on counsels' "negotiations". But since you have opted for this detailed "back + forth," my response is: (i) counsel should have been able to work this out by now (ii) I would have thought counsel (of which there are 4) would have visited Dr. Siddiqui + AUSA by now. The letters demonstrate far more agreement on the issue raised than not.
>
> SO ORDERED:
> Date: 9/16/09
> /s/ Richard M. Berman, U.S.D.J.

/s/
Linda Moreno, Esq.
P.O. Box 10987
Tampa, FL 33697
813.247.4500 (tel.)
813.386.6211 (fax)
*Attorney for Aafia Siddiqui*

/s/
Charles Swift, Esq.
SWIFT & MCDONALD, P.S.
2003 Western Avenue, #330
Seattle, WA 98121
206.441.3377 (tel.)
206.448.2252 (fax)
*Attorney for Aafia Siddiqui*

Honorable Richard M. Berman
September 16, 2009
p. 3

                                              /s/
                              Elaine Whitfield Sharp, Esq.
                              196 Atlantic Avenue
                              Marblehead, MA 01945
                              781.639.1862 (tel.)
                              781.639.1771 (fax)
                              *Attorney for Aafia Siddiqui*

cc:    Christopher LaVigne (by fax)
        Assistant United States Attorney