COUNSELORS AT LAW

# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi



RECEIVED
SEP 1 6 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09

September 14, 2009

**BY U.S. MAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re:  United States v. Aafia Siddiqui, 08 Cr. 826 (RMB)

Dear Judge Berman:

We represent defendant Aafia Siddiqui in the above-captioned proceeding. We enclose a courtesy copy of the motion to take the deposition of Abdul Qadeer that we filed today on behalf of the defendant pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

Gov't (brief) letter response
by 9/15/09.

SO ORDERED:
Date: 9/16/09
Richard M. Berman, U.S.D.J.

Respectfully submitted,

DAWN M. CARDI & ASSOCIATES

By: _____
Dawn M. Cardi
Chad L. Edgar
*Attorneys for Defendant Aafia Siddiqui*
212.481.7770 (tel.)
212.684.3008 (fax)

Encls.

cc:  Christopher LaVigne (by fax w/encls.)
     Assistant United States Attorneys

     All defense counsel (by email)