

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10\\1\\09

# DAWN M. CARDI & ASSOCIATES
ATTORNEYS AT LAW
2 Park Avenue, 19th Floor
New York, NY 10016
Phone: (212) 481-7770
Fax:   (212) 684-3008

RECEIVED
OCT 0 9 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

## FACSIMILE

No. of Pages (including cover): 3

**MEMO ENDORSED**
p.2

| | |
|---|---|
| TO: | Honorable Richard M. Berman<br>United States District Judge<br><br>Christopher LaVigne<br>Assistant United States Attorney |
| FAX NO: | 212.805.6717// 212.637.0128 |
| FROM: | Chad L. Edgar |
| RE: | <u>United States v. Aafia Siddiqui</u>, 08 Cr. 826 (RMB) |
| DATE: | October 9, 2009 |
| Message: | Please see accompanying letter from counsel of defendant Aafia Siddiqui to the Honorable Richard M. Berman dated October 9, 2009. |

Please contact Mabel Bido at (212) 481-7770 if there has been a problem with the transmittal of this facsimile. Thank you.

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED.

October 9, 2009

**By Fax**

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: _____

Re: *United States vs. Aafia Siddiqui*
08 Cr. 826 (RMB)

Dear Judge Berman:

We represent defendant Aafia Siddiqui in the above-captioned proceeding. At the request of one of the Court's clerks regarding an adjournment of the court conference currently scheduled for October 13, 2009, we provide the following dates where members of the defense team would be available for an adjourned court conference, should the dates be convenient for the Court: November 16, 17 and 19 of 2009; and December 1 and 2 of 2009.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Dawn M. Cardi
Chad L. Edgar
DAWN M. CARDI & ASSOCIATES
Two Park Avenue, 19th Floor
New York, New York 10016
212.481.7770 (tel.)
212.684.3008 (fax)
*Attorneys for Aafia Siddiqui*

*Handwritten note:* I don't feel we should adjourn beyond 10/28/09 @ 2:00 P.M. (with hand on the video issue in the meantime)

SO ORDERED:
Date: 10/9/09    Richard M. Berman
Richard M. Berman, U.S.D.J.


Honorable Richard M. Berman
October 9, 2009
p. 2

                                      /s/
Linda Moreno, Esq.
P.O. Box 10987
Tampa, FL 33697
813.247.4500 (tel.)
813.386.6211 (fax)
*Attorney for Aafia Siddiqui*

                                      /s/
Charles Swift, Esq.
SWIFT & MCDONALD, P.S.
2003 Western Avenue, #330
Seattle, WA 98121
206.441.3377 (tel.)
206.448.2252 (fax)
*Attorney for Aafia Siddiqui*

                                      /s/
Elaine Whitfield Sharp, Esq.
196 Atlantic Avenue
Marblehead, MA 01945
781.639.1862 (tel.)
781.639.1771 (fax)
*Attorney for Aafia Siddiqui*

cc:    Christopher LaVigne (by fax)
       Assistant United States Attorney