October 14, 2009

**By Fax**

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/09
```

Re: *United States vs. Aafia Siddiqui*
08 Cr. 826 (RMB)

Dear Judge Berman:

We represent defendant Aafia Siddiqui (hereafter Dr. Siddiqui) in the above-captioned proceeding. We write to request a rescheduling of the upcoming court conference currently scheduled for October 28, 2009 at 2 p.m. As the Court may recall, last week the parties and the Court agreed to an adjournment of the court conference scheduled for October 13th. At the time of these discussions, the defense team proposed an adjourned court date in the latter part of November or early December; the government sought a much earlier date. The Court decided to schedule the court conference for October 28th. Unfortunately, most of the members of the defense team are unavailable on that date – Ms. Cardi has a court appearance that she cannot adjourn; Ms. Moreno has a personal matter that she cannot reschedule; and Mr. Swift will be traveling abroad. The members of the defense team have conferred and the earliest dates that all are available after October 28 are as follows: November 3, 2009 (all day); November 4, 2009 (after 2 p.m.); November 5, 2009 (from noon onwards); and November 6, 2009 (after 3 p.m.).

The government opposes an adjournment of the upcoming conference to any date beyond October 28, 2009.

Parties to advise the Court by
10/16/09 when the video conferencing
issue stands (with BoP). Govt
also to advise the Court re:
its availability on 11/3/09 @ 2:00.

SO ORDERED:
Date: 10/15/09   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
October 14, 2009
p. 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

Dawn M. Cardi
Chad L. Edgar
DAWN M. CARDI & ASSOCIATES
Two Park Avenue, 19th Floor
New York, New York 10016
212.481.7770 (tel.)
212.684.3008 (fax)
*Attorneys for Aafia Siddiqui*

_____/s/_____
Linda Moreno, Esq.
P.O. Box 10987
Tampa, FL 33697
813.247.4500 (tel.)
813.386.6211 (fax)
*Attorney for Aafia Siddiqui*

_____/s/_____
Charles Swift, Esq.
SWIFT & MCDONALD, P.S.
2003 Western Avenue, #330
Seattle, WA 98121
206.441.3377 (tel.)
206.448.2252 (fax)
*Attorney for Aafia Siddiqui*

Honorable Richard M. Berman
October 14, 2009
p. 3

                                          _____/s/_____
                                          Elaine Whitfield Sharp, Esq.
                                          196 Atlantic Avenue
                                          Marblehead, MA 01945
                                          781.639.1862 (tel.)
                                          781.639.1771 (fax)
                                          *Attorney for Aafia Siddiqui*

cc:    Christopher LaVigne (by fax)
       Assistant United States Attorney