


U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 16, 2009

**By Hand**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

p2

Re: United States v. Aafia Siddiqui
08 Cr. 826 (RMB)

Dear Judge Berman:

We write in response to the Court's October 15th memo endorsement concerning our discussions with the Metropolitan Detention Center ("MDC") regarding the feasibility of the defendant participating in court proceedings via video teleconference ("VTC") from her cell. Since our last conference call on October 9th, the Government has obtained an expedited transcript of our last conference, forwarded it to MDC officials, and had numerous discussions with MDC officials concerning the VTC proposal.

MDC has informed us that, although the defendant could easily participate in court proceedings via telephone from her cell, the VTC proposal poses additional obstacles for them. As the Court suggested during our last conference call, MDC would like to have their IT expert speak with the Court's IT expert, Joel Blum, to discuss the obstacles that the VTC proposal poses. If the Court agrees with this approach, MDC's IT expert can speak with Mr. Blum early next week. In addition, the Government will continue to work with MDC on this issue.

Finally, the Government is available on November 3rd at 2:00 if the Court chooses to adjourn the current conference date.

Thank you for your consideration in this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____

Christopher L. LaVigne
Eric B. Bruce
Assistant United States Attorneys
(212) 637-2325/2219

cc: Dawn Cardi, Esq. (by facsimile)
    Linda Moreno, Esq. (by facsimile)
    Elaine Sharp, Esq. (by facsimile)
    Charles D. Swift, Esq. (by facsimile)

> Please arrange meetings with Joel Blum ASAP. (The Court may also be interested in visiting MDC for discussion + assessment of technological alternatives.)
>
> SO ORDERED:
> Date: 10/19/09
> cc Joel Blum
> Richard M. Berman, U.S.D.J.