**MEMO ENDORSED**
08 CR 826



Respected Mr. Berman,

I have relieved Ms. Dawn Cardi and Mr. Charles Swift from representing me. They should not be doing anything related to me. If they have sent anyone overseas or have gone themselves, then all such actions are null and void and should be immediately cancelled. This is for your information. Several others are similarly informed. Thank You.

Sincerely,
Aafia Siddiqui
Oct. 04, 2009

---

We will take up the issue of representation/counsel raised in the attached letter at the next court conference on Nov 3, 2009 at 2:00 pm. In advance of that conference, the Court will need 1- Dr Siddiqui's proposal for who will represent her (if not current counsel) on the trial scheduled currently in place (Jan 19, 2010 trial); and 2- suggested allocution(s) from both sides to resolve the counsel issue. Both items 1- and 2- are to be submitted (served and filed) by Oct 27 at noon.

SO ORDERED

October 20, 2009

RMB
Richard M. Berman, USDJ



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/09