

November 3, 2009

To Judge Berman,

I hope this letter finds you well. I am writing in regards to Dr. Aafia Siddiqui's case. I understand that in order to appear in court and to meet with her lawyers she must undergo routine strip searches. I write to you in order to kindly request that these strip searches end immediately. Dr. Aafia is a Muslim woman and she is a human being. Strip searches do not simply strip her of mere clothing, but strip her of dignity and humanity. These searches would be a great cause of distress for any Muslim women or man specifically. As Muslims believe that exposing one's body to another human being who is not one's spouse, is not only a cause for humiliation, but also is considered a sin in Islam. Hence, modesty and the concept of covering one's body are of great importance in our religion. And because of this, forcing Aafia to undergo strip searches is a way of denying her right to practice her religion.

Another matter to consider is the fact that by forcing Aafia to undergo such searches, the distress it causes may naturally have a negative effect on her behavior when she has to appear in court, and so it may serve to be counterproductive in her giving a fair testimony. I ask you to please consider this matter seriously, as you are in a position of great responsibility, serving as a symbol of justice for the citizens of this country and the world. Thank you very much.

Sincerely,

Farah Chaudhry

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/09

Clerk to docket and file.

SO ORDERED:
Date: 11-10-09    Richard M. Berman

Richard M. Berman, U.S.D.J.