UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------------x

08 CR. 826 (RMB)

**ORDER**

    In connection with the January 11, 2010 conference at 2:30 p.m., the Court will hear oral argument of 20 to 30 minutes per side on the pending well and fully briefed motions in limine. Counsel may decide among themselves which side shall go first.

    With respect to proposed expert witnesses, the Court would appreciate if counsel would focus upon witness qualifications to offer opinion testimony under Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993), and related cases. The Court would also like counsel to address the topic of deposition testimony, if any, proposed to be submitted at trial and any objections thereto.

Dated: New York, New York
       January 8, 2010

                                                  Richard M. Berman, U.S.D.J.