# WHITFIELD SHARP & SHARP

Attorneys and Counselors at Law
196 Atlantic Avenue
Marblehead, MA 01945

---

| | | |
|---|---|---|
| Elaine Whitfield Sharp, Esq. | Tel: 781.639.1862 | Daniel S. Sharp, Esq. |
| elainesharp@sharplaw.biz | Fax: 781.639-1771 | dansharp@sharplaw.biz |

January 14, 2010

Hon. Richard M. Berman
United States District Court
Sothern District of New York
500 Pearl Street,
New York, NY 10007
Via Facsimile: 212.805.6717

Christopher LaVigne
Jenna Dabbs
David Roday
Assistants United States Attorney
1 St. Andrews Plaza
New York, NY 10007
Via Facsimile: 212.637.0218

               Re. US v Siddiqui, 08-Cr-826 (RMB)

Your Honor:

We represent Aafia Siddiqui in the above case and respectfully request that the Court issue an order permitting the defense team to bring nto the courthouse the following items:

(1) One laptop computer with Internet capability, to be used in the attorney room on the first floor;
(2) One laptop computer to be used for demonstrative purposes before the jury;
(3) One mobile telephone.

Thank you for your consideration of these matters.

        Sincerely,

        /s/ *Elaine Whitfield Sharp*

        Elaine Whitfield Sharp
        Attorney at Law, on Behalf of Dr. Siddiqui's Defense Team