USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10

**MEMO ENDORSED**

# WHITFIELD SHARP & SHARP
Attorneys and Counselors at Law
196 Atlantic Avenue
Marblehead, MA 01945

Elaine Whitfield Sharp, Esq.
elainesharp@sharplaw.biz

Tel: 781.639.1862
Fax: 781.639-1771

Daniel S. Sharp, Esq.
dansharp@sharplaw.biz

January 14, 2010

Hon. Richard M. Berman
United States District Court
Sothern District of New York
500 Pearl Street,
New York, NY 10007
Via Facsimile: 212.805.6717

Christopher LaVigne
Jenna Dabbs
David Roday
Assistants United States Attorney
1 St. Andrews Plaza
New York, NY 10007
Via Facsimile: 212.637.0218

Re. US v Siddiqui, 08-Cr-826 (RMB)

Your Honor:

We represent Aafia Siddiqui in the above case and respectfully request that the Court issue an order permitting the defense team to bring into the courthouse the following items:

(1) One laptop computer with Internet capability, ~~to be used in the attorney room on the first floor~~ [handwritten: NO for use in courtroom; with portable printer. RMB]
(2) One laptop computer to be used for demonstrative purposes before the jury;
(3) One mobile telephone.

Thank you for your consideration of these matters.

Sincerely,

/s/ Elaine Whitfield Sharp

Elaine Whitfield Sharp
Attorney at Law, on Behalf of Dr. Siddiqui's Defense Team

SO ORDERED
RMB
_____
RICHARD M. BERMAN U.S.D.J.
1/14/10

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007
(212) 805-6715

Chambers of
RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

## FAX COVER PAGE

DATE: 1/14/10

TO: Elaine Harp

FAX: 781-486-9156

FROM: Honorable Richard M. Berman

PAGES INCLUDING COVER: 3

COMMENTS:

Counsel receiving this documentation is directed to transmit a copy to all other parties in these proceedings and to retain proof of such transmittal.

NOTICE. The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please call us immediately by telephone. Thank you.

** Transmit Conf. Report **

p.1    Jan 14 2010 14:35
JUDGE BERMAN    Fax:212-805-6717

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 917814869156 | NORMAL | 14,14:35 | 0'31" | 3 | # O K | |