**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff                           08 CR. 826 (RMB)

-against-                    **ORDER ALLOWING LAPTOPS,**
**PRINTER AND CELL PHONE**
**IN COURTROOM**

AAFIA SIDDIQUI,

Defendant.

---------------------------------------------------X

To the Clerk of this Court and all parties of record and Courthouse Security Personnel:

**PLEASE TAKE NOTICE** that the undersigned Judge, the Hon. Richard Berman, is permitting the following items to be brought into the courthouse and into his courtroom by the following individuals:

**Greg and/or Joshua Dubin** of Dubin Research and Consulting
99 – Hudson St.
New York, NY 10013

may bring in to the courthouse to assist in defense presentation of the above case the
following:     **Two laptop computers** *(no internet capability)*
**One cell phone** *(Ms. Shrap)*
**One portable printer**
**Cables and devices to support the use of the above**

This order shall be in effect throughout this trial and shall be valid each day until the end of trial.

Ordered this 19th day of January, 2010.

_____
Hon. Richard M. Berman