UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

ORDER

-against-

08 CR. 826 (RMB)

AAFIA SIDDIQUI,

                              Defendant.
------------------------------------------------------------X

**WHEREAS**, it is the Court's responsibility to help ensure orderly trial proceedings, including safeguarding the integrity of the jury system and the jurors; and

**WHEREAS**, two sitting jurors in the above-captioned action were excused at the request of the Government and the defense following allegations that they were intimidated by Keith Manzi on January 25, 2010 during the course of the trial; therefore it is hereby

**ORDERED** that, effective immediately, Keith Manzi is excluded from the Daniel Patrick Moynihan United States Courthouse for the pendency of the above-captioned trial and is precluded from interfering with or contacting the jurors in this case.

Dated: New York, New York
        January 27, 2010

                                            RICHARD M. BERMAN, U.S.D.J.