UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      <u>Protective Order</u>
                                          <s>Under Seal</s>   RMB
        -v.-                       :      08 Cr. 826 (RMB)

AAFIA SIDDIQUI,                    :

        Defendant.                 :

- - - - - - - - - - - - - - - - - - x

   WHEREAS, the Government is in possession of certain documents and materials that relate to, *inter alia*, the construction of bombs, chemical weapons, biological weapons, and other dangerous items (the "Weapons Documents");

   WHEREAS, the Government is in possession of certain photographs of members of foreign and domestic law enforcement (the "Photographs");

   WHEREAS, the Government intends to introduce certain of the Weapons Documents and the Photographs at trial in the above-captioned matter;

   WHEREAS, to protect public safety, along with the safety of individuals depicted in the Photographs, the Government seeks to restrict access to the Weapons Documents and the Photographs without limiting the defendant's rights under the United States Constitution or the Federal Rules of Civil Procedure;

   THEREFORE, upon the application of the United States Attorney for the Southern District of New York, by and through

Assistant United States Attorneys Christopher L. LaVigne, David Rody, and Jenna Dabbs;

IT IS HEREBY ORDERED, pursuant to Rule 57(b) of the Federal Rules of Criminal Procedure and the Court's supervisory authority over this matter, that if the Weapons Documents or the Photographs are received in evidence as trial exhibits, they shall be received under seal, such that the Weapons Documents and the Photographs may not be obtained by members of the public;

IT IS FURTHER ORDERED that, aside from the fact that the Weapons Documents or the Photographs may not be obtained by members of the public, the Weapons Documents or the Photographs that are received into evidence at trial are to be treated like any other trial exhibit – and may be, among other things, freely discussed in open court, published to the jury, and privately examined by the jury during deliberations.

IT IS FURTHER ORDERED that the receipt of a trial exhibit under seal pursuant to this Protective Order shall have no evidentiary effect, and shall not be construed as a waiver by

the defendant of her ability to make any argument with respect to any aspect of this case.

       IT IS FURTHER ORDERED that

Dated:    New York, New York
            January 19, 2010

                              SO ORDERED:

                              _____
                              HONORABLE RICHARD M. BERMAN
                              United States District Judge