

RECEIVED
APR 13 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/10

By Fed Ex

April 12, 2010

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

p3

Re: *United States vs. Aafia Siddiqui*
08 Cr. 826 (RMB)

Dear Judge Berman:

    We represent defendant Aafia Siddiqui (hereafter Dr. Siddiqui) in the above-captioned proceeding. We write to request an adjournment of the sentencing of Dr. Siddiqui, which is currently scheduled for May 6, 2010 at 2:30 p.m. Under the current briefing schedule, defense counsel and the government are to file their sentencing memoranda on April 15, 2010 and April 22, 2010 respectively. We seek an adjournment of approximately 90 days for the reasons outlined below. The government has consented to our request. This is defense counsel's first application for an adjournment of Dr. Siddiqui's sentencing.

    The primary reason for seeking an adjournment of Dr. Siddiqui's sentencing is the reality, as conveyed to us by the Pakistan embassy, that it may take up to 90 days for visas to be obtained by Dr. Siddiqui's family members should they decide to come to her sentencing. While there are many considerations involved as to the advisability of Dr. Siddiqui's sister and mother coming to the sentencing – not least is the declining health of Dr. Siddiqui's mother – we believe it is best if we adjourn the sentencing for at least 90 days to allow Fawzia and Ismaat Siddiqui the opportunity to make plans to come.

    Another reason for seeking an adjournment is that defense counsel has a pending discovery request of the government concerning any and all classified information in its possession or accessible to the government upon request to other government bodies concerning either Dr. Siddiqui's alleged membership in or support of any terrorist organization or activity or her detention by the United States, a foreign government or any organization. In response to our request, the government has recently asked for and we consented to more time to do its due diligence before formally responding. In light of the Probation Office's application of the so-called terrorism enhancement (§ 3A1.3 of the Sentencing Guidelines) with respect to Dr. Siddiqui's offense conduct in the preliminary draft of the Presentence Investigation Report, we view discovery on the issue of our client's alleged participation in any terrorist activity as central to the litigation of an enhancement that places our client in jeopardy of receiving a life sentence. With stakes so high, we believe that a deliberate pace towards sentencing is warranted.

Honorable Richard M. Berman
April 12, 2010
p. 2

Finally, as the Court is well aware, Ms. Elaine Sharp has the most significant relationship – in terms of history and quality – with Dr. Siddiqui and she has been unable to take an active part in sentencing preparations. That is because her husband Daniel Sharp passed away in mid-February. The 90-day adjournment that we seek will allow Ms. Sharp to commence her assistance of Dr. Siddiqui in identifying and obtaining information, records and material that we believe are relevant to the sentencing proceedings.

We thank the Court for its consideration of this request.

Respectfully submitted,

Dawn M. Cardi
Chad L. Edgar
DAWN M. CARDI & ASSOCIATES
Two Park Avenue, 19th Floor
New York, New York 10016
212.481.7770 (tel.)
212.684.3008 (fax)
*Attorneys for Aafia Siddiqui*

/s/
Linda Moreno, Esq.
P.O. Box 10987
Tampa, FL 33697
813.247.4500 (tel.)
813.386.6211 (fax)
*Attorney for Aafia Siddiqui*

Honorable Richard M. Berman
April 12, 2010
p. 3

                                /s/
                         Charles Swift, Esq.
                         SWIFT & MCDONALD, P.S.
                         2003 Western Avenue, #330
                         Seattle, WA 98121
                         206.441.3377 (tel.)
                         206.448.2252 (fax)
                         *Attorney for Aafia Siddiqui*


                                /s/
                         Elaine Whitfield Sharp, Esq.
                         196 Atlantic Avenue
                         Marblehead, MA 01945
                         781.639.1862 (tel.)
                         781.639.1771 (fax)
                         *Attorney for Aafia Siddiqui*


cc:    Christopher LaVigne (by fax)
       David Rody
       Jenna Dabbs
       Assistant United States Attorneys

> At the parties' request, sentencing is adjourned to Wed, July 21, 2010 @ 9:30 A.M. Defense submissions by June 25, 2010; Gov't response by July 12, 2010. Final.
>
> SO ORDERED
> Date: 4/15/10    /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.