```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                               **ORDER**

      -against-                                       08 Cr. 826

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------------X

In accordance with the Court's individual rules issued March 1, 2007 (and found on the SDNY website), the Court "assumes that every document in a sentencing submission, including letters, will be filed in the public record either in paper form or through the ECF system."

The defense is advised that its sentencing submission, dated July 15, 2010, will be made public in its entirety unless the Court receives a sentencing memorandum and exhibits with redactions of (only) those items, if any, which may be redacted in accordance with the Court's individual rules. Any such additional defense submission shall be filed on the public docket by Wednesday, July 28, 2010.

Dated: New York, New York
         July 26, 2010

                                                 RMB
                                   _____
                                   **RICHARD M. BERMAN, U.S.D.J.**