# EXHIBIT E

- Home
- Mailing List
- **Forums**
- Forum Archive
-

Switcher

Home > Explosives Handbooks > NITRIC ACID

# NITRIC ACID

Explosives Handbooks
Goto comments Leave a comment

< .cj
NITRIC ACID
.LJ
Nitric acid is used in the preparation of many explosives, incendiary mixtures, and acid delay timers. It may be prepared by distilling a mixture of potassium nitrate and concentrated sulfuric acid.
.cj
MATERIALS
.lj
Potassium nitrate (2 parts by volume).

/> CONCENTRATED sulfuric acid (1 part by volume.)
Two bottles or ceramic jugs (narrow necks
are preferable.)
Pot or frying pan.
Heat source (wood, coal, or charcoal.)
Tape
(paper, electrical, masking, etc., but not cellophane.)
Paper or rags.

Sources:
Drug Store. Motor vehicle batteries, Industrial plants.
IMPORTANT: If sulfuric acid is
obtained from a motor vehicle battery, concentrate it by boiling it until white fumes appear. DO NOT INHALE FUMES.
NOTE: The amount of nitric acid produced is the same as the amount of potassium

nitrate. Thus, for 2 tablespoonsful of nitric acid, use 2 tablespoonsful of potassium nitrate and 1 tablespoonful of concentrated sulfuric acid.

PROCEDURE:
1. Place dry potassium nitrate in bottle or jug. Add sulfuric acid. Do not fill bottle more than 1/4 full. Mix until paste is formed.

CAUTION: Sulfuric acid will burn skin and destroy clothing. If any is spilled, wash it away with a large quantity of water. Fumes are also dangerous and should not be inhaled.

2. Wrap paper or rages around necks of the 2 bottles. Securely tape necks of bottles together. Be sure bottles are flush against each other and that there are no air spaces.

```
/>
Paper and tape -\
|— — — —\ | /— — — —|
| \___=======_._/ |
|
bottle A ___||||||___ bottle B |
|=============/ ======= \ |
— — —-|-/
\— — — —|
|||||| \- Sulfuric acid ||||||
||| ||| & Potassium Nitrate |||
|||
\— — Supports — — —-/
```

Bottle B should be slightly lower than bottle A, but not so low as to let the paste to flow from A to B.

3. Support bottles on rocks or cans so that empty bottle is SLIGHTLY lower that bottle containing past so that nitric acid that is formed in receiving bottle will not run into other bottle.

4. Build fire in pot or frying pan.

5. Gently heat bottle containing mixture by moving fire in and out. As red fume begin to appear periodically pour cool water over empty receiving bottle. Nitric acid will begin to form in the receiving bottle.

CAUTION: Do not overheat or wet bottle containing mixture or it may shatter. As an added precaution, place bottle to be heated in a heat resistant container filled with sand or gravel. Heat this outer container to produce nitric acid.

```
/>
/———-\ /- Tape Seal
| |-\ | /————|
| | \___=======___/ |
|
Can | ___||||||___ bottle B |
^| |==/ | ======= \ |
^^| |-/ \-Bottle A
\————|
^^^\————-/ |||||||
FIRE |||||| \– Heat resistant |||rock|

\—-/|| ||| container filled with ||| |||
sand or gravel
```

6. Continue the above
process until no more red fumes are formed. If the nitric acid formed in the receiving bottle is not clear (cloudy) pour it into cleaned bottle and repeat Steps 2-6.

CAUTION: Nitric
acid will burn skin and destroy clothing. If any is spilled, wash it away with a large quantity of water. Fumes are also dangerous and should not be inhaled.

Nitric acid should be kept
away from all combustibles and should be kept in a SEALED CERAMIC OR GLASS container.
03-31

Cellulose Nitrate is known as smokeless powder. It doesn't take much time or
effort to make it
and can be useful for use indoors where you don't want any
smoke left floating around the
room.

Materials
———
Concentrated Sulfuric Acid
Concentrated
Nitric Acid
Absorbent Cotton
Sodium Bicarbonate
A 250ml Beaker
Ice Bath

/> Paper Towels
Tongs

Procedure
———

Put the beaker in the ice
bath. Add 70ml of Sulfuric Acid, and 30ml of
Nitric Acid.
Divide the cotton into 7/10
gram pieces. Use the tongs to submerge each
piece of the cotton into the acid solution for 1
minute.
Rinse each piece of cotton in 3 successive baths of water, each bath
containing
500ml of water. Use fresh water for each piece.
Now, immerse the cotton into 250ml of Sodium
Bicarbonate. If it bubbles
rinse it in fresh water once more and contiue the procedure until
no bubbling
occurs.
Squeeze each piece dry and put it on paper towels overnight.

You already know what you are supposed to do with it now. Have fun...

[bad boy
in black]

Have fun with this.. i☐I included the nitric ascid recipe because it is so
hare d to get normally.. Alpine Kracker

Downloaded from Just Say Yes. 2 lines,
More than 500 files online!
Full access on first call. 415-922-2008 CASFA

Another file downloaded from:

!
-$- & the Temple of the
Screaming Electron
! * Walnut Creek, CA
+ /^ |
! | |//^ _^_ 2400/1200/300 baud
(415) 935-5845
/^ / @ | /_-_ Jeff Hunter, Sysop
|@ _| @ @|- — -|
| | | /^ | _ |
- - - - - - - - - - *
|___/_____|_|_|_(_)_| Aaaaaeeeeeeeeeeeeeeeeee! /

Specializing in conversations, E-Mail, obscure information,

entertainment, the arts, politics,
futurism, thoughtful discussion,
insane speculation, and wild rumours. An ALL-TEXT BBS.

"Raw data for raw minds."

# Please have a look through some of our related articles:

- The pyrotechnic's guide to explosives pt 1
- The Improvised Munitions Black Book, Section V (Part I)
- UNCONVENTIONAL WARFARE Devices and Techniques
- The Improvised Munitions Black Book, Section V (Part III)
- Various information

Comments (0) Trackbacks (0) Leave a comment Trackback

1. No comments yet.

1. No trackbacks yet.

Name (required)

E-Mail (will not be published) (required)

Website

Subscribe to comments feed

Submit Comment

RSS feed

## Recommended Sites

- Explosives & Pyrotechnics Information Highly recommended website containing many high quality explosives and pyrotechnics manuals.
- Homemade Drugs Information High quality homemade drugs information archive.
- Homemade Weapons & Combat A huge site with hundreds of handbooks and manuals in over 50 categories on weaponry, combat and extreme survival.

- The Anarchist Cookbook The original Anarchist Cookbook download and FAQ – & distribution of a complete collection of related "cookbooks".

- Aliens and UFO's
- Anarchist Philosophy & Anarchy
- Bad Ideas & Vandalism
- Car Theft, Speeding & Radar
- Conspiracy Theory
- Crime, Theft & Robbery
- Cryptography
- Electronics
- Fake Id
- Forensic Investigation
- Fraud, Scams & Money
- Government and Police Information
- Homemade Bombs
  - Burning Stuff
  - Explosives Handbooks
  - High Order Explosives
  - Low Order Explosives
  - Smoke Bombs
- Humour
- Hypnotism and Mind Power
- Interrogation and Brainwashing
- Living Off The Grid & Living Free
- Military & Militias
- Misc
- Old Forums Archive
- Revenge Pranks
- School Fun
- Survival
- Weapons and Combat
- Weird Science & Stink Bombs
- Zines

## Mailing List

Joing the bombshock mailing list to stay updated on all the topics this site discusses and more!

E-mail

Name

Submit

Case 1:08-cr-00826-RMB Document 246-4 Filed 07/28/10 Page 8 of 8

Top WordPress

Copyright © 2008-2010 bombshock.com