# EXHIBIT C

Reference:                      Mr. Abdul Qadeer's Interview (Starts in DVD 1, ends in 3)
Source Languages:               Dari & Pashto

PARTICIPANTS:

| Role (e.g. Interpreter, Witness etc.) | Name |
|---|---|
| Judge | Mr. Zia-ul-Haq |
| Witness | Mr. Abdul Qadeer |
| Interpreter | Mr. Mohammad Haroon Mohtasim |
| Representative of Afia Siddiqui | Attorney Charles Swift |
| US Attorney's Office | Attorney Christopher Loewen & David Rody |

| Role | Pashto and Dari Transcription | English Translation |
|---|---|---|
| | INTERVIEW IN DARI | INTERVIEW IN DARI |
| Interpreter | لطفاً خود را معرفی کنید و جای کار خود را بگیرید. | Please briefly introduce yourself and the place where you work. |
| Judge | اسم من ضیاء الحق زاهد است و زاهد تخلص میکارم. من در محکمه ناحیه ۳ کابل بحیث قاضی کار میکنم. | My name is Zia-ul-Haq Zahid. I work as a judge in the 3rd district of Kabul. |
| Judge | آ امر خو نشی کولی چی باخیزد کدا؟ | Could you please stand up? |
| Judge | آیا میتوانید موږ دلته کری از ایستاده شوید؟ | Could you please stand up? |
| Witness | بلی چرا نه. | Yes sure, why not? Give me a hand please. |
| Judge | مور انی وکدم، باخیده کنه. | That would be better. |
| Judge | آیا میدانید که اینجا شما به خاطر شهادت آمدید. حالا به همان طریقه که در اسلام است قسم بخورید که هر چه که شما دیدید و شنیدید درست بیان میکنید. ولی قبل از آن شما خود را معرفی کنید. | You know you are here as a witness and you ought to tell the truth about whatever you saw and heard. Now according to the Islamic way, take your oath, but before that, introduce yourself. |
| Witness | شکر الحمد الله مسلمان یم. | Thanks to Allah I am a Muslim. |
| Interpreter | چی ددی نه چی تاسو شهادت شریع کری، خپل ځان معرفی کنه. بیاو روسته به شهادت ورکړی. | We would like you to introduce yourself before you take an oath. |
| Witness | شکر الحمدلله، زه مسلمان یم. سهار می مونځ کری دی او بس راغلی یم شواهد ورکوم. او قسم خورم چی مغه څه حه اوری ځه نی چی ما به سترګولیدلی دی مغه تاسو ته بیانوم. زما اوم کی چی عبدالقدیر دی او به مغه وخت دا قضیه پیدا شوه نو ... | Thanks to Allah I am a Muslim. I have offered my prayers in the morning. I have come now for my testimony. I swear that I will say truly whatever I have seen with my eyes. My name is Abdul Qadeer and at the time this incident occurred... |
| Judge | ت امو وا ای شی چی مغه قضیه وا ایی چی مغه قضیه څه شی ده او څنګه... | Could you please tell something about that incident that... |
| Witness | مغه به بیا دوی پوښتنه کوی او زه به بس جواب ورکوم. صحیح دی؟ | Well, I think they should ask the questions and I will answer them. Is that Ok? |

| | | |
|---|---|---|
| Judge | صحیح ده . | OK |
| Witness | کینم؟ | May I sit down now? |
| Judge | مهربانی وکړه . | Sure. |
| Judge | ته اوس خپل شهادت شروع کړه. بیان وړکړه. | Could you please give your testimony now? Give the statement please. |
| Witness | صدیقه، دا غزنی ته راغلی وه . او څه واو وخت کی غلور بجی د مازدیگر وی. زه به کور کښی ووم ، به کور کښی ووم او دا... | Siddiqi had come to Ghazni and I think it was four o'clock when I was at my home and... |
| Interpreter | قسم یوره شوی وي؟ | Did he administer an oath? |
| Witness | دره غوکند می پورته کړ. شکر الحمدالله مسلمان یم . قسم خورم څه چی حقایق دی او څه چی ما لیدلی هغه تاسو ته رواږوم . بغیر څه ده اضافه نه ، څه چی ما به سترګو ا یدلی مغه تاسو ته بیانوم . | Yes, I did. Thanks to Allah, I am a Muslim. I take an oath that whatever I have seen and what is the truth, I am going to tell them to you. I am going to tell you whatever the truth I have seen with my eyes without any additional things. |
| Interpreter | لطفاً خود را معرفی کنید و در باره تجارب خود با پولیس وه ما بگوئید. | Please introduce yourself and tell us about your experience in the Afghan police. |
| Witness | اسم من سمونیار عبدالقدیر ولد عبدالوکیل از ولایت کنره والسی سرکانی و قریه پشکا میباشم . و من مدت 31 سال با پولیس کارکردم . | My name is Samonyar Abdul Qadeer s/o Abdul Wakil, resident of Kunar province, district Sarkani, Pashaka village. I have worked 31 years for the Police. |
| Interpreter | به کدام جا در پولیس کار میکردید؟ | In what capacity did you work for the police? |
| Witness | در تمام 31 سال در ارکانهای کشفی پولیس کار کردم . | During the whole 31 years, I worked in detection or detective section of the police. |
| Interpreter | در ماه جولای 2008 در کجا کار میکردید؟ | Where were you working in July 2008? |
| Witness | در غزنی. | In Ghazni. |
| Interpreter | وظیفه شما در غزنی چی بود؟ | What was your position in Ghazni? |
| Witness | به عنوان مدیر تروریزم قوماندانی ولایت غزنی | As head of the Terrorism section in Ghazni. |
| Interpreter | در اواسط ماه جولای آیا به یاد دارید که یک زنی دستگیر شده بود؟ | In mid July do you remember a woman being arrested in Ghazni? |
| Witness | بلی ساعت چهاروئیم یا پنج عصر بود که من بعد از رسمیات به خانه رفتم که آن وقت فامیل من در غزنی بود. به من در خبر ه داده خبر امد که یک زن در مسجد آمده و او خارجی پاکستانی است، و میخواهد حمله انتحاری بکند، و یک طفل دوازده ساله هم همرایش است. | Yes, I do. It was about 4:30 or 5 in the evening after the official time when I reached home; my family was living in Ghazni. Through the walkie-talkie, I was informed that a lady had come to the mosque and she was a suicide bomber. I was also informed that she as well had a 12 year old child with her. |
| Interpreter | میخواهید که این را تکرار کنید. | Can you please repeat this? |
| Witness | بلی بعد از ساعت رسمی وقتی که من به خانه رفتم به ما از طرف، از کوبراسیون قوماندان اودوه ولایت غزنی، مون وال آصف خبر داده شد زن در مسجد است، و از طرف قوماندان گفته شد که زن را به قوماندانی املبه بیاورید. در همین انا سول عبدالغنی آن زن را به قوماندانی اودوه ولایت غزنی انتقال داد. | Yes, after official time, when I reached home, through the walkie-talkie I was informed by Samonwal Asif, the head of the security that a lady had come to the mosque. The commander ordered to bring the lady to the police headquarters. Immediately, Samonmal Abdul Ghani took the lady to the police headquarters of Ghazni. |

2

| Interpreter | من می‌خواهم یک عکس را به شما نشان دهم. | I would like to show you a picture. |
|---|---|---|
| Interpreter | شما لطفا خود را معرفی کنید، و در کجا کار می‌کنید؟ | Could you please introduce yourself? And what do you do? |
| Interpreter | اسم من محمد هارون مهتسم است و من معاون پروفیسر در (غیرواده می‌شود) پوهنتون کابل هستم. | My name is Mohammad Harron Mohtasim and I am an Assistant Professor at Kabul University (inaudible). |
| Interpreter | آیا شما این عکس را می‌شناسید؟ این کی است؟ | Do you recognize this picture? Who is she? |
| Witness | این خود آن زن است که من در باره اش صحبت می‌کردم. صفیه. | She is the same lady I was talking about. Safia. |
| Interpreter | آیا این عکس را شما گرفتید؟ | Did you take this picture? |
| Witness | بلی | Yes |
| Interpreter | وقتی که شما این خبر را شنیدید چکار کردید؟ | What did you do when you heard the news? |
| Witness | سمونمل غنی آن زن را به قوماندانی امنیه برد. | Samonmal Ghani took the lady to the headquarters. |
| Interpreter | شما چکار کردید؟ | What did you do? |
| Witness | وقتی که من به قوماندانی رسیدم آنجا والی و قوماندان امنیه آنجا بودند و زن در یک اطاق بمنه و جیغ می‌زد و می‌گفت "الله اکبر". در همین وقت بود که نیروهای امریکائی هم داخل قومانداني شدند. | It was 6 pm when I got there, the governor and the chief commander were there and the lady was in a room yelling "Allah o Akbar", meaning "God is Great". At that point some other forces of the ISAF also entered the headquarters. |
| Interpreter | در هر صورت نیروهای آیساف چی میخواستند با کنند؟ | What would the coalition forces do in any case with the lady? |
| Witness | هیچ چیز نه چون زن در اطاق بسته بود و فقط جیغ می‌زد و می‌گفت "الله اکبر" و کسی را اجازه که خود نگذاشت. بسیار بیرون بر بود و والی چند مرتبه پیش او رفت و آمد. در ساعت 8 شب بود که از تلویزون پخش شد که این زن آمده و میخواست که بالای والی حمله انتحاری بکند ولی هیچ چیز همراه ندارد. | Nothing, the lady was in a room and yelling and wasn't allowing anyone to go in front of her. It was very crowded and the governor went to her several times. During this entire situation, at 8 p.m. we heard over the television that this lady had come to this city and wanted to target the governor in her suicide attack, but she had nothing with her to do that. |
| Interpreter | شما گفتید که برای حمله همراه چیزی همراه نداشت، منظور شما چیست؟ | What do you mean to say, she had nothing for a suicide attack? |
| Witness | ساعت 2 صبح بود که آروند به من رسید که من بروم و از او تحقیقات بکنم. | Many people were around and then I think it was about 2 a.m. when I got my turn to go and investigate her. |
| Interpreter | به چه اساسی شما تصور کردید که او یک انتحاری است؟ | On what grounds did you think that she was a suicide bomber? |
| Witness | چون این در اسلام است و او "الله اکبر" می‌گفت ملای ذکر می‌کردند که یک گپی است که او سر و صدا می‌کند انتحاری و می‌کنند آنها هم می‌گویند "الله اکبر" می‌گویند. | As she was yelling and repeating these words "Allah o Akbar" and it is common among suicide bombers that they also repeat these words "Allah o Akbar" and then explode themselves. So everyone was thinking that she must have something to do. |
| Interpreter | آیا شما دیدید که او چیزی همراه دارد که حمله کند؟ | Did you see anything with her to conduct a suicide attack? |
| Witness | خیر | No |
| Interpreter | آیا پولیس با کسی دیگر زن را زد؟ | Did the police or anyone strike the woman? |
| Witness | خیرچون من بیرون بودم و کسی هم مرا نگذاشته که بروم تا ساعت 2 | No. As I was out and at 2 a.m. I got a chance to go in and talk to her, and actually it was |

| Speaker | | English |
|---|---|---|
| | صبح که نوبت من رسید که از او چیزی بپرسم . اگر چه وظیفه من بود ولی کس نمی‌گذاشت که کس درست کی بابد بروید. غام این حالات مثل دراما معلوم میشد. زن جیغ میزد و مردم را به طرف خود متوجه می‌ساخت. همگی فکر کردند که به نوعی است. | my duty but no one was allowing us to go and talk to her. People didn't know who the right person was to go and investigate her. The whole scene was like a drama. The lady was yelling and not separating the child from her and she got everyone's attention. So everyone thought she had some plan. |
| Interpreter | آیا به یاد داوید که با من صحبت کرده بودید؟ | Do you remember that you had talked to me? |
| Witness | بلی | Yes |
| Interpreter | دفعه پیش که با من صحبت کرده بودید گفتید که پولیس زن را زده بود. | When you talked to me last time you said the lady was beaten by the police? |
| Witness | بلی، والی می‌امد و یک مشتی میزد و دیگران بادی گاردهای نومانددان و والی هم هر کسی که می‌امد یک مشتی میزد چون او به نام انتهاری بود و این حقیقت دارد. | Yes, the governor came and hit her and the chief commander and governor's bodyguards would come and give a punch to her as she was tagged as a suicide bomber. This is true. |
| Interpreter | آیا شما آن را دیدید؟ | Did you see this? |
| Witness | بلی من بیرون بودم ولی از شیشه میتوانستم ببینم. من هم او را با همین عصا زدم. بلی من زدم. چون به نام انتهاری آمده بود. ولی در آخر هیچ چیزی هم نبود. من آدم خوردم که راست بیگویم و این حقیقت است که بران می‌گویم. | Yes, I was outside the room but could see it from the other side of the window. I also hit her with this stick. Yes, I did. Because she had come with the name of a suicide bomber, but eventually there was nothing like that. Being a Muslim, I have taken an oath to tell you the truth and this is the truth. |
| Interpreter | بیش میرویم که فردا صبح چی شد بود | Moving on to the next morning... |
| Interpreter | بعد از سوالاتی که پرسید آیا صبح روز بعد کدام تلیفونی از مرکز آمد؟ | After questioning her the next morning, did you receive any calls from the center? |
| Witness | در باره چی و از کی؟ | About what, from whom? |
| Interpreter | از وزارت داخله | From the interior ministry |
| Witness | بلی قوماندان امنیه به وزارت تماس گرفت و من هم از طریق ریاست خود تماس گرفتم. | Yes, the chief commander called the ministry and I also called them from my own office. |
| Interpreter | در نتیجه این تلیفونها کدام اقدامی شد؟ | Due to these telephone calls, did anything happen? |
| Witness | بلی آنها به من گفتند که فردا ساعت 11 می‌ایند و او را به مرکز می‌برند. | Yes, they told me that the next day they would come at 11 and take her to the center. |
| Interpreter | آیا زن عکس العملی در مقابل این خبر نشان داد؟ | Did that cause any reaction in the woman? |
| Witness | بلی، زن آن که والی به من اجازه داد که من بروم و از او چیزی بپرسم. | Yes, I had got permission from the governor to go and investigate her at 2 a.m. |
| Interpreter | آیا شما کدام تلفونی از معاون معینه وزارت داخله به شما آمد؟ | Did you receive any call from the deputy head of the interior ministry? |
| Witness | از معاونیت ریاست تروریزم تلفون آمد و گفت که آنها می‌ایند و آن زن را به مرکز انتقال می‌دهند. | A call was received from the deputy head of terrorism, not the ministry. |
| Interpreter | مگه زنگ زد؟ | Did he call? |
| Witness | هو | Yes, he did. |
| Interpreter | آیا زن با این خبر عکس العملی نشان داد؟ | Did the woman react to that? |
| Witness | بلی، زن آن که من رفتم و رفع اظهارات را بردم یک نفر دیگر بشیر بود که | Yes, I went there and took the affidavit; |

4

| | | |
|---|---|---|
| | نرجمه میکرد و من نوشته میکردم. زن کنت که از درس خوانده است ما کاغذ را به او دادیم و او خودش نوشت. ما گفتیم بخاطر "الله اکبر" که میکنید ما او را نسلیم امریکا با انگلیس نمیکنیم ولی تو به ما راست بکو. | there was another whose name is Bashir and who was translating Urdu and I was writing it down. The lady said that she is educated and we gave the paper to her and told her to write the truth for the sake of "Allah o Akbar". We told her that we would not hand her over to the Americans, British and coalition forces. |
| Interpreter | ایا زن کوشش کرد که فرار کند. | Did the woman try to escape? |
| Witness | وقتی که ما رفتیم که جایه صبح برای بدهیم یک تلفون آمد که ما در نزدیکهای غزنی هدتم. زن به کمان شد و خواست که از کلکین در منزله خودش را بانزین بیندازد. | In the morning when we gave her the breakfast. At that time we received a call from the officials of Kabul and they said they were near Ghazni and would get here soon. She became doubtful and tried to jump from the second story window. |
| Interpreter | چطور خواست که فرار کند؟ | How did she want to escape? |
| Witness | میخواست که از کلکین خودش را بانزین بیندازد. | She wanted to jump from the window. |
| Interpreter | آیا این همان کلکین است که او میخواست از آن فرار کند؟ | Is this the window that she wanted to jump from? |
| Witness | این کلکین کلان است. آن کلکین خورد بود. پائین کانتینر بود بالا کلکین خورد بود. | This window is very big. That was smaller. The window was small and there was a container under the window. |
| Interpreter | آیا شما این کلکین را میشناسید؟ | Do you recognize this window? |
| Witness | بلی این در دفتر ما است. | Yes, this window was in our office so I can recognize it. |
| Interpreter | نو هذا د دفتر د کرکی غبه مغزی د تختیدلو کوښش نه ژ کوی، کوه یه وله وه؟ | So the window in your office, it's not the window she tried to escape from? |
| Witness | یک اطاق، کلان بود که پرده زده بود و قتم ها بود. | That was another window on the second floor, which had curtains and beds and she wanted to escape from there. |
| Interpreter | وقتی که خواست فرار کند شما چیزی کردید؟ | After she tried to escape, did you do anything? |
| Witness | بلی ما او را گرفتیم. | Yes, we grabbed her. |
| Interpreter | آیا او جنجال کرد؟ | Did she fight back? |
| Witness | بلی یک خلطه داشت که در آن سامان آرایش بود آن را به دست گرفت و کفت که من شما را میکشم. ما یست های او را بسته کرده بعد به قتم بسته کردیم. | Yes, she had a plastic bag in which she had cosmetics and took out some powder and said, "If you do not let me go I will kill you all." We tied her hands behind her, to a bed. |
| Interpreter | آیا شما دیدید که در آن خلطه مواد منفجره بود؟ | Did you check the bag? Was there any explosive material in the bag? |
| Witness | چیزی نبود فقط ۳ جوزه کالا ۲ چادر و بوت بود و یک فایل کاغذی که کاغذهایش را وراا در آنجا گرفته بود. او جاد ورقی از یک جله که عکمرای اردوی پاکستان در آن بود. | There were nothing but just 2 pairs of burqas, 3 pairs of clothes, 2 shawls and shoes and a paper. Also, she had a magazine, which had some pictures of Pakistani soldiers. |
| | NEXT VIDEO CLIP | NEXT VIDEO CLIP |
| Interpreter | و هیچ چیز دیگر نداشت. | And she had nothing else. |
| Witness | او این را هم دعوی کرده بود که او | She had also claimed that she had 6000 |

| | | English |
|---|---|---|
| | شن مزار كلدار داشت و ما آن را از خلفه گرفتیم. | Pakistani Rupees in her bag and that it was taken from her. |
| Interpreter | خوب به راد بیاورید که در آن خاطه كدام مواد منفجره نبود؟ | To the best of your knowledge, was there any explosive material in that bag? |
| Witness | نخیر. | No |
| Interpreter | آیا شما مواد منفجره را میشناسید؟ | Do you recognize explosive material? |
| Witness | بلی | Yes |
| Interpreter | وقتی که او میخواست فرار کند شما چکار کردید؟ | When she wanted to escape, did you attempt to do anything? |
| Witness | ما دستهایش را در پشت بسته کرده در چبركت بسته کردیم. | We tied her hands behind her to the bed. |
| Interpreter | او چطور بسته شده بود؟ | How was she tied? |
| Witness | دستهایش را پشت بسته در روی تخت انداخته بودیمن. | We tied her hands behind her back and through her, upright on the bed. |
| Interpreter | وقتی که دستهایش را بسته کرده او را روی تخت انداختید بعد از آن چی شد؟ | When you tied her hands and put her on the bed, then what happened? |
| Witness | بعدأ یک پره دار را آنجا گذاشتیم و ما رفتیم به میدانشاه که آنهای که از کابل آمده بودند آنها را بیاوریم. | Then we put a guard there and we went to Maidan Shah to bring the other people who were coming from Kabul to take her. |
| Interpreter | کی آنجا پره داری میکرد؟ | Who was left there to watch her? |
| Witness | یکی از کارمندان ما. | One of our workers. |
| Interpreter | شما رفتید که کسانی را بیاورید، آنها کیها بودند؟ | You went to meet people, whom did you meet? |
| Witness | معاون ریاست تروریزم همراه چهل نفر آدم و در دفتر خود بالا رفتیم. | The Deputy of terrorism with 40 people came there and I took them to our own office. |
| Interpreter | وقتی که معاون ریاست تروریزم آمد چکار کرد؟ | When the deputy of terrorism got there, what did he do? |
| Witness | ما رفتیم در دفتر آن طفلی که همراه او بود از او جدا کرده در اطاق دیگر برای تحقیقات بردیم و من در همان اطاقی که پرده داشت و زن آنجا بود رفتم. | Then we separated the boy from her and took her to another room for investigation and I went to the same room, which had curtains, and the lady was there. |
| Interpreter | بعدأ چی شد؟ | Then what happened? |
| Witness | ما برای 15 دقیقه در آنجا بودیم و صحبت میکردیم که پره دار آمد و گفت که نیروی امریکائی آمده آنها را اجازه بدهیم یا نه، معاون گفت که ما اجازه بدهیم یا ندهیم آنها میایند، بگوئید بیایند. | We were there for some 15 minutes talking to the lady, then a guard informed us that American soldiers had come and he asked if we should allow them to come in or not. The deputy said whether we permit them or not, they will come, so let them come. |
| Interpreter | هنوز هم دستهای زن بسته بود؟ | The woman was still tied up? |
| Witness | نخیر وقتی که معاون آمد و دید گفت که چرا دستهای او بسته است ما گفتیم که زن چی است که فرار کند، دست هایش را باز کنید. | When the deputy of terrorism section got there and asked why the lady was tied up, we said she wanted to escape, he said, "How is a lady to escape? Untie her." |
| Interpreter | دستهایش را باز کرده بودید؟ | Was she untied? |
| Witness | بلی | Yes |
| Interpreter | پره دار هنوز هم بود که از او نظارت کند؟ | Was the guard still there to look after her or not? |
| Witness | ما همگی آنجا نشسته بودیم و در پشت پرده زن بود، وقتی که معاون داخل | We were all sitting there, and there was a curtain at her back where she was sitting. |

| | | |
|---|---|---|
| | آمـر نورا از را ه ا بیـرون کـردیم . چطاربـیک مـا همه آنجا بـودیم یک زن چطور میتوانست که فرار کند. | When the deputy came, we sent the guard out. How could a woman escape when we were all there? |
| Interpreter | خوب وقتی که سربـاز قیا بیـرون رفت کسی بود که از زن مـواظبت کند؟ | When the guard left, was there anyone to watch the lady so she may not escape? |
| Witness | ضرورت آن نبود ما همگی آنجا بـودیم و او هروادی چیزی همراه نداشت. | There was no need, we were all there and she had nothing with her. |
| | NEXT INTERVIEW IN PASHTO | NEXT INTERVIEW IN PASHTO |
| Interpreter | اسم من ممتاز است من مترجم هستم و من دفتر ترجمانی در کابل دارم . من در هر سه زبان دری، انگلیسی و پشتو مهارت دارم . | My name is Mumtaz and I am a translator and have my own translation bureau in Kabul. I am a professional in all three languages; Dari, English and Pashto |
| Interpreter | دا نقشه چی ستا مخی نه پرته ده، زه به نات بعضی پوختنی کومه ، او بیا چی زه کله نانه ووایه نو زه هغه ځای باندی به د، به خپله نیته راکاوری . | I would like to ask you some questions about this diagram that is in front of you. Then when I tell you, please mark certain things in this diagram/picture. |
| Witness | صحیح | OK |
| Interpreter | آیا دغه طی چی ستا مخی ته پروت دی، دغه نقشه چی دی، دا پیژنی؟ | Do you recognize this diagram? |
| Witness | دا خو زه دامی فکر کوم لکه چی دا په دغه خونه وی چی دا واقعه په کی شوی وه . | It seems to be the room where this incident took place. |
| Interpreter | ونی چی په دی پوهیده چی دروازه د، چرته وی؟ په دی کی؟ | Do you know where the door is in this diagram/picture? |
| Witness | شرق ، شمال ، غرب و جنوب به معلوم کوه، ایا به دروازه معلومه کوو. | I think first we should figure out East, West and North, South, and then I will find out where the door is. |
| Witness | دا اونی دیه، دا اونی دی کا، چی دا اونی دیه، دروازه به بی دغه ځای کی وی. | This is the room. So if this is the room, the door should be there. |
| Interpreter | ونی زه به د نانه ووایه چی دا ما څنگه ما دا نقشه کشی کری ده . بیا به نا مانه ووایی چی دروازه چرته ده. | Well, let me tell you how I drew this diagram/picture. Then you will let me know where the door is. |
| Witness | صحیح ده . | OK. |
| Interpreter | ونی چی ما چی دروازه کوم ځای کی نشانی کری ده، هته د لاس لاس نه به آخر کی دغه دی، په گونج کی ده دفی لاس. ستا ښی لاس طرف نه . | The door that has been marked is in the lower right corner. It is to your right side. |
| Witness | زما ښی لاس طرف نه؟ | To my right side? |
| Interpreter | هو. | Yes. |
| Witness | دا به دی نو. | Then this should be the door. |
| Interpreter | هو. | Yes. |
| Interpreter | ونی چی دقلا منا به دغه باندی نا درست خواب ورکړو چی دا دروازه ده . به دی دروازه که اوس پونه نه اوزایه چی یعنی څنگه ، کیسه کنی؟ | You are right; this is the door. Now could you please explain more from this door? |
| Witness | به دی دروازه نازدی؟ دی دروازه نه چی اوندی، دی بغل کی، دی ځای کی، بوه الماری پرته وه. دغه دامی چی لار لری دا اندازه ده. دغه ځای کی ځاره بی ددی اشداری د یانه . دامی | When you get in through this door. Here in this corner there is a cupboard/closet. When you go forward, this is the window here. There is a pipe of a wood burning stove above the window. There is a space and this |

7

| | | is also another window here. |
|---|---|---|
| Interpreter | | Could you please point out and mark where the windows are? |
| Witness | | This is the door. |
| Interpreter | | Yes? Only mark the windows? Where the windows are? |
| Witness | | This is a window from here up to here. |
| Interpreter | | Yes. |
| Interpreter | | Can you please mark that? |
| Witness | | The pen is not working. This is a window from here up to here. |
| Interpreter | | Ok but just mark the windows. |
| Interpreter | | I will do it. |
| Witness | | It's ok, I will do it. |
| Interpreter | | Ok. Alright. |
| | | A bullet mark was here near the window. A space was here in this area. This is again a window. This is a curtain. This is space here and this is another window. The door of the bathroom is here. A bathroom was here in this room. |
| Interpreter | | Ok. |
| Witness | | One bed was here and another was here. |
| Interpreter | | Where were the beds? Please draw them. |
| | | This is the bed. |
| Interpreter | | Mark it please. |
| Witness | | Ok, let me mark it. Here is the bed. Another bed was here in front of the bathroom. Here we have another bed. There are three beds here. One, two and three. |
| Interpreter | | Is this the way the room looked in 2008? |
| | | Yes, it was exactly like this. |
| Interpreter | | Was there any furniture in this area? |
| Witness | | Here is a door. This might be ten meters. Ok? |
| Interpreter | | Ok. |
| Witness | | These are sofas here. My office table was here. This was a space here. There is another sofa here. A television set was here in this place. This is the floor (carpet). This is also smooth floor here. These are sofas here. A cupboard/closet was |

8

| | | |
|---|---|---|
| | د چازی ورکورو چی ... دغه څای مرمۍ خوبلۍ ده .. دا  څلک پە دی راژ توت، څوک چی داذه ز، دا ک.شناملو، صحیح ده ۲٤۱٥؟ | here. This was a window there. There was a pipe for the wood burning stove... a bullet mark was there. People came through this way. They sat here. Ok? |
| Interpreter | مو . | Ok. |
| Witness | دی څای کی ، ماؤن کرشناستو، دی څای کی دا خلی کرشناست، دا هم کرشناستو، مونږ اؤول اُ است ز، دا آمریکایان رافلوتو، اۉربا دولی در ارام اۉره ز، دی چی راتنوت، بو نفر ددی څای نه دامۍ تر شو، او نفر. | Our deputy was sitting here. The other people were sitting here. We all were sitting here. Some twelve or thirteen Americans came in and one of them went through here to this area. |
| Interpreter | وخ چی کاد، آمریکایان راتنوت نو صدیقی چیرته وه؟ | When the American came in, where was Siddiqi? |
| Witness | دغه څای کی، داذه صدیقی وه. | She was here in this place. |
| Interpreter | دا پرده خلاصه وه کە بلده وه؟ | Was the curtain open or closed? |
| Witness | دا پرده دی څای کی خلاصه وه، دلته بنده وه. | The curtain was open in this portion and it was closed here. |
| Witness | پرده دامۍ پرده نه ده چی بنده دا کنه . چی دامۍ پی کﻇ کﻠﻰ، ذو ۱ﻟﻭ کﻯدی. | This was not like a closed curtain you know. One can move and open it. |
| Interpreter | وخ چی ۲٤۱٥ دا آمریکایان دفتر نه راندوتل، دا پرده ژر کومه حده پوری خلاصه وه؟ | When the American came in, to which extent this curtain was open? |
| Witness | دا پرده دغه څای پوری، مقصد مونږ دل نه دا منوچی ژ چی دا پاڅه بپا ددی څای نه څان وا نه چی کله . دا دی کوبش کرو چی ددی اشدار ذه څان وارتی، پە دی څای کی دا عایغ ورنه دوی ۱ است ز چی ددی اشداری نه دا پاڅه څان وا نه چی. | It was open up to here. Actually, we had to keep our eyes on her so that she wouldn't try to escape. Once she tried to escape through the window. Therefore, some people were sitting there in front of her so that she wouldn't escape through the window. |
| Interpreter | وخ چی دامۍ پە دی انداژه کی مونږ نه اوواپه چی پە دی ارﻇ واﻟﺪﻯ چی څومره پە دا پرده خلاصه وه؟ مﺘﺎ پە اندازه راندی پە څومرا خلاصه وه؟ | Could you please tell us on this floor, to what extent the curtain was open? In your view, to what extent it was open? |
| Witness | دامۍ. | In the diagram? |
| Interpreter | دا د څهکی نه پی اووابه. | No, on the floor. |
| Witness | د څهکی ده؟ | On the floor? |
| Interpreter | مو. | Yes. |
| Witness | ﻟﺮﻫﺎ، دغه بوتل او چ۲۹دده دغه څای. | For example, please put that bottle and jug over there. |
| Interpreter | ﺴﻧﺎ نه نردی بونله پوری؟ | From you up to that bottle? |
| Witness | زه ۱ ذ۰ ندی بونله پوری، مﻄﻠﺐ دکوا نه ده نفرو لبدل چی دا پاڅه . . . | Yes, from me up to that bottle. Actually, we wanted to keep an eye on her... |
| Interpreter | وﻖ چی دا نه چی وایی چی دلته خلک نات ز، دوی څ۱گه ﻫﺪﻩ ۲ﺫﺍﯤ ﺷﻮﻩ؟ دلته خلک نات و... | As you said, the people were sitting here so how they could see her? The people were sitting here... |
| Witness | دی څای کی نفر نات ز، او دی څای کی نفر ﻧﺎﺕ ز، ﺩﻭ ﺬﺍﺭﯾﺪﺃ لﺱ نفره د ﻣﺮکز نه واغلی ز، ای دوی نفره مونﮊﺩﻩ دلته نات ز. او کوﺟﻮﺍ و کی دکوا هم افر ۱ است ز او مونﮊﻩ  دکوا ۱ است ز. | Yes, the people were sitting here and some people were sitting over there. Actually, about ten people had come from the center and we three people were also sitting here. Some people were sitting here in the sofas and we were sitting here. |

| | | |
|---|---|---|
| Interpreter | وښ تـه غـزکـه زومـړدي چي مغـوئ مغـه د مزګرو د لانـدي نـيـولي وه؟ دنغـه لانـدي نـيـولي وه؟ چي زمـزي مغـه بـله ره نـه وهـيـتـي ؟ز.ز. | How do you know they were watching her so that she wouldn't escape? |
| Witness | خو مـونـد ټول مـنـوجي ز. دا عـلاه ټول ورتـه مـتـوجي ز. غـلاه چي دغـي څور فـاووو، خو ددي غـای غـوسره مـعـالـه دو. يـوراز يـي آواز راتـلو، حتـمي کلا خـوغـيـدو، بـو بـل حمـال، کـيدو، او دا خـلک هم دي زه مـنـوجي ز. دلـتـه کلي بـر بوه دلعـد فـراز کلـه ز او مـونـد ټول دي تـه مـقـوجي ز. | Actually, we all had kept our eyes on her. All the people were paying attention to her as she was making a noise. She was very close to us here and obviously we could have heard her. Therefore, all the people were paying attention to her. Actually, once she tried to escape and therefore we all had kept our eyes on her. |
| Interpreter | وئ چي تـاسو کلـه دا پنـه د خـبل نظر لانـدي نـيـول و، دا خلي ددي تـه چي آمـريـكـاپ ان ارتک نـه راتـونـل، تـاسو زه دي پـانـدي نظر سـاتلي ز کله وروستو د مـغـي ز. | You had kept an eye on her and we would like to know, was it before the American came in or after that? |
| Witness | نـه نـه خلي ۱۱. خلي لـه . دغـه لـمي دفـيـقي بـه کلي نـزي نـه وي چي مـاژن زاغي ددي لاسونـه مـونده از ۱ ۸ کـبر، ددي لاموز ه خو مـونده تـبلي ز. فـکر دي خوؤ لامـوز، ورنـه مـونـده تـبلي ز او ايـله مـو کبرو . چي ۱۲ ۱۸ مـو کبرو تـو بـه دي سـاعـت کلي مـونده دا راغـوغـتـلـه . تـحقیـف، ازی شروع کيدوه پـوغـتـنـه تـري کيـدلـپ، رخت بـه کلي دومـره نـه ز کله ، د مغي تـه خلي خو (پـروپد د ... | No, before. Actually, it had not been even ten minutes since the deputy got there. We released her hands. We had tied her hands before. But after the deputy came, we released her hands and at that point we wanted to start an investigation and interrogation of her. There was not much time. Before that we... |
| Witness | لـمي دقـيـقي تـري نـه وپ چي آمـرز کايـان راتـونـل. مـونـد ټول، دي نـه مـتـوجي ز. | Within ten minutes the American came in. We were all paying attention to her. |
| Interpreter | کلا، چي آمـريـكـايـان راتـلونـل، ذز از ا چا دي پـانـدي خيل نظر سانلي ز؟ | When the American came, was anyone watching her? |
| Witness | خود نـو، د تـوا و پـري نظر ز. | Yes, everyone was watching her. |
| Interpreter | ۱ و. | Ok. |
| Witness | لـس دة وقـي ثـه وي نـيري، بـه دي کلي چي ۱ س، دا آمـريـكان راتـونـل نـو دوا س ديـارلس کسه ز. نـور دي غـابـروذوكي مـونک مره کـ بـلا اصل، دا ملاکـانپ يـي خپلپ ودرولپ، او بـاريـورونـه از پـ هم کغتـه کلو کنـه . بـو ذفـر ددي غـای نـه تـلز غـو ز. | Some twelve to thirteen Americans came within ten minutes. They sat here and put their guns against the wall and they took off their gear. One of the soldiers went there behind the curtain. |
| Interpreter | کلـه چي آمـرز کـايـان راتـونـل، نـو آبـا کوم افـغـانی افـسر د اردو، کوم دغـه غـغـه چي کومـه ده، دغـه پـس د نظر لانـدي د اف ۱ پ وه؟ | Was anyone from the Afghan force watching Siddiqi once the American came? |
| Witness | نـو زه درنـه غـه وايم چي لـس دة وپي نـيري نـه وپ، ده مزک ز، چي دا خلك راغاك خو بـه دي بـنځي بـه مـي زاغلي ز ۱۲۱۲. مـحیح دوه؟ بـه دي سـاعـت کلي ټول مـونـد دي نـه مـاوچي ز کنـه . | Yes, as I told you that within ten minutes the people came from the center for this woman. They had come especially for this woman and therefore, we were all paying attention to her. |
| Witness | بـه دي انـثـا، کلي چي دي راذاوزا لـه دا مـونـد ټول، ب اغـزدو، دوی نـه ب اسبدو کنـه . دا آمـريـكـايـان چي راتـلوتو مـونـد ټول ورتـه پـاغـبدو، زه دي پـاغـيـدو کلي ز. چي بـر ۱از ددي نـز غـو، دخـوا نـه | When they came into the room we all got up for them. When the Americans came in we all got up for them. While we were standing, one of the American soldiers went there. Meanwhile, we didn't even sit back and we heard the shots. |

*10*

| Speaker | | English |
|---|---|---|
| | راقي، چي راغي مونږ له بيرته کښناستو نه نه ز جوړ ښوي چي ډزي شوې، فابر ډروغ شو. | |
| Interpreter | وئ چي کله ذا آمريکايان راننوتاو او ناسو دمغوۍ لياره باخي دۍ او دغه بل نفر ملته دغه ښو ذی آبا يه دغه وخت راذدي کوم الغان نه دغه انځه راذدي، دغه بنې يې څارله؟ | When the Americans came into the room and everyone got up and the soldier who went in there, so meanwhile, the Afghans were still watching her? |
| Witness | زه درنه څه واۍ چي زه دی کي لم دقيقي ازي ذه دی . لس دقيقي، چي مونږ کښناستلو، دا خلک ټول دا نوی چي راغلو دوۍ هله ماوجه مشوچي ز . دغه د مرکز ذ۱ چي دا ميلمانه راغاوه، دوی هم دی بنې ته مشوچي ز کنه. | Yes, that's what I'm telling you. Actually, we sat and within ten minutes all these people came. They were all paying attention to her and even all the guests who had come from the center were also paying attention to her. |
| Witness | په باخيدو کي، او زه باخيدو کي چي مخ هي دۍرا نه ز نو ښک خو مي ليدل، ذ۱ کوی؟ مثيج ده کله؟ په ۱خي دو کي چي زه باخيدم. او دا ميلمانه راشي او زه ذا ۱ ته باخيدم نو تا نه مي ۱۰ ده کنه. نو ښک خو مي ۱۱دل ۱ذ۱ . نه کوی | As for the standing to the guests, when I was looking at the guests, my neck obviously can't see behind. Got it? For example, if I stand to receive the guests, then it is obvious that I won't be able to see behind as my neck can't see anything. |
| Interpreter | وئ چي کوم سوال مونږ ذا ذ ۱ ۱ز فقط هغه څاۍ پورې مونږ له د۱ جواب راکوه. | Kindly answer that part which is being asked from you. |
| Witness | صحيح ده، | Ok. |
| Interpreter | کله چي آمريکايان ذا ذ۱ راغلو نو ته چرته وې؟ | Where were you when the Americans came in? |
| Witness | زه په دی څای کي وم. | I was here. |
| Interpreter | دلته دی خپل ۱وم راۍ۲، | Write down your name please. |
| Interpreter | وئ چي کله آمريکايان راذا ذوذل نو دلته کوم افغانان ذاست و؟ | When the Americans came in, were any Afghans sitting over here? |
| Witness | دلته سيد انور مغه ناست ز، دی چوکي نه ز که دی ته ز چي م۱ازن د ريابت دی. | Mr. Sayed Anwar who is the deputy directorate was sitting here either on this chair or on this one. |
| Witness | دلته ذ۱ز افغانان هم ناست ز. چي آمرو کايان داخل شول، هله ټول ودريدل، بيا په دی چوکۍ و ۱ذدی هغوۍ کښناست است، دلته هم کوچ ز. | Some other Afghans were also sitting here. When the Americans came in, they all got up. Then the Americans sat on these chairs. One sofa was over here. |
| Interpreter | وئ خپلې ټوپکي بس هم کښنودلي؟ | Did they take off their rifles? |
| Witness | وو، ټوپکي و ۱ ب ۱ کښنودلي، | Yes, they took off their rifles. |
| Interpreter | وئ تا مغه خپله وليدله؟ | Did you see them? |
| Witness | رو وو، دغه ساعت کي چي راذ۱ ذوذل، داسې کښنه استل، مونږ ټول باخيدو، زه خو نه شوم باخيده، زه څای وړ څای ناست روم، فۍر دی شو؟ دا نور خلک وزۍ ۱ باخيدو، چي باخيدل، دوی کښناوست او ټوپکي بس هم د څان ضاغوا کي خان سره ۱ کښودی، دا يو ذار د ټوپک سره لاړو، | Yes I did. When they came into the room, we all got up and they sat down. I was unable to get up and was sitting in my place. Got it? The other people got up. When these people got up, the Americans sat down and they took off their rifles as well. One person came there with the rifle though. |
| | NEXT VIDEO CLIP | NEXT VIDEO CLIP |
| Interpreter | وئ ۱۲ ۱ ۱ بومږدي، مونږ ته وبلۍ چي | Do you know how many soldiers took off their |

| | | rifles and gear? |
|---|---|---|
| | ي غوـدره آمريكايـانـو خپل متـه سادـان مـادـان فـكـنـه کـرو اوخپلي تـوريكي يـس د خان سرء خـنك نـه ودرولي. | |
| Witness | نـو زه دومـره إروهه م ي مف ه اميـدـاوان چي ز منوق بـه بازه کپـقـاـصنو کنـه، دلـته کوـچوـر، کي غاي ز ، کپهـا اسـل، زیـانـره یـس ولاد مم زه زیـاثـره یـس کپقـاـصتل کنـه. نـفریبـا ددي خـلـور نـفـروه دا ينـان ي ز منوق دا شبـان ينـاذه كرل، دلـته ولاد مم ز، یـو دولـم کسه ز کلـه. ثـوله قومـندانه، یـس نیـولی وه، ز م کوـچوـر و کي ز، فـذا دغه خه ي ورا نوـذا، بـو درى خـلـور یـس کپقـاـصتی نـور یـس یـه د ی شبـه کي ودرودر، دا بـو ازر دـقـاـؤ، ولارو. | Actually, the officers sat on the sofas. Some of them sat while some other were still standing. I think three or four senior officers took off their gear. Some of them were standing over here. I think there were almost twelve people and were all around here. Some of them sat on the sofas. When they came in, some three or four people sat and the others were standing here. This one person went over there. |
| Interpreter | خوـدره آـریـكـایـان ز؟ | How many Americans were there? |
| Witness | دولـم ز بـا دیـاـزاـم ز. | About twelve to thirteen. |
| Interpreter | وث کـه تـه پوـه.ي ا و خو اـریـكـایـان هاـذه کـپفـذـاستزل او دا خپل بـامـان مـ امـان یـس فـكـتـه کرو؟ | How many Americans sat over there and took off their gear, etc.? |
| Witness | درى کسه، درى خـلـور کـه، | Three or four people. |
| Interpreter | وث کـه نـا خپلـه لـیـدلي وو دا نـوریـكي یـس جرتـه کیـپشـودـلي؟ | If you saw it, where did they put their rifles? |
| Witness | خواكه، خپل بـقل کي، ز رضا دى کـروى نـه چي نـفر ۲.پلـا اسذو کـذه ، دلـته یـس اـروبک کـپشـودـرو، دى غاى كي سعيـد اـنـور فـاسـت ز، مـدوج دـه، دا نـور دـامي ولاد ز. | The senior officers put the rifles on their sides after they sat. They put it over here. Mr. Sayed Anwar was sitting here. Got it? |
| Interpreter | د دیـوـال سـره ا پـ دا نـوریـكي ولـگـولي؟ | Did they place their rifles against the wall? |
| Witness | وو، دلـته چي کپفـذـاستو، دا دزوال دى کـه، دزوـال ذه یـس ولـگـول کنـه. | Yes, they sat and placed their rifles against the wall. |
| Interpreter | وث نـا دا نـوریـكي بـه انه زوكـه ا زذ دى کـتلي شوى؟ سـتا نظر لاـدى ز.از.لل، دا اـروب كي؟ | Could you see the rifles clearly? Could you see these rifles? |
| Witness | خـنكه نـه رانـلل نـو زه دجو اذـد ز اـم ویم نـه، دا نـور خو ولاد ز، زه خو فـذزه دى غاى كي فـاست ویم، | Of course, why couldn't I see them? I was sitting here and the other people were standing here. I was sitting here easily you know. |
| Interpreter | وث ي نـا نـوریـكي لـیـدلي شوى؟ | So, you could have seen the rifles? |
| | وو، دى غاى كي فـاست وى، دا حامخ زه دى زمـا، | Yes, I was sitting here so everything was in front of me, you know. |
| Interpreter | وث ي آیـا نـا دا بنخه دامي لـیـدلي چي کني ددي پـردي نـه ر.ائلا ا,را شـوي وي او بـو نـوریـکه ر.اـذـدي لاس واجـوى اى بـوه ملـا، وکرى؟ | Did you see the woman coming out from behind the curtain grabbing the rifle and attacking? |
| Witness | نـه ، دا نـور مر خه ي دـاـذل کري ددي آمري.کـاـي , او ددي بنخي نـرمـنخ نـیـثـوي مـا نـه دى لـیـدلي. | No. Actually, I did not see anything that happened between this one American and the woman. |
| Witness | دوه دنـي بـه کي تـر ذه وى ي نـابـر شو. | Within two minutes the firing started. |
| Interpreter | وث ز کـه سنادا ي دلـته نـابـت وى او جامخ نـا نـه نـفر نـاـبت وى او نـا اـ یـه | Are you completely sure that you were sitting here in front of the forces and could clearly |

12

| | | |
|---|---|---|
| | دا ... | see their rifles? |
| Witness | ... | Yes I am sure. |
| Interpreter | ... | You said earlier that you heard shots? |
| Interpreter | ... | You stated two-three times that the one American soldier went behind the curtain. Can you say anything about that soldier? |
| Witness | ... | When he went there, the firing started. |
| Interpreter | ... | Can you say anything about that soldier? Can you tell how he was? |
| Witness | ... | About the forces I would like to say that two Afghani bearded people were from among us [meaning nationality] They were from the Intelligence Bureau. There were black and white people with the American forces. |
| Interpreter | ... | No, actually I am talking about that one American who went behind the curtain. |
| Witness | ... | No, I do not know how he was. There was another girl with the American and when I wanted to escape through the door after falling down myself from the sofa, she stepped on me with her boots on. I had fallen from this sofa. Then the Americans and the local people all stepped on me. I was the last one who remained here and then Mr. Bashir came and helped me out. |
| Interpreter | ... | Actually, they did not ask this question from you. Please only answer the question that is asked. We would like to ask you again this question about when this American went behind the curtain? |
| Witness | ... | I think when the Americans came into the room. After they arrived... |
| Interpreter | ... | I would like you to wait until I complete my whole question. When the soldier went behind the curtain, what did you observe after that? What did you see? |
| Witness | ... | Actually, I observed that soon after he went behind the curtain, the firing started within two minutes. Everyone wanted to escape from there. |
| Interpreter | ... | When the soldier came behind the curtain, did you hear anything? Any talking? |
| Witness | ... | No. |
| Interpreter | ... | Did you hear the shots? |
| | ... | Yes, I did. |
| Interpreter | ... | When the firing started and the American |

13

| | | |
|---|---|---|
| | کډوی جوړه شوله ، بـه دی ۱۱.۱۲ه کی دا کوم رل غه نئ ولیدلو؟ | came back and when everyone was running, Did you see anything else during this time? |
| Witness | زه بیا ولـویـتم. ۱.۱۲ دا کوم دی کنه ، بـاڅهـلـم ا، شوم ار خان می وارنـو. دی درازي نه می خان راودسو او څه چي چالاک ؤ هنه اوونـو ۱۱؟ او څه چي ازي ماندره ؤ. کوم غای کی چي زه ولویـمه دا یـه ما باندی پـه ملا باندی راوختل. ترودو. ویا وروسته بـه دفه ۱۱؟۱۱ه کی بـو دری دقي بـه نري نـه وي چي پنځه بس ذبولي وه، مرمه کي بـی خوړلي وه او خان دره بـی اووبسته . | I fell down from my seat after that. I could not stand up and I pushed myself toward the door. The people, who were faster, escaped from the room and those who remained in the room stepped on me and escaped. Then I think within three minutes I saw they were talking about that woman who was shot here. |

The following is the continuation of Mr. Abdul Qadeer's interview, that starts in DVD #2

| | | |
|---|---|---|
| Interpreter | وف چي زه نا نه د کوم ته نؤ ار وی کوم، نذهد د دفه شی جواب ما نه راکره . | Kindly answer to the point. Answer only the question that's asked. |
| Witness | ههوج ده . | Ok. |
| Interpreter | تا دزي واورریدی کله؟ | Did you hear the shots? |
| | هـا دزي واوري دی؟ | Yes, I did. |
| Interpreter | تا عسکر ولیدو چي د پردي شا تـه لارو؟ | Did you see the soldier go behind the curtain? |
| Witness | هوء ما عسکر ولیدی چي د پردي هانه یـی تنر لارو. | Yes I did see the soldier go behind the curtain. |
| Interpreter | وف چي ۱۱ه دا عسکر دنته ونتونو د پردي شا تـه، کله ؤ، دا از دوو دقو ؤ وری ؤ ا دغه پوري تا دا پنځه ولیدله چي ده پردي طرف نـه را غلي وی کنه؟ | When you saw the soldier go behind the curtain, the time between the soldier going in there and the time you heard the shots, during that time did you see the woman out at that time? |
| Witness | نـه . | No. |
| Interpreter | وف چي بـه کوم خای کي چي ذ، ناست وی، تا ؤ، وضاحت مره دا تورپکي لیدلی؟ | Did you see the rifles clearly from the place you were seated in? |
| Witness | بلي، ما | Yes I did. |
| Interpreter | وف چي پـه یاد لری څومره ازي دی، واوریدی؟ | Do you remember how many shots you heard? |
| Witness | برهـ، بو دري دزي زه می اوریـدلي وي. | I think I have heard three shots. |
| Interpreter | وف چي یتین سره وبلي ننی چي دري وؤ؟ | Are you sure you heard three shots? |
| Witness | ؛ لي. | Yes. |
| Interpreter | وف چي وروهنو چي ازي ده واوریدلي، دا پنځه دي بیا ولیدله وروسته د دزو نـه؟ | Did you see the woman again after the shots? |
| Witness | بیا وروهنه می پنځه ولیدله چي ۱ ۱ارو ، دوو نـارو نیولي وه او یـه دی زینـه کی بـی ڼکنه کوزه، او را ده دی خای کی یره ه دمی خوړل وه. | Yes I saw her carried by four people (two people) and they were taking her down the stairs and she was shot here (in this part). |
| Interpreter | د۱ ۱۱ چوزه ولیدله؟ | Where did you see her? |
| Witness | م۱ را زینـه کی ولیدله . د درازي نـه بـی راووبسته بـه زبـه کی وه. | I saw her in the stairs after she was taken out through the door. |
| Interpreter | وف چي دا عکس بیزنی؟ | Do you recognize this picture? |
| Witness | هو، دا مه دا ؛ ردا ده. | Yes, this is the curtain. |
| Interpreter | دا پردا ده؟ | Is this a curtain? |

14

| Role | Pashto and Dari Transcription | English Translation |
|---|---|---|
| Witness | هو دا پرده ده، دا زما کوچ ده دی خای کی میز دی، | Yes this is the curtain. This is my seat and the table is here. |
| Interpreter | دا ستا چوکی ده دا ذه زاندا وی؟ | You were sitting here? Is this your chair? |
| Witness | هو، دا زه داخی کی ناست روم، زه چوکی نه روم ناست، | Yes. I was not sitting here in the chair, I was sitting here. |
| Interpreter | نوده، نو دا د جا ده؟ | So whose seat is this? |
| Witness | دا ددی میز چوکی ده، غبان چی راشی نو مونه په چوکی ذه ۲،فلا و، | This is my chair, but usually when the officers come we do not sit on our chairs. |
| Interpreter | دا هغه پرده ده چی په دی کونه کی لگیدلی ده؟ | Is this a curtain that's in the room? |
| Witness | ور. | Yes. |
| Interpreter | وت چی په اونا کی دی ویا ولیدلی وه؟ | Did you see any blood in the room? |
| Witness | هو. | Yes. |
| Interpreter | دا وینه چیرته وه؟ | Where was it? |
| Witness | ریند په دی خای کی دا قرش نه دی، دومره خای دی وینی نیولی وی. | It was here in this part of the floor (carpet). |
| Interpreter | وت چی په کوم خای کی تا دا ورده ولیدله، دلته د مرمی کوم غوری میوری دی اُ ودلی وؤ؟ | Did you see any bullet holes in the area of the blood? |
| Witness | نه نه. | No. |

| Role | Pashto and Dari Transcription | English Translation |
|---|---|---|
| Interpreter | اسم من احمد ولی حیدری است و من به حیث مترجم در بش جنایی هستم. | My name is Ahmadi Wali Haidari and I work with Major Crime Task Force as translator. |
| Crystal Lynn | ظهر بخیر آقای قدیر. | Good after noon Mr. Qadeer. |
| Witness | سلام و اذیت از شما هم بخیر. | Same to you, thank you. |
| Crystal Lynn | اسم من کرستلین است و من در وزارت عدلیه امریکا کار میکنم، و من نمایندگی دولت امریکا را در این کیس میکنم، خوب حالا من از شما سوالات دیگری میپرسم. | My name is Crystal Lynn and I work for department of justice United States. And represent the United States in this case. Now I would like to ask you some additional questions. |
| Interpreter | آقای قدیر شما در مصاحبه با آقا سویفت گفتید که وقتی که شما در این اطاق در ۱۸ جولای بودید شما صدای فایر را شنیدید. | Earlier you testified to Mr. Swift that when you were in this room on 18th of July, you heard the gunshots, right? |
| Witness | بلی. | Yes. |
| Interpreter | شما شهادت دادید که شما صدای ۳ فایر را شنیدید؟ | You testified that you heard 3 shots. Right? |
| Witness | بلی. | Yes. |
| Interpreter | شما ندیدید که کی فایر کرد؟ | You did not see who fired those shots. Right? |
| Witness | خیر. | No. |
| Interpreter | شما ندیدید که چی باعث این فایر کردن شد؟ | You did not see what caused the shots? |
| Witness | خیر. | No. |
| Interpreter | شما شهادت دادید که این در وقتی واقع شد که شخص در پشت این پرده رفت؟ | You testified that this happened when somebody walked behind this curtain. Right? |
| Witness | بلی. | Yes. |
| Interpreter | شما ندیدید که در پشت پرده چه | You didn't see what happened behind the |

15

| | انفاقی افتاد؟ | curtain? |
|---|---|---|
| Witness | خیر. | No. |
| Interpreter | و آقای سویفت به شما یک عکسی نشان داد که شما شناختید که او عالیه صدیقی است؟ | Mr. Swift showed you a picture of a lady and you recognized her as Afia Siddiqui? |
| Witness | بلی | Yes. |
| Interpreter | شما میدانید که این خانم در این اطاق مرمی خورده بود؟ | You know that this woman was shot in this room. Right? |
| Witness | بلی | Yes. |
| Interpreter | شما نمیدانید که او قبل از مرمی خوردن چکار کرد؟ | You don't know what she did before she was shot. Right? |
| Witness | خیر. | No. |
| Interpreter | آیا شما در افغانستان زندگی میکردید؟ در تمام طول زندگی تا شما اینجا زندگی کردید؟ | You lived in Afghanistan in your entire life. Correct? |
| Witness | بلی | Yes. |
| Interpreter | شما در کنر تولد شدید؟ | You were born in Kunar? |
| Witness | بلی | Yes. |
| Interpreter | و شما 31 سال را برای پولیس افغان کار کردید؟ از سال 1977 بدینسو؟ | You worked for Afghan National Police for 31 years? Since 1977, right? |
| Witness | بلی | Yes. |
| Interpreter | حالا در کجا زندگی میکنید؟ | Where do you work now? |
| Witness | در ولایت غزنی | In Ghazni. |
| Interpreter | شما هنوز هم در غزنی کار میکنید؟ | You still work in Ghazni? |
| Witness | بلی | Yes. |
| Interpreter | کار شما چیست؟ | What's your post? |
| Witness | معاون کشف ولسوالی (واقع نیست) هستم. | I am the deputy director for detection in (not clear) district. |
| Interpreter | شما دیگر رئیس ضد تروریزم در غزنی نیستید؟ | You are no longer the director of the counter terrorism department in Ghazni? |
| Witness | خیر، این هم یک بخش ضد تروریزم است. | No. It's a part of the counter terrorism department. |
| Interpreter | شما هیچوقت به امریکا رفته اید؟ | You have never been to the United States before? |
| Witness | خیر. | No. |
| Interpreter | شما هیچ وقت در محکمه امریکا هم رفتید؟ | You have never been to an American court? |
| Witness | خیر. | No. |
| Interpreter | شما کدام پلان هم ندارید که به امریکا بیائید؟ | You don't have any plan to come to the United States. Right? |
| Witness | خیر. | No. |
| Interpreter | شما میدانید که این شهادت شما در این کمره ثبت میشود و امکان دارد در کیس عالیه صدیقی استفاده شود؟ | You know that your testimony is being recorded and will be used in this case of Afia Siddiqui? |
| Witness | بلی. | Yes. |
| Interpreter | و میدانید که امکان دارد که قسمتی از این فلم در محکمه امریکا به نمایش گذاشته شود؟ | And you know that part of this video may be played in the trial? |
| Witness | بلی. خو چی حقیقت را ما وریل. | Yes. I told the truth. |
| Interpreter | بیائید در باره روز 17 جولای صحبت کنیم. آیا شما آن روز را به یاد | Lets talk about 17th July 2008. Do you remember that day? |

16

| | دارید؟ | |
|---|---|---|
| Witness | بلی. | Yes. |
| Interpreter | شما گفتید که در آن روز یک زن گرفتار شده بود؟ | At some point at that day you said a woman was arrested. Right? |
| Witness | بلی. | Yes. |
| Interpreter | ساعتهای 7 شام بود؟ | It was around 7 pm? |
| Witness | خیر وقت تر ساعتهای 5:30 بود. | No. It was earlier around 5 or 5:30 pm. |
| Interpreter | و آن خانم در مسجد در غزنی گرفتار شده بود؟ | The woman was arrested in a mosque in Ghazni? |
| Witness | بلی. | Yes. |
| Interpreter | و همرای زن یک بچه هم بود؟ | There was a boy with the woman? |
| Witness | بلی. | Yes. |
| Interpreter | و آن زن را در همان محوطه آورده شد که شما بودید؟ | And at some point she was brought to that compound where you were? |
| | بلی. | Yes. |
| Interpreter | و آن به اسم قوماندانی پولیس بود؟ | That's named the Afghan Police Station? |
| | بلی. | Yes. |
| Interpreter | و شما ساعت 9 شب آنجا رسیدید؟ | And you reached there at around 9 pm? |
| Witness | ساعت 6 شام. | At 6 pm. |
| Interpreter | وقتی که شما به قوماندانی رسیدید شما مسؤل آن زن بودید؟ | When you reached the police station you were responsible for that woman. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما در همان قوماندانی بودید که آن زن را آوردند؟ | You were there when she was brought to the police station? |
| Witness | بلی. | Yes. |
| Interpreter | و این همان زنی بود که مرمی خورده بود؟ | And it was the same woman who was shot. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما آن زن را به نام عافیه صدیقی یاد میکنید؟ | I'll call that woman Afia Siddiqui. |
| Witness | بلی. | Ok. |
| Interpreter | وقتی که شما عافیه صدیقی را دیدید از جیغ زده "الله اکبر" میگفت؟ | When you saw Afia Siddiqui at the police station she was screaming "Allah u Akbar". Right? |
| Witness | بلی. | Yes. |
| Interpreter | و او این را بارها تکرار میکرد؟ | And she was screaming several times. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و آن بچه که همراهش بود به او میگفت که چیزی نگوید؟ | And the boy who was with her, she was telling him not to say anything? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که عافیه صدیقی دستگیر شد او چیزهای زیادی همراه داشت، و شما در این باره به آقای سوینت گفته بودید؟ | When Afia Siddiqui was arrested, she had numerous things? You talked to Mr. Swift about those things? |
| Witness | بلی. | Yes. |
| Interpreter | دوتا چادری بود همرایش، اسناد بود و شما آن اسناد را دیدید؟ | There were a couple of burqas, documents and you looked at some of those documents? |
| Witness | بلی. آنها مثل یک جله بود. | Yes. They were like a magazine. |

17

| | | |
|---|---|---|
| Interpreter | بعضی از اسنادها با دست نوشته شده بود؟ | Some of the documents were handwritten? |
| Witness | بلی. بعضی از آنها تایپ شده بود و بعضی ها دست نویس بود و عکس هم داشت. | Yes. Some of them were typed and some of them were handwritten and it had pictures. |
| Interpreter | آنهایکه با دست نوشته شده بود در باره ساختن بم بود؟ | The handwritten were about bomb making? |
| Witness | بلی. | Yes. |
| Interpreter | آقای خدیر دارای مواد کیمیاوی هم بود؟ | The woman was also in possession of chemicals? |
| Witness | خیر. | No. |
| Interpreter | آن زن قطی ها با بوتل ها هم داشت؟ | The woman was in possession of some jars? |
| Witness | بلی. بعضی کریم با سامان آرایش داشت. | Yes. Some sort of creams and cosmetic stuff. |
| Interpreter | آیا تمام شب در قومانداتی بودید و با عافیه صدیقی هم صحبت کردید؟ و از او چند سوالی هم پرسان کردید؟ | You spent the entire night in the police station and spoke to Afia Siddiqui? You asked her a few questions. Right? |
| Witness | بلی. | Yes. |
| Interpreter | بیائید در باره صحبت شما با عافیه صدیقی. او بزودی. عافیه صدیقی به شما گفت که اسم او صالحه است؟ | Let's talk about your conversation with Afia Siddiqui. She told you her name was Saleha. Right? |
| Witness | بلی. | Yes. |
| Interpreter | او گفت که او تا صنف دوازده است؟ و او گفت که او پاکستانی است؟ | She told you she was educated until 12th grade and she was from Pakistan. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و او به غزنی آمده که شوهر خود را بیرد؟ | She told you she has come to Ghazni to get her husband. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و او تأکید میکرد که او را به امریکایی ها تسلیم نکنید؟ | And she repeatedly said not to hand her over to the Americans? |
| Witness | بلی. | Yes. |
| Interpreter | او به شما گفت که از امریکایی ها نفرت دارد؟ | She told you she hated the Americans? |
| Witness | او "الله اکبر" به این معنی که او نمیخواهد به امریکایی ها تسلیم شود. نگفت که از آنها دارد. بارها میگفت که مرا به امریکایی ها ندهید. | She was saying "Allah u Akbar" that means that she hates Americans. She didn't say she hates them. She repeatedly said not to hand her over to the Americans. |
| Interpreter | و شما وعده کردید که شما او را به امریکایی ها نمیدهید؟ | You promised her that you would not hand her over to the Americans. Right? |
| Witness | بلی. | Yes. |
| Interpreter | بر اساس همه چیز های که واقع شد شما فکر کردید که عافیه صدیقی انتحاری است؟ | Based on whatever happened with Afia Siddiqui, you thought that she may be a suicide bomber. Right? |
| Witness | بلی. | Yes. |
| Interpreter | بر همین اساس شما به وزارت داخله اطلاع دادید؟ | Based on that, you informed the ministry of interior. Right? |
| Witness | بلی. | Yes. |
| Interpreter | آنها هم یک عده کسانی را جهت تحقیقات فرستادند؟ | The MOI said they would send some people down to investigate. Right? |
| Witness | بلی. تحقیقات و انتقال. | Yes, for investigation and taking her bath. |

18

| | | |
|---|---|---|
| Interpreter | وزارت امور داخله به آنها گفت که عافیه صدیقی را در همان جا نگه بدارید؟ | The MOI told you to keep Afia Siddiqui there? |
| Witness | بله. | Yes. |
| Interpreter | در این اثنا بود که این قضیه بسیار مشهور شد؟ | At this point this case started getting a lot of publicity. Right? |
| Witness | بله. | Yes. |
| Interpreter | این در تلویزیون هم نشر شد؟ | It was on TV that night? |
| Witness | بله. | Yes. |
| Interpreter | والی هم کانفرانس مطبوعاتی داشت؟ | The Governor had a press conference? |
| Witness | بله. | Yes. |
| Interpreter | و در کنفرانس عافیه صدیقی و بچه هم بودند؟ | At that conference, Afia Siddiqui and the boy were there. Right? |
| Witness | بله. | Yes. |
| Interpreter | وقتی که عافیه صدیقی در پیش شما بود دوبار خواست که فرار کند؟ | When Afia Siddiqui was in your custody, she tried to escape twice. Right? |
| Witness | یکبار. | One time. |
| Interpreter | و آن یکبار هم در همان اطاقی بود که بالای او فایر شده بود. | That one time when it happened was in the same room where she was shot? |
| Witness | بله. | Yes. |
| Interpreter | آیا این حقیقت ندارد که عافیه صدیقی میخواست از منزل اول فرار کند؟ | Isn't this true that Afia Siddiqui wanted to escape from the first floor? |
| Witness | بله. او از کلکین خودش را پائین از داخله برد در قوماندانی. | Yes. She had jumped out of the window in the command center. |
| Interpreter | در طبقه دوم وقتی که میخواست فرار کند شما او را دیدید؟ | In the second floor when she wanted to jump you saw her jumping. Right? |
| Witness | بله. | Yes. |
| Interpreter | و او وقتی میخواست فرار کند که شما در تلیفون با وزارت داخله گپ میزدید؟ | She tried to escape when you were on the phone with the MOI? |
| Witness | بله. | Yes. |
| Interpreter | وقتی که شما از تلیفون خلاص شدید شما دیدید که او سر تخت خیز زد؟ | When you finished talking on phone, you saw her jump on the bed. Right? |
| Witness | بله. | Yes. |
| Interpreter | افسرهای خودت او را گرفتند؟ | Your officer restrained her? |
| Witness | بله. | Yes. |
| Interpreter | وقتی که افسرهای شما او را گرفتند او کدام بوتلی را کشید. | When your officers restrained her, she pulled out a can. Right? |
| Witness | بله. از خانه خود یک بوتل کریم را کشید، و میخواست که ما را بترساند. | Yes. She took a can from her bag and tried to warn us that she will kill us. |
| Interpreter | شما را اخطار میداد با تهدید میکرد؟ | She wanted to warn you or threaten you? |
| Witness | بله. ما میدانستیم که او چیزی ندارد فقط ما را اخطار میداد. | She was just threatening us but we knew that she didn't have anything. |
| Interpreter | او گفت که پشت بائید نه که من این را انفجار میدهم؟ | She said, "stay back or I will blow it up". Right? |
| Witness | بله. | Yes. |
| Interpreter | و بعد از چند ساعتی نفر های وزارت داخله آمدند و سید انور امر آن گروپ بود؟ | After a couple of hours, people from MOI came and Sayed Anwar was the head of that team. Right? |

19

| | | |
|---|---|---|
| Witness | بلی. | Yes. |
| Interpreter | و شما گفتید که او همراه 40 نفر آمد؟ | He came with 40 people you said? |
| Witness | بلی. | Yes. |
| Interpreter | و این همه 40 نفر داخل آمدند در جای که فیر شد؟ | All the 40 people came in when the shooting happened? |
| Witness | همه 40 نفر داخل نیامدند کلانهایشان داخل آمدند و بقیه پائین بودند. | Not all the 40 people, only their senior came in and the officers were down there. |
| Interpreter | چند نفر از وزارت داخله در این اطاق بودند وقتی که فیر شد؟ | How many people from the MOI were there in the room before the shot occurred? |
| Witness | شش نفر از وزارت داخله در این اطاق بودند همراه ها. | Six people from the MOI were there including us. |
| Interpreter | چند نفر از وزارت داخله؟ | How many people from MOI? |
| Witness | 3 نفر. | 3 people. |
| Interpreter | وقتی که این سه نفر آمدند آن زن هنوز هم در توقیف بود؟ | When these three people came in, the woman was still restrained? |
| Witness | بلی. وقتی که معاون ریاست آمد او گفت که دست های او را باز کنید. | Yes. Her hands were tied but when the deputy came in and he released her hands. |
| Interpreter | و کی گفت که دستهای او را باز کنید؟ | And who said to untie her? |
| Witness | نفرهای وزارت داخله. | The MOI people. |
| Interpreter | و در یک موقع بچه که همراه عافیه صدیقی بود را در اطاق دیگر بردید؟ | At some point the boy who was with Afia Siddiqui was taken away from her. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و بعضی از کسانی وزارت داخله از آن چه سوال کردند؟ | Some of the MOI people questioned him. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و آن اطاق هم در همین منزل بود؟ | That room was in the same floor as this floor. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و کسانی دیگر در آن اطاق همراه بچه بودند؟ | Other people were there in that room with that boy. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که شما همراه نفرهای وزارت داخله در اطاق بودید امریکایی ها در توماندانی آمدند؟ | When you were there with the people from MOI, you got to know that the Americans had come to the police station. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که آنها آمدند شما فهمیدید که آنها به دیدن عافیه صدیقی آمدن؟ | When they came you knew they wanted to see Afia Siddiqui. Right? |
| Witness | بلی. آمدن که او را ببینند و او را ببرند. | Yes. To meet her and to take her. |
| Interpreter | بر علاوه نفرهای وزارت داخله کسانی از پولیس هم در آنجا بودند؟ | Besides people from MOI were there people from ANP also? |
| Witness | بلی. | Yes. |
| Interpreter | امریکایی ها هم در همین اطاق آمدند؟ | The Americans also came into this room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | با یونیفورم بودند؟ | Were they in uniforms? |
| Witness | بلی. | Yes. |
| Interpreter | تفنگ هم داشتند؟ | They had guns. Right? |

20