# EXHIBIT C

| | | |
|---|---|---|
| Witness | بلی. | Yes. |
| Interpreter | وقتی که برای آقای سویفت صحبت کردید گفتید که 12 تا 13 نفر آنها آمد داخل؟ | When you were talking to Mr. Swift you said some 12-13 people came in to the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که آنها آمدند شما گفتید که در این قسمت اطاق نشسته بودند؟ | When they came, you said they sat on this side of the room. Right? |
| Witness | بلی. بعضی ها در اینجا ایستاد هم بودند. | Yes. Some were standing here and others were standing there. |
| Interpreter | مطابق شواهد دیگر امریکایی ها در اینجا و در وسط ایستاده بودند؟ | According to the record the Americans were here and there and the others were standing round the center. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و مثلا که شما گفتید یکی از عساکر امریکایی در پشت پرده رفت؟ | You said one of the American soldiers walked behind this curtain. Right? |
| Witness | بلی. | Yes. |
| Interpreter | به گفته شما وقتی که امریکایی در پشت پرده رفت فیر شد؟ | According to you when the American walked behind the curtain you heard a shot. Right? |
| Witness | بلی. | Yes. |
| Interpreter | آقای قدیر شما چندین بیانات در این قضیه داشتید؟ | Mr. Qadeer you made a number of statements about this case. That's right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما در این مورد با خیلی مردم هم صحبت کردید؟ | You talk to lots of people about this case. Right? |
| Witness | من با وزارت خود صحبت کردم. | I talked to my ministry. |
| Interpreter | شما با وزارت داخله صحبت کردید؟ | You talked to the MOI. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما برای ایجنت های FBI هم صحبت کردید؟ | And you also talked to the FBI agents too. Right? |
| Witness | بلی. | Yes. |
| Interpreter | آنها به نام FBI مشهور هستند؟ | They are known as the FBI? |
| Witness | بلی. | Yes. |
| Interpreter | یک بار شما در پنجم اگست 2008 مصاحبه شدید؟ | Once you were interviewed on 5th August 2008? |
| Witness | بلی. آیا این همان بود که به من گفت که قاره پاسپورت را بدهید؟ | Yes. Is this the one who asked me for my passport, no? |
| Interpreter | آقای قدیر من فقط از شما میپرسم آیا شما به یاد دارید 25 اگست مصاحبه شدید؟ | Mr. Qadeer I just want to ask: do you remember that you were interviewed in August? |
| Witness | یک زن و یک مردی که آمده بودند؟ | There was a lady and a man? |
| Interpreter | من به شما عکسی نشان میدهم. آیا شما اینها را میشناسید. این همان ایجنت FBI است که عکس شما را گرفته در این اطاق؟ | I'll show you a picture. Do you recognize this picture? Is that the same room where you were interviewed? The FBI agent took this picture of you here? |
| Witness | بلی. این همان عکس است من در باره همین میگفتم. این من این هستم که اینجا نشستم. | Yes, this is the same picture I was talking about. This is me sitting there. |
| Interpreter | وقتی که عکس شما را گرفته از شما خیلی از سوالات هم پرسید؟ | If you remember when they took your picture they did ask you a lot of questions. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و این در ماه اگست 2008 بود؟ | And that was about August 2008. Remember |

21

| | | | |
|---|---|---|---|
| | | | that? |
| Witness | | بلی شاید. | Yes maybe. |
| Interpreter | | آن کارمندها مترجم هم همراه داشتند؟ | They had an interpreter with them. Remember that? |
| Witness | | بلی. | Yes. |
| Interpreter | | و آن کارمندان به شما گفتند که هر قدر معلوماتی که در باره این قضیه دارید به آنها بدهید؟ | Those two FBI told you to give them as much as information as you have about this case? |
| Witness | | بلی. | Yes. |
| Interpreter | | و چون شما 31 سال در وظیفه کار کردید شما میدانید که یک شخصی که شهادت میدهد باید تمام چیزهای که میداند را اظهار کند. | And as you have worked for 31 years in police, you know that a person as a witness should tell everything he knows? |
| Witness | | بلی. | Yes. |
| Interpreter | | و آن کارمندان FBI از شما در مورد این قضیه سوالاتی هم پرسیدند؟ | And that FBI agent asked you questions about what happened and what you saw? |
| Witness | | بلی. | Yes. |
| Interpreter | | و شما به کارمندان FBI گفتید که شما با امریکایی ها یک ملاقات داشتید که فایر شد؟ | And you told the FBI agent that when you had a joint meeting with the Americans the gunshot came? |
| Witness | | من به آنها گفتم ما افغانها مجلس داشتیم ولی امریکایی ها داخل آمدند. | I told them that we Afghans had our own meeting but Americans came in. |
| Interpreter | | آیا این حقیقت ندارد که شما به FBI گفتید که در دوران میتنگ در اطاق چندین فایر شد؟ | Isn't it true that you told the FBI that during this meeting there were several shots in the room during that meeting? |
| Witness | | بلی این درست است. | Yes it's true. |
| Interpreter | | و آیا این درست است که شما گفتید که صدای فایر از پشت پرده آمد؟ | And is that true that you said that the sound of firing came from behind the curtain? |
| | | NEXT VIDEO CLIP | NEXT VIDEO CLIP |
| Interpreter | | وقتی که شما صدای فایر را شنیدید فکر کردید که از پشت پرده است؟ | When you heard the sound of the gunshot you thought it was from behind the curtain? |
| Witness | | بلی | Yes. |
| Interpreter | | آیا این درست است که شما به اجنت FBI گفته بودید که وقتی که فایر شد، امریکایی ها طرف پرده خیز زدند؟ | Is that true that you said to the FBI agent that when the shot occurred, Americans were diving towards the curtain side? |
| Witness | | نخیر من گفتم که وقتی که امریکایی در آن طرف پرده رفت شد صدای فایر آمد. | No, I said as the American went there, then the sound of the gunshot came. |
| | | آیا این درست است که شما در مصاحبه خود گفته بودید که قبل از شنیدن صدای فایر کدام امریکایی را ندیدید که در پشت پرده برود؟ | Is that true that you said in the interview that you never saw an American soldier walking behind the curtain before the gunshot? |
| Witness | | نخیر من گفتم که وقتی که عسکر امریکایی پشت پرده رفت و صدای فایر آمد. | No, I said then American soldier went behind the curtain and the sound of a gunshot came. |
| Interpreter | | و شما با سارنوال امریکایی و آمر تطبیقی آنها در این باره صحبت کردید؟ | And you also talked to the American prosecutor and law enforcement agent about this? |
| Witness | | بلی | Yes. |
| Interpreter | | و این در ماه اکتوبر 2008 بود؟ | This was October of 2008? |
| Witness | | بلی | Yes. |

| | | |
|---|---|---|
| Interpreter | و سارنوال و آدر آنها با مترجم بود؟ | And the prosecutor and their agent were with an interpreter? |
| Interpreter | بلی | Yes. |
| Interpreter | و سارنوال و آدرین آنها گفتند که آنها برای مصاحبه شما آمدند؟ | And the prosecutor and the agent told you they were there to interview you? |
| Witness | بلی | Yes. |
| Interpreter | و گفتند به شما که ارتباط این با مسائل جنائی است؟ | And told you this was in connection with the criminal trial. Right? |
| Witness | بلی | Yes. |
| Interpreter | و نیز گفتند که تا جه اندازه معلومات میخواهند؟ | They also told that they needed as much information as possible. Correct? |
| Witness | بلی | Yes. |
| Interpreter | و آیا این درست است که شما به ایجنت گفته بودید که شما عافیه صدیقی را با تفنگ امریکایی دیده بودید؟ | And is it true that you told the agent that you saw Afia Siddiqui with the American rifle? |
| Witness | نخیر. | No. |
| Interpreter | و آیا این درست است که در آن مصاحبه گفتید که شما عافیه صدیقی را با تفنگ دیده که میخواست بالای دیگران شاه کند؟ | And is that true that you said during that interview you said you saw the woman having a gun and wanted to kill others? |
| Witness | نخیر. | No. |
| Interpreter | و آیا این حقیقت دارد که بعد از شنیدن صدای فایر شما به خود گفتید که شما باید بیرون بروید؟ | And is that true that during that interview you said to yourself that you should get out of here after the sound of gunshot? |
| Witness | بلی همگی در فکر دویدن بودند و من هم. | Yes, everyone wanted to escape and so did I. |
| Interpreter | آیا به یاد دارید که در آن مصاحبه شما گفته باشید که شما عافیه صدیقی را دیدید که تفنگ داشت و میخواست دیگران را بکشد؟ | Do you remember you said during that interview that you thought Afia Siddiqui had a gun and wanted to kill everyone? |
| Witness | نخیر. | No. |
| Interpreter | و آقای قدیر آیا این درست است که شما به آنها گفتید که شما کدام سربازان امریکایی را ندیدید که در پشت پرده بروند؟ | And Mr. Qadeer isn't that true that you said you saw no American walking behind the curtain? |
| Witness | نخیر. | No. |
| Interpreter | شما در دوران مصاحبه با ایجنت اصلاً نگفتید که امریکایی پشت پرده رفت و بعد صدای فایر آمد؟ | During that interview at no point you told the agent that the American walked behind the curtain and then came the gunshots? |
| Witness | نخیر. | No. |
| Interpreter | و شما با وزارت داخله هم در این مورد صحبت کردید؟ | You also talked to the MOI about what happened. Right? |
| Witness | بلی. | Yes. |
| Interpreter | حالا سوال من این است که من میخواهم ببینم که آیا امضا شما در این اسناد غیر سه دولت است یا نه؟ | Now my question at this point is: is this your signature on this paper? |
| Witness | بلی امضا من در اینجا است. | Yes, my signature is there on it. |
| Interpreter | و شما این را امضا کردید؟ | And you signed this document? |
| Witness | بلی. | Yes. |
| Interpreter | آیا شما این را به یاد دارید که این را امضا کردید؟ | Do you remember signing this document? |
| Witness | بلی. | Yes. |

23

| | | |
|---|---|---|
| Interpreter | آیا این حقیقت دارد که این اسناد خلاصه عام واقعات در آن روز بود؟ | Is that true that this document is the summary of the things that happened that day? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این درست است که به قسمت این اسناد می‌گوید که آن زن روی افاده عسکر امریکایی خیز زد و سلاح را گرفت؟ | Is this true that a part of this document says that the woman jumped on the American friend's ammunition and got a hold of their ammunition? |
| Witness | این شاید نوشته باشد ولی درست نیست. | It may be written so but it's not true. |
| Interpreter | ولی شما امضا کردید؟ | But you did sign it? |
| Witness | معاون رئیس امنیت سرما امضا کرد. | The deputy director made me sign it. |
| Interpreter | ولی خودت امضا کردی؟ | But you signed it? |
| Witness | بلی. | Yes. |
| Interpreter | شما و در حدود پنج یا شش نفر دیگر؟ | You and other five or six other people? |
| Witness | بلی. | Yes. |
| Interpreter | آقای قدیر شما با آقای سویفت اخیرا ملاقات کردید؟ | Mr. Qadeer, you met with Mr. Swift recently. Right? |
| Witness | بلی. | Yes. |
| Interpreter | دفعه آخر چه وقت ملاقات کردید؟ | What was the last time you met? |
| Witness | تقریبا 15 روز پیش. | Approximately 15 days back. |
| Interpreter | این هم بیان شما است که پانزده روز پیش؟ | Was that your statement? |
| Witness | بلی. | Yes. |
| Interpreter | شما با مفتشین هم ملاقات کردید؟ | Did you meet any investigators? |
| Witness | خیر. | No. |
| Interpreter | شما با آقای سویفت در کجا ملاقات کردید؟ | Where did you meet with Mr. Swift? |
| Witness | در همین جا. | Here in this place. |
| Interpreter | این هوتل؟ | This hotel? |
| Witness | نه این یکی دیگر اینجا. | No, this other one there. |
| Interpreter | و شما با آنها در باره این واقعات صحبت کردید؟ | And you talked to him about what happened? |
| Witness | بلی. | Yes. |
| Interpreter | شما با کدام وسیله به رستورانت آمدید؟ | For that meeting how did you get here? |
| Witness | ایشان گفتند که بیائید من هم در این رستورانت امدم. | He said he wanted to meet and I came here in the restaurant. |
| Interpreter | این همه نشانی هایست که شما در آن نقشه نشان دادید؟ | These are the marks that you have identified in this diagram. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما گفتید که جاهای مرمی ها در اینجاست؟ | And you identified the bullet holes here? |
| Witness | بلی. | Yes. |
| Interpreter | و این در وسط کلکین و دروازه است؟ | And you said it is between the window and the wall? |
| Witness | بلی. | Yes. |
| Interpreter | و این دفعتا مقابل جایست که پرده باز است؟ | And this is exactly opposite to the place where the curtain was open. Right? |
| Witness | بلی. | Yes. |

24

| | | |
|---|---|---|
| Interpreter | و این جای مرمی مادر همان روز واقع شد؟ | And these bullet holes happened on the day of incident. Right? |
| Witness | بلی | Yes. |
| Interpreter | پس به رویم در موقع که عساکر امریکایی آمدند، آنها 13 و 14 نفر بودند؟ | Back to the time when the American soldiers came in, there were 13 or 14? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی ها داخل آمدند در اطاق بهبار بیرون او بود؟ | When the Americans came, in this room was a crowd. Right? |
| Witness | بلی | Yes. |
| Interpreter | این همان عکس، آنجا که در آن روز شما در اینجا نشسته بودید؟ | This is the picture on that day where you were sitting here. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما در نقشه در اینجا در پهلوی کوچ نشسته بودید؟ | You were sitting here on the diagram next to the couch. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی ها داخل آمدند زن در اینجا نشسته بود؟ | When the Americans came in, the woman was here behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | در آن وقت او بسته نبود؟ | At that time she was not restrained. Right? |
| Witness | بلی | Yes. |
| Interpreter | و هیچ کسی در پشت پرده همراه او نبود؟ | And nobody was there with her behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | شما گفتید که شما یک عسکر را دیدید که در پشت پرده رفت؟ | You said you saw a soldier walk in there behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که عسکر در پشت پرده رفت، و شما میدانستید که عافیه صدیقی دو بار قبلاً هم اقدام به فرار کرده بود؟ | When the soldier went behind the curtain, you knew that Afia Siddiqui had tried to escape twice before. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما میدانستید که عافیه صدیقی نمیخواست که به امریکایی ها تسلیم شود؟ | You knew that Afia Siddiqui didn't want to be handed over to the Americans. Right? |
| Witness | بلی | Yes. |
| Interpreter | و دوبار قبلاً هم شما را تهدید کرده بود؟ | And she had threatened you earlier. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما امّا آن سرباز را از این حقیقت آگاه نکردید؟ | You never warned the soldier about this fact. Right? |
| Witness | خیر. من نمیتوانم چیزی به امریکایی ها بگویم. | No. I can't tell anything to the Americans. |
| Interpreter | شما به آن امریکایی چیزی نگفتید؟ | So you didn't say anything to that soldier? |
| Witness | خیر | No. |
| Interpreter | هیچ کسی دیگر هم به آن امریکایی چیزی نگفت؟ | No other Afghan in the room said anything to that soldier. Right? |
| Witness | خیر | No. |
| Interpreter | و شما به عافیه صدیقی وعده کرده بودید که شما او را به امریکایی ها تسلیم نمیکنید؟ | And you had promised that you would not hand her over to the Americans. Right? |

25

| | | |
|---|---|---|
| Witness | بلی. | Yes. |
| Interpreter | وقتی که شما آن شخص را دیدید که میرود در پشت پرده شما او را ما نع نکردید؟ | When you saw that person walking behind the curtain you didn't stop him. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که صدای فایر آمد شما کدام افغانی را ندیدید که بالای امریکایی ها فایر کند؟ | When you heard the sound of a gunshot you never saw any Afghans firing on Americans? |
| Witness | خیر. من در زمین افتادم و دیگران فرار کردند. | No. I fell down on the floor and others just escaped. |
| Interpreter | وقتی که شما صدای فایر را شنیدید شما خود را به زمین انداختید؟ | When you heard the gunshot you throw yourself onto the ground. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما هر ممکن کوشش کردید که از اطاق بیرون بروید؟ | And you did everything to get out of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما شهادت دادید که امریکایی ها در اینجا نشسته بودند که این نزدیک پرده بود. | And you testified that the Americans were sitting here with the wall, which is near the curtain. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما میتوانستید که تفنگ های آنها را ببینید؟ | And you were able to see their guns. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و اگر کسی امریکایی در پشت پرده میرفت شما میتوانستید ببینید؟ | And if Americans would walk behind the curtain you could see. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و وقتی که شما میتوانستید که آنها را ببینید شما در مقابل آنها در اینجا نشسته بودید؟ | And at the moment you could see them you were sitting here opposite to them. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و در اطاق پرو بار بود؟ | And it was crowded in the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و در اینجا افغانها در مرکز اطاق بودند؟ | And there were Afghans near the center of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما اینجا نشسته بودید بخاطری که شما نمیتوانستید استاده شوید؟ | And you were sitting down, as you can't stand up? |
| Witness | بلی. | Yes. |
| Interpreter | بعد از صدای مرمی ایلپور که به آقای سویفت گفتید، شما دو نا امریکایی ما را دیدید که عافیه صدیقی را بردند؟ | When you heard the shots, after that, as you indicated to Mr. Swift, you saw two Americans take Afia Siddiqui out of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | شما دیدید که زن زخمی شده بود؟ | You saw the woman was shot. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما دیدید که در بغل خود مرمی خورده بود؟ | And you saw she was shot on her side. Right? |
| Witness | بلی. شاید اینجا خورده باشد من زیاد ندیدم. خون ازش میریخت وقتی ۲ دونفر او را گرفته بود. | Yes. I think she was shot here, couldn't see more. She was bleeding when two soldiers were holding her. |
| Interpreter | دو عسکر او را میبردند؟ | Two soldiers were carrying her. Right? |

26

| | | |
|---|---|---|
| Witness | بلی. | Yes. |
| Interpreter | وقتی که شما میخواستید که از اطاق بیرون بیائید دیگران روی شما پای گذاشته و دویدند؟ | When you wanted to get out of the room you indicated that people walked over you. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وبه یاد دارید که کسی در پشت شما پای گذاشته باشد؟ | Do you remember anybody stepping on your back? |
| Witness | بلی.یک زن چاق در پشت من پای گذاشت. | Yes. A heavy fat lady stepped on my back. |
| Interpreter | وقتی که در دهلیز بودید یک کسی شما را کمک کرد که ایستاد شوید؟ | When you were outside of the room in the hallway, somebody helped you out. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وبه یاد دارید که کی بود؟ | Do you remember who it was? |
| Witness | بشیر بود یا نورالحق. بچه من بود و نور الحق. | It was Bashir or Nur-ul-Haq. It was my son and Nur-ul-Haq helped me. |
| Interpreter | اسم بچه آن چیست؟ | What is your son's name? |
| Witness | مونس. | Mones. |
| Interpreter | او شما را کمک کرد؟ | He helped you got out? |
| Witness | بلی. | Yes. |
| Interpreter | آقای قدیر شما در وقت سوالات به آقای صوبیت گفتید که شما با عصای تان عافیه صدیقی را زدید؟ | Mr. Qadeer when Mr. Swift was asking questions, you testified that you hit Afia Siddiqui with your cane? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این وقتی بود که او میخواست که فرار کند؟ | Was that when she wanted to escape? |
| Witness | بلی. | Yes. |
| Interpreter | چقدر وقت گذشت بین این که امریکایی پشت پرده رفت و صدای فایر آمد. | How much time passed between when the Americans went behind the curtain and the sound of gunshot came? |
| Witness | یک یا دو دقیقه. | It was one or two minutes. |

The following is the continuation of Mr. Abdul Qadeer's interview, found in DVD #2, scenes 5-9

| | | |
|---|---|---|
| Interpreter | وقتی که شما صدای فایر را شنیدید فکر کردید که از پشت پرده است؟ | When you heard the sound of the gunshot, you thought it was from behind the curtain? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این درست است که شما به ایجنت FBI گفته اید که وقتی که فایر شد امریکایی ها طرف پرده خیز زدند؟ | Is it true that you told the FBI agent that when the shot occurred, Americans were diving towards the curtain side? |
| Witness | خیر من گفتم که وقتی که امریکایی در آن طرف پرده رفت شد صدای فایر آمد. | No, I said as the American went there, the sound of the gunshot came. |
| | آیا این درست است که شما در مصاحبه خود گفته بودید که قبل از شنیدن صدای فایر کدام امریکایی را ندیدید که در پشت پرده برود؟ | Is it true in your interview, you said that you never saw an American soldier walking behind the curtain before the gunshot? |
| Witness | خیر من گفتم که وقتی که عسکر امریکایی پشت پرده رفت و صدای فایر آمد. | No, I said then American soldier went behind the curtain and the sound of a gunshot came. |
| Interpreter | و شما با سارنوال امریکایی و افسر تطبیقی آنها در این باره صحبت کردید؟ | And you also talked to the American prosecutor and law enforcement agent about this? |
| Witness | بلی | Yes. |

27

| | | | |
|---|---|---|---|
| Interpreter | و این در ماه اکتبر 2008 بود؟ | | This was October of 2008? |
| Witness | بلی | | Yes. |
| Interpreter | و سارنوال و آمر آنها با مترجم بود؟ | | And the prosecutor and their agent were with an interpreter? |
| Interpreter | بلی | | Yes. |
| Interpreter | و سارنوال و ابجنت آنها گفتند که آنها برای مصاحبه شما آمدند؟ | | And the prosecutor and the agent told you they were there to interview you? |
| Witness | بلی | | Yes. |
| Interpreter | و گفتن به شما که ارتباط این با مسائل جنائی است؟ | | And told you this was in connection with the criminal trial. Right? |
| Witness | بلی | | Yes. |
| Interpreter | و نیز گفتند که تا حد امکان معلومات میخواهند؟ | | They also told you that they needed as much information as possible. Correct? |
| Witness | بلی | | Yes. |
| Interpreter | و آیا این درست است که شما به ایجنت گفته بودید که شما عافیه صدیقی را با تفنگ امریکایی دیده بودید؟ | | And is it true that you told the agent that you saw Afia Siddiqui with the American rifle? |
| Witness | خیر | | No. |
| Interpreter | و آیا این درست است که شما در آن مصاحبه گفتید که شما عافیه صدیقی را با تفنگ دیدید که میخواست بالای دیگران حمله کند؟ | | And is that true that you said during that interview, you saw the woman having a gun and wanting to kill others? |
| Witness | خیر | | No. |
| Interpreter | و آیا این حقیقت دارد که بعد از شنیدن صدای فایر ها به خود گفتید که شما باید بیرون بروید؟ | | And is that true that during that interview, you said to yourself- that you should get out of here after the sound of gunshot? |
| Witness | بلی همگی در فکر دویدن بودن و من هم | | Yes, everyone wanted to escape and so did I. |
| Interpreter | آیا به یاد دارید که در آن مصاحبه شما گفته باشید که شما عافیه صدیقی را دیدید که تفنگ داشت و میخواست دیگران را بکشد؟ | | Do you remember, you said during that interview that you thought Afia Siddiqui had a gun and wanted to kill everyone? |
| Witness | خیر | | No. |
| Interpreter | و آقای قدیر آیا این درست نیست که شما به آنها گفتید که شما کدام سرباز امریکایی را ندیدید که در پشت پرده بروند؟ | | And Mr. Qadeer, isn't that true that you said you saw no Americans walking behind the curtain? |
| Witness | خیر | | No. |
| Interpreter | شما در دوران مصاحبه را با ایجنت اصلا نگفتید که امریکایی پشت پرده رفت و بعد صدای فایر آمد؟ | | During that interview, at no point had you told the agent that the American walked behind the curtain and then came the gunshots? |
| Witness | خیر | | No. |
| Interpreter | و شما با وزارت داخله هم در این مورد صحبت کردید؟ | | You also talked to the MOI about what happened. Right? |
| Witness | بلی | | Yes. |
| Interpreter | حالا سوال من اینست که من میخواهم ببینم که آیا امضا شما در این اسناد نیز سه دفعه است یا نه؟ | | Now my question at this point is: is this your signature on this paper? |
| Witness | بلی امضا من در آنجا است | | Yes, my signature is there on it. |
| Interpreter | و شما این را امضا کردید؟ | | And you signed this document? |
| Witness | بلی | | Yes. |

28

| | | |
|---|---|---|
| Interpreter | آیا شما این را به یاد دارید که این را امضا کردید؟ | Do you remember signing this document? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این حقیقت دارد که این اسناد خلاصه تمام واقعات در آن روز بود؟ | Is that true that this document is the summary of the things that happened that day? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این درست است که یک قسمت این اسناد میگوید که آن زن روی اسلحه عسکر امریکایی خیز زد و سلاح را گرفت؟ | Is it true that a part of this document says that the woman jumped on the American friend's ammunition and got a hold of their ammunition? |
| Witness | این شاید نوشته باشد ولی درست نیست. | It may be written like that but it's not true. |
| Interpreter | ولی شما امضا کردید؟ | But, you did sign it? |
| Witness | معاون ریاست مرا مجبور کرد. | The deputy director made me sign it. |
| Interpreter | ولی خودت امضا کردی؟ | But, you signed it? |
| Witness | بلی. | Yes. |
| Interpreter | شما و در حدود پنج یا شش نفر دیگر؟ | You and five or six other people? |
| Witness | بلی. | Yes. |
| Interpreter | آقای قدیر شما با آقای سویفت اخیرا ملاقات کردید؟ | Mr. Qadeer, you met with Mr. Swift recently. Right? |
| Witness | بلی. | Yes. |
| Interpreter | دفعه آخر چه وقت ملاقات کردید؟ | When was the last time you met? |
| Witness | تقریبا 15 روز پیش. | Approximately 15 days back. |
| Interpreter | این همین بیان شماست که پانزده روز پیش؟ | Was that your statement? |
| Witness | بلی. | Yes. |
| Interpreter | شما با محققین هم ملاقات کردید؟ | Did you meet any investigators? |
| Witness | نخیر. | No. |
| Interpreter | شما با آقای سویفت در کجا ملاقات کردید؟ | Where did you meet with Mr. Swift? |
| Witness | در همین جا. | Here, in this place. |
| Interpreter | این هوتل؟ | This hotel? |
| Witness | نه این یک دیگر اینجا. | No, this other one, there. |
| Interpreter | و شما با آنها در باره این وقعات صحبت کردید؟ | And you talked to him about what happened? |
| Witness | بلی. | Yes. |
| Interpreter | شما با کدام وسیله به رستورانت آمدید؟ | For that meeting, how did you get here? |
| Witness | آنشان گفتند که میخواهد من هم در این رستورانت آمدم. | He said he wanted to meet and I came here to the restaurant. |
| Interpreter | این هم نشانی هایست که شما در این نقشه نشان دادید؟ | These are the marks that you have identified in this diagram. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما گفتید که جای سوری ها در اوذ جاست؟ | And you identified the bullet holes here? |
| Witness | بلی. | Yes. |
| Interpreter | و این در وسط کلکین و دروازه است؟ | And you said it is between the window and the wall? |
| Witness | بلی. | Yes. |

| Speaker | Farsi | English |
|---|---|---|
| Interpreter | و این دقیقاً مقابل جایست که پرده باز بود؟ | And this is exactly opposite to the place where the curtain was open. Right? |
| Witness | بلی | Yes. |
| Interpreter | و این جای گلولهٔ مرمی مادر همان روز واقع شد؟ | And those bullet holes happened on the day of incident. Right? |
| Witness | بلی | Yes. |
| Interpreter | برمی‌گردیم در موقع که عساکر امریکایی آمدند، آنها ۱۳ یا ۱۴ نفر بودند؟ | Back to the time when the American soldiers came in, there were 13 or 14 of them? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی‌ها داخل آمدند در اطاق بسیار بیرون از بود؟ | When the Americans came, this room was crowded. Right? |
| Witness | بلی | Yes. |
| Interpreter | این همان عکسی است که در آن روز شما در اینجا نشسته بودید؟ | This is the picture on that day of where you were sitting, here. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما در نقشه در اینجا در پهلوی کوچ نشسته بودید؟ | You were sitting here, on the diagram next to the couch. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی‌ها داخل آمدند زن در اینجا نشسته بود؟ | When the Americans came in, the woman was here behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | در آن وقت او بسته ا بود؟ | At that time, she was not restrained. Right? |
| Witness | بلی | Yes. |
| Interpreter | و هیچ کسی در پشت پرده همراه او نبود؟ | And nobody was there with her behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | شما گفتید که شما یک عسکر را دیدید که در پشت پرده رفت؟ | You said you saw a soldier walk in there behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که عسکر در پشت پرده رفت، و شما میدانستید که عافیه صدیقی دو بار قبلاً هم اقدام به فرار کرده بود؟ | When the soldier went behind the curtain, you knew that Afia Siddiqui had tried to escape twice before. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما میدانستید که عافیه صدیقی نمیخواست که به امریکایی‌ها تسلیم شود؟ | You knew that Afia Siddiqui didn't want to be handed over to the Americans. Right? |
| Witness | بلی | Yes. |
| Interpreter | و دوباره قبلاً هم شما را تهدید کرده بود؟ | And she had threatened you earlier. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما اصلاً آن سرباز را از این دانش آگاه نکردید؟ | You never warned the soldier about this fact. Right? |
| Witness | نخیر، من نمیتوانم چیزی به امریکایی‌ها بگویم. | No. I can't say anything to the Americans. |
| Interpreter | شما به آن امریکایی چیزی نگفتید؟ | So, you didn't say anything to that soldier? |
| Witness | نخیر. | No. |
| Interpreter | هیچ کسی دیگر هم به آن امریکایی چیزی نگفت؟ | No other Afghan in the room said anything to that soldier. Right? |

| Speaker | Farsi | English |
|---|---|---|
| Interpreter | و این دقیقاً مقابل جایست که پرده باز بود؟ | And this is exactly opposite to the place where the curtain was open. Right? |
| Witness | بلی | Yes. |
| Interpreter | و این جای گلولهٔ مرمی مادر همان روز واقع شد؟ | And those bullet holes happened on the day of incident. Right? |
| Witness | بلی | Yes. |
| Interpreter | برمی‌گردیم در موقع که عساکر امریکایی آمدند، آنها ۱۳ یا ۱۴ نفر بودند؟ | Back to the time when the American soldiers came in, there were 13 or 14 of them? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی‌ها داخل آمدند در اطاق بسیار بیرون از بود؟ | When the Americans came, this room was crowded. Right? |
| Witness | بلی | Yes. |
| Interpreter | این همان عکسی است که در آن روز شما در اینجا نشسته بودید؟ | This is the picture on that day of where you were sitting, here. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما در نقشه در اینجا در پهلوی کوچ نشسته بودید؟ | You were sitting here, on the diagram next to the couch. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که امریکایی‌ها داخل آمدند زن در اینجا نشسته بود؟ | When the Americans came in, the woman was here behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | در آن وقت او بسته ا بود؟ | At that time, she was not restrained. Right? |
| Witness | بلی | Yes. |
| Interpreter | و هیچ کسی در پشت پرده همراه او نبود؟ | And nobody was there with her behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | شما گفتید که شما یک عسکر را دیدید که در پشت پرده رفت؟ | You said you saw a soldier walk in there behind the curtain. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که عسکر در پشت پرده رفت، و شما میدانستید که عافیه صدیقی دو بار قبلاً هم اقدام به فرار کرده بود؟ | When the soldier went behind the curtain, you knew that Afia Siddiqui had tried to escape twice before. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما میدانستید که عافیه صدیقی نمیخواست که به امریکایی‌ها تسلیم شود؟ | You knew that Afia Siddiqui didn't want to be handed over to the Americans. Right? |
| Witness | بلی | Yes. |
| Interpreter | و دوباره قبلاً هم شما را تهدید کرده بود؟ | And she had threatened you earlier. Right? |
| Witness | بلی | Yes. |
| Interpreter | و شما اصلاً آن سرباز را از این دانش آگاه نکردید؟ | You never warned the soldier about this fact. Right? |
| Witness | نخیر، من نمیتوانم چیزی به امریکایی‌ها بگویم. | No. I can't say anything to the Americans. |
| Interpreter | شما به آن امریکایی چیزی نگفتید؟ | So, you didn't say anything to that soldier? |
| Witness | نخیر. | No. |
| Interpreter | هیچ کسی دیگر هم به آن امریکایی چیزی نگفت؟ | No other Afghan in the room said anything to that soldier. Right? |

| | | |
|---|---|---|
| Witness | نخیر. | No. |
| Interpreter | و شما به عاقبه صدیقی وعده کرده بودید که شما او را به امریکایی ها تسلیم نکنید؟ | And you had promised that you would not hand her over to the Americans. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که شما آن شخص را دیدید که میرود در پشت پرده شما او را منع نکردید؟ | When you saw that person walking behind the curtain, you didn't stop him. Right? |
| Witness | بلی | Yes. |
| Interpreter | وقتی که صدای فایر آمد شما کدام افغانی را ندیدید که بالای امریکایی فایر کند؟ | When you heard the sound of a gunshot, you never saw any Afghans firing on Americans? |
| Witness | نخیر. من در زمین افتادم و دیگران فرار کردند. | No, I fell down on the floor and others just escaped. |
| Interpreter | وقتی که شما صدای فایر را شنیدید شما خود را به زمین انداختید؟ | When you heard the gunshot, you threw yourself onto the ground. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما هر ممکن کوشش کردید که از اطاق بیرون بروید؟ | And you did everything to get out of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما شهادت دادید که امریکایی ها در اوجا نشسته بودند که این نزدیک پرده بود. | And you testified that the Americans were sitting here on the wall, which is near the curtain. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما میتوانستید که تفنگ های آنرا ببینید؟ | And you were able to see their guns. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و اگر کدی امریکایی در پشت پشت پرده میرفت شما میتوانستید ببینید؟ | And if Americans would walk behind the curtain you could see. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و وقتی که شما میتوانستید که آنها را ببینید شما در مقابل آنها در اینجا نشسته بودید؟ | And at the moment you could see them, you were sitting here opposite to them. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و در اطاق بیرو از رود؟ | And it was crowded in the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و در اینجا افغانها در مرکز اطاق بودند؟ | And there were Afghans near the center of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما اینجا نشسته بودید بخاطریکه شما نمیتوانید استاده شوید؟ | And you were sitting down, as you can't stand up? |
| Witness | بلی. | Yes. |
| Interpreter | بعد از صدای مرمی اینطور که به آقای سویفت گفتید، شما دوتا امریکایی ها را دیدید که عافیه صدیقی را بردند؟ | When you heard the shots, after that, as you indicated to Mr. Swift, you saw two Americans take Afia Siddiqui out of the room. Right? |
| Witness | بلی. | Yes. |
| Interpreter | شما دیدید که زن زخمی شده بود؟ | You saw the woman was shot. Right? |
| Witness | بلی. | Yes. |
| Interpreter | و شما دیدید که در بغل خود مرمی خورده بود؟ | And you saw she was shot on her side. Right? |

31

| Role | Dari Transcription | English Translation |
|---|---|---|
| Witness | بلی، شاید اینجا خورده باشد. من زیاد ندیدم. خون ازش میریخت وقتی که دونفر او را گرفته بود. | Yes. I think she was shot here, couldn't see more. She was bleeding when two soldiers were holding her. |
| Interpreter | دو عسکر او را میبردند؟ | Two soldiers were carrying her. Right? |
| Witness | بلی. | Yes. |
| Interpreter | وقتی که شما میخواستید که از اطاق بیرون ببائید دیگران روی شما پای گذاشته و دویدند؟ | When you tried to get out of the room you indicated that people walked over you. Right? |
| Witness | بلی. | Yes. |
| Interpreter | به یاد دارید که کسی در پشت شما پای گذاشته باشد؟ | Do you remember anybody stepping on your back? |
| Witness | بلی. یک زن چاغ در پشت من پای گذاشت. | Yes. A heavy fat lady stepped on my back. |
| Interpreter | وقتی که در دهلیز بودید یک کسی شما را کمک کرد که استاد شوید؟ | When you were outside of the room in the hallway, somebody helped you out. Right? |
| Witness | بلی. | Yes. |
| Interpreter | به یاد دارید که کی بود؟ | Do you remember who it was? |
| Witness | بشیر بود یا نورالحق. بچه من بود و نورالحق. | It was Bashir or Nur-ul-Haq. It was my son and Nur-ul-Haq helped me. |
| Interpreter | نام بچه تان چیست؟ | What is your son's name? |
| Witness | مونس. | Mones. |
| Interpreter | او شما را کمک کرد؟ | He helped you get out? |
| Witness | بلی. | Yes. |
| Interpreter | آقای قدیر شما در وقت سوالات به آقای سویفت گفتید که شما با عصای تان عافیه صدیقی را زدید؟ | Mr. Qadeer, when Mr. Swift was asking questions, you testified that you hit Afia Siddiqui with your cane? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این وقتی بود که او میخواست که فرار کند؟ | Was that when she wanted to escape? |
| Witness | بلی. | Yes. |
| Interpreter | چندر وقت گذشت بین این که امریکایی پشت پرده رفت و صدای فایر آمد. | How much time passed between when the Americans went behind the curtain and the sound of gunshot came? |
| Witness | یک یا دو دقیقه. | It was one or two minutes. |

Last part of Mr. Abdul Qadeer interview, found in the beginning of DVD 3, continuation of the above

| Role | Dari Transcription | English Translation |
|---|---|---|
| Interpreter | آیا شما یکی از کسانی هستید که در این اظهارنامه امضا کردید؟ | Are you one of those who signed on this statement? |
| Witness | بلی. | Yes. |
| Interpreter | آیا این را شما نوشته کردید؟ | Did you write it? |
| Witness | نخیر. | No. |
| Interpreter | این را کی نوشت؟ | Who wrote it? |
| Witness | معاون ریاست. | The deputy director. |
| Interpreter | آیا شما احساس کردید که باید امضا کنید؟ | Did you want to sign it? |
| Witness | نخیر. | No. |
| Interpreter | پس چرا امضا کردید؟ | Why did you sign it? |

32

| | | |
|---|---|---|
| Witness | این نامه در آغاز نوشته شده بود وقتی که میگی میگفتند که او یک انتهاری است، و در آخر که معلوم شد که او از آنوری نیست من پشیمان شدم که چرا امضا کردم. | This letter was written in the beginning, when she was said to be a suicide bomber. At the end when it was clear that she wasn't, I regret why I signed it. |
| Interpreter | آیا شهادت امروز شما تأثیری در وظیفه شما خواهد کرد؟ | Testifying here today, are you worried that it is going to affect your career? |
| Witness | خیر | No. |
| Interpreter | وقتی که شما با FBI صحبت کردید آنها چی پرسمان کردند؟ | When you talked to the FBI what did they ask? |
| Witness | در باره همین کیس و من هم همینطور که به شما جواب دادم به آنها هم جواب دادم. | Same as you, they asked about this case and I answered them. |
| Interpreter | وقتی که آنها او شما سوال میکردند، نوشته هم میکردند؟ | When they asked you questions- did they also write it down? |
| Witness | خیر | No. |
| Interpreter | آیا مترجمی هم مثل امروز در آنجا بود؟ | Was there any translator like today? |
| Witness | بلی مترجم بود. دفعه اول، یک زن بود که کمره داشت و این عکس ها را گرفت و گفت که از او از سارنوالی، امریکا است. و دفعه دوم دو نفر مرد بودند همراه یک زن. و این عکس را هم ما به آنها دادیم. این از روی عکسی که من دادم عکس گرفته. | Yes, there was a translator. The first time it was a lady with a camera; she took these photos and said she was from the Attorney General of America. I have given them this photo. That picture is taken from my picture actually. |
| Interpreter | وقتی که مترجم صحبت های شما را به مأمور FBI ترجمه میکرد شما میفهمیدید که چی ترجمه میکرد؟ | When the translator was translating for you to the FBI, could you understand what was he translating? |
| Witness | من چه میدانم که چی ترجمه میکرد؟ | How would I know? |
| Interpreter | و شما کدام چانسی نداشتید که اگر او ترجمانی غلط کرده باشد شما آنرا درست کنید؟ | So you didn't have chance to correct the mistranslation? |
| Witness | خیر | No. |
| Interpreter | در رابطه با جای مرمی، از آنجا بود؟ کدام مرمی هم آنجا بود؟ | With regard to the bullet holes, is it here? Were there any bullets there? |
| Witness | من یک چیزی بگویم که بخندید. من نام اطاق خود را میوزیم گذاشته بودم بخاطریکه 3 بار در هر ماه یک کسی میامد و دیوار را میکند که ببیند و چیزی پیدا کند. حتی 400 دالر برای خرج قالین دفتر من دادند که از کلن دیوار خراب شده بود. ولی کدام مرمی نیافتند. | Let me tell you something funny! I had named my room as a museum because 3 times in a month a person would come and find something in the wall. They would dig the walls to get something. Even my carpet was destroyed and they paid $ 400 for the carpet in my office, But couldn't find any bullet there. |
| Interpreter | شما کدام مرمی در آنجا دیدید؟ | Did you see any bullets there? |
| Witness | آنها به من نشان نمیدادند. یک کسی، شخصی میآمد و میپالید اگر چیزی پیدا کرده باشد من نمیدانم. ولی وقتی که من 3 پارچه کوچک را پیدا کردم رسمی برایش دادم. | Actually the coalition forces did not show me anything. Some specialists had come and searched, if they have found anything I don't know. But when I found 3 shells I officially gave it to them. |
| Interpreter | از کجا پیدا کردید؟ | Where did you find them? |
| Witness | از اینجا. (در نقشه) | From here (in the map). |
| Interpreter | آیا به شما کسی گفت که این سوراخ های مرمی اند یا شما خودتان دیدید؟ | Did anybody tell you that these were bullet holes or you saw them? |

33

| Witness | خیر من خودم دیدم. آنها آمدند و دیوار را کندن تا طرف دیگر دیوار سوراخ شد. | No, I saw it myself. They came to my office and then dug into the wall all the way to the other side even. |
|---|---|---|
| Interpreter | شما دیدید که آن جای مرمی بود یا چون مردم دیوار را میکندن شما فکر کردید که آن جای مرمی است؟ | Did you see the bullet places or because people were digging into the wall you thought it was bullet holes? |
| Witness | بلی آنها سوراخ مرمی را میبالیدن. | They were looking inside the bullet holes. |

34