# EXHIBIT F

UREA NITRATE EXPLOSIVE BY MR. BYTE-ZAP

UREA NITRATE CAN BE USED AS AN EXPLOSIVE MUNITION. IT IS EASY TO PREPARE FROM NITRIC ACID AND URINE. IT CAN BE DETONATED WITH A BLASTING CAP.

```
MATERIAL REQUIRED:            SOURCE:
------------------            ------
NITRIC ACID, 90% CONC.        FIELD GRADE
(1.48 SP. GR.)                (SEE FILE) OR
                              INDUSTRIAL METAL PROCESSORS.

URINE                         ANIMALS (INCL. HUMANS)

2 ONE GALLON HEAT AND
ACID-RESISTANT
CONTAINERS (GLASS,
CLAY, ETC.)

FILTERING MATERIAL            PAPER TOWEL OR FINELY TEXTURED COTTON CLOTH (SHIRT,
                              SHEET, ETC.)

ALUMINUM POWDER               PAINT STORES
(OPTIONAL, OR IF
AVAILABLE)

HEAT SOURCE

MEASURING CONTINERS (CUP AND SPOON)

WATER

TAPE

BLASTING CAP

STEEL PIPE AND END CAP(S)
```

NOTE: PREPARE MIXTURE JUST BEFORE USE

PROCEDURE:
----------
1) BOIL A LARGE QUANTITY OF URINE (10 CUPS) TO APPROX. 1/10 ITS VOLUME (1 CUP) IN ONE OF THE CONTAINERS OVER THE HEAT SOURCE.

2) FILTER THE URINE INTO THE OTHER CONTAINER THROUGH THE FILTERING MATERIAL TO REMOVE IMPURITIES.

3) SLOWLY ADD 1/3 CUP OF NITRIC ACID TO THE FILTERED URINE, AND LET MIXTURE STAND FOR 1 HOUR.

CAUTION: ACID WILL BURN SKIN AND DESTROY CLOTHING. IF ANY IS SPILLED WASH IT AWAY WITH A LARGE QUANTITY OF WATER. DO NOT INHALE FUMES.

4) FILTER MIXTURE AS IN STEP 2. UREA NITRATE CRYSTALS WILL COLLECT ON THE PAPER.

5) WASH THE UREA NITRATE BY POURING WATER OVER IT.

6) REMOVE UREA NITRATE CRYSTALS FROM THE FILTERING MATERIAL AND ALLOW TO DRY THOROUGHLY (APPROX. 16 HOURS)

NOTE: THE DRYING TIME CAN BE REDUCED TO TWO HOURS IF A HOT (NOT BOILING) WATER BATH IS USED. SEE STEP 5 OF RECLAMATION OF RDX FROM C-4 FILE

HOW TO USE:
-----------
1) SPOON THE UREA NITRATE CRYSTALS INTO AN IRON OR STEEL PIPE WHICH HAS AN END CAP THREADED ON ONE END.

2) INSERT BLASTING CAP JUST BENEATH THE SURFACE OF THE UREA NITRATE CRYSTALS.

NOTES: THIS EXPLOSIVE CAN BE MADE MORE EFFECTIVELY BY MIXING WITH ALUMINUM POWDER (CAN BE OBTAINED IN PAINT STORES) IN THE RATIO OF 4:1.  I.E., MIX 1 CUP OF ALUMUNIM POWDER WITH 4 CUPS OF UREA NITRATE.

CONFINING THE OPEN END OF THE CONTAINER WILL ADD TO THE EFFECTIVENESS OF THE EXPLOSIVE.