# EXHIBIT G

# Improvised
# Primary Explosives

© 1998 Dirk Goldmann

No part of the added copyrighted parts (except brief passages that a reviewer may quote in a review)
may be reproduced in any form unless the reproduced material includes the following two sentences:
The copyrighted material may be reproduced without obtaining permission from anyone,
provided: (1) all copyrighted material is reproduced full-scale.

# WARNING!

Explosives are danegerous. In most countries it's forbidden to make them.
Use your mind. You as an explosives expert should know that.

# CONTENTS

## Primary Explosives
ACETONE PEROXIDE                              4
DDNP/DINOL                                    6
DOUBLE SALTS                                  7
HMTD                                          9
LEAD AZIDE                                   11
LEAD PICRATE                                 13
MEKAP                                        14
MERCURY FULMINATE                            15
"MILK BOOSTER"                               16
NITROMANNITE                                 17
SODIUM AZIDE                                 19
TACC                                         20

## Exotic and Friction Primers
LEAD NITROANILATE                            22
NITROGEN SULFIDE                             24
NITROSOGUANIDINE                             25
TETRACENE                                    27
CHLORATE-FRICTION PRIMERS                    28
CHLORATE-TRIMERCURY-ACETYLIDE               29
TRIHYDRAZINE-ZINC (II) NITRATE               29

## Fun and Touch Explosives
CHLORATE IMPACT EXPLOSIVES                   31
COPPER ACETYLIDE                             32
DIAMMINESILVER II CHLORATE                   33
FULMINATING COPPER                           33
FULMINATING GOLD                             34
FULMINATING MERCURY                          35
FULMINATING SILVER                           35
NITROGEN TRICHLORIDE                         36
NITROGEN TRIIODIDE                           37
SILVER ACETYLIDE                             38
SILVER FULMINATE                             38
"YELLOW POWDER"                              40
Latest Additions                             41

## End

Bubble the acetylene through the green solution for 5-8 min.

5. Flakes begin to form in the liquid and brown vapors are given off.
Remove solution from water bath and allow to cool.

6. Filter the liquid through the paper, green crystals are formed.
Wash these crystals in the 2nd tube with 45 ml alcohol, they will turn white.
Filter again.
This is pure silver primary explosive.
Store under alcohol before use.

## HMTD

Hexamethylenetriperoxidediamine

Synonyms: none

**FORMULA:**
$C_6H_{12}N_2O_6$

**VoD:**
4511 m/s @ 0.88 g/cc.
5100 m/s @ 1.10 g/cc.
Lead Block: 340 cc.

**EQUIVALENCE:**
0.75 gram HMTD has the power of a reinforced
# 10 cap
0.5 is equivalent to a strong # 8 cap

**SENSITIVITY:**
Very friction sensitive!!
Burns like nitrocellulose. Detonates in greater amounts.
Sensitive to shock, flame and heat.

**DRAWBACKS:**
Tend to sublimate at room temperature.

**COMPATIBILITY:**
Can be used with high explosive boosters.
CAUTION: Do not store HMTD in metal containers and detonators . It will attack
aluminum, copper, brass, zinc, antimony, iron and lead, even when dry.
The detonators must be outlined with a straw, so that HMTD can't attack the metal.

**ADDITIONAL INFORMATION:**
High performance initiating explosive.
Press HMTD with 100 pounds of pressure in its moist form.

**PREPARATION #1** (Tenney L. Davis "The Chemistry of Powders and Explosives"):

9

Chemicals:
hydrogen peroxide (30 %)
hexamethylenetetramine(Hexamine dry fuel tablets)
citric acid (food grade)
water

Materials:
200 ml glass beaker
glass stirring rod
ice bath

## MANUFACTURE:

Fourteen grams of hexamethylenetetramine is dissolved in 45 grams of 30 %
hydrogen peroxide solution which is stirred mechanically in a beaker standing in a
freezing mixture of cracked ice with water and a little salt.
To the solution 21 grams of powdered citric acid is added slowly in small portions at
a time while the stirring is continued and the temperature is kept at 0° or below. After
all the citric acid has dissolved, the mixture is stirred for 3 hours longer while the
temperature is kept at 0°.
The cooling is then continued, the mixture is allowed to stand for 2 hours at room
temperature, and the white crystalline product is filtered off, washed thoroughly with
water, and rinsed with alcohol in order  that it may dry out more quickly at ordinary
temperatures.

## PREPARATION #2:

Chemicals:
6 % hair bleach (hydrogen peroxide)
citric acid
hexamine

Materials:
glass beaker (200 ml)
glass stirring rod

## MANUFACTURE:

1. Place 9 tsp. of $H_2O_2$ in the beaker.

2. Dissolve 2 ½tsp. of hexamine in the $H_2O_2$.

3. Let sit in an ice bath for 30-40 minutes.

4. Add slowly 4 ½sp. citric acid to the solution.

5. The yield is increased if you stir the mixture for 30 min. Let mixture sit for 24 hours.

6. Filter the HMTD out , wash with distilled water and then with alcohol.

7. Store moist in a film canister.

### PREPARATION #3:

Chemicals:
3 % hydrogen peroxide
ammonium sulfate (fertilizer grade)
37 % formaldehyde solution

Materials:
1000 ml glass beaker
heating source
stirring rod

### MANUFACTURE:

1. Place 500 grams of 3 % $H_2O_2$ in the beaker.

2. Add 50 grams ammonium sulfate, stir until it dissolves.

3. When the liquid is  heated to 55 ° C immediately add 5.3 g. of the formaldehyde soln. , stir well and remove from heating source.

4. Let mixture sit for 24 hours. Filter and purify as above.

## LEAD AZIDE

Synonyms: none

### FORMULA:
$Pb(N_3)_2$

### VoD:
4630 m/s @ 3.0 g/cc.
5180 m/s @ 4.0 g/cc.

### EQUIVALENCE:
Use 0.5 - 0.75 g for a strong detonator as a base charge fired with mercury fulminate or HMTD.

11