# EXHIBIT H

# The Anarchist Cookbook Free Download.

## Free download of the Anarchist cookbook. No BS!

- Home
- FAQ
- Contact
- Downloads



SUBSCRIBE NOW
RSS Feed | Comments

### Download The Anarchist Cookbook For Free

The anarchist cookbook is sometimes referred to as the anarchy cookbook.

Don't worry, we are not going to try and charge you for the cookbook or make you give us your email.

You will be able to download ALL of the available versions at the bottom of this page - on one condition, you MUST have read the FAQ.

> NOTICE: TO ALL CONCERNED Certain text files and messages contained on this site deal with activities and devices which would be in violation of various Federal, State, and local laws if actually carried out or constructed. The webmaster of this site and associated businesses do not advocate the breaking of any law. Our text files and message bases are for informational and entertainment purposes only. We recommend that you contact your local law enforcement officials before undertaking any project based upon any information obtained from this or any other web site. We do not guarantee that any of the information contained on this system is correct, workable, or factual. We are not responsible for, nor do we assume any liability for, damages resulting from the use of any information on this site.

The following document are all free from here. Please read and understand our disclaimer before accessing any of the following material.

Click HERE to enter the bombshock file archive. 1100+ files of related subjects.

Anarchists Codebook
Anarchy Today
BHU's Cookbook

Captain Hook's
Book of Anarchy
Anarchists Compendium
Darkstorm's Book of Anarchy 1
DARKstorms Book of Anarchy 2
Darkstorms Book of Anarchy 3
Jolly Roger Cookbook
Anarchists Home Companion
INCTEK Guide to Street Anarchy
Jolly Roger Cookbook 3
Jynx's Journal v2
The Spook Files
The Terrorist Encyclopedia
Vandal's Cookbook
Vortex's Cookbook
Xoo's Cookbook v2
Xoo's Funbook

Anarchist Cookbooks

Anarchist Cookbook    [downloads Word document]
Anarchist Cookbook 2002
Anarchist Cookbook 2000
Anarchist Cookbook Text Version
Anarchist Cookbook Vol. 5.

Anarchy and Explosives

ANE-1
ANE-2
ANE-3
ANE-4
ANE-5
ANE-6
ANE-7

Badminds Cookbook

badmind1
badmind2
badmind3
badmind4
badmind5
badmind6
badmind7

**Thankyou, and please remember that these files are innaccurate, dangerous and strictly**

Case 1:08-cr-00826-RMB    Document 249-7    Filed 07/29/10    Page 4 of 9

**provided for entertainment fictional reading only.**

Social Bookmarks
SubscribeDiggdel.icio.usFacebookFurlStumbleUponTechnorati

How to make homemade recreational drugs. Including LSD, Ecstasy, Methamphetamine, As well as growing a range of natural highs.

How to make homemade weapons. As well as comprehensive Survival, Combat, Tactical Warfare, Weaponry information.

How to make homemade bombs. Smoke bombs, Rockets, Explosives, Pyrotechnics and more!

Signup for The Anarchist Cookbook Newsletter NOW! Be updated with the latest news and information on related subjects. Be notified when the PRINTED Anarchist Cookbook is available ONLINE!!!

Name: [                    ]

Email: [                    ]

( Submit ) *

* We will NEVER share your email address with ANYONE. We hate spam more than you do!

Search

[                    ] ( Search )

**Meta**

- Log in

Copyright © 2008 The Anarchist Cookbook Free Download.



# ANARCHY COOKBOOK VERSION 2000
Pictures and Reformatting for Word6 by Louis Helm

## Table of Contents

1.  Counterfeiting Money
2.  Credit Card Fraud
3.  Making Plastic Explosives
4.  Picking Master Locks
5.  The Arts of Lockpicking I
6.  The Arts of Lockpicking II
7.  Solidox Bombs
8.  High Tech Revenge: The Beigebox
9.  CO² Bombs
10. Thermite II Bombs
11. Touch Explosives
12. Letter Bombs
13. Paint Bombs
14. Ways to send a car to HELL
15. Do you hate school?
16. Phone related vandalism
17. Highway police radar jamming
18. Smoke Bombs
19. Mail Box Bombs
20. Hot-wiring cars
21. Napalm
22. Fertilizer Bomb
23. Tennis Ball Bomb
24. Diskette Bombs
25. Unlisted Phone Numbers
26. Fuses
27. How to make Potassium Nitrate
28. Exploding Lightbulbs
29. Under water igniters
30. Home-brew blast cannon
31. Chemical Equivalency List
32. Phone Taps
33. Landmines
34. A different Molitov Cocktail
35. Phone Systems Tutorial I
36. Phone Systems Tutorial II
37. Basic Alliance Teleconferencing
38. Aqua Box Plans
39. Hindenberg Bomb
40. How to Kill Someone
41. Phone Systems Tutorial III
42. Black Box Plans
43. The Blotto Box
44. Blowgun
45. Brown Box Plans
46. Calcium Carbide Bomb
47. More Ways to Send a Car to Hell
48. Ripping off Change Machines
49. Clear Box Plans
50. CNA Number Listing
51. Electronic Terrorism

52. Start a Conf. w/o 2600hz or MF
53. Dynamite
54. Auto Exhaust Flame Thrower
55. How to Break into BBs Express
56. Firebomb
57. Fuse Bomb
58. Generic Bomb
59. Green Box Plans
60. Portable Grenade Launcher
61. Basic Hacking Tutorial I
62. Basic Hacking Tutorial II
63. Hacking DEC's
64. Harmless Bombs
65. Breaking into Houses
66. Hypnotism
67. Remote Informer Issue #1
68. Jackpotting ATM Machines
69. Jug Bomb
70. Fun at K-Mart
71. Mace Substitute
72. How to Grow Marijuana
73. Match Head Bomb
74. Terrorizing McDonalds
75. "Mentor's" Last Words
76. The Myth of the 2600hz Detector
77. Blue Box Plans
78. Napalm II
79. Nitroglycerin Recipe
80. Operation: Fuckup
81. Stealing Calls from Payphones
82. Pool Fun
83. Free Postage
84. Unstable Explosives
85. Weird Drugs
86. The Art of Carding
87. Recognizing Credit Cards
88. How to Get a New Identity
89. Remote Informer Issue #2
90. Remote Informer Issue #3
91. Remote Informer Issue #4
92. Remote Informer Issue #5
93. Phreaker's Guide to Loop Lines
94. Ma-Bell Tutorial
95. Getting Money out of Pay Phones
96. Computer-based PBX
97. PC-Pursuit Port Statistics
98. Pearl Box Plans
99. The Phreak File
100.    Red Box Plans
101.    RemObS
102.    Scarlet Box Plans
103.    Silver Box Plans
104.    Bell Trashing
105.    Canadian WATS Phonebook
106.    Hacking TRW
107.    Hacking VAX & UNIX
108.    Verification Circuits
109.    White Box Plans
110.    The BLAST Box
111.    Dealing with the R&R Operator
112.    Cellular Phone Phreaking
113.    Cheesebox Plans
114.    Start Your Own Conferences

115. Gold Box Plans
116. The History of ESS
117. The Lunch Box
118. Olive Box Plans
119. The Tron Box
120. More TRW Info
121. "Phreaker's Phunhouse"
122. Phrack Magazine-Vol. 3, Issue 27
123. Phrack Magazine-Vol. 3, Issue 27
124. Phrack Magazine-Vol. 3, Issue 28
125. Phrack Magazine-Vol. 3, Issue 28
126. Phrack Magazine-Vol. 3, Issue 28
127. Phrack Magazine-Vol. 3, Issue 30
128. Phrack Magazine-Vol. 3, Issue 30
129. Phrack Magazine-Vol. 3, Issue 30
130. Sodium Chlorate
131. Mercury Fulminate
132. Improvised Black Powder
133. Nitric Acid
134. Dust Bomb Instructions
135. Carbon-Tet Explosive
136. Making Picric Acid from Aspirin
137. Reclamation of RDX from C-4
138. Egg-based Gelled Flame Fuels
139. Clothespin Switch
140. Flexible Plate Switch
141. Low Signature System [Silencers]
142. Delay Igniter From Cigarette
143. Nicotine
144. Dried Seed Timer
145. Nail Grenade
146. Bell Glossary
147. Phone Dial Locks -- Beat'em
148. Exchange Scanning
149. A Short History of Phreaking
150. "Secrets of the Little Blue Box"
151. The History of British Phreaking
152. "Bad as Shit"
153. Telenet
154. Fucking with the Operator
155. Phrack Magazine-Vol. 1, Issue 1
156. International Country Codes List
157. Infinity Transmitter Plans
158. LSD
159. Bananas
160. Yummy Marihuana Recipes
161. Peanuts
162. Chemical Fire Bottle
163. Igniter from Book Matches
164. "Red or White Powder" Propellant
165. Pipe Hand Grenade
166. European Credit Card Fraud
167. Potassium Bomb
168. Your Legal Rights
169. Juvenile Offenders' Rights
170. Down The Road Missle
171. Fun With Shotgun Shells
172. Surveillance Equipment
173. Drip Timer
174. Stealing
175. Miscellaneous
176. Shaving cream bomb
177. Ripping off change machines II

178.   Lockpicking the EASY way
179.   Anarchy 'N' Explosives Prelude
180.   Anarchy 'N' Explosives Vol. 1
181.   Anarchy 'N' Explosives Vol. 2
182.   Anarchy 'N' Explosives Vol. 3
183.   Anarchy 'N' Explosives Vol. 4
184.   Anarchy 'N' Explosives Vol. 5
185.   Explosives and Propellants
186.   Lockpicking III
187.   Chemical Equivalent List II
188.   Nitroglycerin II
189.   Cellulose Nitrate
190.   Starter Explosives
191.   Flash Powder
192.   Exploding Pens
193.   Revised Pipe Bombs
194.   * SAFETY *  A MUST READ!
195.   Ammonium TriIodide
196.   Sulfuric Acid & Amm. Nitrate III
197.   Black Powder III
198.   Nitrocellulose
199.   RDX
200.   The Black Gate BBS
201.   ANFOS
202.   Picric Acid II
203.   Bottled Explosives
204.   Dry Ice
205.   Fuses / Ignitors / Delays
206.   Film Canister Bombs
207.   Book Bombs
208.   Phone Bombs
209.   Special Ammunition
210.   Rocketry
211.   Pipe Cannon II
212.   Smoke Bombs
213.   Firecrackers
214.   Suppliers II
215.   Lab-Raid Checklist
216.   Misc Anarchy
217.   Combo Locks II
218.   Misc Anarchy II
219.   Thermite IV

**1.  Counterfeiting Money**                              **by The Jolly Roger**

Before reading this article, it would be a very good idea to get a book on photo offset printing, for this is the method used in counterfeiting US currency. If you are familiar with this method of printing, counterfeiting should be a simple task for you.

longer formed the solution is filtered while boiling hot. If potassium chloride was used potassium chlorate will be formed.

This potassium chlorate will drop out or crystallize as the clear liquid left after filtering cools. These crystals are filtered out when the solution reaches room temperature. If the sodium chloride salt was used this clear filtrate (clear liquid after filtration) will need to have all water evaporated. This will leave crystals which should be saved.

These crystals should be heated in a slightly warm oven in a pyrex dish to drive off all traces of water (40-75°C). These crystals are ground to a very fine powder (400 mesh).

If the sodium chloride salt is used in the initial step the crystallization is much more time consuming. The potassium chloride is the salt to use as the resulting product will crystallize out of the solution as it cools. The powdered and completely dry chlorate crystals are kneaded together with vaseline in a plastic bowl. ALL CHLORATE BASED EXPLOSIVES ARE SENSITIVE TO FRICTION AND SHOCK AND THESE SHOULD BE AVOIDED. If sodium chloride is used in this explosive it will have a tendency to cake and has a slightly lower detonation velocity.

This explosive is composed of the following:

- Potassium/Sodium Chlorate 90%
- Vaseline  10%

Simply pour the powder into a plastic baggy and knead in the vaseline carefully. This explosive (especially if the Sodium Chlorate variation is used) should not be exposed to water or moisture.

The detonation velocity can be raised to a slight extent by the addition of 2-3% aluminum substituted for 2-3% of the vaseline. This addition of this aluminum will give the explosive a bright flash if set off at night which will ruin night vision for a short while. The detonation velocity of this explosive is approximately 3200 m/sec for the potassium salt and 2900 m/sec for the sodium salt based explosive.

It was claimed above that this explosive degrades over time. I would assume that this occurs due to the small amount of water present in the vaseline, and that a different type of fuel would be better than the vaseline.

*ASSORTED NASTIES:*

*Sweet-Oil*

In this one you open there hood and pour some honey in their oil spout. If you have time you might remover the oil plug first and drain some of the oil out. I have tried this one but wasn't around to see the effects but I am sure that I did some damage.

*Slow Air*

OK, sneak up the victims car and poke a small hole somewhere in 2 of his/her tires. They only have 1 spare. Now if the hole is small but there then there tire will go flat some where on the road. You could slice the tire so this is blows out on the road with a razor blade. Cut a long and fairly deep (don't cut a hole all the way through) and peel a little bit of the rubber back and cut that off. Now very soon there tires will go flat or a possible blow out at a high speed if your lucky.

*Vanishing Paint*

Spread a little gas or paint thinner on the victims car and this will make his paint run and fade. Vodka will eat the paint off and so will a little 190. Eggs work great on paint if they sit there long enough.

320 of 327