# EXHIBIT I

# The Anarchist Cookbook Free Download.

## Free download of the Anarchist cookbook. No BS!

- Home
- FAQ
- Contact
- Downloads



SUBSCRIBE NOW
RSS Feed | Comments

### Download The Anarchist Cookbook For Free

The anarchist cookbook is sometimes referred to as the anarchy cookbook.

Don't worry, we are not going to try and charge you for the cookbook or make you give us your email.

You will be able to download ALL of the available versions at the bottom of this page - on one condition, you MUST have read the FAQ.

> NOTICE: TO ALL CONCERNED Certain text files and messages contained on this site deal with activities and devices which would be in violation of various Federal, State, and local laws if actually carried out or constructed. The webmaster of this site and associated businesses do not advocate the breaking of any law. Our text files and message bases are for informational and entertainment purposes only. We recommend that you contact your local law enforcement officials before undertaking any project based upon any information obtained from this or any other web site. We do not guarantee that any of the information contained on this system is correct, workable, or factual. We are not responsible for, nor do we assume any liability for, damages resulting from the use of any information on this site.

The following document are all free from here. Please read and understand our disclaimer before accessing any of the following material.

Click HERE to enter the bombshock file archive. 1100+ files of related subjects.

Anarchists Codebook
Anarchy Today
BHU's Cookbook

Captain Hook's
Book of Anarchy
Anarchists Compendium
Darkstorm's Book of Anarchy 1
DARKstorms Book of Anarchy 2
Darkstorms Book of Anarchy 3
Jolly Roger Cookbook
Anarchists Home Companion
INCTEK Guide to Street Anarchy
Jolly Roger Cookbook 3
Jynx's Journal v2
The Spook Files
The Terrorist Encyclopedia
Vandal's Cookbook
Vortex's Cookbook
Xoo's Cookbook v2
Xoo's Funbook

Anarchist Cookbooks

 Anarchist Cookbook      [downloads Word document]
Anarchist Cookbook 2002
Anarchist Cookbook 2000
Anarchist Cookbook Text Version
Anarchist Cookbook Vol. 5.

Anarchy and Explosives

ANE-1
ANE-2
ANE-3
ANE-4
ANE-5
ANE-6
ANE-7

Badminds Cookbook

badmind1
badmind2
badmind3
badmind4
badmind5
badmind6
badmind7

**Thankyou, and please remember that these files are innaccurate, dangerous and strictly**

**provided for entertainment fictional reading only.**

Social Bookmarks
SubscribeDiggdel.icio.usFacebookFurlStumbleUponTechnorati

How to make homemade recreational drugs. Including LSD, Ecstasy, Methamphetamine, As well as growing a range of natural highs.

How to make homemade weapons. As well as comprehensive Survival, Combat, Tactical Warfare, Weaponry information.

How to make homemade bombs. Smoke bombs, Rockets, Explosives, Pyrotechnics and more!

Signup for The Anarchist Cookbook Newsletter NOW! Be updated with the latest news and information on related subjects. Be notified when the PRINTED Anarchist Cookbook is available ONLINE!!!

Name: [          ]

Email: [          ]

( Submit ) *

* We will NEVER share your email address with ANYONE. We hate spam more than you do!

**Search**

[          ] ( Search )

**Meta**

- Log in

Copyright © 2008 The Anarchist Cookbook Free Download.



# ANARCHY COOKBOOK VERSION 2000

Pictures and Reformatting for Word6 by Louis Helm

## Table of Contents

1. Counterfeiting Money
2. Credit Card Fraud
3. Making Plastic Explosives
4. Picking Master Locks
5. The Arts of Lockpicking I
6. The Arts of Lockpicking II
7. Solidox Bombs
8. High Tech Revenge: The Beigebox
9. $CO_2$ Bombs
10. Thermite II Bombs
11. Touch Explosives
12. Letter Bombs
13. Paint Bombs
14. Ways to send a car to HELL
15. Do you hate school?
16. Phone related vandalism
17. Highway police radar jamming
18. Smoke Bombs
19. Mail Box Bombs
20. Hot-wiring cars
21. Napalm
22. Fertilizer Bomb
23. Tennis Ball Bomb
24. Diskette Bombs
25. Unlisted Phone Numbers
26. Fuses
27. How to make Potassium Nitrate
28. Exploding Lightbulbs
29. Under water igniters
30. Home-brew blast cannon
31. Chemical Equivalency List
32. Phone Taps
33. Landmines
34. A different Molitov Cocktail
35. Phone Systems Tutorial I
36. Phone Systems Tutorial II
37. Basic Alliance Teleconferencing
38. Aqua Box Plans
39. Hindenberg Bomb
40. How to Kill Someone
41. Phone Systems Tutorial III
42. Black Box Plans
43. The Blotto Box
44. Blowgun
45. Brown Box Plans
46. Calcium Carbide Bomb
47. More Ways to Send a Car to Hell
48. Ripping off Change Machines
49. Clear Box Plans
50. CNA Number Listing
51. Electronic Terrorism

52. Start a Conf. w/o 2600hz or MF
53. Dynamite
54. Auto Exhaust Flame Thrower
55. How to Break into BBs Express
56. Firebomb
57. Fuse Bomb
58. Generic Bomb
59. Green Box Plans
60. Portable Grenade Launcher
61. Basic Hacking Tutorial I
62. Basic Hacking Tutorial II
63. Hacking DEC's
64. Harmless Bombs
65. Breaking into Houses
66. Hypnotism
67. Remote Informer Issue #1
68. Jackpotting ATM Machines
69. Jug Bomb
70. Fun at K-Mart
71. Mace Substitute
72. How to Grow Marijuana
73. Match Head Bomb
74. Terrorizing McDonalds
75. "Mentor's" Last Words
76. The Myth of the 2600hz Detector
77. Blue Box Plans
78. Napalm II
79. Nitroglycerin Recipe
80. Operation: Fuckup
81. Stealing Calls from Payphones
82. Pool Fun
83. Free Postage
84. Unstable Explosives
85. Weird Drugs
86. The Art of Carding
87. Recognizing Credit Cards
88. How to Get a New Identity
89. Remote Informer Issue #2
90. Remote Informer Issue #3
91. Remote Informer Issue #4
92. Remote Informer Issue #5
93. Phreaker's Guide to Loop Lines
94. Ma-Bell Tutorial
95. Getting Money out of Pay Phones
96. Computer-based PBX
97. PC-Pursuit Port Statistics
98. Pearl Box Plans
99. The Phreak File
100.    Red Box Plans
101.    RemObS
102.    Scarlet Box Plans
103.    Silver Box Plans
104.    Bell Trashing
105.    Canadian WATS Phonebook
106.    Hacking TRW
107.    Hacking VAX & UNIX
108.    Verification Circuits
109.    White Box Plans
110.    The BLAST Box
111.    Dealing with the R&R Operator
112.    Cellular Phone Phreaking
113.    Cheesebox Plans
114.    Start Your Own Conferences

```
115.   Gold Box Plans
116.   The History of ESS
117.   The Lunch Box
118.   Olive Box Plans
119.   The Tron Box
120.   More TRW Info
121.   "Phreaker's Phunhouse"
122.   Phrack Magazine-Vol. 3, Issue 27
123.   Phrack Magazine-Vol. 3, Issue 27
124.   Phrack Magazine-Vol. 3, Issue 28
125.   Phrack Magazine-Vol. 3, Issue 28
126.   Phrack Magazine-Vol. 3, Issue 28
127.   Phrack Magazine-Vol. 3, Issue 30
128.   Phrack Magazine-Vol. 3, Issue 30
129.   Phrack Magazine-Vol. 3, Issue 30
130.   Sodium Chlorate
131.   Mercury Fulminate
132.   Improvised Black Powder
133.   Nitric Acid
134.   Dust Bomb Instructions
135.   Carbon-Tet Explosive
136.   Making Picric Acid from Aspirin
137.   Reclamation of RDX from C-4
138.   Egg-based Gelled Flame Fuels
139.   Clothespin Switch
140.   Flexible Plate Switch
141.   Low Signature System [Silencers]
142.   Delay Igniter From Cigarette
143.   Nicotine
144.   Dried Seed Timer
145.   Nail Grenade
146.   Bell Glossary
147.   Phone Dial Locks -- Beat'em
148.   Exchange Scanning
149.   A Short History of Phreaking
150.   "Secrets of the Little Blue Box"
151.   The History of British Phreaking
152.   "Bad as Shit"
153.   Telenet
154.   Fucking with the Operator
155.   Phrack Magazine-Vol. 1, Issue 1
156.   International Country Codes List
157.   Infinity Transmitter Plans
158.   LSD
159.   Bananas
160.   Yummy Marihuana Recipes
161.   Peanuts
162.   Chemical Fire Bottle
163.   Igniter from Book Matches
164.   "Red or White Powder" Propellant
165.   Pipe Hand Grenade
166.   European Credit Card Fraud
167.   Potassium Bomb
168.   Your Legal Rights
169.   Juvenile Offenders' Rights
170.   Down The Road Missle
171.   Fun With Shotgun Shells
172.   Surveillance Equipment
173.   Drip Timer
174.   Stealing
175.   Miscellaneous
176.   Shaving cream bomb
177.   Ripping off change machines II
```

```
178.    Lockpicking the EASY way
179.    Anarchy 'N' Explosives Prelude
180.    Anarchy 'N' Explosives Vol. 1
181.    Anarchy 'N' Explosives Vol. 2
182.    Anarchy 'N' Explosives Vol. 3
183.    Anarchy 'N' Explosives Vol. 4
184.    Anarchy 'N' Explosives Vol. 5
185.    Explosives and Propellants
186.    Lockpicking III
187.    Chemical Equivalent List II
188.    Nitroglycerin II
189.    Cellulose Nitrate
190.    Starter Explosives
191.    Flash Powder
192.    Exploding Pens
193.    Revised Pipe Bombs
194.    * SAFETY *  A MUST READ!
195.    Ammonium TriIodide
196.    Sulfuric Acid & Amm. Nitrate III
197.    Black Powder III
198.    Nitrocellulose
199.    RDX
200.    The Black Gate BBS
201.    ANFOS
202.    Picric Acid II
203.    Bottled Explosives
204.    Dry Ice
205.    Fuses / Ignitors / Delays
206.    Film Canister Bombs
207.    Book Bombs
208.    Phone Bombs
209.    Special Ammunition
210.    Rocketry
211.    Pipe Cannon II
212.    Smoke Bombs
213.    Firecrackers
214.    Suppliers II
215.    Lab-Raid Checklist
216.    Misc Anarchy
217.    Combo Locks II
218.    Misc Anarchy II
219.    Thermite IV
```

1.  Counterfeiting Money                                          by The Jolly Roger

Before reading this article, it would be a very good idea to get a book on photo offset printing, for this is the method used in counterfeiting US currency. If you are familiar with this method of printing, counterfeiting should be a simple task for you.

- CAUTION: Nitric acid should be kept away from all combustibles and should be kept in a SEALED CERAMIC OR GLASS container. DO NOT inhale fumes!

### 134. Dust Bomb Instructions                                         by The Jolly Roger

An initiator which will initiate common material to produce dust explosions can be rapidly and easily constructed. This type of charge is ideal for the destruction of enclosed areas such as rooms or buildings.

Material Required:
- A flat can, 3 in. (8 cm) in diameter and 1-½ in. (3-3/4 cm) high. A 6-½ ounce tuna can serves the purpose quite well.
- Blasting cap
- Explosive
- Aluminum (may be wire, cut sheet, flattened can, or powder)
- Large nail, 4 in. (10 cm) long
- Wooden rod - ¼ in. (6 mm) diameter
- Flour, gasoline, and powder or chipped aluminum

NOTE: Plastic explosive produce better explosions than cast explosives.

Procedure:
1. Using the nail, press a hole through the side of the tuna can 3/8 inch to ½ inch (1 to 1-½ cm) from the bottom. Using a rotating and lever action, enlarge the hole until it will accommodate the blasting cap.
2. Place the wooden rod in the hole and position the end of the rod at the center of the can.
3. Press explosive into the can, being sure to surround the rod, until it is 3/4 inch (2 cm) from the top of the can. Carefully remove the wooden rod.
4. Place the aluminum metal on top of the explosive.
5. Just before use, insert the blasting cap into the cavity made by the rod. The initiator is now ready to use.

NOTE: If it is desired to carry the initiator some distance, cardboard may be pressed on top of the aluminum to insure against loss of material.

How to Use:
This particular unit works quite well to initiate charges of five pounds of flour, ½ gallon (1-2/3 liters) of gasoline, or two pounds of flake painters aluminum. The solid materials may merely be contained in sacks or cardboard cartons. The gasoline may be placed in plastic coated paper milk cartons, as well as plastic or glass bottles. The charges are placed directly on top of the initiator and the blasting cap is actuated electrically or by a fuse depending on the type of cap employed. this will destroy a 2,000 cubic feet enclosure (building 10 x 20 x 10 feet).

Note: For larger enclosures, use proportionally larger initiators and charges.

### 135. Carbon-Tet Explosive                                           by The Jolly Roger

A moist explosive mixture can be made from fine aluminum powder combined with carbon tetrachloride or tetrachloroethylene. This explosive can be detonated with a blasting cap.

Material Required:
- Fine aluminum bronzing powder
- Carbon Tetrachloride or Tetrachloroethylene
- Stirring rod (wood)
- Mixing container (bowl, bucket, etc.)
- Measuring container (cup, tablespoon, etc.)

- Storage container (jar, can, etc.)
- Blasting cap
- Pipe, can or jar

Source of Carbon Tetrachloride:
- Paint store
- Pharmacy
- Fire extinguisher fluid

Source of Tetrachloroethylene:
- Dry cleaners
- Pharmacy

Procedure:
1. Measure out two parts aluminum powder to one part carbon tetrachloride or tetrachlorethylene liquid into mixing container, adding liquid to powder while stirring with the wooden rod.
2. Stir until the mixture becomes the consistency of honey syrup.

    - CAUTION: Fumes from the liquid are dangerous and should not be inhaled.

3. Store explosive in a jar or similar water proof container until ready to use. The liquid in the mixture evaporates quickly when not confined.

NOTE: Mixture will detonate in this manner for a period of 72 hours.

How to Use:
1. Pour this mixture into an iron or steel pipe which has an end cap threaded on one end. If a pipe is not available, you may use a dry tin can or glass jar.
2. Insert blasting cap just beneath the surface of the explosive mix.

NOTE: Confining the open end of the container will add to the effectiveness of the explosive.


### 136. Making Picric Acid from Aspirin                                by The Jolly Roger

Picric Acid can be used as a booster explosive in detonators, a high explosive charge, or as an intermediate to preparing lead picric.

Material Required:
- Aspirin tablets (5 grains per tablet)
- Alcohol, 95% pure
- Sulfuric acid, concentrated, (if battery acid, boil until white fumes disappear)
- Potassium Nitrate (see elsewhere in this Cookbook)
- Water
- Paper towels
- Canning jar, 1 pint
- Rod (glass or wood)
- Glass containers
- Ceramic or glass dish
- Cup
- Teaspoon
- Tablespoon
- Pan
- Heat source
- Tape

Procedure: