# EXHIBIT K

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :    08 Cr. 826 (RMB)

AAFIA SIDDIQUI,                 :

        Defendant.              :

- - - - - - - - - - - - - - x
```

VERDICT FORM

COUNT ONE:      Attempted Murder of United States Nationals:

        Guilty _____                Not Guilty _____

If you answered "Guilty," please indicate whether the defendant also committed this crime with premeditation:

        Yes _____                   No _____

COUNT TWO:      Attempted Murder of United States Officers and Employees:

        Guilty _____                Not Guilty _____

If you answered "Guilty," please indicate whether the defendant also committed this crime with premeditation:

        Yes _____                   No _____

COUNT THREE:   Armed Assault of United States Officers and Employees:

Guilty _____     Not Guilty _____

COUNT FOUR:   Using and Carrying a Firearm During and in Relation to a Crime of Violence:

Guilty _____     Not Guilty _____

COUNT FIVE:   Assault of United States Officers and Employees (Assault of "Interpreter One"):

Guilty _____     Not Guilty _____

COUNT SIX:   Assault of United States Officers and Employees (Assault of "Special Agent One"):

Guilty _____     Not Guilty _____

COUNT SEVEN:   Assault of United States Officers and Employees (Assault of "U.S. Army Officer Two"):

Guilty _____     Not Guilty _____

_____          _____
DATE                             FOREPERSON