UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

AAFIA SIDDIQUI,

                            Defendant.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/10
```

08 CR. 826 (RMB)

**ORDER**

The sentencing is adjourned to September 23, 2010 at 9:00 a.m.

Dated: New York, New York
       August 13, 2010

*Richard M. Berman*
RICHARD M. BERMAN, U.S.D.J.