```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-

AAFIA SIDDIQUI,

      Defendant.
------------------------------------------------------------X

**ORDER**

08 Cr. 826 (RMB)

Having reviewed the submissions of counsel and the record in this matter, the Court proposes to unseal the following documents from Defendant's sentencing memoranda [#249], dated July 29, 2010:

1-     Exhibit B: Bates No. 197-201, 227, 231, 233-234, 242-243, 255-256, 397-398, 400, 402, 404, 536-540, 552, 595-599, 604, 770-772, 784-786, 909-910, 924; 1276-1278, 1283-1285; 1302-1303; 1386-87; 1653-1665; 1711-1713; 1714-15, 1717, 1719-23, 1726-27, 1730, 1733.[1]
2-     Exhibit D
3-     Exhibit L

Counsel may file objections to the unsealing Order by Wednesday, August 18, 2010 at 3:00 p.m.

In issuing this Order, the Court recognizes the need to balance "the public's legitimate interest . . . in obtaining information bearing on the workings of the criminal justice system, with the countervailing privacy interests." United States v. Kaczynski, 154 F.3d 930, 932 (9th Cir. 1998); see also United States v. Amodeo, 71 F.3d 1044, 1051 (2d Cir. 1995). Here, the public's right of access to criminal judicial proceedings and documents predominates, along with the public's right to know the bases for the Court's sentencing determinations. See Nixon v. Warner Commc'n, 435 U.S. 589 (1978); see also United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005); Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

Dated: New York, New York
       August 16, 2010



**RICHARD M. BERMAN, U.S.D.J.**

---

[1]     Counsel may redact names and identifying information of witnesses for security reasons.

1