FB-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   08/08/2008

On 07/21/2008 at approximately 1420 Z ████████████ entered
AAFIA SIDDIQUI's hospital room to provide security while medical
care was being administered to SIDDIQUI.. SIDDIQUI requested that
she be washed prior to evening prayer.  While SIDDIQUI's hands,
face and feet were being washed by a medical technician SIDDIQUI
engaged ████████████ in conversation and made a number of
spontaneous statements.

SIDDIQUI spontaneously stated that she never shot or
killed anyone. The gun was unattended in the police station leaning
against a wall. SIDDIQUI picked up the gun to look at it. SIDDIQUI
was shot by others while she was holding the gun.

SIDDIQUI is divorced from her husband. SIDDIQUI's ex-
husband, whose last name is KHAN was physically abusive to her and
her children while they were married. SIDDIQUI stated that her
children are dead but did not elaborate as to how they died or when
they died.

SIDDIQUI's family is from Karachi, Pakistan. SIDDIQUI is
a native of Pakistan and is not a US citizen. SIDDIQUI first
entered the US on a student visa and remained in the US based on
her husbands status as a student.

SIDDIQUI has a BS degree in biology and pursued post
graduate studies in the field of education. SIDDIQUI is passionate
about the education of all disadvantaged children, not just Muslim
children.SIDDIQUI helps orphaned children.

SIDDIQUI inquired about the status and condition of the
child she was with at the time of the incident for which she is
hospitalized.

SIDDIQUI mentioned a person named MAGID (phonetic) in
connection with the trouble she is in with the FBI. MAGID asked
SIDDIQUI to open a Post Office Box for her. SIDDIQUI opened a PO
Box for MAGID using her husbands last name KAHN. MAGID last name is
also KAHN.

There were two bad men who wanted to utilize SIDDIQUI's
knowledge of biology to obtain substances which would be used to

---

Investigation on   07/21/2008   at Bagram Air Field, Afghanistan     197

File # ████████████

Date dictated

by ████████████                        Siddiquijuly21.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to y
it and its contents are not to be distributed outside your agency

GOVERNMENT
EXHIBIT
D
08 Cr 826 (RMB)
(ID)

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of _____AAFIA SIDDIQUI_____ , On __07/21/2008__ , Page __2__

scare people. SIDDIQUI was only willing to provide a small amount of the substance. One of the men was fat. The fat man's name was possibly ABU BABAH (phonetic).

SIDDIQUI wants to stop the killing of children. She is concerned about the killing of children in Pakistan by the government and the killing of children in Afghanistan by US Forces.

SIDDIQUI had been able to intimidate the Pakistani government to stop military action which would kill children. She was able to accomplish this through the use of acid she obatined which could be thrown at peoples' feet.

SIDDIQUI believes that the US is going to bomb Karachi, Pakistan. SIDDIQUI read in Pakistani newspapers that the US was going to attack inside Pakistan. SIDDIQUI feels that the US would not benefit from bombing the Pakistani desert and would therefore bomb either Karachi or Warziristan and the Tribal areas.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/21/2008

    AAFIA SIDDIQUI, a detainee being provided medical treatment at the Craig Joint Theater Hospital, Bagram Air Field, Afghanistan, was observed by Special Agent (SA) ▓▓▓▓▓▓▓ periodically over a 6:00AM to 6:00PM shift.  SIDDIQUI was not threatened in any way, and no promises were made to her.  ▓▓▓▓▓ did not have weapons displayed at any time, and any medical and/or nutritional requests were addressed.  Throughout the 12 hour period, SIDDIQUI engaged ▓▓▓▓▓▓ in conversation and spontaneously provided the following information:

    SIDDIQUI requested that ▓▓▓▓▓▓ contact her mother to let her know that she is in a treatment facility and okay, and that she would like her family's forgiveness.  She further stated that she does not have a good relationship with her family, and uttered that she did not shoot anyone.  When asked who specifically ▓▓▓▓▓ should ask for, she said "SIDDIQUI".  When asked if there was a first name to ask for she replied "just ask for SIDDIQUI" and any of her family members will respond.

    SIDDIQUI provided telephone number ▓▓▓▓▓▓▓ which is a Karachi, Pakistan exchange.  When asked who ▓▓▓▓▓ should say she is calling on behalf of, SIDDIQUI initially stated they will know who the call is in reference to.  ▓▓▓▓▓▓ asked if her first name is "AAFIA", pronouncing it in three different ways and asking her for the correct pronunciation. SIDDIQUI confirmed that her name is AAFIA and stated that any of the pronunciations were acceptable to her, however, AHFA (phonetic) was accurate. SIDDIQUI asked ▓▓▓▓▓▓ if she would see to it that ▓▓▓▓▓ be the only one to contact her family.

    SIDDIQUI asked if she could call her family herself in the presence of ▓▓▓▓▓▓, or at least be in the room when ▓▓▓▓ called.  ▓▓▓▓▓ informed SIDDIQUI that she would inquire as to whether this was possible, but did not believe this would be an option in the immediate future.

    SIDDIQUI has American friends.  Many of the American people who have been in contact with her in the hospital have been nice.  Some people, however, had not been nice.  She had heard "them" talking about her shooting someone, and specifically recalled that one of the men accused her of shooting at his friend.

| | | |
|---|---|---|
| Investigation on   07/21/2008   at   Bagram Air Field | | 199 |
| File # ▓▓▓▓▓▓▓▓▓▓ | Date dictated | |
| by ▓▓▓▓▓▓▓▓▓▓ | siddiquijuly21as.302 | |

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ____Aafia Siddiqui_____, On ‚07/21/2008‚ Page ____2___

        advised SIDDIQUI to ignore the comments.  SIDDIQUI asked if she believes in God, and      replied affirmatively.  SIDDIQUI became tearful and said "God bless you" and thanked

     SIDDIQUI has friends in America and she wrote a book about women in America.  She interviewed American women, some of whom were homeless, as research for her book.  She considered having the book published but doubted anyone would read it.  She does not know where the book is now.

     She met many nice people, but she also met some men who are not nice and expect women to work too much and carry a heavier burden.  She believes the government does things she does not agree with, providing the example of the government authorizing the dropping of bombs on children.  She finds the common people to be mostly decent and kind, but the government's actions questionable.

     SIDDIQUI asked where she will be taken and what will happen to her.  She asked if she is in the United States, at which time she was informed that she is in a hospital in Afghanistan.  She asked if her family was at the hospital, and when informed that they were not began crying, stating that her family is dead.  She would not elaborate as to why she believed her family dead.

     SIDDIQUI asked what was going to happen to her and informed her that she would be transported to the United States in the near future.  SIDDIQUI stated that she did not wish to go to the United States.

     SIDDIQUI asked     what offenses carry the death penalty in the United States, if Attempted Murder and what sentence would one receive if they were accused of attempted murder.     indicated that she was not in a position to answer those questions as there are many factors that weigh into different charges and    would not want to give her incorrect information.

     SIDDIQUI asked if     was able to call her mother.    explained that the decision was not hers and that she was waiting to find out if a telephone call was possible.     assured SIDDIQUI that upon her return to the United States she would be given an opportunity to make a call if it was not possible to do so at this time.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Aafia Siddiqui_____ , On _07/21/2008_ , Page __3__

    SIDDIQUI repeated that she did not shoot anyone, and that she was the one who had been shot.  She stated she often speaks out in an effort to promote peace, but would not shoot someone or cause harm to others.  ▮▮▮▮▮▮did not respond to SIDDIQUI's comments about the shooting and did not ask any follow up questions.

    Prior to the interview, SIDDIQUI was provided with a copy of an English translation of the Quran which contained some Arabic excerpts.  She appeared to read from the book throughout the day.  SIDDIQUI offered to teach ▮▮▮▮▮ about the Quran and Islam when she feels better.

    SIDDIQUI thanked ▮▮▮▮▮for treating her with respect and being honest with her.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/19/2008

An individual believed to be AAFIA SIDDIQUI, a detainee being provided medical treatment at the Craig Joint Theater Hospital, Bagram Air Field, Afghanistan, was observed by ██████ in her hospital room.  Also present was ███████████████████████████████████████ did not have weapons displayed at any time.  SIDDIQUI voluntarily provided the following information:

At approximately 6:25PM, ████████████████████████ in an effort to discern her identity, asked the detainee to write her name due to her inability to talk.  The subject responded by writing on a piece of paper in an unknown language.

The subject was also asked to write down biographical or next of kin contact information, and responded by writing on a second sheet of paper in an unknown language.

At approximately 6:45PM hours, ██████████████████ Interpreter ███████ was consulted about the handwritten notes. ██ indicated that the writings appeared to be in Arabic.

The translation for the first sheet of paper was , "BINT SALEH", which ███████ indicated meant "daughter of SALEH".

The writings on the second sheet of paper were illegible to ██████

Investigation on   07/19/2008   at Bagram Air Field, Afghanistan

File # ███████████████████

by ████████████████████████████              ████████████████████████████

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/22/2008

AAFIA SIDDIQUI, a detainee being provided medical treatment at the Craig Joint Theater Hospital, Bagram Air Field, Afghanistan, was interviewed by ████████████████████ in her hospital room periodically between the hours of 6:00AM and 6:00PM.  SIDDIQUI was not threatened in any way and no promises were made to her.  ████████████did not have a weapon displayed at any time during the interviews.  Throughout the interviews, SIDDIQUI was provided with food, water, and access to the restroom and medical personnel.  She consented to the interviews and provided the following information:

SIDDIQUI was born in Karachi, Pakistan.  When she was two to three years of age, her father moved her family to Zambia, Africa where he was a Medical Doctor.  The whole family moved back to Karachi, Pakistan when she was approximately seven or eight years old.  She attended high school in Karachi and learned Urdu. When she was college-aged, she traveled to Houston, Texas on a student visa to attend the University of Houston.  Her brother was living in Texas at the time she attended the University of Houston. She would not give her brother's name or any of his particulars.

SIDDIQUI was a Political Science major while attending school in Houston, but did not like it.  Her parents wanted her to be a doctor, but she did not go to medical school despite their wishes. Her parents were the driving force behind her attending graduate school.  She applied for enrollment in the Massachusetts Institute of Technology (MIT), but did not expect to be accepted. She had interests in Psychology and Anthropology, but ended up majoring in Biology.  She attended graduate school at Brandeis.

SIDDIQUI's first husband, AHMJED KHAN, attended Harvard University and became a Doctor.  This was an arranged marriage.  He was physically and mentally abusive to her and their three children, two of whom were born in the United States, and the third in Karachi, Pakistan.  She and her husband and children moved back to Pakistan because she did not want her children to be raised in a country with a relaxed and less modest culture.  They later divorced.

Investigation on  07/22/2008      at   Bagram Air Field, Afghanistan

File #  ████████████████

Date dictated _____

by _____ ████████████████        ████████████████████

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
231

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    <u>AAFIA SIDDIQUI</u>    , On <u>07/22/2008</u> , Page    <u>3</u>

order to apply for a visa.  He approached her because she still had an active visa.  SIDDIQUI agreed to help him because he was a friend of the family.

She returned to the United States, specifically Maryland, and opened the account.  She could not remember any specific details about the opening of the post office box because it was so long ago.  SIDDIQUI returned to Karachi soon after she opened the post office box.

While she does not remember specifically when she learned this, SIDDIQUI became aware that the media was reporting she was a bad person and was being sought by the FBI.  She was shocked.  She was told at one point that MAJID KHAN and his son, whose name she did not know, had been arrested.  She had no idea he was involved in anything nefarious, and was angry.  She suspected that KHAN had blamed her for the incident.

When SIDDIQUI that she was being sought for questioning, she began staying with a family where she would not be readily found.  She left her mother's home against her mother's will, and regrets that she did not abide by her mother's wishes as a daughter should.  She feels guilt for not being a better family member, and is concerned that her mother is dead, so she will not get a chance to ask for forgiveness.  She does not know why she believes her mother is dead, but she just has a feeling.

SIDDIQUI would not identify the family because they were kind to her and innocent, and she did not want to break the oath of friendship by revealing their names.

She married their son and her second husband, ALI MOHAMMED, so that she could change her name to avoid being captured.  She also did so because she could not live under the same roof with an un-related and unmarried male.  ALI MOHAMMED was eventually arrested, but she did not know why.  His family was very upset and she left the home.  She was told later by his family that ALI MOHAMMED divorced her while he was detained, but she did not know if that was true.

ABUL AUBABA or ABDUS SAWTAR, she could not recall which, approached her to pass on information that a fatwa had been declared.  She did not know who ordered the fatwa, but was told

233

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____, On _07/22/2008_ , Page ___4___

that she needed to comply with the fatwa in order to serve her religion. ABUL AUBABA asked her questions about her background in biology and how it could be used.

At ABUL AUBABA's request, SIDDIQUI conducted research on germs and bacteria, and provided him with the results. She explained in her research that an extra resistence gene can be added to a virus rendering it difficult to treat with vaccines. Viruses can be altered in many ways, such as altering a virus so that it only attack adults and not children.

SIDDIQUI's research was outdated since it had been so long since she studied biology, so she did not believe any of the research she provided would successfully create such a virus. All of the material she collected was from the internet and magazines and periodicals that are available to anyone. She did not provide him with any actual biological agents; only the research documents. She did not know what ABUL AUBABA wanted to use it for.

SIDDIQUI was suspicious that ABUL AUBABA and ABDUS SAWTAR lured her in to conducting this research so they could inform the United States that she was involved in bad things for a large monetary reward. She believes the United States government should be targeting them instead of using them as sources.

ABUL AUBABA and ABDUS SAWTAR also had an associate referred to as CARDI KAMAL. She did not have any additional identifiers or information on any of these individuals.

SIDDIQUI traveled to Afghanistan a few days prior to her detention by the Ghazni Province Afghanistan National Police. She was in search of her husband, ALI MOHAMMED, because she had been told that he had been released and was in Afghanistan. She was stupid to go, but was not thinking clearly. Her family told her not to go because she would end up in trouble.

SIDDIQUI inquired among community friends as to where he might be. Many suggested that she find locations that have a high number of Pakistanis because he would most likely go to one of those areas. SIDDIQUI did not wish to travel unaccompanied, so she brought a thirteen year old boy named "ALI" with her. She did not know his last name, but he was a young boy in her community that was a Punjabi or Saanidi orphan.

.234

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/24/2008

AAFIA SIDDIQUI, a detainee being provided medical treatment at the Craig Joint Theater Hospital, Bagram Air Field, Afghanistan, was interviewed by ███████████ between the hours of 6:00AM and in her hospital room periodically between the hours of 6:00AM and 6:00PM.  SIDDIQUI was not threatened in any way and no promises were made to her. ███████████ did not have a weapon displayed at any time during the interview.  Throughout the interview, SIDDIQUI was provided with food, water, and access to the restroom and medical personnel.  She consented to the interview and provided the following information:

SIDDIQUI believes a horrible situation is looming with India, as it is a huge threat to Pakistan.  India is destroying Pakistan's energy systems.  India has built dams that shut off water supplies to Pakistani's, causing people to die due to lack of water.

SIDDIQUI did not look at MAJID KHAN's face when she met him because it is inappropriate to make eye contact with a man. MAJID KHAN's sister was present and did the talking for him, while SIDDIQUI was behind a partition.  Muslims exercise strict parda, which is why most homes have a courtyard in the middle for the women to interact without going outside and being seen in public by other men.

ABU LABABA, a religious scholar, was the one that issued a fatwa order for SIDDIQUI to do research on germs/bacteria.  He instructed her to do research on various types of chemical and/or biological weapons such as those based on the alteration of viruses.

ABU LUBABA was not AL-QA'IDA or part of an Islamic extremist group.  To her knowledge, he just wanted to have a defense mechanism in the event that Pakistan needs to be protected, since it is believed that an attack on Pakistan is immanent.  She burned all of the documents pertaining to the research she did for him because she became concerned that they would fall into the wrong hands.

| | | |
|---|---|---|
| Investigation on  07/24/2008  at  Bagram Airfield, Afghanistan | | |
| File # ███████████ | Date dictated ███████████ | |
| by ███████████ | | |

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

242

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____ , On 07/24/2008 , Page __2__

    SIDDIQUI fears that the United States will eventually attack Pakistan.  She does not blame the United States for this because they are a pawn and do not realize it, but people have to defend themselves so the United States should not blame them if they have to find a way to do so.  The people of Pakistan have to defend themselves because their government is not protecting them.

    SIDDIQUI had contact with ABU LABABA for approximately 6 months to a year.  She opened the Post Office box after she did the research for ABU LABABA.

    SIDDIQUI wants to know if her husband AMMAR AL BALUCHI is in custody at Guantanamo Bay.  She asked if her husband could be released by the United States as it is a horrible place and he is a good man who is wrongly accused.

    SIDDIQUI has not had additional employment other than employment disclosed in previous interviews.  The people SIDDIQUI is staying with, whom she still refuses to name, take care of her so she does not need much money.  She does not need a full-time job, but still does odd jobs for extra money.

    The people she lives with get on her nerves at times because they blame her for causing stress by being in hiding from authorities.  She leaves periodically without telling them where she is going just to get away from them.  Her trip to Ghazni served that purpose.

    SIDDIQUI has never traveled to Europe.  She has never been anywhere but the United States, Pakistan and Afghanistan.  She has only been to Afghanistan once, which is the recent trip that led to her detainment.

    SIDDIQUI did not know how some of the documents got on the thumb drive found in her possession.  Some of the information might have been related to the research she did for ABU LABABA.  ABU LUBABA had her laptop and thumb drive for a period of time while they worked together, so he may have added documents.

    Documents located in SIDDIQUI's possession which referenced Plum Island in New York, may have been because there is a facility there where the United States keeps viruses and

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____ , On 07/27/2008 , Page ___2___

between the United States and Pakistan. If she did have a layover, she did not exit into any other countries.

While at MIT, there were not a lot of resources in the Boston area to find out information about Islam. Because of this, and with the help of two others, SIDDIQUI implemented the DAWAH RESOURCE CENTER. It was a small organization as it included only the three of them. They had a budget of $5,000, and maintained their budget by taking donations and buying books and Qur'ans in bulk, then selling them for a profit.

Every week they would have an information table which had literature about basic Islam and other related topics. The information catered to those who were just starting to learn about Islam in the Boston area. They would receive mail with requests for information and would fill those requests as well. It did not take much effort to maintain the Center as all they really needed to do was maintain their inventory and budget.

SIDDIQUI re-named the center "the INSTITUTE OF ISLAMIC RESEARCH AND TEACHING". She did so because the two other people she started the DAWAH RESOURCE CENTER with had graduated, and also because she wanted to expand the center to include research and the teaching of children. She could not recall the names of the two individuals.

When MAJID KHAN approached SIDDIQUI to open the post office box in Maryland, he arrived at one of their meetings with ALI MUHAMMAD, aka AMMAR AL-BALUCHI. AL-BALUCHI, MAJID KHAN and KHAN's wife, met SIDDIQUI in a park. She could not recall which park. That was the first time she met AL-BALUCHI. When SIDDIQUI returned from the United States and discovered that she was being sought for questioning, she went to stay with AL-BALUCHI's family. AL-BALUCHI approached SIDDIQUI with the assistance of his sister to speak with her about marriage.

SIDDIQUI and AL-BALUCHI were married in the inner courtyard of the house they lived in with his family. His female family members were present for the wedding, and provided her with some nice clothes for the wedding. None of his associates attended. She does not recall anyone else being in attendance.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____ , On _07/27/2008_ , Page ___3__

    SIDDIQUI never left the house due to being in hiding, but also because her husband was a very strict Muslim and wanted it that way.  She does not know AL-BALUCHI's position in AL-QA'IDA, and did not know he was associated with AL-QA'IDA until after he was arrested and she read it in the news.

    SIDDIQUI never met KHALID SHAYKH MOHAMMED and was not aware of any plan for her to meet him.  AL-BALUCHI was arrested within a month after they were married so there was not a large period of time to plan meetings.

    MAJID KHAN was the one who asked her to open a Post Office box for him in the United States.  She was acquainted with him because he and his family stayed in SIDDIQUI's family home temporarily.

    MAJID KHAN told her he needed her help because of his visa expiration.  He provided her with the technical reasons why he needed it, for example that he had to have an existent address in the United States before he could re-apply for a visa, but she was not sure if that was the reason he gave.

    MAJID KHAN picked the Post Office in Gaithersburg, Maryland.  He may have done so because it was close to ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮ lived and SIDDIQUI stayed.  She could not say for sure what his reasoning was.

    MAJID KHAN asked SIDDIQUI to empty the mailbox, but she told him that she had done enough to help him already so she said no.  She did not know who picked up the mail.  She vaguely remembered ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ having something to do with it, but could not recall for sure.  She did not recall receiving any directive as to what to do with the mail and did not have a point of contact.

    SIDDIQUI stayed with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ while she was in Maryland to open the post office box.  She cannot recall the address as it has been so long.

    SIDDIQUI did not ask anyone in the United States to assist with any matters pertaining to the post office box.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____AAFIA SIDDIQUI_____, On 07/29/2008 , Page 2

    SIDDIQUI stated that she did a lot of research on the feminist movement in the United States.  She discovered that men have used women's fight against oppression to get them to start working when they need their assistance.  Men have done this by only allowing women to work and feel empowered when they need their assistance; not because they actually support feminism.

    American women are too inclined to give men everything they want up front, so men do not have to provide them with anything.  Muslim women are faithful to one man, but they do not give their men everything they want, which leads to them being treated with more respect.

    Even if a Muslim woman has to wear a burka and follow certain rules her husband has imposed, she still gets more respect than an American woman.  Muslim married life is a give and take, and is analogous with a job.  Sometimes you have to wear a uniform and do as the boss says, but that does not mean you can't enjoy the work.  SIDDIQUI's mother is a feminist, and she and SIDDIQUI did not see eye to eye on many occasions because her mother did not agree with this type of thinking.

    SIDDIQUI's first marriage to MOHAMMED AMJAD KHAN was miserable.  She did everything around the house, took care of the children, and maintained her graduate studies.  Her husband did very little and did not have much of an interest in her from the beginning.  He was physically abusive to her and the children, sometimes severely.

    SIDDIQUI explained that on one occasion she was feeding the baby but the baby would not take any additional milk from the bottle.  He became angry and grabbed the baby, trying to force it to eat.  When it appeared that he was going to strike the babies head on the chair, she grabbed the child from his hands.  He threw the bottle at her out of frustration and split her lip so severely that she ended up in the hospital.  She has a significant scar on her upper lip to prove it.

    When SIDDIQUI met her second husband, ALI MOHAMMAD, aka AMMAR AL-BALUCHI, she did not mind that he was a strict Muslim that did not like her to leave the home because he was kind to her and not abusive.  She did not think he could have been involved in AL-QA'IDA based on the type of man he was.

397

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____AAFIA SIDDIQUI_____ , On _07/29/2008_ , Page ___3___

    SIDDIQUI gave an example of AL-BALUCHI's kindness.  One day they were praying in their home and the baby was crying, but instead of getting upset, AL BALUCHI picked up the baby to sooth it, and continued with his prayer.  ███████ asked SIDDIQUI if it was one of her children that AL BALUCHI soothed, and she replied sternly "I don't know, just forget it".  SIDDIQUI did not deem it important to discuss where her children have been living as they are innocent.

    After this marriage, SIDDIQUI saw that those Muslim women often touted as oppressed, were happier than others.

    SIDDIQUI regrets that she did not trust her instincts and divorce MOHAMMED AMJAD KHAN while she was in the United States. She could have taken him for everything in the United States. Instead she stayed with him because she was weak and did not want to be on her own raising their two children at the time, and did not want to be a divorce Muslim woman.  Her sister FOWZIA SIDDIQUI expressed anger toward AAFIA SIDDIQUI because she did not leave her husband and take the children to safety, simply because she needed him as a source of income.  Their relationship was damaged because of this and they did not part on speaking terms.

    Culturally, divorce is unacceptable, unless done properly.  SIDDIQUI did not believe her first husband followed the proper cultural procedure when he divorced her.

    SIDDIQUI blames her first husband, MOHAMMED AMJAD KHAN, and his family for her father's death.  KHAN initiated the divorce, which was a surprise to SIDDIQUI'S parents.  Her father bore the brunt of this because he was being harassed by KHAN and his family, and he could not physically take it.  KHAN told her father horrible things about her that led to her father defending her.  Given that he had suffered two heart attacks in the past, he was physically unable to handle the stress of the situation.

    At one point during the peak of the divorce issues with MOHAMMED AMJAD KHAN, SIDDIQUI's father told her that he wondered if it would have been easier if she would have died when she was born. SIDDIQUI thought of her father as a kind and gentle man whom she was close with.  She initially indicated that the statement her father made did not upset her because it was KHAN's fault, but later began to cry when discussing the circumstances.

FD-302a.(Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____ ,On _07/29/2008_ ,Page ___5___

this "recipe". When pressed, she had to come up with something, hence this document which she considers rubbish.

SIDDIQUI sited paragraph three as "grandiose" and a perfect example of why the recipe would not work. She challenged ▓▓▓▓▓▓▓ to have anyone with a background in micro-biology to review the document to determine whether it is plausible.

On page one of the document the word "lamb" was placed in quotes. SIDDIQUI indicated that this was not meant to be a code. Paragraph three on the second page indicates that "lamb" is represents a larger organism, which is why lamb is typed in parentheses after it.

SIDDIQUI has read books on her own in reference to micro-biology, but she has never studied it or even taken a class in reference to micro-biology or even just the human body. She was able to write her thoughts from an amateur's standpoint, so she does not believe any of it will actually work.

SIDDIQUI speculated that a person with a background in micro-biology might be able to review this document and find flaws in it that can be rectified in order to render the recipes effective. For this reason she retrieved the documents from ABDUS SATTAR and burned them so they would not get into the wrong hands. ABDUS SATTAR is an associate of ABU LUBABA, aka TAHIR SHAW.

In 2004 or 2005, SIDDIQUI secured a small apartment in the Defense/Clifton area of Pakistan. It was a safe building and she was on the third floor. She did not now the address, but stated that it was near the Mosque in that area of town. She did not go to Mosque, as many Muslim women do not, and instead prayed at home. She stayed there for one to two months and sustained herself with the $30,000 Rupees she had earned while employed for a month as a lab technician at the Karachi Institute of Technology (aka KIBGE) . [previously reported]

SIDDIQUI secured this apartment with the assistance of ▓▓▓▓▓▓ a Pakistani male she met when she was trying to find an apartment through an estate agent. ▓▓▓▓▓ was a sharif person (ie good to women). SIDDIQUI made ▓▓▓▓ aware of who she was to be fair to him since he was helping her. He was familiar with her

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___AAFIA SIDDIQUI_____ , On 07/29/2008 , Page ___7.

Furthermore, she felt as if they were following her to monitor her activities.

SIDDIQUI was very upset about the type of people ABU LUBABA and ABDUS SATTAR turned out to be, and it was the last time she approached a Maulana.

SIDDIQUI approached ABDUS SATTAR about having her research documents returned to her, as he was the one that was safekeeping the documents. She pretended that she was still interested in helping them, but wanted to review them more. She did this because she was afraid she would not get them returned to her if they knew she did not want to be a part of it.

She did not know where ABDUS SATTAR lived. Meetings she had with him were at the area Mosque near where she was staying. ABDUS SATTAR was the Imam at the Mosque, so he could be found there readily. ABDUS SATTAR resisted her request for the documents, but provided them to her a day or two after she requested them.

Due to her concern that the documents would fall into the wrong hands, SIDDIQUI burned all of them, including the laptop computer she used to store them, for fear that it could not be fully erased.

"Stupidly", she did not destroy the thumb drive and other miscellaneous papers that are now implicating her. She expressed anger with herself that she spent the last several years going through "the most ridiculous steps you can think of" to keep from getting caught, yet she does something so stupid as to keep an incriminating thumb drive and documents on her person.

SIDDIQUI claimed that after she left to get away from ABU LUBABA, she went to a home where she lived in the servant's quarters. It was in the Nazimabad district, and Papush area of Karachi, Pakistan. Is was a small house in a row of houses on the main street.

She lied to the occupants of the house, telling them that she was hiding from family members that were giving her a hard time due to her divorce. She did not want to go through what she went through with AJMAL when he disclosed who she was to bad people.

402

He

FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     07/30/2008

AAFIA SIDDIQUI, a detainee being provided medical
treatment at the Craig Joint Theater Hospital, Bagram Air Field,
Afghanistan, was interviewed in her hospital room. SIDDIQUI was
not threatened in any way and no promises were made to her. ▮▮▮▮
▮▮▮▮▮ did not have a weapon displayed at any time during the
interview. Throughout the interview, SIDDIQUI was provided with
food, water, and access to the restroom and medical personnel. She
consented to the interview and provided the following information:

SIDDIQUI was born in Multan, Pakistan. She and her
family moved to Zambia from Multan when she was approximately two
or three years old. When she and her family returned to Pakistan,
they began living in Karachi, as previously stated. SIDDIQUI had
re-visited Multan on occasion to visit her Grandparents, but they
are now deceased and she has not been there in years.

The location in the Nazimabad district of Karachi that
SIDDIQUI disclosed in previous interviews was truly where she
lived. She had been staying there since approximately 2005 with
▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮, up until the day she left for
Afghanistan and was subsequently captured. ▮▮▮▮▮▮ is married and
has three children, but she does not know her husband's name or the
children's names. Their mother's name is ▮▮▮▮▮▮.

SIDDIQUI vehemently denies that she was living in Multan
up to the time she took her journey with ALI AHSAN (referred to in
previous documents as ALI LNU) to Afghanistan, and was subsequently
detained. She does not know why ALI AHSAN would state otherwise,
but has been aware for some time that he sustained mental
instability due to the trauma he went through when his family was
killed.

IF ALI AHSAN's portrayal of events is not due to mental
stability issues, it is because he is being fed this information by
someone conspiring against her; and forced to state it as the
truth. She does not know who is behind the conspiracy, but
believes intelligence operatives from India may be to blame.

Investigation on   07/30/2008   at Bagram Airfield, Afghanistan

File #  ▮▮▮▮▮▮▮▮▮▮▮▮                    Date dictated  _____

by  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

404

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/22/2008

On 7/22/2008 AAFIA SIDDIQUI, during the 6pm-6am shift, was interviewed in her hospital room at the Craig Joint Theater Hospital by SA ▇▇▇▇▇▇▇▇  SA ▇▇▇▇▇▇▇▇▇▇▇▇and SA ▇▇▇▇▇▇▇▇▇were both present during portions of the interview and participated in the security of SIDDIQUI. SIDDIQUI consented to the interview. SIDDIQUI was not threatened in any way. No promises were made to her. The Agents did not have weapons displayed at any time. SIDDIQUI was provided with food and drink as requested and was given the opportunity to utilize the rest room. SIDDIQUI voluntarily provided the following information:

SIDDIQUI was first asked to provide pedigree information. The following description of SIDDIQUI was obtained through interview and observation:

|  |  |
|---|---|
| Name: | AAFIA SIDDIQUI |
| Sex: | Female |
| DOB: | ▇▇▇/1972 |
| POB: | Karachi, Pakistan |
| Eyes: | Dark Brown |
| Hair: | Black, long, straight |
| Complexion: | Olive skin |
| Father: | ▇▇▇▇▇▇ (deceased), aka M S SIDDIQUI Passed away in 2001 or 2002. Lived in Karachi, Pakistan. Was a doctor of Neurosurgery and Industrial Health. |
| Mother: | ▇▇▇▇▇▇ Does not know if she is still alive. Lived in Karachi. Performed Social Work. |
| Brother: | ▇▇▇▇▇▇ Approximately ▇▇ ▇▇ ▇▇▇▇ of age. Believes he is still living in America. ▇▇▇▇▇▇▇▇▇▇ |

Investigation on    07/22/2008    at   Bagram Air Field, Bagram

File #  ▇▇▇▇▇▇▇▇▇▇▇                    Date dictated

by    SA ▇▇▇▇▇▇▇▇▇▇  SA ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

536

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___AAFIA SIDDIQUI_____ , On _07/22/2008_ , Page ___2___

Sister:

Her married name is possibly ████████. Married to ████████ lived in Boston and worked at BRIGHAM and WOMEN'S Hospital. Has a degree in Neurology. ████████ might have moved to Canada or to Maryland to work at JOHNS HOPKINS.

Children:

Three children. Did not want to provide details other than that her first child was born during her first year in graduate school.
Her second child was born approximately one and a half years later. Her third child was born after she returned to Karachi. She alternated stories during the interview regarding her children. At certain times she stated that they were dead. At other times she stated that were living with her sister.

Languages:

Speaks English and Urdu as well as a little Arabic and Pashtu.

When SIDDIQUI was less than a year old she and her family moved to Zambia due to her father's work.  The family lived in Zambia for about six or seven years before returning to Karachi, Pakistan.

After completing twelfth grade SIDDIQUI went to the United States (US) to continue her studies.  SIDDIQUI's brother enrolled her at the University of Houston (UH) to study political science. SIDDIQUI's parents wanted her to become an MD.  SIDDIQUI switched her major at UH to Biochemical and Biophysical Sciences. SIDDIQUI's studies involved the development of artificial human arms and medical equipment.

After three semesters at UH SIDDIQUI transferred to MIT in Boston.  At MIT SIDDIQUI studied in the Department of Biology. SIDDIQUI was also interested in Anthropology and Psychology. SIDDIQUI graduated with a BS in Biology.  SIDDIQUI did not like lab

537

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of   __AAFIA SIDDIQUI_____, On _07/22/2008_, Page __3__

work. SIDDIQUI hated killing mice. The mice were killed with an apparatus similar to a guillotine.

SIDDIQUI's first marriage was arranged by her parents for her to marry AMJAD AGHA, aka MOHAMMAD AMJID KHAN, M A KHAN, AMJAD NAYEEM. SIDDIQUI met KHAN at her sister's house in either Chicago or Pittsburgh when he came to the US. She was unable to provide a time frame for this event although they were married after she obtained her BS from MIT. There was a simple engagement ceremony in Pakistan which SIDDIQUI was not present for. They were officially married in the US although SIDDIQUI does not recall having a ceremony. Weddings are not a big event in her culture.

SIDDIQUI did not want to go to graduate school but was pressured by her family to continue her education. SIDDIQUI went to Brandeis University where she studied Neuroscience but did do work with a professor named ▮▮▮▮▮▮▮▮▮▮ in the Psychology Department. SIDDIQUI conducted psychology experiments but interpreted them with a neuroscience perspective. SIDDIQUI was at Brandeis for four or five years but did not recall the exact years she attended.

After completing graduate school SIDDIQUI opened a play group in her apartment as a mini-experiment in teaching. She instructed her own children; her sister's children and other pre-school age children. SIDDIQUI closed her pre-school when her husband moved her family to Malden, MA. SIDDIQUI then spent her time looking after her family.

SIDDIQUI went to Pakistan to visit her ill father about one month after "9/11". She took her children with her. While SIDDIQUI was in Karachi her husband moved from Malden, MA back to their old apartment in Boston. There were a lot of Saudi nationals living in the apartment building due to the fact that the Saudi's brought patients to Boston for medical treatment.

SIDDIQUI believes that her husband returned to Karachi in about January 2002. Her mother was in the US at the time. SIDDIQUI's husband wanted her and the children to return with him to the US. She complied with his request due to family pressure although she wanted to remain in Karachi. SIDDIQUI and her family moved back into their old apartment in Boston in about January 2002. She home schooled her children during the four or five months she remained in Boston.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___AAFIA SIDDIQUI___ , On 07/22/2008 , Page  4

    After about four or five months the whole family returned to Karachi where they alternated living with both sides of the family. SIDDIQUI's family lived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Karachi. KHAN's parents lived in KDA1 in Karachi. She did not recall the exact address. At one point SIDDIQUI, KHAN and the children rented a flat in Gulshanqbal.

    While living in Karachi SIDDIQUI's father passed away. She was having marital problems while pregnant with her third child. SIDDIQUI stayed with her mother for a while although they never got along.

    While living in Karachi with her mother, her mother was looking for a nice family to stay in the house as tenants. Her mother separated the house and advertised for tenants. A nice family came and stayed for a few months. The tenants had daughters SIDDIQUI's age who befriended her. She does not recall the name of the family. The family spoke Baluchi.

    The female tenants had a brother named ALI MOHAMMAD. ALI was friends with a man named MAJID KHAN. SIDDIQUI met MAJID through ALI MAJID asked SIDDIQUI to do a favor for him. MAJID said that he wanted to go to the US but was stuck in Pakistan. The only way MAJID could get permission to stay in the US was by getting a US address and mailing his visa application from that US address. MAJID offered to pay for SIDDIQUI to travel to the US to open a post office box for him and to mail the visa application for him. A US ID was required to open a post office box. SIDDIQUI had a MA drivers license. SIDDIQUI agreed to help MAJID although she does not recall if he paid for her air travel to the US. She does not recall if she actually mailed MAJID's visa application from the PO Box.

    MAJID wanted the PO Box opened in either DC or Maryland. SIDDIQUI had a cousin named ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ who lived in Maryland at the time. SIDDIQUI stayed with ▓▓▓ While in the US SIDDIQUI contacted her old professor ▓▓▓▓▓▓▓ at Brandeis for a job recommendation. SIDDIQUI interviewed for jobs in New York City, DC and at Johns Hopkins in Maryland. Her sister was living in either Boston or at Johns Hopkins at the time.

    SIDDIQUI later found out the MAJID was a bad guy. She learned that he was operating a group which he then informed against to the US Government. She thinks that MAJID informed

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___AAFIA SIDDIQUI_____, On 07/22/2008 , Page ___5___

      against her.  SIDDIQUI later read somewhere that MAJID KHAN was a member of Al-Qa'ida.

      SIDDIQUI returned to Karachi after a few weeks in the US setting up the PO Box and going on job interviews.  SIDDIQUI never returned to the US after this trip.  Upon returning to Karachi she moved back in with her mother.

      SIDDIQUI had an uncle named SHAMS FAROOQUI who she would sometimes visit in Islamabad.

      SIDDIQUI does not know if she was ever officially divorced from her first husband.

      SIDDIQUI's second husband is named ALI MOHAMMAD.  ALI is not Punjabi.  He could be Baluchi, Batan or a foreigner.  She met him about five or six years ago, a few days before they were married.  He was arrested a few days after they married and she has not seen him since.  At the time they met SIDDIQUI was running from the US government who was looking to talk to her.  Everywhere she moved SIDDIQUI was followed by security agencies.  ALI helped SIDDIQUI avoid capture for questioning.  She would not provide the name of the city they met in.  SIDDIQUI does not think that ALI was a member of Al-Qa'ida.

      About four years ago SIDDIQUI was staying with people who said the a man named ABDUL SATTAR wanted to speak to her.  She refused to say where she was living at the time or who she was living with.  SIDDIQUI took an oath not to disclose this information and will be punished by Allah if she breaks her oath.  SIDDIQUI met with SATTAR and his associate ABUL LABABA SHA MANSOOR.  MANSOOR wanted SIDDIQUI to make a biological agent for him to keep them safe from the enemies of Islam.  MANSOOR and SATTAR said they would arrange for her to make the biological agent.  MANSOOR wanted information on how to make biological weapons.  He said they would fund it.  MANSOOR requested something specific.  SIDDIQUI first said that she wrote down information which she provided to MANSOOR.  She said that the things she wrote down were harmless and would not replicate.  SIDDIQUI then said that she doesn't recall if she gave MANSOOR anything and that she later burned everything she had written.

      SIDDIQUI said that some viruses can discriminate between different targets.  Some viruses only attack one gender.  It is

540

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription      08/08/2008

On 07/31/2008, ▮▮▮▮▮▮▮▮ conducted an interview of AAFIA SIDDIQUI, a Pakistani female, at the Craig Joint Military Hospital located at Bagram Air Field, Afghanistan.  This interview was conducted as part of a series of interviews with SIDDIQUI. During the interview, SIDDIQUI provided no additional information from previous interviews.  She refused to provide specifics such as addresses and names, claiming she could not remember these items, or stated that she had already provided the information in previous interviews.  Prior to initiating the interview, SIDDIQUI was advised of the first name of the interviewing Agent and the fact that the Agent was employed by the FBI.  She thereupon provided the following information:

SIDDIQUI stated she was born in Multan, Pakistan, and was the youngest of three children.  Her father was a medical doctor who practiced medicine in the United Kingdom and Zambia. SIDDIQUI's siblings consist of one older brother and one older sister.  She believes her sister, a medical doctor, currently resides in Karachi and works at an epilepsy clinic while her brother is a United States citizen, last believed to be residing in Texas.

When SIDDIQUI was young, she stated her family moved to Karachi where she remained until she departed for the United States in December 1989.  In Karachi, she attended private schools which were taught in English.  Upon graduation from secondary school, SIDDIQUI obtained a student visa from the United States and entered the University of Houston (where her brother also attended).  She subsequently transferred to the Massachusetts Institute of Technology (MIT) where she earned her undergraduate degree. Following her graduation from MIT, SIDDIQUI was accepted to Brandeis University where she was later awarded both master's and doctorate degrees.

While in the United States, SIDDIQUI married her first husband.  This husband was abusive to both her and their children and in late 2001, SIDDIQUI returned to Pakistan.  Her husband followed in early 2002 and the two resided with her husband's parents.  She later divorced her husband and moved to her parent's home.  In August 2002, SIDDIQUI's father died, and she remained

Investigation on    07/31/2008    at   Bagram, Afghanistan

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          Date dictated

by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

552

PLAY

SHAITAN AND THE MUSLIM COUNTRIES

CHARACTERS:
    The Leader of the Shayateen (The Big Shaitan): complete with very
ugly face mask and dirty red and black clothes. Cap or Shirt with "The
Big Shaitan" written on it)
    Other shayateen (6) similarly dressed as shaitan above
    The Leaders of different Muslim countries or groups (6), dressed
as follows:

Leader #1 (brain-washed): Dressed in western clothes without a beard.
Leader #3 (sect B): Dressed like a Pakistani with a topi but no beard.
Leader #2 (sect A): Dressed like a Malaysian or something ...
Leader #6 (apathy): Dressed in night clothes.
Leader #5:   Arab
Leader #4: Also dressed in western clothes

 Representing different countries dressed like them and carrying their
flags (to avoid political problems, we can use imaginary countries and
flags with simply Muslim country #1, #2 and so forth)
    The Khalifa. Not representing a particular country, but wearing
white clothes and with a beard.

SCENE:

NOTE: ADD ANOTHER STATUE FOR "RACISM"

There are two big statues, one with the word "Muslim Countries", and
another with the word "Sects" as one enters the room. There are chairs
for the leaders to sit on. One chair is blank. There are weapons behind
the chairs hidden.

PLAY:

(Shaitan enters the room. He is very happy. He kisses both the statues
and hugs them and laughs loud (and funny). Then he does a happy-dance
around the room. Then other shayateen enter the room and they all join
the dance (simply going round in a cirle with the statues in the middle
and shouting Woooo with their hands over their mouths, and taking turns
in kissing and hugging the statues.) Then shaitan suddenly says_
"Shhhhh" and all the shayateen quickly take their positions behind all
the chairs, with the big shaitan behind the chair for the Khalifa. The
shayateen are all quiet.

Now the Muslim leaders start entering one by one. Leaders #1, 4,5, and
6 first go to the statue labeled "Muslim Countries", and put a sticker
or paper on it, which says the name of their country (or they put the
flag of their country on it). Leaders 2 and 3 go to the statue labeled
"sects". They they salute the respective statues and fold their hands
in front of them and remain silent as if in respect. Then they raise
their hands in front of it. Then they take their chairs. Some of them
even say words like, "Oh I love you, my dearest," and "I will even give
my life for you". "I want YOU to rule the earth, heh, heh, heh" etc.
The khalifa then enters. He ignores the statues, says " Aaoodhu Billahi
minash-shaitanir-rajeem. BismillahirRahmanirRaheem. Rabbi adkhilni _ "

fragmentary

as he enters and sits in the middle chair. All through the meeting, the
Shayateen are whispering in the ears of the person they are standing
behind. Every time the Khalifa would say, "Aaoodhu…" shaitan would
scream and fall backwards as if he received a blow on the head…

Then the meeting begins:

Khalifa: Aaoodhu Billahi minash-shaitanir-rajeem.
BismilllahirRahmanirRaheem. Wassalatu wassalamu 'ala ashraful anbiyaai
wal mursaleen…"

Leader #1 (dressed in western clothes): (cutting him short) What is
this Arabic you are talking in? We are progressive Muslims. The meeting
will be in English…

Leader #2: (cutting him short) He's reciting the Qur'an. You don't know
Qur'an…

Leader #5 (dressed as an Arab): Uhh… You non-Arabs. This is NOT Qur'an.
He is sending blessings on the Prophet…

Leader #2: But he should recite Qur'an first. You see, some of you
people place the Prophet (pbuh) over Allah. That is not right. That is…

Leader #3: Sir, you are a "wahhabi…" you don't say salam to the
prophet, and whoever doesn't say salam to the prophet is not a Muslim…

Leader #2: What's this "wahhabi"? Is it a bad word?? I say salam… You
don't worship Allah correctly. You are the problem…

Leader #1: I say, all of you religious people are the problem. Look at
me. I am modern. I have washed my brain. Ahhh… America! I have given my
brain to you. See how you have cleaned it… I cannot think anymore.
Ahhhh…

Leader #4: No, no, no. You are all wrong. We must tolerate all people..
all of us are human beings - we must tolerate even those who kill us
and take our women and all our lands. We must still show them love…

Leader #1 (cutting him short): What are YOU saying. Your country has
taken land from us, and you better give it back, or …

Leader #4: Don't you dare say anything about my country! My country
comes first. We will not give you anything just because YOU say so…

Khalifah: Aaoodhu Billahi minash-shaitanir-rajeem. Can we stop fighting
please and get ahead with the purpose of the meeting…

Leader #6 (who was sitting asleep as if he didn't care…): And what was
the purpose of the meeting?

Khalifa: To see how we can all together deal with the enemy that has
taken half of our lands. To see how we can free the oppressed Muslims,
and establish the rule of Islam.

Leader #6: I am not interested. Everything is fine in my country. Who
cares about others.

Leader #5: Yes, I agree. We should only care for our own people, our own race, our own country. Leave others to their fate.

Leader #1: Yes. I think so too. Why should WE care?

Leader #4: Yeah of course. YOU won't care anyways...

Leader #1 says, "What?" angrily and gets up...

Leader #3: The countries the enemy has taken are bad Muslims... we don't have to help them.

Leader #2: You are worse Muslims than them... if you are Muslim to begin with. We must only care for OUR sect - the sect of our fore-fathers. You are on the wrong way. I think we must first finish the people on ... the wrong maslak.

All the leaders get up and start fighting: leaders 1 and 4, 2 and 3; and 5 and 6 are caught in the middle. The shayateen start their "Woooing" again and join in the fighting happily, encouraging them and clapping at their fighting. The Khalifa is the only one who tries to tell them to stop fighting, but no one listens to them:

Khalifa: Stop fighting. We are all Muslims. Unite for the sake of Allah.

After all, they all fall down one after another. The chairs are turned over, except the chair on which the Khalifa is sitting, holding his head in his hands. The shayateen start their "Yay.. Yahoo etc." and are happily dancing around the statues again.

Shayateen move back as the khalifa makes dua...

Khalifa (raising his hands up in Dua): Ya Allah! What should I do? Ya Allah! Please help us. How can we all unite and defeat Your enemies?

Then the khalifa has an idea. He starts waking up the fallen Muslims one by one and tells them... "Brother, I have come to help you. We have been misguided by shaitan. Now let us please work together..." He kindly and gently wakes up the injured Muslim leaders and helps them sit again. Then he says, there is only one way to defeat the Shayateen. Look how they have injured all of you? Come with me..."

He gets up and leads them in the destruction of the statues. He breaks the statues and in place of the "Countries" he puts a flag saying "Khilafah" and in place of the "Sects" he puts a flag with the kalima on it.

Khalifa: Our enemies had divided us into sects and countries. Allah has made all Muslims ONE NATION. UNITED, we will fight and defeat the Shayateen - the jinn and the humans of them. Allahu Akbar!

Then they all turn against the shayateen and beat them up. The Shayateen all run away screaming in pain. Then the Muslims hold their hands together and say "Allahu Akbar".

Leader #1 holds the Khalifa's hand and says: "I declare that I was wrong about who my real friend is. La ilaha illallah. Allah and the true Muslims are our real friends. I make bay'ah at the hand of this gentleman and ask you all to do the same. He will be our Khalifa and from now on, and we all will be ONE nation."

Leader #2: I second that. And from now on, we will not let our differences come in the way of Muslim unity. They all make bay'ah and shake hands with one another…

End with a short song on Muslim Unity.

Muslims are One Nation
And Kufr is another nation

United we will rise up high
Together we will live and die

Muslims are all brothers
And Muslims are all sisters

Muslims are One Nation
And Kufr is another nation.

## WHAT HAVE WE DONE?

What is their crime? Demanding that mosques of Allah not be demolished, that the Shariah of Islam be implemented, that the ban on brothels and pornography be enforced, that the poor and destitute be given their rights? And when those in-charge repeatedly failed to fulfill their duties, then is providing shelter to raped women, helping the down-trodden, providing speedy justice, closing down a couple of brothels without causing harm - are these "crimes" per se? And if so, are they so great, that their punishment is death? How is the massacre of innocent students justified? What would you call the killing of orphan children, arresting and torturing respected scholars and students – those seriously injured as well, inviting foreigners to "interrogate" them, desecrating the Qur'an, and spilling blood in the House of Allah!

If some respected students of the Qur'an stood up so the writ of Allah is upheld in the land of Allah, and if their Lord tested them with difficulty – know that insha Allah they have passed their test and done their duty. Their reward is with their Lord. Allah has recorded everything and justice WILL be done! No one can escape from the grip of Allah!

Now WE have to ask ourselves: What have I done for upholding the supremacy of Islam? What have I done to make the word of Allah supreme? Have I done anything? If we have, then we need to do more! If not, then we need to begin - and begin NOW before it is too late. *Implement Islam - at least upon our own selves and in our homes.* Don't let the blood of the martyred be wasted! If we do, then beware, for we may end up being counted as supporters of tyranny, injustice, and murder!

Alhamdulillah Wassalatu wassalamu 'ala Rasoolillah
Aoodhu billahi min-ash-shaitanir-rajeem
BismillahirRahmanirRaheem

Assalamu alaikum,

By the grace of Allah, I have had the opportunity to read closely some
of your recent analyses of current affairs and identification of the
problems facing Pakistan. As a Pakistani, I, too, feel the pain of the
suffering and potential suffering of my fellow Pakistanis and have been
pondering over the causes of the crises we are in, and solutions
thereof. Like yourself, I would also hate to witness mass casualties of
innocent Pakistanis – dying of hunger, thirst, or being subjected to
humiliation or bombardment. May Allah protect us all!

Please find enclosed a humble attempt at some practical solutions and
honest facts that have contributed to our speedy decline, particularly
in the past one year. I am sending you my writeup hoping that this
voice will be carried further because I think you are among the very
few people who sincerely care. I leave it to your judgment to get this
published somewhere by whatever name or try to get these ideas public
or implemented practically. In case I see not much positive coming out
of this humble attempt, I may try to get the word out in other ways if
possible.

In all honesty, Allah has granted me the capability to help more
actively in terms of providing technical knowledge and organizational
cum social-work experience, which can be used to materialize the
solutions I have given. I would love to work to save as many lives of
Pakistanis as possible! But, being wanted all over (for the crime of
wanting to serve Pakistan and Islam – really! And nothing more), it
limits my contribution. Anyways. Speaking of being wanted, in one of
your recent interviews, you had urged the public to think of ways to
rid our nation of the "superpower" bent on destroying us. I can insha
Allah help to that end as well, but I have completely left out
discussion of that much more pressing and important issue from the
writeup I am sending you for obvious reasons.

Since my whereabouts are known and activities closely monitored by
various agencies, I guess if Pakistan really needs any cooperation from
me, they can contact me – that is, if they have still left me around to
be of help and not arrested me or handed me over – (Allah-forbid!). I
would like to assure you that I would be more than happy to work to
benefit the noble cause of saving the lives of our Pakistani public. I
have never had, nor will insha Allah ever have any intention of
deliberately harming my country or countryfolk. The opposite holds
true! I sincerely want to help out for the sake of Allah.

I pray Allah protects you always and guides us all to what is most
correct.

Wassalamu alaikum.

[A Western-raised and educated Pakistani (NOT American)
doctor/scientist who is wanted by our enemies for the crime of wanting
to serve Pakistan and protect its innocent citizens' lives, properties,
and cherished values]

604

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   09/03/2008

Interview of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On August 27, 2008, Special Agents (SAs) ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ contacted ▓▓▓▓▓▓▓▓▓▓▓ After being informed of the identity of the above Agents, ▓▓▓▓ provided the following information:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was not present when a woman, later identified as AAFIA SIDDIQUI, was arrested at his shop. ▓▓▓▓▓▓ recalled that the day of the arrest he went to his home for prayer around 1:00 p.m. local time. While ▓▓▓▓ was away from his shop, a boy known as ▓▓▓▓▓▓▓ watched ▓▓▓▓ shop. ▓▓▓▓▓▓▓▓▓▓▓▓▓ returned from his home around 2:30 p.m. to 3:00 p.m. ▓▓▓▓▓ recalled that ▓▓▓▓ informed him that while ▓▓▓▓ was away, a woman was arrested at ▓▓▓▓ shop. ▓▓▓▓▓ was not present during the arrest, and was unaware of the identity of the woman arrested. ▓▓▓▓▓ was displayed a photograph of AAFIA SIDDIQUI and he advised that this woman is unknown to him. ▓▓▓▓▓ was advised that the woman's name was "AAFIA SIDDIQUI", and again, he noted that this name is unfamiliar to him.

Investigation on   08/27/2008   at   Ghazni, Afghanistan

File # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Date dictated _____

by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

770

)-302a (Rev. 10-6-95)

continuation of FD-302 of _____ , On 08/27/2008 , Page _____

     By way of background, [redacted] provided the following
information:

[redacted] provided voluntary verbal
consent that his residence be searched by FBI Agents. [redacted] also
consented to a search of his cellular telephone, and day book,
which he provided to the above Agents.

771

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    09/03/2008

Search of ▓▓▓▓▓▓▓▓s Telephone

On August 27, 2008, Special Agents (SAs) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ advised ▓▓▓▓▓▓▓▓ that a consent had been obtained from ▓▓▓▓▓▓▓▓▓ and requested that she image and search cellular telephone number ▓▓▓▓▓

Thereafter, ▓▓▓▓▓▓▓ (at the direction of the above noted Agents) conducted a search and imaging of the above noted cellular telephone.  This telephone is described as a Samsung picture-phone, model SGH-D820.

Upon completion of this search, ▓▓▓▓▓▓▓ provided SAs ▓▓▓▓▓▓▓▓▓▓▓ with an analysis report regarding this examination.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ reviewed the results of this analysis, including all photographs stored on this device.  The photos generally consisted of young white females, some of which were in seductive poses.  No photographs or images of AAFIA SIDDIQUI nor any extremist literature or photographs were present on this device.

The analysis report was placed into evidence and the above noted telephone was returned to ▓▓▓▓▓▓▓▓▓▓▓

Investigation on    08/27/2008    at  Ghazni, Afghanistan

File # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Date dictated _____

by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

772

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ████████████   , On 5/01/2003 , Page 2

the ██████████████████████████████,
also mentioned to ██████████ that she felt SIDDIQUI may have been
physically abused. ████████████ apparently drew this conclusion from
the fact that at various times, SIDDIQUI had bruises on her face.