```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

AAFIA SIDDIQUI,

        Defendant.
-----------------------------------------------------------X

**ORDER**

08 Cr. 826 (RMB)

The Government is respectfully requested to submit a (professional's) response to Dr. Rosenfeld's letter, dated July 13, 2010, on or before Tuesday, September 14, 2010.

Dated: New York, New York
       September 3, 2010



RICHARD M. BERMAN, U.S.D.J.