UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/10

-------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-

08 Cr. 826 (RMB)

AAFIA SIDDIQUI,

Defendant.

-------------------------------------------------------X

The parties are respectfully requested to submit a brief analysis (2-3 pages, double

spaced) of the statement(s) made in the Government's sentencing submissions to the effect that

the Court should or may impose a "life sentence" in this case. (See Govt. Sentencing

Submissions, dated July 29, 2010, at 57) ("[T]he Government submits that the applicable

Guidelines range to Siddiqui's conviction is life imprisonment" and "the Government believes

that such a sentence is reasonable.") The submissions, with authorities, should reflect the law

with respect to statutory maximums and must be submitted on or before September 9, 2010.


Dated: New York, New York
       September 7, 2010


_____
RICHARD M. BERMAN, U.S.D.J.