USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **9-13-10**

September 9, 2010

**By Hand**

RECEIVED
SEP 10 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Clerk to Docket

SO ORDERED:

RMB
_____
RICHARD M. BERMAN, U.S.D.J.
9/13/10

Re: *United States vs. Aafia Siddiqui*
08 Cr. 826 (RMB)

Dear Judge Berman:

We represent defendant Aafia Siddiqui in the above-captioned proceeding. We enclose a copy of the Reply Sentencing Memorandum Of Defendant Aafia Siddiqui dated September 9, 2010. As the final section of the Reply Sentencing Memorandum contains discussion of issues that have been litigated previously under seal, we respectfully request that our Reply Memorandum be filed under seal. We will confer with the government in the attempt to agree to a redacted version of the Reply Sentencing Memorandum to file electronically as soon as possible.

With respect to the Court's order dated September 7, 2010 that the parties submit a brief analysis of the government's position that the Court **may** impose a life sentence in this case, we offer the discussion in the second section of our Reply Sentencing Memorandum entitled, "The Question As To Whether Dr. Siddiqui Committed Attempted Premeditated Murder Was Answered By The Jury," which addresses the statutory maximums associated with the counts for which Dr. Siddiqui was convicted. As for whether the Court **should** impose a life sentence in this case, we respectfully submit that the advisory Sentencing Guidelines analysis that we provide in our opening and reply memoranda and our discussion of the other § 3553(a) factors that a court must consider at sentencing support a sentence of twelve years.

Respectfully submitted,

Dawn M. Cardi
Chad L. Edgar
DAWN M. CARDI & ASSOCIATES
Two Park Avenue, 19th Floor
New York, New York 10016
212.481.7770 (tel.)
212.684.3008 (fax)
*Attorneys for Aafia Siddiqui*

Honorable Richard M. Berman
September 9, 2010
p. 2

                                          /s/
Linda Moreno, Esq.
P.O. Box 10987
Tampa, FL 33697
813.247.4500 (tel.)
813.386.6211 (fax)
*Attorney for Aafia Siddiqui*

                                          /s/
Charles Swift, Esq.
SWIFT & MCDONALD, P.S.
2003 Western Avenue, #330
Seattle, WA 98121
206.441.3377 (tel.)
206.448.2252 (fax)
*Attorney for Aafia Siddiqui*

                                          /s/
Elaine Whitfield Sharp, Esq.
196 Atlantic Avenue
Marblehead, MA 01945
781.639.1862 (tel.)
781.639.1771 (fax)
*Attorney for Aafia Siddiqui*

cc:     Christopher LaVigne (by hand w/encl.)
         David Rody
         Jenna Dabbs
         Assistant United States Attorneys