UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED: 9/21/10
```

**ORDER**

-against-                                           08 Cr. 826

AAFIA SIDDIQUI,

                Defendant.
------------------------------------------------------------X

      The Court is employing the same security measures for the sentencing in this case on September 23, 2010 as it did during the trial. Those entering the courtroom will be required to show identification, sign in a log book and proceed through a magnetometer which will be placed outside the courtroom.

      Visitors may also observe the sentencing proceeding in Courtrooms 9A and 9B (overflow courtrooms).

Dated: New York, New York
       September 21, 2010

                                                 _____
                                                 **RICHARD M. BERMAN, U.S.D.J.**