08cr826

Docket [illegible]
J. Berman's
Chambers
16th. Sept / 0

Your Honor — Greetings.
I am sending you my application
re Aafia Siddiqui in 08 CR 826
(RMB)
which is scheduled for
Sentencing on 23d. Sept. I have
the faith that you will read it
carefully. I request that the Sentencing
be postponed for 2 months.
I have worked on it for 5 night
(electricity comes & goes). 2 Documents I
coued not download — these I will Deo Volente
try to send tomorrow, God willing.
        I have sent a copy to & to Eric
Preet, the U.S. Attorney & to Eric
Holder Attorney General both by
mail & by e-mail Today.
        I will try to fax this to you
tomorrow or on Saturday encls.
as abundant caution. to Aafia —
I wrote several Letters to Aafia —
Yesterday I rec'd one Refused by
Brooklyn Correction Centre. I send
you copy of the Envelope: Annex 4 B
(copy To U.S.
        attorney)
                Respectfully
                Syyed Iqbal Jaffree

P.S. when I graduated from Jamica I applied for a job at
U.S.A. office N.Y. We [Asians] were asked to. Eric was appointed.
Nicely writing.

P.S.

If justice is done it will be a tremendous victory for USA.

A copy of my signed petition. be also given to US attorney. I will refund photocopying cost.

My funds are ltd. I don't make any money from law.

If you so wish I can come for Oral Arguments in Mid. Nov.

*Biss Mill* Law   (SENTENCING SCHEDULED FOR **23rd FEBRUARY 2010**)

# IN THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

---
**S.O.S. IN GREATER INTEREST+ FOR THE SAKE OF JUSTICE LEAVE BE KINDLY GRANTED TO FILE THIS INSTANTER AND AS IT IS]**

---

Speaking Epistolary Application of (i) Syyed Iqbal Jafree off Pacific Palisades, (ii) The ***People of Pakistan ex rel. Barrister Syyed Mohammed Jawaid Iqbal Jafree (Jafree)*** of Slarpore ( off Pacific Palisades in California) for himself, as officer of the Courts and in Public Interest and for Common Good Appearing <**Qui Tam**>

***UNITED STATES OF AMERICA ('*** USA**')**
***Versus***
***DR. AAFIA SIDDIQUI (***'AAFIA**')** ***found 'Guilty'® on February 3, 2010***

*No. ---08--------CR------826 (RMB)*
*(Scheduled for Sentencing on or about September 23, 2010)*

**Respectfully Represent Your Humble Applicants/Petitioners/Informants** *THAT:*

## I.   JURISDICTION OF THE COURT:

1. This Speaking Epistolary Application is being filed invoking the inherent, pendant, ancillary , corollary, residual, anti-Fraud (in that 'fraud vitiates the solemnest!') jurisdiction (and common law, ex officio + automatic virile/plenary powers) of this honorable Court pursuant to Articles I, V and penumbras of the Constitution and the Highest Law (*Epiekeia*), norms of Natural Justice read with the values road-mapped/indicated by The Treaty [1959] of Friendship and Commerce between Pakistan and the USA which is part of the Supreme Laws of the USA. The Court is an integrated Court and parcel of and for the Good Governance of the United States, and operates/functions as *Primus inter Pares*. The State must act noble, impartially and provide holistic justice. If Jafree recalls well, right at the entrance to the United States Department of Justice the inscribed legend mandates: that 'a United States Attorney wins whenever justice is done (which is by occasionally-

appropriately *loosing* a case). The Courts of the United States are not expected, much less bound to canary *Que Sera Sera* (in Iraq, during the damned days of **SAD**dam if an accused claimed to be innocent in any of his courts, the Judge would ask: "Then why are you here?"), to wit, to encourage any form of Exploitation or injustice or to promote abuse of process from any source whatsoever because no one is above the law. **Law under God.** And God has commanded unequivocally: **There is one law so there is no obfuscation.**

2. Justice must be seen and shown as being done and all injustice exorcised and expunged and held at a naught. United States Courts are (as ought to be) meant to be responsive to justice - - not sitting as enforcers of Fundamentalist swan song , 'order-is-order' or dispensers of neo-lows. People of the world - - and no person (per *Cogito Ergo Sum*, no jurisdiction) is an isolated island in that network of nations - - have Just Expectations of fairness and justice with purity of heart and quality of character. This distinguished Court will recall that ten years ago it received a letter (commanded by the South African Constitutional Court to the Government of South Africa which promptly obeyed the directions of their highest court) about Mr. Khamas Mohammed of Tanzania whom the South African Police has illegally handed over to the FBI/CIA/USA. The Lahore High Court had ordered a similar letter be written to this Court regarding Dr. Aafia Siddiqui but the bureaucRATS of Pakistan have sadistically ( catchall Negative Sum Mentality being pervasive!) vexatiously wasted time and have not done so for *mala* fide and sham "reasons" (rather illicit considerations) no protection for bounty-hunters and CIA-pay-rollers/ kick-backers amongst them.

3. This Court has the salutary jurisdiction, the primary responsibility and the necessary wherewithal/ bailiwick to entertain this Application, to **REL**Axx the Rules and to grant wholesome relief = Justice with Love. Law is a noble calling. Today is the first day of the rest of our lives. A thousand miles journey starts with the first step. When going goes tough, the tough get going. These are the egalitarian and pristine American principles of life; the Right Path towards attainment of a genuine nirvana as well as 'Governance of the People, for the People and by the people'. Procedure towards that end must promote justice and not vice versa. Procedure is no dogma catering stigmas or closing doors to justice-for-all..

4. We are no longer living (rather spending our lives in open graves) in the first half of the Twentieth Century when (human memories are short) when MIC/Establishment had California 'Japanese' dispatched (with the blessings and approval of the Warren Supreme Court, no less) unheard and condemned to internment camps; when there was a 'Commie-underneath every bed' scare, when the venerable Chinese were regarded as the necessary laundrymen (and similar stereotypes were prospering out of bounds) no nonwhite was appointed a United States District Judge (first

nonwhite federal Judge was Parsons of Chicago, c.1965); when women with PhDs were unilaterally confined to minor secretarial and teaching slots, when Harvard Law School vigorously claimed to be an Equal Opportunity and Affirmative Action Employer but did not employ nonwhites as Law Professors or administrators. All this has changed bit-by-bits to some considerable extent. The undersigned proactively protested against all that during 1962-1966 (on a non-immigrant visa) when most nonwhite lips were sealed and post-McCarthyist process systems were rampant and reigning. Few dared to speak up. Many had a dream, but few risked publicly articulating or espousing it loud. This Court has plenty of judicial knowledge/experience of all this. Now it is invited to take Judicial notice regarding Asian-Americans as well.

5.  This Court also retains original jurisdiction to rectify its own errors and mistakes including a wrongful trial that took place against Dr. Aafia Siddiqui earlier this year. Jafree refers to 'We Made A Mistake' concept enshrined under the vortex of **WRIT ERROR CORAM NOBIS,** This is apropos and applies here and now, instanter. That the United States Court of Appeal would or should do corrective justice is a different ball game, a different courting system, a different conceptualiZation (inapplicable here): Writ Error Coram Vobis ('*You* Made A Mistake').Injustice is no Inverted Oedipus, more so when nationalities are being defined in terms of injustice. Injustice in every aspect deserves no respect and must be subjected to most anxious and the most stringent rectification. Lincoln said: 'When things are ill-done, silence is not an option'. **The acts of court shall prejudice no one.** The finding of the Jury (February 3, 2010) concerning a trial at this Court was against the spirit of domestic laws as well as a negation of the controlling provisions of international law, e.g., Universal Declaration of Human Rights; The International Convention on Civil and Political Rights, The United Nations Convention Against Torture; International Customary Laws Against Torture; U.N. Resolutions 43/173 (especially Principles 11, 12,15) and 37/194 and 3452 (XXX) in that Aafia has been subjected to unmentionable/untold Torture including but not limited to cruel, inhuman and degrading treatment (and scurrilous Stigmatization and Demonization) since before 2003 by CIA/FBI and their surrogates (this Applicant offers to prove up). The Vienna Convention on Consular Relations (See, especially: Art. 36) was also palpably violated by the (mis)conduct of the Prosecutors of (and off) the "USA". To err is human…There prevails an entrenched right to justice. And the Way being and the Path to end that should be liberally construed and courageously pursued by this Court.

6.  For the above mentioned reasons (and pursuant to many other conventions and international jurisprudence this Court enjoys/ retains primary and principal jurisdiction to implement fullest justice. Justice should not be a fig leaf but it must turn the page… rather than fostering business-as-usual, a paradigm

shift is desperately needed and in fact long overdue. By accomplishing this, the Court would set a praiseworthy precedent as a shinning example, as a Role Model for effectuating an outstanding change, towards improved and better tomorrows. **'Ask not what America may do for you. Ask what you can do for America!"** (although, popularly attributed to John F. Kennedy but in actuality (well) said by somebody else). It needs prompt fructification superseding tokenism or excuse-mongering.

## II.   THE PARTIES

7.  **The Named Applicant** (Seeker of Justice) is  Syyed Iqbal Jafree (arrived in the USA on the invitation  of Huntington Hartford The second in 1962 on a B-1/B-2 Visa and since then he is included in the **Who's Who in America**  (Annexure I) based on personal accomplishments, (not 'status' personnel/position) who has been a common law barrister since 1959 and has proactively practiced law (not immigration garbage expected from coloured law counselors) about empowerment of  human rights in 42 common law jurisdictions. During last over half a century of treating law as a noble calling (not the second oldest profession) he has never charged any fee or reimbursement in any HR case. The Lahore High Court has described him as "*A World Class Public Interest Lawyer*". The Great American (United States) Judge William K.Thomas of Cleveland wrote: *"Iqbal Jafree has done things in life we used to dream of doing but could not dare"* [1973; Professor Jafree at the Cleveland State University, was 32 then!!]. At Harvard Law he obtained his **LLM with Honor Paper** in Bill of Rights (Professor Arthur E. Sutherland); proposed a new doctrine of philosophy of justice: *JUSTICE IS ABSENCE OF DICTATORIAL PREROGATIVE* (and while there on a vulnerable student visa, for good measure wholeheartedly sued Harvard for not employing nonwhite professors and administrators in 1965).which no one else had ever dared before. *"Whenever there is no intention of doing justice, simply blame the applicant": Cicero.* This Court is invited to graciously recall "UNSAFE AT ANY SPEED". The Court will recall how Ralph Nader was brutishly harassed/ maligtned.

8.  **The Accused,** Dr. Aafia Siddiqui, found Guilty in  Feb 2010, is a citizen of Pakistan. She had meritoriously earned her BSc Summa cum Laude from Massachusetts Institute of Technology; and a PhD later from the  Brandeis University. Her PhD is not in nuclear technology, Strategic Planning or Conflict Management; but in neurology concerning schooling of mentally-retarded youth. .She was brutally kidnapped and **Renditioned®** from Karachi on or about  March 30, 2003 (Seven years ago) along with her three innocent children by CIA/FBI and their well-paid lackeys euphemistically called The (Ruthle$$$$) dreaded-**Khufia** (the Secret Core of Pakistani renegades). Earlier in the same  2003, the powerful FBI/CIA accused her of being the mastermind of 9-11 with which she has no connection whatsoever. She is a law-abiding, peace-loving scholar; and she never remarried again after her divorce from one Dr. Mohammed Amjad Khan (who is a proactive creep, now happily married

with another very attractive woman and rabiting) who delights in maligning his ex wife.

9. **New  ocular evidence  (not previously accessible) has emerged that Aafia and her three children were indeed kidnapped and Renditioned in 2003.** *(SEE, for example,* **Annexure 2).** It is more than likely that the littlest infant Salman Siddiqui Khan was brutally murdered when CIA/ 'Khufia' ferociously grabbed him from the lap of his mother.  Dr. Aafia Siddiqi was, having been harassed to the hilt by her former husband, on  her way by taxi (planning to take a train from Karachi Saddar Rly Station) to Islamabad where she was to take up a job at the Al- Shifa Hospital. Aafia's three children have been separated from her since 3/2003. Two of her children, Ahmed and Maryium (both probably American citizens by birth) have been repatriated and returned to the household of their maternal grandmother; both were found with and retrieved from Americans sources. In Afghanistan. Aafia has been so heavily maligned/ bad-mouthed  by FBI/CIA/US Spin that her alma maters Houston State University/ MIT/  Brandeis University won't even  answer mail or acknowledge SOS seeking some moral/humanitarian support  for her sake (Jafree tried his level-best since mid-July 2008). It has been a theatre of the absurd: **You are Innocent Till Proven Guilty** *versus:* **'Call A Person a Dog and then  Shoot Her"** (Twice, is OK too if you are a  trigger-happy U.S. Accoutrement/soldier operating  in war torn Afghanistan).

10. **The Prosecution**

First USA  officially pandered the damning (to date false and unproven)  insults that Aafia is Al-Qaeda Mata Hari; that she is a MIT connected PhD-scientist (Dr Jekyll and Ms. Hyde) who planned, masterminded and got executed all of the  9-11, its orchestration/consequence/drip-effects. This was widely touted during 2002 and 2003. Then she is kidnapped and illegally removed from Karachi. And forcibly separated from her three infants unbeknownst to her nuclear family. Here the prosecutor, the accusers, the designer-victims, the lawyers, the spectators, the Judge are all-American and the so-called independent witnesses imported from Afghanistan (promises of Green Cards et al, inclusive). The cards were systemically stacked against  a resourceless Aafia who was not even allowed the courtesy and opportunity of arranging her own lawyers. She protested and she is ousted.  She is ostensibly fit to stand trial, but unfit to choose her own lawyers. ('HeadsYou loose/tails You Don't Win' Syndrome) It is sad that when she was found Guilty As Charged, the United States Attorney of New York also - - how brilliant could be the overkill - -  hailed from the same subcontinent. There was over-riding need for him to prove his worth and loyalty to the Establishment. It  all reminds of  a pre-determined designer (I did not say deranged) pre-arranged trials of the Chicago Mafia, of Atom Bomb Secret Accused (actually, it turned out that  the Russian Germans were better than our Germans). Much has changed since the Early Sixties [[ e.g., when Jafree applied to become U.S. Attorney of the Southern District of  New York in 1972 (was nicely told such high jobs were not yet open to colored people no matter how outstanding their

qualifications); or in 1963 applied from the MacDowell Colony in Peterborough, New Hampshire, to the Brandeis University for a PhD (it was not open to colored scholars to obtain their PhD there) - - so much for Conflict of Interest, by the way!]] yet much remains the same. **Triumph of tokenism is not triumph of truth!**

# III.   THE FOLLOWING PREJUDICIAL *GRAVE-* MISTAKES (NOT JUST PLAIN ERRORS) TOOK PLACE AT THE TRIAL IN THIS VERY LEARNED COURT:

(a)  If Aafia was arrested from the Ghazni Governor's Compound, then why was the Embassy of Pakistan in Kabul not informed either by the Afghan or the U.S. government. This is fishy to say the least. If Govt. of Pakistan did not protest loudly, that makes it worse. There is no plausible answer; the powerful is n ot sacrosanct.

(b)  Why was Aafia lolling in the Gubernatorial Orchard of Ghazni, how come she managed her visa free entry into Afghanistan; no plausible explanation. Law is experience. It is reason. It is not speculation, or running with the hound and hunting with the hare.

(c)  There exists no forensic evidence whatsoever that an M-4 Rifle was in fact ever fired in that Room that the Americans were visiting (on or about 18th July 2008) to interrogate Aafia; not an iota of evidence; there were no rifle gunfire marks or residue traced, none is traceable. The fabrication is thorough. The official cover-up and stonewalling has been splendid. Wrong with any other nasme is wrong. A ruse is a ruse is a ruse!!!

(d)  Applicant Jafree is told that the M-4 gun was not produced at the trial in the USDC SDNY; Applicant (Jafree's) requests to various authorities including Ambassador Patterson were never answered; they must be trying to hide something horrendous; none of our Freedom of Information-related requests was honoured (or even acknowledged) by U.S. Govt. or Pakistan Govt. officials; this machination seems to be collusive and abrasive (and unworthy of the Great American Republic) to say the least.

(e)  A frail woman, in ill-health, weighing less than ninety pounds herself could not Grab-And-Shoot the M4 in ten seconds or so (See <u>Annexure 3</u>: a rejoinder by Kamran Shafi to Ambassador Patterson which had left her smug and speechless); truth is better .. its realization is bitter. (I wish I had said it, I recall it from Fred Astaire in THE PLEASURE OF HIS COMPANY movie).

(f)  Law will accept the impossible but not the improbable; it is most unlikely that a U.S. functionary or soldier would place his gun on the floor and not realize that it disappears from near him. Why he needed a M-4 if it was too heavy to carry. Gun has no purpose, if it is to be put aside while looking askance and elsewhere; the one who laid his gun down is accessory-before-the-fact for the

shooting down of Dr. Aafia Siddiqui. Some out-of-the-box thoughtfulness is needed in this matter.

(g) If Aafia were caught in Ghazni, doing something illegal or of penal nature, a proper venue to hold a fair open trial was in Ghazni or in Kabul ... not to shoot her in custody and bring her a fortnight later for tailor-made prosecution in the City of New York;

(h) Aafia has suffered due to prejudicial and egregiously incompetent counseling. Three lawyers (Swift, Cardi, Sharp were **paid more than $2 Millions in advance** by the Government of Pakistan through the National Bank of Pakistan (Washington DC) . This was fraudulently implemented although the Lahore High Court had forbidden such transfer .. it is believed that transfer, backdated, was manipulated by Pakistani Ambassador Hussain Haqqani for untoward purposes including his own personal Unjust Enrichment and personnel gains. This; this very court can and should probe and most anxiously scrutinize sans merci or mercy..

(i) A sovereign, friendly State that burned its Goose in assisting USA demolish the Evil Empire – Soviet Hegemony - (albeit, Pakistan - - a poor and ruthlessly plundered country) remitting $2 Million in advance to lawyers for defending a certain citizen (the chosen attorneys did not trust Pakistan's creditworthiness) with such obscene hurry is unusual if not unprecedented ... this deal smacks of the improper ... on information and belief Miss Sharp alone has pocketed over $1 Million since the harassment of Aafia by FBI/CIA commenced after 9-11 of 2001. Miss Elaine Sharp, by no stretch of imagination, is worth collecting huge sum of $1 Million in hefty, inflated, undeserved fees. Previously, she made helluva a lot re the trial of an English governess who murdered a crying Indo-American lovable infant: who had handsome brown Indic origin father and stunningly beautiful white American mother) whose parent (Illinoisans) were doctors at Harvard. Millions (and Millions) of pounds sterling poured in as charitable contributions from the United Kingdom for the defense of the pink (and Punk) governess who was found Not Guilty. Huge money talks. But the question remains: Who murdered that lovely and beloved little boy? Sharp takes undue credit (and heaped millions) doing the clerical work like phoning/ engaging other lawyers.(I am told she was arrested for drunken driving too at least once). This Holy Trinity of lawyers that supposedly sought (and got) $2 Million in advance from the Government of a poor and nearly bankrupt country is highly incredible and questionable (deserves most anxious scrutiny) ... it indicates that this Troika was more interested in being paid in advance than preparing and leading a proper and worthy defense for Aafia. That aspect, duly investigated, will open new windows to fresh ideas. In fact, the slap-stick defense mounted was idly-pidly, wishy-washy and very *outrageous*ly unsatisfactory. $ins of the **L**awyers and **L**iars **B**oth should not visit their sitting duck or Entrapped clients. Both American justice as well as poor Aafia suffered (and there is no justification to perpetuate it by sentencing her to 30 years or even 12 years imprisonment. She won't lost those 12 years!). Her so-called

lawyers asking for 12 Years have acted unprofessionally. The subliminal message is deplorable.

(j) Cause of the cause is cause of the effect. Poor Aafia could not orchestrate or choreograph a proper defense from the Brooklyn Detention Center when she is allowed no access or other facility. She has to undergo humiliating and degrading maltreatment everyday. She is not allowed access to lawyers of Pakistan-American origin or of her own choice. Amerika, Amnerika: this is un-American..

(k) The nuclear family members of Aafia claim that they were not eager to appoint the three nominated lawyers, but were virtually blackmailed and Aafia's brother was constructively coerced into signing a dictated slip to the effect that he has no objection to the Govt. of Pakistan paid appointment of counsels … if Aafia was not mentally unwell, then her brother signing such slip is both illicit and improper and unauthorized (hence nullity *ab initio*) to say the least… The Court should **not** have allowed these three Embassy-appointed lawyers regardless of other circumstances/assumptions. The Court appointed lawyer Elizabeth (her last name is not recallable presently in 70+-years-old lawyer (and vakil – facilitator of justice) Jafree's memory right now) would have done a far superior job of defense. Here, however, too many cooks spoiled the broth. Elizabeth had been invidiously superseded by three hired-lawyers already paid in advance. Justice and Aafia were thereby prejudiced and suffered feverishly.

(l) The Prime Minister of Pakistan, in stead of ensuring that disappearance of Aafia in 2003 is honestly and fairly investigated (it was revealed by Karachi media back in April 2003, i.e., immediately; Inspector General Police Kamal Shah knew it full well and has illicitly obstructed justice and withheld critical information) from Karachi is properly investigated .. being so eager to electronically dispatch $2 Millions + to 3 lawyers .. is to say the least very suspicious and most deplorable. He is on the take in the name of democracy. The great tragedy of Pakistan remains. .. rot at the top with corrupt politicians and incompetent bureaucracy. They make our officialdom which is leading to us and our friendship wsith the United States to official *doom*.

(m) When Aafia disappeared on way to Karachi Saddar Railroad Station in March 2003; the news appeared in local press. The family has tried its best to have the matter investigated by the Karachi Police ..no success. Even a First Information Report was not registered till 2009.. Information has developed that the Inspector-General of Police former Major Kamal Shah has received huge moneys from CIA/FBI and this we offer to prove up employing modern forensic and exceptional deception-detection techniques. (supposedly 'Syed') Kamal Shah , later Interior Secretary of the Govt. of Pakistan has self-servingly (and brutally) obstructed justice and impartial investigation at every step, at all stages.

(n) A sensible (or intelligent) defense would have opted for Bench trial; no jury of peers was available … the jury of seven New York women and 5 men **was not a jury of her peers** and a fair jury was not possible in over-incensed New York;

**(o)** The prosecuting United States Government selecting NY for trial amounted to irresponsible court-shopping knowing full well that a minimally-acceptable fair trial was not possible (physically, metaphorically or otherwise) in NY. We know as judges what we know as human beings. Hon. Judge Richard Berman should have recused himself and recommended *sua sponte* that the Trial be transferred to some other venue, not so close to Ground Zero. The fuss and frenzy evidenced by that Neighborhood is lately pouring out and manifesting itself concerning 2-blocks away Islamic Center. Folley Square is nothing better!

**(p)** It is true that the Prosecutor normally selects where to prosecute .. but there is always a first time; justice must learn t o decipher truth and turn the page .. if law is an ass, judges are not. Holding the trial in NYC was not only abuse of process, it remains an excessive overkill. It led to miscarriage of justice and poor people of Pakistan have been also deprived of circa $3M in hard currency.

**(q)** Both Little Maryium and Ahmed have confirmed that they were kidnapped (in 2003) and forcibly separated from their mother. That their little brother Salman was most probably killed/slaughtered during grabbing and kidnapping. Functionaries of the USA knew about this (and whereabouts of Maryium) and misconducted by not having these kids testify in chambers of Judge Berman , or the Court should have, **sua sponte/ suo motu,** appointed a Commission to talk to these children on Video. A stitch in time saves nine. Now, too this can be done (all is not lost), regardless of other miscellanies, contagions, considerations and inbetweenities... USA will only win if justice is done and seen as being done. **This has not happened in this case. (Better late than never!)**

**(r)** In all the hyped-up frenzy generated by this Trial in NY, the burden of proving her innocence shifted to Aafia who has vehemently denied the charges by, we understand, addressing the Court. She is truthful. Not a Liasr, nor a Lawyer. She is naïveté incarnate. Her (turned against the wall) poisonous fruit of the forbidden and tainted tree, off the wall statements (about not wanting any Jews on the jury) be sifted and discerned and ought to be calibrated (and Old Red Indian proverb comes to mind: Before you judge a person, walk in her moccasins for eight fur longs (it was a mile, I changed it to 8 furlongs, then to 8 fur longs) , e.g., including her tone /rhetoric about Jew/Semitic people ... and on balance she is more reliable/creditable than the witnesses paraded or hired by U$A with all its limitless resources and dazzling outreach. The undersigned Jafree is also Semite. The Holy Prophet Mohammed (a forefather of the undersigned) was also Semitic. The Koran commands that saving one human-being is like saving the entire human race. The highest Jihad is to speak up before powers that be. This is exemplified by this petition that no mother lawyer in the whole world dared. Even the media that made much glorious fuss about Bashir – The Camel Driver (and Vice President Johnson) and The Gang-Rape of Mukhtiaraan Mai Mazzafargarhvi don't want to touch Aafia even with an 11-feet pole. SMS from Jafree is Returned to Sender (Ask patriotic Nicholas Kristof for instance, for instant confirmation). (Later Cornell Professor) Dr. Thomas W. Leavitt, PhD (Harvard) wrote back in 1963 when Jafree arrived in Pacific Palisades that: "Iqbal Geoffrey does not serve the needs of the Society, he

creates these!". The underlying events are partially related in the OFFICIAL ORAL HISTORY OF THE U.S.A. (The Smithsonian Institution, Washington DC). Jafree is not anybody's obedient clerk or library assistant. In taking up cudgels for Aafia, Jafree is being more patriotic than the prodigals.

(s) It must be over-emphasized for the popular brains that The \New Asian American U. S. Attorney should have - - Sua Sponte - - moved that trial be held in a place away from NY Point Zero (9-11, et al) ; in a USDC where an Asian-American (of Indic origin and ethnicity) is not U.S. Attorney ( hence, calling a spin spade a PR shovel, having to prove his Loyalty and Commitment in an unprecedented slot, with a plump New York Governorship or prestigious U S Judgeship within his sight and right). Trial , if it must be held, could be held in Puerto Rico or United States Virgin Islands or even in Europe to introduce /induce a bit of Necessary fairness and removal from The Real Scene of Accident. Suffice it to add that all humanity, more so Muslims, condemn *9-11'ing* which was carried out by Saudi Arabians (but there NeoBrahman Bush was busy doing oil business!).

(t) The Lahore High Court orders to refer this matter to the Int. Court of Justice in The Hague (under provisions of international law, more so per the 1959 Treaty between Pakistan And USA; directions that the Government of Pakistan Ministry of Interior/Foreign Affairs rush all available record/data about Aafia to Pakistan Embassy for forwarding the Exculpatory Materials to the Defense Lawyers;  that the Director-General of the American Desk at the Foreign Ministry (=Secretary of State in DC) write a letter direct to the U S District Court; finally that the Government provide all data and Jafree ( ethical officer of the Courts, 'with unquestionable integrity and Herculean courage and no chip on his shoulders',  Sufic in character, no skeletons' what to speak of closets rankling) would write the letter  to great humanitarian judge Berman (whose own people have been  victims of the rapturous brunt of rabid racism!) - - all these orders have been  arrogantly flouted because Govt. of Pakistan (knowing there is no Exchange of Prisoners Treaty in existence and that Aafia would not survive for another 12-30 years) and its bureaucrats (with deep-pockets, begging bowls in hand while banking their tax-free plunder in offshore black money/tax havens and niches). These influential, nouveau riche officials (led by Parvez Mushrraf as well as Sir Nawaz Sharrrief during their own times of Maximum MisRule) do not want Dr. Aafia Siddiqui to return alive to Pakistan. They have made circa One Billion dollars from Generous Bounty Funding  expended by U$A and then shared by corrupt officialdom here with their CIA-on-the-double'take contacts. Over 6000 Pakistanis have been kidnapped  and **Renditioned ® (for personal profit of corrupt officials)** or dispensed-with. Innocent people are caught and handed over without any judicial proceedings. When USA finds out it was taken for a ride, it keeps quiet to hush up the imminent scandal. The scandal is brewing, and it will blow up soon. A Greek philosopher wrote many thousand years ago that one who does not care for his own life can  always be your king.

(u) The Pakistan Ministry of Interior itself officially acknowledged (2004) that Dr. Aafia and her children were handed over to the USA. Former President Perways Mush-A-Rough has stated in his ghost-written BooKKK that children and family are also hideously kidnapped in order to blackmail 'suspects' in Pakistan, and in order to extract needful (a.k.a. Dictated) information. Eminent author Deborah Scroggins. recently mentioned to Jafree that creditable information has developed that Affia was kept with ISI/FIA . Where there is Snmoke there is Fire. The Court's are firefighters, not sprinklers of oil over burning Bushes. There is more to it than meats (or meets!) the Eyes (or I's). Another friend of Jafree from Balochistan (who has himself been a victim of the Midnight KKKnocKKK) indicated that as far as His Inside Contacts in ISI/ FIA know, they claim (what else?) Aafia was not kept by ISI/CID (powerful components of The awesome Khufia). They say thyey never kept her, don't deny she was kidnapped with their assistance. This new development needs insight and investigation, not jumping to conclusions. Of course, The Kafkaesque 'Khufia' won't volunteer to take Lie Detection tests. This Court can send a Letter of Request and the Lahore High Court will issue directions that Lie Detection tests be administered ... Jafree will represent U S Justice for free (not even expenses as reimbursement) advancing Article 164 (**Annexure 5)** of Pakistan Law of Evidence on sunshine and transparency/ full disclosure (drafted, suggested written, proposed and gotten passed by the President by Jafree ... the everReady dangling Noooose and Damocles' Sword hanging over the Pakistan Establishment-on-the-take). Truth is no butter, it is better, often bitter!!! Jafree, although b it of a poet, tells the truth, **and truth shall make you free** (Saint John).

## IV.   WHAT ACTUALLY-REALLY HAPPENED:

(v) Applicant Jafree, at the end of the first fortnight of July 2008 received a mysterious phone call that a Pakistani lady kidnapped from Karachi was being held prisoner in Kabul and she was to be killed and buried anonymously. Jafree did not grasp the name properly. He wrote/phoned to Pakistan and U.S. authorities (incl. Ambassador Patterson); got no response worth the name: just hubhub of *Ayyn Bayyn Shawynn*. My friend Dr. A. Q. Khan, upon my inquiring, mentioned the name 'Aafia' ...I inquired around additionally from acquaintances in the media; and finally lodged a hand written S.O.S. (Emergency May Day Call) HABEAS PETITION in the Islamabad High Court Mid- July 2008 (copies to concerned authorities in Pakistan/Afghanistan/USA - - no acknowledgment received to-date!), nonetheless the Office of the then Attorney-General for Pakistan, Malik Mohammed Qayyum just played wicked-wicked games (wasted time) and I (Jafree) could make little progress because of their official front, chicanery, cheek and chameleon red-tape. Two weeks-Plus later I learned from the Media that as a result of my Habeas, a **top(pi)** drama was enacted and Aafia was suitably bloodied (the plan to kill her having been revised) and thereafter Aafia surreptitiously flown (under informal arrangements with the Afghan

12

President) to New York, I inquired from Pakistan and Afghan Embassies in
Kabul and Islamabad and was accorded ritualistic run around and dip-low-matic
noise. Then, frustrated by suchlike nuisance, I filed a Habeas in Lahore High
Court which made sufficient progress in the context of the brave New National
Judicial Policy (Initiated by the newly emboldened superior Judiciary only last
year after half a century of somnambulant hiatus sheltered by unislamic
'Doctrine of Necessity/Plots', nonetheless, the third-rate Legal Advisor ,
speaking evidence, were proof needed of illicit patronage aplenty) to the
Pakistan Ministry of Foreign Affairs, left speechless against the walls, stooped
so low as to stupidly Kat-KKall the undersigned Jafree "A Briefless Lawyer"
((I retorted that it was the bad upbringing by the mother of the misnamed - - his
unworthy name translates 'Brave Like a Lion" Legull Advisor being displayed
while exposing CIA shenanigans is flashing in rabid cohesion and succession).
I was openly unhappy that still such disgraceful misconduct occasionally takes
place due to inherited Slave mentality compounded by ubiquitous self-serving
red-tapism (mediocrity like obscenity knows no frontiers; e.g., I once
experienced that in Pennsylvania where a U. S. Asst. Attorney sweetly- barked
in the courtroom to FBI agent-in-charge "Let's arrest this Iqbal Jafree": I titted-
his-tat : "Boy! If I were to spit, on a level playing-field, you cannot swim in it!"
[circa 1989]. Practicing Public Interest Law has its lows and its Highs. With the
grace of All-Mighty God, I have never indulged in sycophancy nor sought to
appeal to mega-mediocrites and pygmies posturing as born-again [albeit closet]
racists. I don't 'Sing-Along-With-Mitch', nor grew a long (wag-to-order, loyal-
to-call) Tail. I don't appease in any abuse of power (dirty politics, et al) nor
accept (rather invariably resist) Haloed NonSense!

(W) If the mighty United States (or any State or agency thereof) bureaucracy wants
to get someone, with limitless resources they can accomplish that by framing
false charges or by anonymously arsoning uninsured property (as of most
colored denizens). It is not easy to take up cudgels for worthy causes if one is
not-'white' (Judge Berman is coloured, the worst that the bureaucrats can do to
him is not promote him to United States Court of Appeal; but he, as an
honourable human-being, knows full well that till 1965 no coloured person
became (let us call a spade at least a spade, if not a shovel) a United states
Judge; till 1986 there was no AsianAm federal judge this side of the Mississippi
… appointing an Asian as United States Supreme Court Justice is still being
vigorously looked into (in 1972 the great Attorney General of Missouri (later
senator; now retired) invited the undersigned Jafree - - praising his "outstanding
qualifications" in letter to Jafree in Springfield - - to Jefferson City and was
confident that Jafree would become the first Asian Justice of United States
Supreme Court (at that time the only nonwhite Justice Thomas was junior-
clerking in that Office). But Jafree's father passed away; other higher purposes
and just strivings and responsibilities intervened culminating in (retribution-
galore!) burning down of the house of Jafree by the Chicago Mafia whom Jafree
gave run for their ill-gotten moneys. It is very easy for any US Attorney to
artfully frame false/pumped-up charges. A weak person's goose can be
terminally **cooKKKed** by simply alleging that he assaulted a united states

13

employee, bring in two phony witnesses from among the patronage appointees and it is Conviction X Stigmatization Ahoy! This (and far worse) is what was mischievously done to Aafia AFTER Jafree blew the whistle in Mid-July, 2008 heard from Los Angeles to LawLawMoses via Liverpool). Aafia's elder sister, Harvard-educated Professor of Leprosy Dr. Fouzia SIDDIQUI is very shrewd plus very clever (all sold on Govt. of Pakistan's *Baadmoeasch* (crooked and greedy to core high-ups who promised her the rose garden but heaped thorns and now scorn on her), yet she has acknowledged non-sycophantly by sms (if she denies Lie Detection tests can be ordered all around) that but for the valiant (without any reward, remuneration or perks) efforts of Iqbal Jafree, Aafia would have been outrageously murdered in Kabul during July 2008. Jafree has done that sort of think completely-free for over forty thousand down-trodden people of all national origins in five continents at truly unprecedented scale but without any discrimination or FAVOURITISM OR fees, thanks to Pakistan Institute of Human Rights (established 1959) and Asian-American Community Legal Aid Clinic (Estb. 1972; still now operating abroad as part of The Nobler-Exodus) and The Royal Academy of Artists (since 1960).

(x) This Court is that of Justice, not of chicanery but chancery. It will displease this Court to know that every order of the Lahore High Court and of Islamabad High Court has been flouted by the bureaucratic functionaries. They have played games in order to protect and express their solidarity with others who have succumbed to greed and to Unjust Enrichment (costing U S taxpayers well over $1 Billion since 1998 when Mir Aimal Kasi was allowed by Sir Nawaz Sharrreef to be snatched and exported without any judicial proceedings). Part of the payouts are shared with CIA (formerly by FBI too). The Lahore High Court ordered that the grievance be referred to the International Court of Justice, it was not done because Jafree had offered to win the case without spending any funds of a nearly bankrupt country. When there are no expenses, there is no commission/ kickbacks/ referral fees. To Paki Bureaucracy a human being matters much less (Aafia would have received better treatment if she was citizen of Bhutan or even Liechtenstein, or Somalia) than their deep-pocket and entrenched practices. So they opted to go for three American lawyers although the court had appointed a superb lawyer, Elizabeth (I forget the last name) who naturally felt slighted. **(b)** the court was not right in not accepting Aafia's pleas that she does not want these lawyers…if she could not decide who should represent her, she was also unfit to stand trial. One cannot be just a little bit pregnant. We know as judges what we know as (wo)men. If law is an ass, judges are not! Jafree used to say: "My motherland is not a Banana republic!". It has proven to be very prophetic and truthful. **It is much worse than a banana republic. (c) There are reams of Exculpatory Evidence** available with the Ministry of Interior and other agencies of the Government, but intentionally they do not want disclose it to protect a criminal clique (Musharraf, Kamal Shah, score of other Purdahnasheens)

(y) Aafia has been subjected to un-American harassment and degrading humiliation. Charges against her was trumped after I protested her incarceration in a Kabulli Jail; She is not allowed to write any letter (what has that got to do with national

security or Terrorism?) and thousands of letters sent to her by corned citizens have been withheld and usurped at the Brooklyn Detention Center. Under these conditions, a fortiori, she could not and did not receive any fair trial. In the USA of 2010, that is no cause for applause. There exist influential Evil Forces (Corrupt, Mafiaesque) with long-arms in both the Governments who do not want Aafia to return alive to Pakistan.12 years ago Jafree represented Mir Aimal Kasi (of Balochistan) …Kansi (correct name is Kasi) was allowed to write freely to me as his lawyer and no letter from him to me every got lost. Now times have changed, but efficiency has gone downhill. It is Machiavellian to expect Aafia to prove her innocence when she is draconically locked up and cut off. © Sometime the Government says there is no crucial evidence; then say there is no substantive evidence; then change gear and suggest no Direct evidence which metamorphoses into Indirect evidence. Law accepts the impossible but not the unreasonable .. it is unreliable and unreasonable that any country, even worse than Pakistan, would have the audacity t o assert that in nine years they amassed no evidence. The Court ought to take the innocent citizen of such a Country under its wings. (d) Countries like Italy even decline proper extraditions to New York and Virginia being death penalty states. The false charge that Aafia tried to shoot American soldiers in Kabul had no connection whatsoever with New York so selection NYC for trial (with a Black Judge; an Asian-American United States Attorney) is abuse of process as well as good faith and American Justice. (e) While Dr. Aafia Siddiqui's sweeping outburst under severest stress against Jewish lawyers and any Zionist jurypersons imposed upon her was not in good taste and sweeping (every religion has bad apples including Muslims and Jews); we have to understand her comments in context ..she had been abused, gang-raped and violated in American custody she just burst. She having done the impermissible, as a result come to think of it her misdirected demand that Jewish lawyers do not represent her; if any of the lawyer who received hefty sums was Jewish, s/he should have voluntarily resigned and Ethically declined regarding representing her. She cooked her geese; it was further roasted by her lawyers. Her harangue was crying out loud for attention and justice. Query: when some mass murder takes place, many totally innocent people claim they did it. It is senseless but its meaning is they want attention; lives being empty… they just want some attention because they yearn for justice and in stead they get blankly -blank prostitution of fairness, off justice, oft dictation. (f) Not a single letter from Jafree about Aafia was answered by anyone in USA : that is a slap in the face of justice. Of the many letters written by Jafree, only one was delivered to her (in Texas). Only one was returned … it was refused by the Brooklyn Detention bureaucracy on 8/20/10 and returned to sender on 9/15/10, **Annexure 4.** The Million-Dollar Lawyers have not even challenged this Outrage, nor sought the aid and assistance of ACLU etc. on this aspect. It proves, were proof necessary, that Aafia was determinedly walked down the Garden Path to being found "Guilty" by her own lawyers-on-the-take (Double your Pleasure Double Your Fun!). Sad! Deplorable!! UnAmerican!!!

(z) The undersigned has received thousands of requests from the decent, US-friendly denizens of Pakistan to write to this Court seeking justice for Aafia, which justice has alluded her and has been denied to real victim who is being victimized, there is The Other Reason (amplifying the **_Vox Populi_**, loud and clear!) why this extraordinary application is being made in highest good-faith. We hope the Indic origin American U.S. Attorney (albeit Patronage-appointed) will magnanimously rise to the occasion by ensuring genuine rather than make-believe justice … Because of gross miscarriage of justice New trial can and it ought to be, ordered; it is in the national interests of both the countries.. it will substantively and impressively enhance the prestige of, affection for the good people and all that is good about the USA all over the globe. It will further causes of justice, curb fanaticism/ racism/ favoritism and relegate the dreaded and sickly Military Industrial Complex I (which has brought much disgrace to USA amongst the civilized world) to its proper and overdue placebo.

# CONCLUSION
# + PRAYER FOR RELIEF:
# *(EX GRATIA JUSTISTIA)*

i) Leave be granted to file AS IT IS, this Human Rights post-trial motion. The Applicant/s generously offer to Prove-Up all of the above submissions (and make history) beyond reasonable doubt.

ii) The sentencing of Dr. Aafia Siddiqui be postponed to sometime in future. In the meanwhile she be allowed to correspond (her letters/messages be cleared within 24 hours of being handed-over to (or receipt by the Brooklyn Detention Center Authorities and she be free to appoint her own lawyers and the Court direct that she is meanwhile not humiliated, maligned, dehumanized and demonized in any manner or through any direct and indirect means, signs or suggestions or given degraded or accorded subhuman treatment (as has happened in the past).

iii) <u>A Mistrial should be declared and the three expensive (costing nearly $3 Million inclusive of Referral Fees/kickbacks)</u> attorneys appointed improperly by Pakistan Embassy's Haqqani be relieved and censured. They have done enough damage which remains their albatross and responsibility. It was unethical for them to accept fees and assignments before FIRST obtaining consent of Aafia. A group of Pakistani lawyers (admitted in USA) will, *Deo Volente*, defend her residing in the local

YMCA or comparable accommodation (at the new Trial which be, if at all possible, transferred to any American court outside the continental USA, e.g., U S Virgin Islands, or Porto Rico) under the guidance of Attorney Elizabeth … who was appointed by this Honorable Court in the first instance then a bit uncomfortably superseded;

iv) The Court send a Letter of Request to the Chief Justice of the High Court in Lahore to obtain all the Exculpatory Evidence from the bureaucracy of Pakistan about Aafia and expeditiously forward the Copies thereof to the USDC SDNY at the earliest; attention Hon. Judge Richard Berman (God bless him!);

v) Or, the Hon. Court itself declare and grant a judgment of ACQUITTAL NOT WITHSTANDING VERDICT which is eminently deserved meritoriously..

vi) The three lawyers who have cost the nearly bankrupt , floods ravaged, ill-governed Pakistan (with rot at the top) at least $3 Millions to-date be commanded (the Court also has Supervisory Jurisdiction over them) to return and restore $ 1.97 Millions to the Government of Pakistan and file Affidavits as to any Referral Fees/Kickbacks paid out by them; and the chameleon Pakistani Ambassador in Washington DC, Professor Hajji Hussain Haqqani and his liberal consort be recommended to be declared as *Persona Non Grata* and proceeded under United States Anti-Bribery and Anti-Corruption laws;

vii) IF ABOVE, ***EX GRATIA JUSTISTIA***, IS TOTALLY IMPOSSIBLE then the court direct/instruct/recommend that the Govt. of the USA send Dr. Aafia Siddiqui to Pakistan so that she can be close to her children and she receives adequate medical and psychiatric attention in a prison in Pakistan. The **Shahzadi Mumtaz Jahan Trust Against** *In***justice** through The Syyed Iqbal Jafree will buy and provide her return ticket to Karachi. This will also save the UNITED STATES some $50000.00-2500000 ANNUALLY TO THE USA AS UNNECESSARY MAINTENANCE COSTS OVER THE NEXT 3 DECADES.

viii) The Court order that murder of Salman Siddiqui s/o Amjad Khan (6 months old when kidnapped in 2003 along with his mother) be investigated by FBI under direct supervision and control of the Director of FBI and that Lie Detection Machines be employed in that direction. Also investigation and proceedings be initiated against the American soldier who shot down Aafia Siddiqui with the intention of murdering her. ..shooting a defenseless lady twice makes no sense. Lie detection tests be ordered administered against the culprit. Let impartial, holistic justice be shown as being done without fear or favor. This will win laurels and much goodwill for the United States.

ix) Other, different, additional and supplementary relief be granted; and the Court if it feels the need to reward the courageous American scholar-lawyer-artist, then it may be delighted to strongly recommend that the U.S. Government (National Gallery of Art/ National Endowment for Humanities) publish a Monograph on THE AESTH*ETHICS* OF SYYED IQBAL GEOFFREY. The Govt. of Pakistan/Ministry of Culture has already done one on THE ART OF IQBAL GEOFFREY (it can be borrowed from the Library of Ambassador Patterson) which the top-most British art critic, Honourable BRIAN SEWELL has praised as: "Wonderful + Magnificent!!", plus being 'The Most Beautiful Monograph on Art ever published in the South'.

## VERIFICATION

**It is** solemnly verified under penalties of Perjury Sharrrief that the contents of this honest-to-goodness Application are true to the best of our present knowledge, information and memory. So Help Us God.

### Certificate of Service:

A courtesy copy of this Honest-To-Goodness Application has been mailed to everyone named or indicated in this Petition. Another copy has been airmailed to the United States Attorney for the Southern Dist of New York, Federal Courthouse, 500 Pearl Street, Near Folley Square, New York City postage prepaid (return postage guaranteed) with return address of Syyedna Iqbal Jafree off Pacific Palisades from the Lahore High Court Post Office on 16th Sept 2010 by a Notary Public. A copy will also be faxed to U.S. Consulate in Lahore this week to be forwarded to the USDC SDNY and THE UNITED STATES DEPARTMENT OF JUSTICE and to the above-mentioned United States Attorney.

ORAL ARGUMENTS REQUESTED BY IQBAL JAFREE WHO RETAINS A SENSE OF HONOR AS WELL AS HUMOR IN SPITE OF THE RAVAGING RACISM AND BURGEONING INJUSTICES TOWARDS CULTURAL MINORITIES AND BONA FIDE INTELLIGENTSIA.. RIGHT TO AMEND AND ADD MISSING FULL NAMES IS RESERVED. SYYED IQBAL JAFREE HAS TYPED THIS HIMSELF WHILE SUFFERING FROM TERMINAL CANCER AND SEVERE BACK-PAINS. NO LAHORE (THE SHALIMAR GARDENS) STENOGRAPHERS CAN TYPE OUGHT HIS ENGLISH WHICH IS POETIC, + WAS ADMIRED BY EVEN SIR WINSTON CHURCHILL.

Cf: **HUMAN RIGHTS IN ISLAM** by SYYED M.J. IQBAL JAFREE (GEOFFREY)
Lecture at Chicago Bar Association 1980
Published with a Foreword by The Right Honorable Mr. Justice Richard R. Baxter
International Court of Justice: Please See PLJ 1980 Magazine p.1
Princeton Professor Michael COOK, **FORBIDDING WRONG IN ISLAM** [Cambridge University Press, Cambridge, U.K. 2003].

## Scholarly Legal Research
(for any errors/typos, Applicant Jafree
[In Pro Per] accepts responsibility):
**OF COUNSEL:**
Barrister Q.A. Chauhan
Professor Syed HuSyEin Haider
English Solicitor Shahzadi Zohra Elinoi Cheng-Jafree
Advocate Syed Faizaan Haider Gillani
Dr. Syyeda Aima Iqbal, Advocate
Miss Nabeela Jaffri, Advocate
**Respectfully Submitted:**

(SYYED MOHAM**MED** JAWA**ID IQBAL JA***FREE*)
Described as "*A Superior Intelligence*" (Ill Supreme Court)

18

*(Admitted in Pakistan as well as the USA)*
**But Filing this in capacity of only a Human-Being.**
c/o The Law Office of the General Counsel:
The Shahzadi Mumtaz Jahan RA Trust Against Injustice
Pakistan Institute of Human Rights
Asian American Community Legal Aid Clinic
Royal Academy of Artists
**GEOFFREY AND KHITRAN / public interest attorneys**
11 Caliph Omer Plaza, One Mozang Road, Iqbal Geoffrey Square,
Lahore-Pk-54000, PAKISTAN `Phone ⌐ 11 92 345 426 6785
Fax : 92-42-3636 9430  e-m: pihrights@gmail.com

Lahore, the **15 September, 2010**


## CERTIFICATE BY A NOTARY PUBLIC:

I certify that I have airmailed from Lahore, on  this the **16ᵗʰ Sept 2010** copies of the above along
With enclosures to Hon.United States District Judge Richard BERMAN and to
The United States Attorney, at the Federal Courthouse, 500 Pearl Street
New York City 10007, N.Y., U.S.A.  postage fully prepaid and with return address of
Barrister Syyedna M.J. Iqbal Jafree of Slarpore who is personally known to me:

**(Notary Public).**





**Geoffrey and Khitran**
Advocates / Barristers

11 Omer Plaza, 1 Lord Justice Akram Road
Geoffrey Square, Lahore - 54000
PAKISTAN

Tel : + 92-42-724-8518 or 575-6753
Fax : + 636-9430 or 637-4540

## WHO'S WHO IN AMERICA

Animal Behavior Soc., Soc. for Marine Mammalogy, The Oceanography Soc. Avocations: sea kayaking, paragliding. Office: NOAA Nat Marine Mammal Lab C15700 7600 Sand Point Way NE # C15700 Seattle WA 98115-6349

GENTRY, SHIRLEY, music educator, writer; b. Trenton, NJ, Dec. 3, 1934; d. Howard E. and Wyvonne Robinson Gentry; m. David Lyman (div.). MusB in Edn., Curb Meth. U., Fayette, Mo., 1957. Cert. tchr. Mo., 1960, Wash., 1965. Tchr. music Richland Schs., Wash., 1963—65; tchr. elem. sch. Hawaii Schs., Oahu, 1968—69; tchr. music Chariton Schs., Iowa, 1969—73, Tehran Am. Schs., Iran, 1973—76; with Chariton Phone Co., 1979—84; ret., 1984. Author: A Christmas in Rima, 2003, From the Pen of a Poetess, 2003, Poy Unsung, 2004, Sec. Dem. Party, Chariton, 1991—93, Scholar, Ctrl. Meth. U., 1953. Mem.: AARP, Mensa (contbr. mag. 1982—), Phi Kappa Theta, Democrat. Ba ᵗist. Avocations: piano, writing, poetry, crossword puzzles. Home: 511 ᵃ nin 11 Trenton MO 64683

GENZEN, GARY CARL, retired minister; b. Cleve., Feb. 13, 1944; s. Carl Henry and Lydia Caroline (Fobel) G.; m. Harriet Frieda Kretzschmar, June 28, 1969; children: David Carl, Jonathan Robert. BA, Valparaiso U., Ind., 1966; BD, Concordia Sem., 1970; MDiv, 1972; D Ministry, Internat. Sem., Plymouth, Fla., 1980. Ordained to ministry Luth. Ch.-Mo. Synod, 1970. Pastor Christ Luth. Ch., Southwick, Mass., 1970-77, Zion Luth. Ch., Lorain, Ohio, 1977—98, Bethany Luth. Ch., Leesburg, Fla., 1998—2009. Pres. Greater Southwick Clergy Assn., 1973, 75; counselor Ohio Dist. Cir., 1993-98. Author: Pastor, 1990, book reviewer Sharing the Practice, Concordia Theol. Quar.; contbr. article to prof. jour. Mem. Westfield (Mass.) Area Mental Health and Retardation Bd., 1975-77; bd. trustees Luth. Home, Westlake, Ohio, 1993-98. Mem. Greater Leesburg Ministerial Assn., Acad. Parish Clergy, Am. Acad. Ministry, Clergy Assn., Acad. Parish Clergy. Office: 32523 Crystal Breeze Ln Leesburg FL 34788-3981. Office Phone: 352-314-0514. Personal E-mail: ggenzen@comcast.net.

GEOFFREY, IQBAL (MOHAMMED JAWAID IQBAL JAFREE), artist, educator, lawyer, department chair, consultant; b. Chiniot, Pakistan, Jan. 1, 1939; s. Syed Iqbal Hussain and Shahzadi Mumtazjehan Shah; m. Regina Wai-ling Cheng, 1967 (div. 1978); children: Syed Husyein Haider, Shahzadi Zohra Elinoi Cheng-Jafree; m. Ceyyeda Farzawna Mucwec, Mar. 3, 1988. BA with distinction, Govt. Coll., Lahore, 1957; LL.B. summa cum laude, Punjab U., Lahore, 1959; pupillage under Chief Justice of Pakistan, Malik Mohammed Akram, 1959-60, pupillage under A.K. Brohi, 1965—67; LL.M, Harvard U., 1966; A.I.C.E.A., London, 1961, A.M.B.I.M., 1969; PhD, Read U., 1970; also LL.D; MA with highest honors, U. Ill., Springfield, 1973; cert. in postgrad. bus. administra., Bradford U., 1976; DLitt, Punjab U., Lahore, 1997. Bar: Pakistan 1959, US Supreme Ct. 1975, Pakistan Supreme Ct., 1996. Ptnr., chair firm Geoffrey & Khitran (internat. lawyers), 1960—; gen. counsel Pakistan Inst. Human Rights, 1960—; human rights officer UN, 1966-67; chief acct., CFO Brit. Lion Films, London, 1968-69; asst. atty. gen. State of Ill., 1972-73; gen. counsel The Shahzadi Mumtaz Jehan Trust, 1973—; chief acct. Embassy of Kuwait, London, 1974-75. Gen. counsel Asian-Am. Cmty. Legal Aid Clinic, 1972-; mem. bd. govs. Hunerkada Coll. of Art, Islamabad, 1991—; drafted Art. 164 of the Pakistan Law of Evidence, Establishment of Office of Ombudsman Order, Pakistan, 1983; spl. advisor to the Pres. of Pakistan, 1980-84; examiner Pub. Internat. Law Punjab U., 1969-70; prof. St. Mary's Coll., 1967-68, CW U., 1970-71, Cleve. State U., 1971-72; disting. univ. vis. prof. Hunerkada Coll. Art, Lahore Law Coll., and Silver Jubilee U. prof. Read U. Law Ctr.; presenter, lectr., art critic, conceptual art, fine arts, urban affairs and aesthetics; founder Am. U. Pakistan, 1970; evaluator Global Law Sch. Program NYU, 2001—. Author: Qose-Qizah, 1957, Justice is the Absence of Dictiorial Prerogative (foreword by Prof. Charles Fried), 1965, Human Rights in Pakistan, Harvard 1966, A Critical Study of Moral Dilemmas, Iconographical Confusions and Complicated Politics of XX Century Art Harvard U., 1967, The Concept of Human Rights in Islam (foreword by ICJ Mr. Justice Richard R. Baxter), 1980 Art Embodies Cerebral Legerdemain of Accelerated Communal Soul; co-author: ABA: BLI Recognition and Enforcement of Money Judgments, 1994, International Agency and Distribution Law, 1996; editor: PU Law Rev., 1958-59; grad. editor Harvard Art Rev., 1965-66; one-man shows include Hyde Park, London, 1960-62, Galerie de Seine, Alfred Brod Galleries, 1962, New Vision Centre, 1963, Drian Gallery, 1965, London, Ward-Nasse, Boston, Hull U., Eng., Birmingham U., Eng., Queens U., Arts Coun. No., Ireland, Los Angeles Mcpl. Art Gallery, Pakistan Arts Council, Lahore, Grand Central Moderns, NYC, Green Ross Gallery, Henri Gallery, Washington, St. Mary's Coll., Ind., Franklin Coll., Miami Mus. Modern Art, Herbert Johnson Art Mus. Cornell U., Everson Art Mus., Syracuse, NY, Indus Gallery, Karachi, 1988, Hayward Gallery, London, 1989-90, The Embassy of France, Islamabad, 1992, 2000, Victoria Mitra Gallery, 1992-93, Royal Coll. Art, 1993, The Lavatory, London, NJ, 1993—, The Southall Graveyards, Middlesex, 1993—, The Highbury Cemetery, London, 1994—, at. Art Gallery, Pakistan, 1994, 2001, H.W. Janson Gallery Modern Art, 1994, 2002, Lahore Art Gallery, 1993, 95, 98-99, 2010, Shakir Ali Mus. Art, Lahore, 1996, Golden Jubilee, Sun Spontic Artfest, Tate Gallery, Britain, 2000—, Nat. Gallery, London, 1998— (Wes St. Lauren Rm.), Microsculptures: Love Here; Durriya Kazi/AN

King Hussein Human Rights Medal, 2006, Millennium Human Rights award Lahore High Ct./Bar Assn., 2002; Aug. 14 designated Syed Iqbal Jafree Day by Gov. Thompson, Ill., 1977. Iqbal Geoffrey Day-Jan. 20 Gov. Edgar, Ill., 1992; Huntington Hartford II and John D. Rockefeller III fellow, 1962-65, Queen Elizabeth II-fellow Bradford U. Mgmt. Ctr., 1975-76, Fay B. Keat fellow Alpha Chi-Omega, 1963, 65; named at Young Virtuoso Time-Mag., 1963, Distinguished per William Chant, reviewing in The Times, London, 1962, Much More Than a Genius Sir Jeffrey Jowell; featured in Oxford Companion to the Twentieth Century Art. Fellow Royal Soc. Arts, London, Inst. Industrial, Commerical and Bncc. Accts., British Inst. Mgmt. Democrat. Muslim. Home: 416 S Warren Rd Saint Louis MO 63124-1212 Office: One Mozang Rd Pk-54000 Lahore Pakistan 00181-6000 Studio: 128-E-1 Gulberg Main Blvd Lahore 54662 Pakistan Office: 13 Old Sq Chambers Lincoln's Inn London WC2 England Home Phone: 92-42-702-9911; Office Phone: 44-754 ᵗ 8899808. Office , Fax: 44-426-369-430. Personal E-mail: iqbalgeoffrey@gmail.com. E-mail: pihrlght9@gmail.com. An artist empowers your dreams, endeavoring to quash the otherness while ameliorating virtual chasms that segregate ideas. Easter said than done! It is inevitable that any catalyst distresses status quo. Dissent is the ascent of art. Art sustains inquisition of truth. It is neo-wisdom along new mores. Very simply, art is the chip on the shoulder of the bridge between now and zen. An artist implements what you did not expect from art. The bottom line (take it for a ride) remains that only art can make a difference. Else know-thing.



King Hussein prof. English Coll. of DuPage, Glen Ellyn, Ill., 1991 Asst. prof. English Marymount Manhattan Coll., NYC, 1979 Instr. Columbia Coll., NYC, 1974-75; visiting judge Echo NYC, 1987. Contbr. articles on art to profs.nal. Gold Edie art Mktg. News, 1983, Th lahnra Outstanding Faculty, Coll. DuPa Mem. NEA, A.A.U.P., Internat. Tchrs. English. Avocations: swimming, travel, theater, cinema. Home 360 E Randolph St U. 60601-5069 Office: Coll. of DuPage 425 Fawell Blvd Glen 60137-6784    Office    Phone:    630-942-2205. georgala@cdnet.cod.edu.

----

*Agnexure I*

**MOST IMMEDIATE**
**NIACTION**

**Fax Message**

| | | |
|---|---|---|
| From | : | Foreign Islamabad |
| To | : | Parep Washington |
| No. | : | DG (Americas)-1/Con.2010 |
| Dated | : | 26 July 2010 |

*Group Annexure*
*IV*

**DCM from Director General (Americas)**
**Repeated to Minister (II)**

## SUBJECT: DR. AFIA SIDDIQUI'S CASE

The Lahore High Court has directed to transmit the evidence to the U.S. Court in America that Afia Siddiqui has been kidnapped/ missing on her way to Karachi from Islamabad, along with her children, so that her defending Lawyers be able to properly defend her and take a definite stand.



2.    We have requested the concerned authorities to provide evidence for this purpose. However, some relevant local press clippings with regard to Afia's disappearance are **enclosed**, which may be forwarded to the U.S. Court, if deemed appropriate.

Encl: As above.    *Respectful regards*

*(signature)*
**(Sohail Khan)**
Director General (Americas)

**Pl. Issue**
**Radio Officer**

8 14/X

Sohail Baitay—



EMBASSY OF PAKISTAN
3517 International Court, N.W.
WASHINGTON, D.C. 20008
Tel: (202) 243-6500

June 08, 2010

No.Pol-1/18/2010

The Embassy of the Islamic Republic of Pakistan presents its compliments to the US Department of State and with reference to its Notes regarding detention of Ms. Aafia Siddiqui at MDC Brooklyn New York has the honor to state that her detention and guilty verdict by the jury has generated intense public and media concerns in Pakistan. Her repatriation to Pakistan on health and humanitarian consideration prior to "sentence hearing" scheduled for August 16, 2010 would be prudent and would present a positive and more humane view of our bilateral relations. It will also help in improving the US public perception in Pakistan.

The esteemed Department of State may kindly consider "move to dismiss" the pending indictment against Ms. Aafia Siddiqui.

The Embassy avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.

The Department of State,
(Attention: Mr. Brent Hartley,
Director, Pakistan Desk),
Washington, DC.
Fax No.202-647-3:007



The Department of State refers to Diplomatic Note Pol-1/18/2010, dated

8, 2010, and wishes to inform the Embassy of Pakistan, in response to its

est regarding Ms. Aafia Siddiqui, that Ms. Siddiqui has been convicted by a

in U.S. federal court in New York on charges of attempted murder of U.S.

nals; attempted murder of officers and employees of the United States;  armed

lt;  use of a firearm during a crime of violence; and three counts of  assault of

ers and employees of the United States.  Ms. Siddiqui will be sentenced on

ust 16, 2010.  The Department of State does not interfere in criminal

ecutions and sentencing.  A criminal sentence is a matter for the federal courts

termine.

The United States can only transfer convicted persons to serve sentences in

r countries on the basis of international treaties pertaining to such transfer.  In

respect, the United States has joined two multilateral prisoner transfer

entions, the Council of Europe (1985) and the Organization of American

es (2001), which provide an effective multilateral legal framework for

olishing prisoner transfer relationships with interested countries.  Neither of

e multilateral conventions requires membership in the sponsoring

,anizations to join and would be open to Pakistan were it interested in establishing a prisoner transfer relationship with the United States.

The United States further notes that any decision concerning prisoner transfer in any particular case could only be made after such a relationship was established and all requirements of the relevant treaty were met.  Any individual case would still need to be approved for transfer by the Department of Justice and would have to satisfy a number of requirements, including concurrence by the Government of the United States and the Government of Pakistan, as well as by the convicted person.

Department of State,

Washington, July 12, 2010.

2



JUDGMENT SHEET

## LAHORE HIGH COURT, LAHORE

### Crl. Misc. No. 1071-H of 2009
(Syed Iqbal ~~Jaffari~~ Versus State etc)
JAFREE

Dates of hearing: 31.8.2009

Petitioner by: Syed Iqbal ~~Jaffari~~, Advocate.

Respondents by: Mr. Naveed Inayat Malik, Deputy Attorney General.
Shair Bahader Khan, Legal Advisor, Ministry of Foreign Affairs.
Mehar Malik Khattak, Deputy Secretary, Ministry of Interior, Islamabad.
Mr. Ehsan Ullah Batth, Deputy Chief of Protocol, Ministry of Foreign Affairs

**IJAZ AHMAD CHAUDHRY, J:-** This petition under section 491, Cr.P.C. has been filed with the prayer that the matter relating to the illegal detention of Dr. Aafia Siddiqui, may be referred to International Court of Justice, the statements of Haji Kamal Shah etc. be also got recorded and the petitioner be allowed to defend her case on his own expenses.

2.       Learned counsel for the respondents-Deputy Attorney General opposes this petition while raising questions of maintainability of this petition and contends that powers under section 491, Cr.P.C. can be exercised if the detenue is within the jurisdiction of this court, but admittedly Dr. Aafia Siddiqui had been

Crl. Misc. No. 1071-H of 2009
-:2:-

2009; that Government of Pakistan is following the case of Dr. Aafia and efforts are being made to reduce her difficulties during the trial; that on the recommendations of Muhammad Ali Siddiqui brother of Dr. Aafia Siddiqui, a panel of three lawyers has been engaged by the Government of Pakistan to defend her case; that the loyalty of the government is clear that they have allocated an amount of 2 million Dollars to pay the fee to the said panel, 5,000 Dollar each of the Attorneys and 5,000 Dollars have been kept to meet the administrative needs during the trial; that there is no question of referral fee and no referral fee has been paid whereas said 5,000 Dollars have been kept in ESCROW ACCOUNT according to the US Laws; that payment has been made with complete transparency to the lawyers engaged by the brother of Dr. Aafia Siddiqui; that Ministry of Foreign Affairs, Government of Pakistan is continuously making efforts to reduce the miseries to be faced by Dr. Afia Siddiqui during the jail as well as during the trial and the allegations leveled for the misappropriation of the said amount are false and may be rejected.

3.      Mr. Shair Bahadar Khan, learned Legal Advisor for Ministry of Foreign Affairs, Government of Pakistan supports the arguments advanced by the learned Deputy Attorney General and in addition to that has produced statements of the family members of Dr. Aafia Siddiqui that the Attorneys have been engaged on their request. Learned Legal Advisor for Ministry of Foreign Affairs further

Crl. Misc. No. 1071-H of 2009

-:3:-

International Court of Justice. He also undertakes to go to any avenue for the release of Dr. Aafia Siddiqui.

4.      I have heard the learned counsel for the parties and also gone through the documents attached with this petition.

5.      The first objection has been raised by the learned Deputy Attorney General and the learned counsel appearing on behalf of the Foreign Department that the petition is not maintainable as earlier Crl. Misc. No. 5-H of 2008 was filed by the petitioner for the same relief, which has already been disposed of and now the matter cannot be re-opened by this Court for the same relief. The judgment of the then Islamabad High Court, Islamabad dated 4.3.2009 has been placed along with the report and parawise comments. No doubt earlier habeas corpus petition was also filed for the same relief and direction was issued to the respondents for production of Dr. Aafia Siddiqui, a missing Pakistani national and the petition was disposed of with the following observations:-

> "13.   In view of what has been discussed above, this petition is disposed of with direction to Foreign Ministry to find ways and means, firstly through diplomatic channels for repatriation of Dr. Aafia Siddiqui and recovery of the minors and if they fail in their pursuit, examine filing of reference to the United nations."

It was also observed that **"Pakistan USA Treaty of Friendship and Commerce"** signed on 12th of November, 1959 empowers the Government of Pakistan to refer the matter to the International Court of Justice but the plea of the petitioner was not accepted and

Crl. Misc. No. 1071-H of 2009

-:4:-

However, no progress has been made in this regard by the Foreign Ministry so far in spite of elapse of a long period.

6.     Learned counsel for the petitioner has rightly referred to *'Pakistan Friendship and Commerce Treaty, with protocol, signed at Washington November 12, 1959,* as both the countries were desirous of strengthening the bonds of peace and friendship traditionally existing between them and of encouraging closer economic and cultural relations between their peoples and for establishing mutual rights and privileges of their citizens. For ready reference, Article 1 which has been referred by the learned counsel for the petitioner is reproduced as under:-

### ARTICLE 1

*"Each Party shall at all times accord equitable treatment to the persons, property, enterprises and other interests of nationals and companies of the other Party."*

### ARTICLE II

1.     Nationals of either Party shall be permitted, subject to the requirements relating to the entry and sojourn of aliens, to enter the territories of the other Party, to travel therein freely, and to reside at places of their choice. Nationals of either Party shall in particular be permitted to enter the territories of the other Party and to remain therein: (a) for the purpose of carrying on trade between the territories of the two Parties and engaging in related commercial activities; and (b) for the purpose of developing and directing the operations of an enterprise in which they have invested, or in which they are actively in the process of investing, a substantial amount of capital.

2.     Nationals of either Party, within the territories of the other Party, shall be permitted: (a) to enjoy liberty of conscience; (b) to hold both private and public religious services; (c) to gather and transmit material for dissemination to the public abroad; and (d) to communicate with other persons inside and outside such territories by mail, telegraph and other means open to general public use.

### ARTICLE III

1.     Nationals of either Party within the territories of the other

Crl. Misc. No. 1071-H of 2009
-:5:-

brought to trial with all convenient speed, with due consideration to the proper preparation of his defense; and (d) enjoy all means reasonably necessary to his defense, including the services of competent counsel of his choice.

## ARTICLE IV

1.    Nationals of either Party shall be accorded national treatment in the application of laws and regulations within the territories of the other Party that establish a pecuniary compensation or other benefit or service, on account of disease, injury or death arising out of and in the course of employment or due to the nature of employment.

2.    In addition to the rights and privileges provided in paragraph 1 of the present Article, nationals of either Party within the territories of the other Party shall be accorded national treatment in the application of laws and regulations establishing compulsory systems of social security, under which benefits are paid without an individual test of financial need; (a) against loss of wages or earnings due to old age, unemployment, sickness or disability, or (b) against loss of financial support due to the death of father, husband or other person on whom such support had depended.

## ARTICLE V

1.    Nationals and companies of either Party shall be accorded national treatment and most-favored-nation treatment with respect to access to the courts of justice and to administrative tribunals and agencies within the territories of the other Party, in all degrees of jurisdiction, both in pursuit and in defense of their rights. It is understood that companies of either Party not engaged in activities within the territories of the other Party shall enjoy such access therein without any requirement of registration or domestication.

## ARTICLE IX

1.    Nationals and companies of either Party shall be accorded within the territories of the other Party:

(a)    national treatment with respect to leasing land, buildings and other real property appropriate to the conduct of activities in which they are permitted to engage pursuant to Articles VII and VIII and for residential purposes and with respect to occupying and using such property, and

(b)    other rights in real property permitted by the applicable laws of the other Party.

2.    xxxxxxxxxxxx

3.    Nationals and companies of either Party shall be accorded within the territories of the other Party national treatment and most-favored-nation treatment with respect to acquiring, by purchase, lease or otherwise, and with respect to owning and

Crl. Misc. No. 1071-H of 2009

-:6:-

2.      With respect to nationals of either Party who are not resident within the territories of the other Party, and with respect to companies of either Party which are not engaged in trade or other gainful pursuit within the territories of the other Party, it shall be the aim of such other Party to apply in general the principle set forth in paragraph 1 of the present Article.

3.      xxxxxxxxxxxx

4.      xxxxxxxxxxxx

5.      Each Party reserves the right to (a) extend specific tax advantages on the basis of reciprocity; (b) accord special tax advantages by virtue of agreements for the avoidance of double taxation or the mutual protection of revenue; and (c) apply special provisions in allowing, to nonresidents, exemptions of a personal nature in connection with income and inheritance taxes.

**ARTICLE XXI**

1.      The term "national treatment" means treatment accorded within the territories of a Party upon terms no less favorable than the treatment accorded therein, in like situations, to nationals, companies, products or other objects, as the case may be, of such Party.

2.      The term "most-favored-nation treatment" means treatment accorded within the territories of a Party upon terms no less favorable than the treatment accorded therein, in like situations, to nationals, companies, products or other objects, as the case may be, of any third country.

**ARTICLE XXIII**

1.      Each Party shall accord sympathetic consideration to, and shall afford adequate opportunity for consultation regarding, such representations as the other Party may make with respect to any matter affecting the operation of the present Treaty.

2.      Any dispute between the Parties as to the interpretation or application of the present Treaty, not satisfactorily adjusted by diplomacy, shall be submitted to the International Court of Justice, unless the Parties agree to settlement by some other pacific means."

7.      From the perusal of this Article there is no need to follow the statute of the International Court of Justice. Article 36 of Statute of the International Court of Justice provides the jurisdiction of the court, which is reproduced as under:-

**"ARTICLE 36**

1.      The jurisdiction of the Court comprises all cases which the

fair trial which is the right of every accused under the law. It is directed that the said matter shall be decided within 30 days from the announcement of this judgment and copy of the decision shall also be supplied to the petitioner. The other issues raised in this petition do not come within the domain of habeas corpus and those also involve factual controversy, which cannot be resolved without recording of the evidence and this is not permissible.

10.    During the pendency of the main case, the petitioner also filed different petitions (Crl. Misc. No.2115-M-2009, Crl. Misc. No.2136-M-2009 and Crl.Misc. No.2190-M-2009) alleging therein that the Government of Pakistan had engaged three Advocates for the defence of Mrs. Aafia Siddiqui in USA and an amount of Rs. 2 Million Dollors was being paid to them and according to him it was being done only for the benefit of some high officials as there is practice that 99% fee is referred back and drama of paying the huge fee to the lawyers in America had been played only to usurp the said huge amount. According to the learned counsel such a huge amount has been paid in advance while preparing ante dated cheques as stays was issued by this court, which shows mala fide on the part of the concerned officials and their nefarious design whereas there is the procedure that the lawyers used to submit the bill for payment of fee after the each hearing of the case. On the other hand the stance has been taken on behalf of the Government through its representatives that the said lawyers have been engaged with the consent Muhammad Ali brother of Dr. Aafia



BissMillAW

IN THE HON. LAHORE HIGH COURT   FILED IN CHAMBERS PER Section 561-A
CrPC AND ARTICLES 194, 2A,3,4,5,37 , 227 of the CONSTITUTION

Lahore

## CRIMINAL ORIGINAL  93/201  0 + RELATED PRIOR CASES

In re:
JAFREE versus  SOHAIL KHAN AND OTHERS
And
Related cases regarding DR AAFIA SIDDIQUI

Annexure
IV - D

## SOS EPISTOLARY REQUEST  PER ART. 194 AND VALUES IN  PRIOR PAKISTAN USA TREATY OF FRIENDSHIP 1959 BY SYYED IQBAL JAFREE

Honourable Sir:  AOA:

1. You have seen that as I predicted on 19th instant, the Respondents have disobeyed court orders egregiously and palpably so. Sohail Khan (who cannot swim in it  if I were to spit in  a level playing-field that does not exist in Pakistan) ..your Lordship is referred to non-meritorious appointment/ *Haramkhore*-Patronage (KHAYANET-GALORE) prevailing in Pakistan .. concerning yesterday's BLUE AIR accident where some idiot directed the airplane to suddenly change course asking him to land from the Margala Hill Side ... an accident like that happened to PIA in Kathmandu some 2 decades ago). Sohail Khan HAS deliberately  not filed any answer as ordered by you on 19th. He has NOT written the Letter he was ordered (and he said in court he would) to write to Judge Brenner.

2. The Poor family of Dr AAFIA SIDDIQUI has been taken for a ride and now have lost all hope except in some Miracle by God ... Mr Haqqani (onthetake) and Sohail etc. do not and did not want justice for AAfia. As I mentioned  Sir Meon Nawaz SharrrReef  MA LLB GCMG started this trend in 1998 with my client MIR AIMAL KASI.

3. Today's news is that Aafia's so called lawyers (imposed upon the Family/ rejected by Dr AAFIA in open Court, she has suffered from Inadequate Assistance of Competent Counsels) after costing this poor Nation some $3 Million (26 Crores+) in fees/costs will ask for 12 years imprisonment sothat she dies in jail while being abused. Dr Fowzia, misled, did not take my advice.

4. As I said in open Court as respondents have betrayed Pakistan, obstructed justice/perverted due course of justice (Sohail Khan answering for Fake-Doctor Babar? Awaan is mockery of the century) .. I will now write to Judge Brenner direct (copy to US Attorney: who is from India I believe!() as an  Officer of this Court that much-maligned and abused Aafia was In fact brutally kidnapped and illicitly Renditioned by F BI/CIA/our Khufias-on-bountyhunt in 2003 and the cock and bull story concerning her is Entrapment asd that she has suffered from Entrapment and Obstruction of Justice. You noted that our Interior Ministry did not answer requests so that July 13 passes away. I will await for your directions if you differ with me, please, pronto. Time is ticking.

5. I will welcome and honour any directions. I never write any ex parte letter or communication .. if I name someone I send him a copy top controvert or hold peace... I sent copies of Federal Lies Submitted yesterday to Fowzia yesterda[y] Courier. I  do my best to be fair although I have to cut my nuclear family's stomach for this. Its not enjoyable...

6. Respectfully Ever,

... and Khitran
...ed / Barristers
...Lord Justice Ahmed Road
...quare, Lahore - 54000
...PAKISTAN
...-724-8518 or 578-6783
...6-4430 or 637-6668



Annexure  4 B