Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

United States District Court

**Southern** District of **New York**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 SEP 2010

Caption:
United States v.

Aafia Siddiqui

Docket No.: **08 Cr. 826**
Richard M. Berman
(District Court Judge)

Notice is hereby given that **Aafia Siddiqui** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [✓] **and sentence** (specify)
entered in this action on **September 23, 2010**
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]
Defendant found guilty by plea [ ]   trial [✓]   N/A [ ].
Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]
Date of sentence: **September 23, 2010**   N/A [ ]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Dawn M. Cardi, Esq. |
| Counsel's Address: | Dawn M. Cardi & Associates |
| | Two Park Avenue, 19th Floor, NY NY 10016 |
| Counsel's Phone: | 212.481.7770 |
| Assistant U.S. Attorney: | Christopher L. LaVigne, Jenna Dabbs |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212.637.2325 |