CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

CASE NAME: United States v.
Aafia Siddiqui

DOCKET NUMBER: 08 Cr. 826

COUNSEL'S NAME: Dawn M. Cardi, Esq.

COUNSEL'S ADDRESS: Dawn M. Cardi & Associates
Two Park Ave, 19th Flr, NY NY 10016

COUNSEL'S PHONE: 212.481.7770

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 SEP 2010

## QUESTIONNAIRE

[ ] I am ordering a transcript.
[✓] I am not ordering a transcript. Reason: [✓] Daily copy available [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
        (Description & Dates)

[ ] Trial: _____
        (Description & Dates)

[ ] Sentencing: _____
        (Description & Dates)

[ ] Post-trial proceedings: _____
        (Description & Dates)

I, CHAD L. EDGAR, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [✓] CJA Form 24

_____        9/28/10
Counsel's Signature                  Date

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

## ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature              Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.