**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

                                     08 Cr. 826

AAFIA SIDDIQUI,

                Defendant.

------------------------------------------------------------X


## SENTENCING PROCEEDING INVOLVING AAFIA SIDDIQUI
### HELD SEPTEMBER 23, 2010

O9N5sidS.txt
1

O9N5sidS              sentence
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    UNITED STATES OF AMERICA,
3
4            v.                        08 Cr. 826 (RMB)
4
5    AAFIA SIDDIQUI,
5
6                Defendant.
6
7    ------------------------------x
7
8
8                                      September 23, 2010
9                                      9:40 a.m.
9
10
10   Before:
11
11                  HON. RICHARD M. BERMAN,
12
12                                      District Judge
13
13
14
15
16
17
18
19
20
21
22
23
24
25

              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300
                                                        2

     O9N5sidS              sentence
1                          APPEARANCES
1
2    PREET BHARARA
2        United States Attorney for the
3        Southern District of New York
3    BY:  CHRISTOPHER LAVIGNE
4        DAVID M. RODY
4        Assistant United States Attorneys
5
5    DAWN CARDI
6    CHAD EDGAR
6        Attorneys for Defendant
7
7    SWIFT & McDONALD, P.S.
8        Attorneys for Defendant
8    BY:  CHARLES SWIFT
9
9    LINDA MORENO, P.A.
10       Attorney for Defendant
                    Page 1

09N5sidS.txt

```
10    BY:  LINDA MORENO
11
11    ELAINE WHITFIELD SHARP
12         Attorney for Defendant
12
13    ALSO PRESENT:   GEORGE COREY, NYPD
13                    JODY ALMODOVAR, NYPD
14
15
16
17
18
19
20
21
22
23
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

3

```
      09N5sidS              sentence
 1         (Case called)
 2         THE COURT:  We are here this morning for sentencing in
 3    this case and if you have spoken to any of the Judges in this
 4    district and anywhere else, I think they'll all tell you that
 5    sentencing is the most difficult task of being a Judge.  None
 6    of us takes any satisfaction or joy in incarcerating people,
 7    especially a woman of Dr. Siddiqui's intelligence, talents,
 8    opportunities and possibilities.  We all have families, as she
 9    does, and we appreciate how difficult it must be for them to be
10    separated.
11         My goal in this proceeding following the February
12    conviction as a result of a jury verdict on all seven counts
13    charged in the indictment is to achieve a fair and reasonable
14    sentence which meets the sentencing law criteria and
15    objectives, and that is also sufficient but not greater than
16    necessary to comply with the purposes of our sentencing law.
17         I expect, incidentally, that this sentence will take
18    some considerable time this morning.  I intend to be as
19    thorough as possible and to let everyone speak who
20    appropriately needs to speak.  I also intend to show you how
21    the sentencing law works and to clear up some issues in some of
22    the sentencing submissions that I received from both sides.
23    And also my purpose this morning is to include some context for
24    this sentencing relating to aspects of the case and the trial
25    and so that any of you who, whether you agree or disagree with
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

4

```
      09N5sidS              sentence
 1    the sentence, will have my perspective in one place, that is to
 2    say, in one transcript of today's proceeding.
 3         In sentencing a defendant following the Supreme
 4    Court's decisions in the Gall case, in the Kimbrough case, in
 5    United States v. Booker, among others, and also in decisions of
 6    the Second Circuit Court of Appeals in the Crosby case and in
 7    Regalado, the Court is aware of the following:
 8         First, that the United States sentencing guidelines
 9    are no longer mandatory; and second, the Court must and in this
10    case I have at least preliminarily, before coming out on the
```

Page 2

O9N5sidS.txt
11   bench today, considered all of the factors found in our
12   sentencing law which we refer to as 18, United States Code,
13   Section 3553(a), and I have done that for each of the seven
14   counts in the indictment.  And those factors that are set forth
15   in the sentencing law include the nature and circumstances of
16   the offense, the history and characteristics of the defendant,
17   the need for the sentence imposed to reflect the seriousness of
18   the offense, to promote respect for the law, to provide a just
19   punishment for the offense, to afford adequate deterrence to
20   criminal conduct, to protect the public from further crimes, to
21   provide the defendant with needed medical and/or therapeutic
22   care, educational or vocational training if that were
23   appropriate, or other correctional treatment in the most
24   effective manner.  And, in doing that, we look at the kinds of
25   sentencing available.  In this case the only sentence that is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

5

O9N5sidS                    sentence
1    available is a sentence of incarceration.  We look at the kinds
2    of sentence and the sentencing range established in the
3    sentencing guidelines even though, as I have said at the
4    outset, those are no longer mandatory.
5         Indeed, we typically start the sentencing analysis by
6    looking at what the sentencing guidelines propose.  We also
7    look at any policy statements issued by the sentencing
8    commission, we seek to avoid unwarranted sentence disparities
9    among similarly situated defendants, and finally to provide for
10   restitution which is not a factor in this case.
11        So, I will follow this procedure this morning.
12        First I'm going to give you some background,
13   particularly aspects of this case overall which inform the
14   sentencing including, among other things, which inform the
15   nature and circumstances of the offenses in this case and the
16   history and characteristics of the defendant.  And then after I
17   do that I will hear from the defense, including Dr. Siddiqui if
18   she wishes to be heard, and then from the government.  And
19   then, third, I will review the sentencing guidelines and
20   proposal for sentencing from each side and all the other
21   factors that I mentioned before at 18, United States Code,
22   Section 3553(a) which govern sentencing.  And you will see in
23   this case that there is disagreement between the parties, as is
24   often the case in criminal sentencing, as to what the
25   sentencing guidelines are and what the sentence to be imposed

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

6

O9N5sidS                    sentence
1    should be.  And then, fourth, I will impose the sentence.
2         So, let's start here.  Dr. Aafia Siddiqui the daughter
3    of a physician and social worker, is a 38-year-old citizen of
4    Pakistan who spent a significant portion of her life in Zambia
5    as a young child and later in the United States, as have other
6    members of her family including her brother who is an architect
7    and her sister who is a Harvard-trained neurologist.
8         As a college student she lived first in Houston and
9    then in Boston where she received an undergraduate degree from
10   MIT and a Ph.D from Brandeis University.
11        She was arrested and detained by the Afghan National
12   Police and officials of the Afghan Ministry of the Interior in
13   Ghazni Province, Afghanistan on or about July 17, 2008, along
14   with her 13-year-old son.  It has never definitively been
15   established why Dr. Siddiqui and her son were in Afghanistan at

Page 3

09N5sidS.txt

16    that time.  Speculation has ranged from the following, that,
17    one, that she was looking for Ammar Al Baluchi, who I
18    understand she is married to and who is currently being held,
19    along with his uncle Khalid Sheik Mohammed, at the United
20    States Base in Guantanamo, Cuba, on terror-related charges.
21    Other speculation is that she was on a mission to attack
22    Americans.  Another speculation is that she was there to
23    distribute documents instructing the Taliban how to make
24    explosives to destroy the foreigners and government Army.
25           Incidentally, I am not giving you the citations for
                   SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                    7
      09N5sidS                    sentence
 1    all of these factors that I am mentioning but this is all from
 2    the record.
 3           At the time that she was detained she denied that the
 4    child with her was her son.  DNA testing proved that the boy
 5    was her son.  She was also at that time in possession of, among
 6    other things, two pounds of sodium cyanide which is described
 7    in the presentence report as a highly toxic substance that can
 8    be weaponized and is poisonous even in small doses.
 9           She also had various documents in English and Urdu,
10    some written or copied by Dr. Siddiqui herself, and those
11    mentioned U.S. locations and/or landmarks such as the Brooklyn
12    Bridge, the Empire State Building, and they also mention
13    techniques for combat against the United States and for
14    biological warfare.
15           From the transcript of the trial we find this quote:
16    "They," one of the witness referring to the handwritten
17    documents, "clearly indicated types of attacks to include
18    chemical/biological attacks.  They indicated what appeared to
19    us as a target inside of the United States, targets
20    specifically in the New York City area."  Some of this material
21    was admitted into evidence at trial, principally as background
22    or as reflective of knowledge, motive or intent, opportunity,
23    preparation, plan and absence of mistake.
24           In short order, the Afghans alerted the U.S. forces
25    who were in the area which I think it is fair to characterize
                   SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                    8
      09N5sidS                    sentence
 1    as a war zone.  And they, in turn, assembled a team, among
 2    others, of U.S. officers and employees including Army special
 3    forces, FBI agents and others, and their interpreters, who went
 4    to the Afghan National Police compound to interview
 5    Dr. Siddiqui.  The American team met with what in my view can
 6    fairly be described as an odd Afghan-arranged scene in a
 7    crowded room in the police compound.  What I mean by that is
 8    unbeknownst to the Americans, Dr. Siddiqui had been left both
 9    unguarded and unrestrained behind a curtain dividing the room
10    even though she had already tried twice to escape from Afghan
11    custody.
12           The jury determined that, after U.S. Chief Warrant
13    Officer put down his weapon -- in a gesture incidentally of
14    cordiality and respect for the Afghans -- Dr. Siddiqui picked
15    up his M4 rifle which is described in the indictment as a
16    machine gun, she aimed it at the Americans and pulled the
17    trigger firing off several shots.  As she did this, she uttered
18    inferably in the same impeccable English that she has
19    demonstrated here in the courtroom, anti-American sentiments
20    such as, and these are quotes, "I want to kill Americans,"
                              Page 4

09N5sidS.txt
21  "Death to America," "I want to kill all you mother" -- you know
22  the rest, and "May the blood of something be on your head or
23  hands."She missed the targets but the Chief Warrant Officer did
24  not.  He shot her in the abdomen after a brave Afghan
25  interpreter named Ahmed Gul charged and helped to restrain
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

9

09N5sidS                    sentence
1  Dr. Siddiqui who put up a violent struggle with the M4 still in
2  her hands both before and after she was shot.
3          Dr. Siddiqui was removed from the compound by the
4  Americans including Special Agent Eric Negron and captain
5  Robert Snyder with whom she continued to struggle.  Negron is
6  quoted from the transcript of the trial as having said, "She
7  placed her hands on me, started to strike me, attempted to bite
8  me, scratch me," etc.  She was taken to the American hospital
9  base where she was treated and nursed back to health.  And
10  where, incidentally, she made certain statements which were the
11  subject of a separate hearing within the trial on January 28,
12  2010 at which the defense called Dr. Siddiqui to testify.
13          Within approximately two-plus weeks she was flown to
14  New York and shortly thereafter appeared here in the Southern
15  District of New York before Magistrate Judges Ellis and Pitman.
16  CJA attorney Elizabeth Fink was appointed her first counsel.
17  Ms. Fink would later be replaced at her own request by CJA
18  counsel Dawn Cardi and Chad Edgar, and they would be joined in
19  the defense by Attorneys Elaine Sharp, Linda Moreno and Charles
20  Swift who were retained by the government of Pakistan in
21  consultation, as I understand it, with members of the Siddiqui
22  family and according to a treaty to which the U.S. is a party.
23          On September 2, 2008 she was indicted on seven
24  separate counts or charges or crimes, each count being a
25  separate crime or offense and they included the following:
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

10

09N5sidS                    sentence
1  Attempted murder of U.S. nationals, attempted murder of U.S.
2  officers and employees, armed assault of U.S. officers and
3  employees, discharge of a firearm during a crime of violence,
4  and also three counts of assault of three different U.S.
5  officers and employees; Interpreter Gul, Captain Snyder and
6  Special Agent Negron.
7          She was, on February 3, 2010, as most of you know,
8  convicted of all seven counts charged in the indictment
9  following a two-week trial.  In this case jury selection was
10  completed on or about January 13 and 14, and opening statements
11  in the trial itself began on a Tuesday, January 19th.
12          Now, you should know that in considering these seven
13  counts for sentencing under our sentencing law we consider
14  Counts One, Two and Three and Five, Six and Seven as a group,
15  and we consider Count Four separately which, by law, needs to
16  be sentenced consecutively.  So, One, Two, and Three Five Six
17  and Seven are grouped together for sentencing analysis and
18  Count Four is a consecutive sentence.
19          After having appeared before two magistrate judges in
20  2008, Dr. Siddiqui refused to come to court voluntarily in the
21  fall of 2008 objecting to security searches by the Bureau of
22  Prisons.  She also complained that a Zionist conspiracy existed
23  and would prevent her from getting a fair trial.  Indeed,
24  during the course of the proceedings she said all I did say was
25  that Israel was behind 9/11.
Page 5

09N5sidS.txt
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

11

09N5sidS                    sentence

1     She also wrote to me, it should be noted, and these
2  letters are in the record that, and this is a quote, "I am not
3  inherently against Israelis or Israel or any other country or
4  people for that matter.  I have studied and lived in facilities
5  owned or run by Israeli-Americans for years.  I have never said
6  or did anything negative about Israel or Israelis and certainly
7  not about Jewish people or Judaism."  As Ms. Fink and
8  Mr. Raskin of the U.S. Attorney's office at the time agreed
9  that Dr. Siddiqui should be examined for competency to stand
10 trial, her absence from the court in the fall of 2008 was
11 excused by me.
12     At this point I want to talk a little bit about the
13 competency hearing because the mental health issues have been
14 raised again in this sentencing.
15     On consent of both parties, that is to say the
16 government and the defense, Dr. Siddiqui underwent an extensive
17 competency exam after having been transferred to the women's
18 prison at FMC Carswell in Texas for that purpose.
19     Dr. Siddiqui refused to cooperate in the competency
20 exam but enough information was gleaned by experts for both
21 sides to reach their respective conclusions.
22     Following the expert examinations, Dr. Siddiqui was
23 returned to New York City and a competency hearing was held
24 with the experts and the Court was able to assess
25 Dr. Siddiqui's demeanor in the courtroom along with the
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

12

09N5sidS                    sentence

1  testimony of the expert witnesses and to review exhibits which
2  were submitted.
3     On July 29, 2009, I issued a 36-page ruling finding
4  that Dr. Siddiqui was competent to stand trial and reflecting
5  that the defense had, in my judgment, not proven by a
6  preponderance of the evidence that she was incompetent.  And
7  that was based upon an extensive record which counsel had
8  developed.
9     The decision and order of July 29, 2009 along with the
10 other proceedings in this case is incorporated here in its
11 entirety including the conclusion that I reached in that
12 decision, among others, that this is most certainly a situation
13 where the defendant's political beliefs and perspectives blur
14 the line between mental health issues and political advocacy.
15     Now, I want to talk about the period 2003 to 2008, the
16 so-called gap years.
17     There is insufficient evidence in the record
18 conclusively to confirm all of Dr. Siddiqui's whereabouts
19 between 2003 and 2008.  According to the defense, Dr. Siddiqui
20 acknowledged that she went into it hiding in 2003 shortly after
21 a man named Majid Khan was arrested, allegedly a man she
22 offered to help by setting up a mail box on his behalf in
23 Baltimore, Maryland.  Khan is also one of the persons currently
24 detained at Guantanamo Bay, Cuba.  She stayed for some time
25 with the family of Ammar Al Baluchi whom, as I said I
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

13

09N5sidS                    sentence

1  understand she subsequently married and, to my understanding
Page 6

O9N5sidS.txt
2  but unsubstantiated, is married to today.
3       After Al Baluchi's arrest by the Pakistani
4  intelligence, Dr. Siddiqui apparently moved to Karachi.
5  According to the defense memo, she had claimed that a short
6  time after moving there a man named Abu Lababa issued a Fatwah
7  for her to do biological research in order to develop defenses
8  for her country should Pakistan be attacked by an enemy.  And
9  she did this for approximately six months.
10      She then apparently moved to Nazimabad and presumably
11  made trips from there to Afghanistan in search of Al Baluchi.
12  According also to the defense memo, Dr. Siddiqui's son has
13  reportedly said they were living with Dr. Siddiqui's mother
14  and, quote, she also intimated that Dr. Siddiqui met with what
15  appeared to be jihadists and that he believed they were on a
16  suicide mission in Shazni before the incident which is the
17  subject of this case.  Dr. Siddiqui's son is said to have made
18  some more recent statements which are at odds with the quote I
19  just gave you and I will discuss them in a minute.  During this
20  five-year period Dr. Siddiqui's first husband, Mohammed Amjad
21  Khan, allegedly claims to have seen Dr. Siddiqui on several
22  occasions including in 2003 and 2005, riding in a taxi in
23  Karachi, Pakistan.
24      None of these five-year references is referred to here
25  as a fact in evidence in this case.
               SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              14

   O9N5sidS              sentence
1       The Court also notes that Dr. Siddiqui was an
2  unindicted co-conspirator in the case of United States v. Uzair
3  Paracha.  The government in this case has noted that these
4  current charges, that is to say the seven counts for which she
5  was indicted and convicted against her, are not related to the
6  conspiracy at issue in the Paracha case.  Incidentally, the
7  charges in the Paracha case included conspiracy and the
8  substantive counts of providing material support and resources
9  to Al Qaeda, making or receiving a contribution of funds, goods
10  or services on behalf of Al Qaeda, and committing
11  identification and document fraud to facilitate an action of
12  international terrorism.  A judgment dated July 21, 2006, was
13  entered in this Court by Judge Scheindlin against Paracha after
14  he was found guilty and she sentenced him to a term of 30 years
15  of imprisonment.
16      In the defense sentencing submission, particularly the
17  letter dated July 13, 2010, from Dr. Barry Rosenfeld, a
18  clinical psychologist, there is mention that Dr. Siddiqui came
19  into some contact with radical elements while in Boston while
20  she was living there.  Dr. Rosenfeld mentions that while living
21  in Boston, Dr. Siddiqui had some interaction with extremists,
22  presumably groups that were affiliated with Al Qaeda and were
23  recruiting people for military training.  In his letter he
24  says, and this is a quote, there was an organization that was
25  aligned with Al Qaeda and involved in facilitating terrorist
               SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              15

   O9N5sidS              sentence
1  activities but Dr. Siddiqui was not able to sustain a
2  relationship with them.
3       There are defense allegations going back to the
4  assertions made first by Dr. Siddiqui's counsel Ms. Fink that
5  Dr. Siddiqui was intercepted while in a taxi in Pakistan on her
6  way to the airport with her children and taken into custody and
                        Page 7

09N5sidS.txt
```
 7   thereafter tortured.  And that is alleged to have occurred
 8   sometime in or around 2003 or thereafter.  There are defense
 9   allegations also that she was detained by Pakistanis and later
10   by Americans.  And it apparently has recently been reported,
11   that is to say in August of this year, that Dr. Siddiqui's son
12   said that -- has recently said that he and his mother were
13   detained and mistreated by American soldiers and people
14   speaking Urdu and Pashto.
15        I am aware of no evidence in the record to
16   substantiate these allegations or to establish them as fact.
17   Indeed, there is no credible evidence in the record that the
18   United States officials and/or agencies detained Dr. Siddiqui
19   prior to her arrest in July of 2008 after the incident
20   alleged -- the shooting incident alleged in this case.
21        A word about defense counsel.
22        On several occasions during the course of these
23   proceedings I have received written communications directly
24   from Dr. Siddiqui.  Some of those letters expressed
25   dissatisfaction with her counsel and her wish to fire them.  At
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

16

09N5sidS            sentence
```
 1   one point or another this sentiment applied to all of
 2   Dr. Siddiqui's counsel including counsel retained by the
 3   government of Pakistan.  On November 3, 2009, I conducted a
 4   hearing on this subject and before the hearing I received
 5   proposed written questions to ask Dr. Siddiqui at the hearing
 6   from both sides, and following the hearing I issued detailed
 7   findings of fact and conclusions of law dated November 10, 2009
 8   and I determined not to relieve Dr. Siddiqui's attorneys for
 9   the following reasons, among others:  (1) it was then on the
10   eve of trial; (2) there had been no significant breakdown in
11   attorney-client communications and counsel, particularly
12   Ms. Sharp, were communicating with Dr. Siddiqui at the time;
13   (3) neither Dr. Siddiqui nor her family had provided an
14   alternative proposal as to who would represent her; and (4) and
15   understandably, Dr. Siddiqui did not wish to represent herself
16   and appear pro se.
17        Now, the trial itself, just a few minutes.
18        This was a complicated trial, not necessarily because
19   of the charges in the indictment but because of issues that
20   were sometimes peripheral to the charges.  For one thing there
21   were security issues which need to be attended to in
22   high-profile cases.  This, among other things, was the subject
23   of a Court order dated January 25, 2010 which you can find in
24   the docket.  Despite precautions there was a serious incident
25   in Court in which a member of the audience allegedly made
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

17

09N5sidS            sentence
```
 1   inappropriate and threatening gestures to two jurors which
 2   caused me, after questioning the jurors, to excuse those two
 3   jurors and replace them with alternates and to exclude the
 4   audience member from further proceedings, and also caused me to
 5   refer the matter to the United States Attorney's office where
 6   it is currently pending.
 7        Second, there was the issue of Dr. Siddiqui's
 8   outbursts in the courtroom in front of prospective jurors and
 9   in front of the actual jurors during the trial.  These caused
10   the government to request that the defendant be excluded from
11   the trial and that we try the case without her.  Respectfully,
```
Page 8

O9N5sidS.txt

12    I concluded that that was not a good idea then or now and I
13    denied the request.  It would have made no sense, in my view,
14    to arrest a non-U.S., in this case Pakistani citizen in
15    Afghanistan, and transport her to New York City for trial and
16    then conduct a trial in her absence even though she, herself,
17    was the cause of the disruptions.
18         So, every day of the trial Dr. Siddiqui was given the
19    opportunity to be here in the courtroom and conduct herself
20    appropriately, which she clearly knew how to do.  And when she
21    was disruptive, which did happen from time to time, we made
22    adjustments such as removing her to a cell adjacent to the
23    courtroom where a TV had been installed and where she could
24    still, together with one of her attorneys such as Ms. Sharp,
25    view and listen to all of the proceedings.
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                              18

O9N5sidS              sentence
1          There was never a single moment when Dr. Siddiqui was
2    denied the opportunity to confront her accusers and when she
3    did not have the opportunity to participate in her defense or
4    in a public trial.  And she availed herself of that
5    opportunity.
6          Dr. Siddiqui engaged in the trial proceedings over the
7    objection of her counsel and following a hearing on January 28,
8    2010 Dr. Siddiqui elected to take the stand in her own defense
9    which was her right under our legal system.
10         On that same day, January 28, 2010 the defense counsel
11    called her as a witness in a separate hearing relating to the
12    voluntariness of certain statements she had made while
13    hospitalized in Afghanistan.  Among other things there was that
14    interchange between myself and defense counsel.  I said:  I was
15    proposing that she could do that -- meaning testify -- in her
16    trial testimony later on, and I would reserve decision about
17    this part, that is to say I was suggesting that if the defense
18    wanted to, instead of having her testify both during the
19    hearing and then later that afternoon during the trial, she
20    could do it once if that were easier.  And then I said, but if
21    you prefer and she prefers to testify now -- that was during
22    the hearing -- and then come back and testify again in the
23    afternoon during the trial, that's certainly agreeable to me.
24    Mr. Swift responded that:  I think we need to call her now.
25    Then I asked:  Is she ready?  Ms. Sharp responded:  Yes, I
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                              19

O9N5sidS              sentence
1    think she is.
2          The trial was completed, start to finish, within two
3    weeks with approximately 26 witnesses called live or by
4    deposition and it took one and a half days for jury
5    deliberation.
6          One final word I want to say about media in this case
7    and then I will turn to the counsel for the defense, to
8    Dr. Siddiqui, and to the government and hear from them.
9          All members of the press, domestic and foreign, are
10    welcome here and have been given full access to today's
11    proceedings and to the trial itself which began following jury
12    selection, as I said, on Tuesday, January 19, 2010.  There was
13    in fact some initial uncertainty about several members of the
14    non-resident press, about their credentials, because some of
15    those reporters did not have a New York City Police Department
16    press pass and because it had been our practice in the Southern
                           Page 9

09N5sidS.txt
17  District to look to the New York City police press pass as a
18  credential for this court.
19          That certainly didn't last more than a day or two, and
20  this is important to me.  There were never a day that any press
21  representative was unable to view and report on the trial
22  either in an overflow courtroom or here.  And on 90 percent of
23  all trial days, that is to say by no later than the second or
24  third day of trial, Wednesday or Thursday January 20 or 21st,
25  to be in this same courtroom which in fact they all were.
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

                                                            20
09N5sidS                    sentence
 1          So, let me take a moment now and turn to the defense.
 2  Before I do that, Ms. Sharp, maybe I should ask you this.  Have
 3  you had an opportunity to go over the sentencing materials with
 4  Dr. Siddiqui, particularly the presentence investigation
 5  report?
 6          MS. SHARP:  Yes, your Honor.  I did on July the 4th.
 7  She was in her cell.  She did not speak to me but I was able to
 8  speak to her and her ears were not blocked, however I did
 9  attempt to go over more recent submissions with Dr. Siddiqui
10  yesterday evening.  I was with her for an hour and a half and
11  she did not wish to hear anything about sentencing so she has
12  no information about more recent filings.
13          THE COURT:  Okay.  So, we have a lot of ground still
14  to cover in sentence and I will defer to the defense who wishes
15  to be heard at this time and/or Dr. Siddiqui, whatever order
16  you all think that would make sense.
17          MS. CARDI:  Your Honor, I am prepared to speak on
18  behalf of the defense.
19          THE COURT:  Okay.  And then we will turn to
20  Dr. Siddiqui after you speak, is that fair?
21          MS. CARDI:  Yes, your Honor.
22          In thinking about what I was going to say to the Court
23  today, this is one of the most difficult cases I have ever
24  experienced in my professional career.  It is difficult because
25  in many ways Dr. Siddiqui is an enigma.  I don't think at this
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

                                                            21
09N5sidS                    sentence
 1  time in history we really know what happened and what the truth
 2  is in regard to the life of Dr. Siddiqui.  I do know that I
 3  respectfully disagree with some of the fact-finding that your
 4  Honor has just related and I will address that in the course of
 5  my discourse.  But, I do know one thing -- we don't know what
 6  happened to Dr. Siddiqui.  We don't know what happened to her
 7  between 2003 and 2008.
 8          And while it is true that there are no facts before
 9  this Court to corroborate or to aid us in knowledge, the
10  government knows.  The government of the United States knows.
11  Do I think the prosecutor sitting at this table knows?
12  Probably not.  Do I think the agents sitting at this table
13  know?  Probably not.  But do I think that the CIA knows and
14  other government agencies know?  I believe they know.  And one
15  of the curious things about knowledge here is that when I came
16  onto this case I was asked to get top secret security
17  clearance.  And so I did that because it was my understanding
18  that it was required in order to properly defend my client.
19          It is not pretty to get top secret security clearance.
20  You really do open up your life in ways that one shouldn't have
21  to open up their life but I was willing to do that, to have
                      Page 10

O9N5sidS.txt

22  family and friends and others spoken to, because it was what
23  was required for my client.
24          So, I did that and I got top secret clearance only to
25  be then told by the government that there was no top secret
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                22

O9N5sidS                    sentence
1   security information that was relevant to my defense of
2   Dr. Siddiqui.
3           Now, historically we know that at some point in the
4   future it is very likely that we are going to get information
5   about Dr. Siddiqui, about what happened here, about what
6   happened to her. It is not going to come voluntarily from our
7   government, it is going to come through a FOIA application or
8   through the energies and efforts of the press. We are going to
9   learn about things that the government isn't going to admit to
10  today and hasn't admitted to. The government has not admitted
11  to secret prisons, they have not admitted to torture, and they
12  have not admitted to many things that through history we have
13  discovered.
14          What I do know is that we have a human being here
15  sitting before your Honor today. Her life is in your hands.
16  And it is my job and my actually honor to talk to the Court
17  about the human being, not the political person, not what
18  America wants to think of her politically, not what the
19  Pakistanis want to talk about her or think about her
20  politically. It is about Aafia Siddiqui and what happened that
21  day and who she is. Quite frankly, she's a woman who is a
22  mother but whose children were missing for years.
23          Just recently, after the conviction, her little girl
24  appeared at her sister's home in Karachi. Her son has given
25  all types of different statements, clearly a child who has been
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                23

O9N5sidS                    sentence
1   traumatized and God knows what he went through. And Sulemon,
2   her then six-month-old when she disappeared, is gone and no one
3   knows where he is.
4           I do know that during the course of my representation
5   of Dr. Siddiqui she has, and it has been related to
6   psychiatrists and prison officials, that she has feared talking
7   about those five years because of her fear and concern of what
8   would happen to her children. As a mother I understand those
9   fears. She would die rather than hurt her children. What has
10  that done to Dr. Siddiqui? I submit to you that what we have
11  learned about her, as your Honor has chronicled, has shown that
12  a once very promising young woman has deteriorated.
13          And while this Court has found that she is competent,
14  she is in fact suffering from mental illness and diminished
15  capacity. And that has been supported by not only the
16  psychologist we hired for the defense, but also her treating
17  clinician in Carswell, Texas.
18          Dr. Camille Kemky who testified, contrary to the
19  psychologists of the Bureau of Prisons and certainly testified
20  in a way that was not favorable for her professionally, that in
21  20 years of experience treating mentally ill people that it was
22  her professional people that Dr. Siddiqui was suffering from
23  schizophrenia. She said you can call it paranoid delusions,
24  you can call it schizophrenia, but that she was mentally ill.
25  And she stood fast on that position.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            Page 11

09N5sidS.txt
(212) 805-0300

09N5sidS                      sentence
1    Dr. Siddiqui's demeanor, the things she's talked about
2  during the trial, the outbursts, have all been often fairly
3  incoherent and if left to continue to speak, Dr. Siddiqui
4  becomes more tangential and more incoherent.  She suffers from
5  diminished capacity, that is clear.  She makes the -- her
6  decisions, in regard to how and whether to cooperate with her
7  counsel during the course of her defense, as Dr. Kucharski
8  said, is an indication of her delusions and her paranoia and
9  her fears.
10    This is not a simple case.  This is not a simple
11 person.  She's complicated.  You look at her life, you look at
12 her prior life before this incident, there is no indication of
13 violence.  She was not a violent person.  She was an abused
14 spouse, that is for certain.  She was beginning to show the
15 beginnings of her diminished capacity when she was studying.
16 And I believe that Dr. Rosenfeld recorded in an interview that
17 one of her associates who studied with her indicated that she
18 had started off as a promising candidate but her mental
19 capacities diminished and her ability to work and do the work
20 diminished, that she did not really seek the kinds of
21 professional jobs that she should have given her background.
22    And I need to say something about her background.  The
23 government has painted, yet again and repeated ceaselessly,
24 that she had a Ph.D in neuroscience.  And they used that to
25 make the leap that somehow she is someone who is capable and
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

09N5sidS                      sentence
1  knowledgeable about chemical warfare and could be of huge
2  assistance to some, again, unknown force because the government
3  has yet to prove that she has any relationship to Al Qaeda,
4  that somehow that neuroscience background has given her special
5  expertise.
6    Well, her neuroscience background, she wrote her
7  thesis -- she wrote her Ph.D on how children learn; cognitive
8  science.  She is not a biologist, she is not a chemist, and
9  there is nothing about her studies that indicate or have been
10 shown that she has any special expertise on chemical warfare.
11 In fact, if you read the writings that the government refers to
12 and the claims of all of the scientific information that she
13 has presented in her writings, we have the writings of a person
14 who is mentally ill.  There was no such thing as viruses that
15 can attack only adults and not children.  Hang gliders flying
16 into public buildings is hardly what anyone who is sane or
17 competent thinks can be an efficient form of a terrorist act.
18 I mean, we read her ramblings.
19    Dr. Kucharski points it out, Dr. Rosenfeld points it
20 out, we've pointed it out, I have asked the world to read what
21 she has written; it is incoherent, it cannot be corroborated as
22 good science, it is the writings of a woman who is mentally
23 ill.
24    And we can continue in this courtroom to pretend that
25 that's not true but it is true.  And so, I'm asking the Court
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

09N5sidS                      sentence
1  to consider some of this in making its decision about what will
2  happen to her for the rest of her life.  Dr. Siddiqui -- and I
Page 12

O9N5sidS.txt

3  really think -- I really think that the jury got it and I will
4  tell you why I think the jury got it, your Honor, because
5  despite the fact that she was convicted on all counts in this
6  case, the jury came back and said that she was not guilty on
7  premeditation.  And that's a curious verdict.  It is our
8  contention that it is not so curious given what they saw, what
9  they heard, and we believe it supports an underlying
10  corroboration of the fact that she didn't have the mental
11  capacity to have premeditation.  She was mentally ill and that,
12  to me, is significant, because the government spent two weeks
13  making their best arguments about her and her activities and
14  their allegations that she was a jihadist and that she was
15  someone who was going to harm the United States.
16      I mean, they didn't believe it.  What they believed is
17  she didn't pre meditate.  And let's talk about that because
18  that is really important and that's been ignored.
19      Dr. Siddiqui -- you look at all of the terrorist
20  cases, the cases where Courts have found that the terrorist
21  enhancement which allows the Court to sentence her to life, if
22  you look at all the acts in all of those cases and you see how
23  very different the acts in this case were, I mean, you have
24  case after case of long-term calculated planning involvement in
25  trying to harm the United States or to harm embassies abroad.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                              27

O9N5sidS               sentence
1  I mean, there is just a series of cases where the activities
2  are clearly calculated, premeditated, and planned.
3      I mean, we talk about the pocket letter.  We talk
4  about Dr. Siddiqui showing up in Ghazni Province.  Well, what
5  was she going to do in Ghazni province?  She was going to do
6  what?  Convert the Taliban?  Bring people into the Taliban?
7  Bring people into the terrorist organizations?
8      Well that, if she was going to do that, I submit to
9  you she would have brought documents and writings in Dari and
10  Pashto, not in Urdu and English languages that these people who
11  live in Afghanistan don't really understand.
12      So, I mean, was she just off that day?  No.  People
13  talk about her as wandering around Ghazni province kind of like
14  a bag lady because she does have diminished capacity and she
15  was carrying a bag and she was grabbed from the streets and all
16  she wanted to do was get away because she was afraid.  And she
17  tried to escape.  There is no question she tried to escape.
18  She tried to escape with the Afghans and she tried to escape
19  with the Americans and that was all she wanted to do.  She
20  didn't want death to America, she didn't want harm to America.
21  It didn't really matter who was there, what their nationality
22  was.  They could have been any nationality.  This woman was
23  petrified and frightened about being tortured, about being sent
24  to Guantanamo, about all kinds of things that I probably can't
25  imagine because I don't know what she experienced the previous

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                              28

O9N5sidS               sentence
1  five years.
2      Her fears -- she was a woman frightened, possessed,
3  upset.  She needed to escape and that's what happened.  She
4  didn't do a cold, calculating plan to come to Ghazni Province
5  to do damage and plan that damage and then plan to attempt to
6  murder these individuals who were in there on that day.  And we
7  know that and we know that because that's what the testimony

                            Page 13

O9N5sidS.txt

8    was.  We know that.  That's not what happened that day.
9              She had an opportunity, she wanted to escape.  She
10   grabbed an M4.  And I submit to you, your Honor, that she
11   grabbed the M4 but we don't know, the jury has said that and
12   has found her guilty of the attempted murder, but we do know
13   that in the significant action report recently released in the
14   wikileakia information that there was a Department of Defense
15   document which was not turned over during the trial and which
16   the government says they did not have and were not aware of
17   which says that she describes the incident as her reaching for
18   the gun and being shot by American forces.
19             Again, will we know what really happened?  We won't.
20   But it certainly is more consistent with what the defense has
21   said in regard to the forensic or lack of forensic evidence in
22   this case.
23             Clearly she was suffering from diminished capacity.  I
24   mean, that's clear.  She was afraid.
25             Your Honor, she -- you have to decide today, really --
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

O9N5sidS                        sentence
1    there are many legal issues.  Many.  There are sentencing
2    guideline issues, there are downward departure -- I mean, there
3    are departure issues, there are non-guideline sentencing
4    issues, but the most important issue is going to be what will
5    her sentence be.  Will she spend the rest of her life in a
6    prison in solitary confinement for 23 hours a day?
7              I don't know if you have seen the prison cell that
8    Dr. Siddiqui has been living in for the last number of years.
9              THE COURT:  I have.  I have.  I took a visit to the
10   Brooklyn facility.
11             MS. CARDI:  Right.  It is a small concrete cell block,
12   no light, no windows, a toilet, nothing on the walls.
13             Whenever I go to see Dr. Siddiqui I leave that prison
14   cell and think I would go mad being in that cell 23 hours a
15   day.  She's let out for one hour of exercise.  She is fed her
16   food through the cell.  It is a horrible, horrifying existence.
17   And so, when you think today about how many years you are going
18   to sentence her to, what we have to think about is she will be
19   under those very same conditions, if not worse conditions, for
20   all of the time that she will spend in prison.
21             Now, it is our contention, and we've provided it in
22   our documentation, that Dr. Siddiqui should only receive a
23   12-year sentence because that's what we think is appropriate in
24   this case given her lack of violent past, her lack of criminal
25   history, her mental incapacities, her -- the loss of her family
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

O9N5sidS                        sentence
1    and children, the conditions in which she will be held.  The
2    fact that we do -- no one can say today whether or not
3    Dr. Siddiqui will be rehabilitated.  We cannot predict.  No one
4    can predict rehabilitation.  No one can predict whether or not
5    she will get the proper medical and psychological treatment in
6    prison that will help her repair.
7              Yes, is she required to be incarcerated under our
8    system of law?  Yes.  No question about that.  No question
9    about the jury verdict, no question about that.  We are not
10   talking about her walking free after what has occurred here,
11   but we are talking about getting some sense of what is
12   appropriate.
                             Page 14

O9N5sidS.txt

13      I don't -- you know, we are going to look back at this
14  era in our country and we may very well say that fear was what
15  drove some of our sentences.  Fear.  And I think in this case a
16  great deal of what the government says has been its desire to
17  create fear; fear in our courts, fear in our society.  Fear.
18  And because of that fear they want Dr. Siddiqui to be sentenced
19  to life in prison when really, under the guidelines, her
20  sentence should be approximately 12 years -- 10 to 12 years
21  without these enhancements for the fear factor, the terrorist
22  enhancement, the now interpreting the attempted murder as first
23  degree attempted murder with premeditation so you can bump up
24  the guidelines even higher.  Fear.
25      The Courts -- the Sentencing Commission said, look,
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

O9N5sidS                    sentence
1   what Dr. Siddiqui did was wrong but attempted murder ordinarily
2   would be handled in that fashion.  That's what a fair sentence
3   would be for Dr. Siddiqui.  But, no, we want it to be more
4   because of fear.  And, your Honor, it is my submission that it
5   is, in some ways, in many ways irrational fear because there
6   has been nothing about what Dr. Siddiqui has said beyond the
7   incident that occurred that is in fact violent.  She comes into
8   this court and has often said I want peace, I want to make
9   peace between the Taliban.  If I could get Obama together with
10  the Taliban we could have peace.
11      This is not the voice of a jihadist.  This is not -- I
12  don't hear her talking anti-American sentiment.  She says I
13  love America.  Read her writing about why I am not a terrorist.
14  She isn't in here like, you know, the Times Square bomber
15  standing before a federal judge and pleading guilty and saying
16  I'm glad I did it, I would do it again.  I hurt women and
17  children in America like you are hurting women and children
18  abroad.  You have never heard that from Dr. Siddiqui.  Never.
19  And you won't because that's not who she is.
20      She is a woman who was caught in a situation, she
21  reacted.  Her reactions have changed her life forever but the
22  question is do we incarcerate her forever.  Do we keep her in
23  prison forever?  And I submit to you that she is not the kind
24  of defendant that we do that to.
25      Your Honor has a wide range here of where and how much
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

O9N5sidS                    sentence
1   you can sentence Dr. Siddiqui to, but if you sentence her to
2   life in prison it means that today at 38 years old you have
3   given up on her with all of the possibilities that she can be
4   treated and helped and repaired.  And I submit to you, your
5   Honor, that that is not a fair sentence, that that is not what
6   is required in order to do justice.  And that's really what you
7   are trying to do here and it is a tough job.  But what does it
8   take to do justice?
9       I submit to you that it is not just to sentence her to
10  life in prison.  It is not just.  And it is not just to throw
11  away the key to this 38-year-old mother.  It is just not.  She
12  hasn't done anything to deserve this Court throwing away the
13  key on her, giving up on her.  I mean, that is the beauty of
14  our system of justice in America which is a good thing, that we
15  do care about that.  You care -- I know you care about that.
16  You care about figuring out what is just and what is fair and
17  you wrestle with that, as we all do.  And I submit to you that
                        Page 15

09N5sidS.txt
```
18    in wrestling with that you cannot give up hope that she will
19    reform, that she will be rehabilitated, that she can go home to
20    her family in Pakistan where she will go after she leaves
21    prison.
22             THE COURT:  Here, Ms. Cardi, are two very fundamental
23    concerns that I have, and we will go through the legal
24    guidelines enhancements and mandatory maximums and all of that
25    which we will do that, but to address your points or your
```
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

                                                                    33
09N5sidS                    sentence
```
 1    concerns, two things that trouble me, among other things in the
 2    defense submission, are these.
 3             So, Dr. Rosenfeld and Dr. Kucharski, both of whom are
 4    respected clinicians, they both say in their opinions there is
 5    serious mental health issues here.  They don't, and no one has
 6    throughout this entire case, suggested any prognosis, any
 7    course of treatment, any course of medication if that's what it
 8    would take, which would repair or help to repair the conditions
 9    that they perceive.  And, as you know, of course there are
10    other government psychiatrists equally prominent and equally
11    trustworthy who say that there is no serious mental illness and
12    so they don't bother, of course, to suggest a course of
13    treatment because they don't agree with Rosenfeld and
14    Kucharski.
15             So, even accepting your premise that there are mental
16    health issues, there is no way, in the absence of a really good
17    prognosis or a good course of therapy or good course of
18    medication, there is no way that you could protect against what
19    happened on July 18, 2008 happening again tomorrow for whatever
20    reason you are saying that it happened.
21             And the second is that for whatever reason, and I will
22    acknowledge that she has her reasons, Dr. Siddiqui has never
23    cooperated with any mental health physicians or her attorneys
24    for that matter.  And that's her right.  You know, no one is
25    forcing her to do anything and she doesn't have to cooperate.
```
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

                                                                    34
09N5sidS                    sentence
```
 1    But, without that component, without that engagement or
 2    cooperation it is very unrealistic, it seems to me, to perceive
 3    that there could be rehabilitation or that there could be a
 4    different outcome than we have already seen.
 5             So, those are two -- there are others but those are
 6    two fundamental impediments to my coming to the conclusion that
 7    she can, is, or will be, rehabilitated.
 8             MS. CARDI:  Your Honor, if I may address them?
 9             Prison has certainly not been a good setting for
10    exploring treatment regimens as to whether or not Dr. Siddiqui
11    would cooperate with treatment.
12             I do know that -- and I want to address your Honor's
13    very, very specific question about how can we protect against a
14    repeat of what happened in Afghanistan.
15             THE COURT:  It is one of my concerns.
16             MS. CARDI:  Yes, and it is an important concern.
17             I think even with Dr. Siddiqui's suffering from her
18    mental illness, that was a unique event that was brought about
19    through circumstances that were really out of control and kind
20    of historically unique, and I think Dr. Kucharski points that
21    out in his report when he talks about her future.
22             It is not as if we have a mentally ill person who is
```
                              Page 16

09N5sidS.txt
23  going out into the street and going, and just at random, you
24  know, grabbing guns and harming people, shooting people,
25  hurting people.  We don't have that.  That's not what happened
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

35

09N5sidS                sentence
1   here.  We have a very unique set of circumstances and that --
2   and she addressed it in that way:  What will happen to her in
3   the future?
4           Again, that is true we can never predict what will
5   happen in the future, but what we do know is that that
6   likelihood of the confluence of circumstances is highly
7   unlikely.  And in all other aspects of her life there has never
8   been anything to indicate that she, herself, is a violent
9   person; that she is one who is going to, you know, shoot
10  somebody or harm somebody in this very way.  I mean, we may
11  differ about what her writings or political issues are or
12  whatever, her intellectual or those issues, but as a human
13  being there is nothing for us to indicate that this will happen
14  again because I don't think this confluence of circumstances is
15  very likely to happen again in her life.  That's number one.
16          Number two, as and I know --
17          THE COURT:  I don't really mean that she is going to
18  wind up in Ghazni, Afghanistan again and that she is going to
19  be arrested and that Americans are going to come.  I mean
20  behaviorally.
21          MS. CARDI:  Right, behaviorally.
22          THE COURT:  Something, life is going to unfold and it
23  seems to me crystal clear that the past behavior is predictive
24  of the future unless there is some intervention that is
25  successful.  None has been proposed in this case by the defense
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

36

09N5sidS                sentence
1   and absent one -- and none that might be proposed is there any
2   suggestion that Dr. Siddiqui would cooperate in it.  And
3   barring those two factors it strikes me that it is naive and
4   inconceivable that there is going to be a change or
5   metamorphosis or rehabilitation or whatever you want to call
6   it, absent those factors.
7           That's my opinion.
8           MS. CARDI:  But, your Honor, she has not exhibited any
9   violent behavior in any way over the years she has been
10  incarcerated.  In fact, she is a kind of a peaceful soul in the
11  prison system.  She does not, you know, she does not cause any
12  trouble, she's basically quiet, and she's -- so, we don't see
13  violence in her even with her mental illness and diminished
14  capacity.  Even if it were never to be treated, we don't see
15  her and I don't think the psychiatrist or psychologists see her
16  as a particularly violent individual in terms of future
17  violence.  I think that it is hard to know whether or not
18  Dr. Siddiqui, once she is sent to a facility -- and I am going
19  to ask, by the way, that she be sent to FMC Carswell.
20          THE COURT:  And I am going to grant that application.
21  I think that to the extent she has had some positive
22  environment since she has been here it has been there, so I'm
23  going to recommend that her incarceration be served at FMC
24  Carswell.
25          MS. CARDI:  And my hopes --
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300
Page 17

09N5sidS.txt

09N5sidS                              sentence
1        THE COURT:  And her brother also lives in Texas so I
2   think that that has a salutary effect.
3        MS. CARDI:  And my hope would be that they would be
4   able to assist Dr. Siddiqui over the course of these many years
5   because I believe 12 years is many years, 15 years is many
6   years, 20 years is many years, will be able to help her, repair
7   her in many ways.
8        But, even if your Honor's concern is will she be
9   rehabilitated, that's true of anyone who has committed
10  attempted murder.  Right?  I mean, you have defendants who
11  stand before you who have committed attempted murder, the
12  guidelines are this, you sentence them and you really don't
13  know at the end of their sentence and most people will serve
14  perhaps a 10 or a 12 year sentence for what she did without the
15  enhancements, just the sentence.  We can't predict whether or
16  not they'll go out and do it again but we have a system of
17  justice that says that's not really what it is about.  We
18  understand that there are, for certain crimes there is a finite
19  amount of time that is fair and just.  We can't hold you
20  because we think you might do it again, we can only give you
21  the sentence that we think is fair and just.  And then the
22  question becomes whether or not people are rehabilitated or
23  they're not.  And as you and I both know, people recidivate and
24  they come back and other people never come back again.
25       I mean, the prediction, given the fact that I think
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

09N5sidS                              sentence
1   this was a unique set of circumstances, it is highly unlikely
2   that Dr. Siddiqui will ever attempt to murder anyone again.  It
3   is very likely that at the end of her sentence she will go back
4   to her family, she will be quite a bit older and probably quite
5   a bit calmer and hopefully better, and we don't know what her
6   life will be like but hopefully she will be reunited with two
7   of her thee children, hopefully her family will care for her.
8   I think it is unlikely.
9        But if we say that because what she did in Ghazni
10  Province means she never gets to go back to her family, she
11  never gets out because maybe she might do it again I don't
12  think is fair to Dr. Siddiqui.
13       Now, did you have a second question, your Honor?
14       THE COURT:  No.  I don't know -- those are some of my
15  concerns.  I think we do need to go through -- I do, anyway,
16  all of the enhancements, consecutive --
17       MS. CARDI:  So, your Honor, I'm going to just end,
18  because I know we are going to go through the legal aspects of
19  this case, I'm going to end by saying that it would be, in my
20  view, extremely Solomonic of you to not sentence Dr. Siddiqui
21  to life in prison but to come up with a sentence that is fair
22  and just and protects and does all the things that the
23  sentencing guidelines and justice requires but allows
24  Dr. Siddiqui the hope of living her life outside of prison back
25  with her family in her home, that you not send her away forever
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

09N5sidS                              sentence
1   because forever is a really -- it is a death sentence for her.
2   And that's what it is.  And she does not deserve a death
3   sentence in this case.
                        Page 18

O9N5sidS.txt
```
 4        Thank you, your Honor.
 5        THE COURT:  Thank you.
 6        Dr. Siddiqui?
 7        THE DEFENDANT:  I want to hear what they have to say
 8   because then you won't give me an opportunity a second time.
 9        THE COURT:  Okay.
10        THE DEFENDANT:  I'm sure they'll have stuff that I
11   don't agree with.
12        THE COURT:  That's fair.  So, let's hear from the
13   government and then we will hear from the Doctor.
14        THE DEFENDANT:  Thank you.
15        THE COURT:  You bet.
16        MR. LAVIGNE:  Thank you, your Honor.
17        I want to address as much of what Ms. Cardi said as I
18   can.  I'm not going to address all the points but the first
19   point I want to address is this idea that the government is
20   trying to create fear.  We are not trying to create fear, we
21   are presenting the facts.  That's what we did with the jury and
22   that's what we have done in sentencing.  And the fear that was
23   established in that case was on July 18, 2008, when Aafia
24   Siddiqui took an M4 rifle and pointed it at members of the
25   interview team.  These are individuals who were and are serving
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O9N5sidS                    sentence
```
 1   this country, one of whom, one of the victims is right here in
 2   court, Special Agent Erik Negron.
 3        The Court had the chance to hear from these victims
 4   and they and the Court heard directly from people who were in
 5   the line of fire and who that gun was pointed at, that's the
 6   fear that was injected in this courtroom.  It was their fear.
 7   It was Captain Snyder saying he was looking down the barrel of
 8   a loaded gun and thought he was going to die.  It was Medic
 9   Dawn Card saying the same thing, she thought she was going to
10   die and then, afterwards, describing the angst she felt in
11   treating a woman who moments before had tried to kill her.  It
12   was Special Agent Erik Negron seeing two hands and a gun
13   pointed out from behind the curtain and then struggled with
14   Aafia Siddiqui after he had been shot repeatedly --
15        THE COURT:  After?
16        MR. LAVIGNE:  After she had been shot repeatedly
17   hearing her scream, "Death to America," "I want to kill
18   Americans."
19        That's the fear in this case.  That's what this case
20   is about.  That's what the jury found.  The jury found Aafia
21   Siddiqui guilty of these seven counts in the indictment.
22   That's what we know, those are the facts.
23        We also know about these documents we have talked
24   about, which are relevant, because this is not some random act.
25   This is an act that was consistent with thoughts and documents
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O9N5sidS                    sentence
```
 1   that were recovered from Aafia Siddiqui the day before.  And
 2   there is obviously disagreement about what those documents mean
 3   or what they show.  And Ms. Cardi is a great lawyer and she is
 4   representing her client but I submit to you, Judge, that those
 5   documents are clear on one thing:  The United States is an
 6   enemy, was an enemy of Aafia Siddiqui.  And those documents are
 7   replete with references to the fact that the United States is
 8   an infidel, the United States is an enemy, and they discuss
```

09N5sidS.txt
```
 9   various ways to attack the United States.
10        Those documents speak for themselves and they're
11   consistent with the acts she committed on July 18th, 2008.  And
12   those actions also are consistent with the statements she made.
13   The statements she made to the Afghans the day before she was
14   apprehended and the statements she made before, during, and
15   after that shooting.
16        So, I submit, characterizing this event as something
17   that was brought on by or caused by mental illness in a tense
18   situation is not accurate.  On that day Ms. Siddiqui, the
19   bottom line is she saw her chance and she took it and she acted
20   consistently with thoughts that were expressed in writings and
21   in statements she made.
22        The other point I want to address is, you know, there
23   has been a lot of talk about mental health in this case.
24   Ms. Siddiqui has been diagnosed and evaluated by a number of
25   physicians.  Obviously there are different views on that by
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

09N5sidS                    sentence
```
 1   recognized professionals.  The Court has had the chance to hear
 2   directly from three of them and the bottom line is at the time
 3   of the competency hearing almost everyone agreed that while at
 4   Carswell, her mental health improved.  And I know the Court is
 5   recommending she be sent to Carswell but that's one way to
 6   alleviate some of the issues that Ms. Cardi has highlighted.
 7   And, we submit, based on our expert's report, that Ms. Siddiqui
 8   is not suffering from significant, major, mental illness.
 9        But the idea that rehabilitation, which Ms. Cardi
10   referenced as to how this is all related, that is obviously a
11   purpose of sentencing, it is in 3553(a).  It is an important
12   part of your job, Judge, it is an important part of doing
13   justice, we recognize that, but there are other aspects of
14   3553(a):  Protecting the public, providing just punishment.
15        And, again, this goes back to the fact that this act,
16   this crime -- it was horrific in its intent.  There is no way
17   to describe it, no other way to describe it, rather.  A
18   catastrophe was averted and, again, the Court heard from the
19   victims of this crime about what they were feeling.  And the
20   Court has an obligation to protect the public and to punish
21   this conduct.  And the guidelines -- I'm not going to get into
22   those now, but our view of the guidelines which we believe is
23   an accurate application of them recognizes this.  The
24   guidelines say an offense like this in terms of who the victims
25   were, why they were targeted, in terms of the purpose of the
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

09N5sidS                    sentence
```
 1   act, that provides for a life sentence and we believe that's
 2   consistent with 3553(a) in terms of protecting the public and
 3   deterring similar conduct.
 4        One factual point I want to make is the PSR does
 5   reference a handful of incidents by Ms. Siddiqui but there has
 6   been at least one instance that I'm aware of off the top of my
 7   head around September 2008 where Aafia Siddiqui tried to bite a
 8   prison guard during the course of a medical evaluation.  I
 9   mean, you know, we need to keep in mind and go back to the
10   underlying circumstances of this offense.  And the guidelines
11   reflect and they're certainly not binding, we are aware of
12   that, but they reflect the severity of this by suggesting a
13   life sentence and we submit here that sentence is appropriate.
```
Page 20

O9N5sidS.txt

14          I am happy to address any other questions that the
15    Court may have.
16          THE COURT:  I do have one for you in a minute but when
17    you finish then we will hear from Dr. Siddiqui, but I am going
18    to go through the guidelines and the various interpretations of
19    them by the government, by the defense, by the probation
20    department and then my own interpretation, and I do intend to
21    go through, to the extent I haven't already and I have touched
22    on some of the criteria under the statute, but each of the
23    criteria under 18, United States Code, Section 3553(a) and
24    apply them to this case.
25          The one question I do have for you is that Ms. Cardi
                   SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                    44
      O9N5sidS                   sentence
1     made reference to the fact that the government knows what
2     happened in the 2003-2008 period and I just want to reiterate
3     what I said in my opinion:  I'm aware of no evidence in the
4     record to substantiate these allegations or to establish them
5     as fact.  This is the so-called disappearance and torture, etc.
6     And then I said there is no credible evidence in the record
7     that the United States officials and/or its agencies detained
8     Dr. Siddiqui prior to her arrest on July 20, 2008 after the
9     shooting incident in this case.
10          That's my opinion.  What is your response to Ms. Cardi
11    and, also, could you also discuss the action report that she
12    referred to.  It is part of the record incidentally also, it is
13    on the docket.
14          MR. LAVIGNE:  Your Honor's understanding is consistent
15    with ours and that's also been the subject of filings we have
16    made which I'm not going to go into but that is our
17    understanding as well and any allegations to the contrary are
18    baseless.
19          THE COURT:  What about this special action report that
20    Ms. Cardi referred to, the document that was recently
21    declassified?
22          MR. LAVIGNE:  Your Honor, the significant action
23    report is a document, it is not intended to be a full and
24    complete recitation of the facts.  It does not specifically say
25    that Aafia Siddiqui fired the gun.  It does say -- I don't have
                   SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                    45
      O9N5sidS                   sentence
1     it in front of me -- I believe that she picked it up, pointed
2     it at investigators and shot in self-defense which is
3     consistent with our theory.
4           As to whether the gun was fired, the Court had the
5     chance to hear from six different eyewitnesses who testified
6     under oath, and we submit credibly, that that in fact occurred,
7     that that's what they saw, and three witnesses who heard what
8     happened who, in sum and substance basically heard an M4 shot
9     or shots followed by 9 millimeter shots.
10          THE COURT:  That's what the jury believed.
11          MR. LAVIGNE:  Yes, Judge.
12          THE COURT:  Okay.  All right.  Thanks.
13          Dr. Siddiqui, would you like to be heard now?
14          THE DEFENDANT:  Sir, do you want to give the
15    guidelines, whatever?  Because then I won't have a chance to --
16    I can wait until the very end as long as you give me a chance
17    to just clarify some things.
18          THE COURT:  Absolutely.  You can speak now.  You can
                           Page 21

09N5sidS.txt
```
19  speak later.  You can speak both times, if you like.  I'm
20  leaving it up to you.
21           THE DEFENDANT:  Can I --
22           THE COURT:  It is your sentence.  It is obviously of
23  crucial importance to you and I'm happy to hear you out.
24           THE DEFENDANT:  Actually, it is not, but I already
25  mentioned that to you, that it is not of crucial importance,
```
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

                                                                46
09N5sidS              sentence
```
 1  but just for the -- if you will allow me, there is something
 2  really major I could mention it later too then I can say a few
 3  words now.
 4           THE COURT:  Okay.
 5           THE DEFENDANT:  Is that okay.
 6           THE COURT:  That's fine with me.
 7           THE DEFENDANT:  By the way I didn't know that I was
 8  going to get --
 9           THE MARSHAL:  Stay seated.
10           THE DEFENDANT:  Oh, sorry.
11  From here?
12           THE COURT:  Sure.
13           THE DEFENDANT:  I just wanted to -- I haven't taken
14  any notes or anything but -- and I didn't know I was going to
15  get to say anything, so.  I was planning on sleeping.  But,
16  anyway.
17           THE COURT:  Okay.  Do you want to collect yourself?
18           THE DEFENDANT:  No, no, no.  I'm fine.  I'm fine,
19  thanks to God.  When I want to speak the truth, I mean whatever
20  I say will be a benefit to whoever who wants to listen.  You
21  know?
22           I just wanted to just touch on a few things that were
23  mentioned.  There were too many things, by the way, that I
24  don't agree with that are not true, but I'm just going to touch
25  on the things that will affect, in my humble opinion, the lives
```
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

                                                                47
09N5sidS              sentence
```
 1  of a lot of people because, as I just said to the Judge, it is
 2  not of crucial importance to me where I spend the rest of my
 3  life.  I don't believe he is in charge or they are, or they
 4  are, or even I am, it is God.  And I'm very happy and content
 5  with his, the way he is treating me.
 6           I am not being tortured in prison, that's one thing,
 7  at MDC.  This is a myth, a lie, and it is being spread among
 8  the Muslims and I have a big problem with that.
 9           I have not written any letter why or any letter,
10  period.  The only letter I tried to send out -- I'm clarifying
11  this because these are issues that are emotionally disturbing
12  people overseas and I do not want a war between, you know,
13  people who have been misinformed overseas about my case and
14  because they know I'm innocent.  I am.  I do not agree with any
15  of the charges that I have been -- whatever, and I'm going to
16  go over that.  But, as I said, what affects more people comes
17  first in my humble opinion.
18           So, I just wanted to clarify that I have not been
19  writing to anybody.  People have sent me cards, sympathy
20  letters, whatever.  They're all strangers.  I do not know
21  anybody other than my brother sends me cards which only say how
22  are you, whatever, nothing -- I mean, post cards, but I never
23  even reply to him.
```
                            Page 22

09N5sidS.txt

24        I did try to send three letters; of those one of them
25   got returned to me and the other one I sent, tried to, from
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                                48

09N5sidS                    sentence
1    MDC, sent it certified with a return receipt but I never got a
2    return receipt so I assume they never sent it out.  And the
3    problem with that is that now I have got some information,
4    there is a major problem with the chief of intelligence at MDC.
5    That is the person who is responsible for if there is any truth
6    in the rumors of torture and his name is Mr. Desmond.  I'm
7    going to throw it out because I have very credible information
8    that I have been desperately trying to give to the FBI but they
9    won't let me.  That man is involved in planning attacks against
10   the U.S. and there is a lot of other information I have.  It is
11   concrete, it is coming from inside sources.  When I say -- and
12   I thank you, Judge Berman.  I really appreciate that you did
13   quote what I wrote to you.  I am not against Israel.  For the
14   sake of God, I am not against anybody, period.  But, here is
15   the issue:  I have been forcefully brought here.  Whatever.
16   You know, it is not my doing.  But if there is things happening
17   under my nose that will harm America and I know about them,
18   there are people who are assigned to do all kinds of crazy,
19   ridiculous things to me so that they can make a big war.
20   That's part of the whole game.  And if I get some solid proof
21   from them, if they own up in front of me that, yes, they did it
22   and would they, you know, help me and they don't like what is
23   going on and they would want to work with me to stop any
24   attacks against America, you know, if God is doing all of this
25   to me I'm a human being and I have a background of being a
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                                49

09N5sidS                    sentence
1    social worker.  My mother was one and I was her assistant,
2    whatever you want to call it.  So, I have a lot of experience
3    in that.  I can't be passive on these things.  Would you?  If
4    you knew there was going to be a catastrophe in the U.S. would
5    you not do anything to try to prevent it?
6          So, I just have to mention certain things sometimes
7    and that is where I have to mention the State of Israel.  You
8    can call it a political statement or not, it has nothing to do
9    with politics, it is a humanitarian problem.  You know, if you
10   want to fight a war that's all I say, fight it yourself.  Don't
11   misinform the Americans playing this misinformation game and
12   make people fight who are not going to fight.  And I know this
13   from my history, from secret prison where I was kept.  They
14   don't want to acknowledge it, I'm not getting into that.
15         I have just said one thing all along.  If anybody
16   thinks it is my paranoia or whatever, I'm not paranoid.  I'm
17   not mentally sick.  I do not agree with that.
18         There is a very simple way, if anybody wants to do it
19   for fun I can give you hundreds of names but I don't want to be
20   doing this, I'm just doing this because I'm stuck in this
21   country here and I can't bear to see the humanitarian disasters
22   looming using my case by spreading this misinformation.
23         I want to just say one thing, that you can genetically
24   test people because when people are out there trying to make
25   trouble between countries on that scale, they don't want to
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                                50

Page 23

O9N5sidS.txt

O9N5sidS                    sentence
1    come out openly and say this is me.  They hide their identity.
2    And this is a problem.  I know it like -- and it is so easily
3    verifiable, all you need to do is do a simple DNA test to test
4    the pedigree of a person.  I mean, you can do it for your pet
5    dog on the internet.  So, all the data is available.  Anybody
6    with any background can do this.  Do it for fun if you want to.
7            And this is where you can verify whether, if there is
8    a certain person who I know is up to no good and they're
9    pretending to be a Hispanic when I know they're not; well, I am
10   saying that and I am opening it to everybody and Americans must
11   do this because this is the root cause of the war.  The wars in
12   Afghanistan, and I happen to have been incarcerated there for a
13   long time, I have talked to the American soldiers in Bagram
14   where I was treated.  I know that the Christian Americans --
15   sorry, here is a problem.  In prison -- most of my
16   teeth are not my own.  I got beaten many times and shortly
17   before they transferred me to Ghazni they gave me some
18   artificial teeth because they wanted to send me off on a
19   mission but that never happened.  Their plan sometime -- I
20   don't know what.  It just got messed up and I don't know what
21   happened.  I mean, you know, got re-arrested, whatever.  But,
22   so sometimes they fall off when I'm talking, the teeth, because
23   they did a very bad job but I can eat and, you know, and if I'm
24   not covering my face I don't look like a 110-year-old without
25   teeth.
                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

51

O9N5sidS                    sentence
1            So, because they wanted me to claim that I went to,
2    was in Pakistan and all that and I did make those claims
3    because they said we will give you back your children.  And I
4    was, you know, at that time all that I was thinking was my
5    children.  So I'm just giving you some digression on this so
6    you understand.
7            Okay.  Getting back to what I was saying about why I
8    make these statements sometimes which may be interpreted as
9    political statements, it is more from a humanitarian point of
10   view because I cannot bear to see this; that here is
11   somebody -- and I'm not saying that all Israelis are involved.
12   Maybe, you know, maybe -- Judge Berman said it all, I wrote it
13   and I'm not going to repeat it for the sake of time, I have
14   good relationships with them.  And I wish, you know, to
15   continue that.  But there is definitely a certain element among
16   them who are doing this and they're making big wars.
17           Look at America.  I mean, it bothers me.  And I have
18   worked with war victims in Bosnia and recently I was given a
19   book at MDC about Burundi and Rwanda and that conflict and how
20   a survivor had escaped.  It was a wonderful book but, oh my God
21   the massacre it is just, you know, it is heart rending.  I
22   don't like war.  I really truly don't.
23           The only letter I mentioned I tried to send out was to
24   the Dallas Peace Center because they send a newsletter that I
25   was given in the mail.  And I thought here is somebody who is
                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

52

O9N5sidS                    sentence
1    lobbying for the truth who doesn't want war.  So, that's what I
2    want, that's what I've been doing.  So, I tried to write to
3    them but that letter never went out.  And the other one I was
4    given the wrong address and so it got returned.  I mean -- and
                              Page 24

O9N5sidS.txt

5   the person to blame is the person who is in charge of my, you
6   know, phone calls and mail and all that and I gave you the name
7   already.
8           And that person will do it because that person is one
9   of those people who are up to no good.  And I am saying this
10  because I have too much proof to back it up.  And that person
11  also has links to the secret torture cells and I can tell you
12  how they do it if anyone wants to know.  It is not the subject
13  here, I won't into it without the officials finding out but, I
14  mean, it is going on.  A lot of things are attempted at MDC on
15  me.  The bosses don't even know but God protects me so why do I
16  complain.  I don't.
17          THE COURT:  Am I right that you had a better
18  experience FMC Carswell?
19          THE DEFENDANT:  Sir, it was different.  I will not say
20  better or worse.  It was definitely very different but I'm not
21  going to say better or worse.
22          THE COURT:  Okay.
23          THE DEFENDANT:  It was just different, a whole
24  different world, put it that way.
25          But, I don't complain.  I mean, I'm happy, thanks to
                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

53

O9N5sidS                    sentence
1   God.  In fact, the psychology department at MDC, which I
2   regularly talk to and this is not correct to say that I do not
3   cooperate with psychologists; no, I do.  But certain
4   psychologists who I know lie because they are being paid big
5   money to do so or just give what their opinion is like the one
6   hired by the defense, I will not talk to them.  But if I know
7   that they're honest, I will talk to them.
8           Dr. Kemky, by the way, and I wish she was here in
9   front of me, I swear to God, I even said this in testimony, she
10  told me I have post-traumatic stress disorder.  But she
11  admitted and she was trying with tears.  She was a very weak
12  person but a very good doctor, very good person.  Dr. Kemky,
13  she said I am under tremendous pressure to not say that but I'm
14  going to say what I have to in court.
15          I mean, I don't blame her for saying that I have
16  schizophrenia or whatever.  I did have it, post-traumatic
17  stress disorder what they call it.  And obviously if you have
18  been tortured in prison for over years and then the head of
19  intelligence who is put in charge of all your affairs at MDC is
20  doing their best to psychologically torture you again, you know
21  that the post-traumatic stress will trigger and you will -- I'm
22  not going to go into the details of that disease but now,
23  thanks to God, I do not have it.  And that does not make a
24  person mentally insane.
25          Are people following what I'm saying?  Because I'm
                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

54

O9N5sidS                    sentence
1   trying to say too many things in too little time.
2           THE COURT:  No, no.  I think they are.
3           THE DEFENDANT:  Okay.  Good.
4           THE COURT:  Did you want me to talk about the
5   guidelines and then you can speak again after that?
6           THE DEFENDANT:  I just want to -- so the mental health
7   issue I do not -- I respectfully completely disagree with the
8   defense on that.  No, I am not mentally sick, schizophrenia.
9   Excuse me.  No way on earth.  I don't have any mental sickness
                        Page 25

09N5sidS.txt

10  and I think anybody who attended the trial and heard me testify
11  there can bear witness to that.
12          Secondly, no, I'm not anti-Israel but, yes, I have
13  said that they masterminded 9/11 and I have proof of that.  Now
14  I am saying that there are attacks being planned against
15  America, big wars being planned and they are involved in it.
16  Stop it, please.  Don't do it.  You know?  That's all I ask of
17  them.  And if you are -- if you happen to be acting as a
18  Hispanic or Caucasian when you are not and if I am saying,
19  well, such and such person is up to no good, for heaven's sake
20  somebody loyal to America check them out.  Check their genes.
21  You know?  If I'm right or wrong, if I'm paranoid or not,
22  whatever, it is a complete test to give them.  And I have to
23  say this, this may be my last opportunity to say it because
24  America really -- Americans really, really need to wake up to
25  the domestic problems.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

55

09N5sidS                    sentence
1           I was not allowed to talk to the FBI for three months.
2   I have been begging everybody at MDC because of the reason the
3   warden and them are, you know, those people.  And even now my
4   case is not there today, as is expected.  You know?  They don't
5   want me to talk.
6           If I was a criminal, in my right mind would I be
7   begging to talk to the FBI?  And I'm saying this in front of
8   everyone.  I want to talk to them.  And I named the people, the
9   only people I know who don't lie.  Okay?  Because there were
10  several FBI people who came here during the trial, Angela
11  Sercer, who was talking to me in Bagram but she never told me
12  she was FBI.  So, I regurgitated what my captives have fed me
13  when I was in secret prison because I thought this was a game
14  to get my kids back but this was a plot.  Understand?  Is that
15  point clear?  Because they do what's called brainwashing and I
16  have discussed this with the psychiatrist and psychologist I
17  have been talking to that, yes, this is a procedure they do
18  because I was like, this is what they used to do to me:  Tell
19  me who you are hundreds of times, test me.  If I messed up, it
20  was torture.  I mean, how much pain can you take?  And it all
21  was just a game.
22          So, when I met these people I thought it was another
23  exercise.  And then it turned out that afterwards that, oh,
24  these are the real people.  I'm like, hey, if they had just
25  told me, you know, I would have said, for God's sake, help me

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

56

09N5sidS                    sentence
1   get my kids out, you know?  This is the truth.  But, you know,
2   I mentioned that during my trial so I won't repeat it.
3           But that explains the misunderstanding on that issue
4   but I know that Angela -- I don't think she is a liar.  Hurley,
5   Mr. Gordon Hurley, these are FBI agents that testified from the
6   prosecution side during the trial.  I want to talk to them
7   because I need to tell them about what's going on now using my
8   case.
9           I do not want a 9/11.  I do not want any bloodshed.  I
10  don't want any misunderstanding.  I really want to make peace
11  and end the wars.  And I could have earlier on when I had
12  offered that in one day.  If anybody can convey this to
13  president Obama, he is serious about peace, nobody conveyed my
14  message to him properly, you know, so he probably doesn't even

Page 26

O9N5sidS.txt

15  know that now I can help too.
16      And I am saying this, I'm going to share with all of
17  you something and this may shock the Muslims and I don't mean
18  disrespect.  If I was under oath I would put my hand on my holy
19  book on that and say that, and I am a Muslim, but I do love
20  America too and there is no harm.  The prophet, peace be upon
21  him, (Speaking in foreign language).  And I love Zambia too
22  because these are two -- my homeland.  And Pakistan, too.  I
23  love the whole world, put it that way.  I have no problem with
24  all races and all people.
25      Now, I -- too much stuff on my mind.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

57

O9N5sidS                    sentence
1       What I'm trying to say is that I am going to share a
2   dream.  Okay?  And take it, just hear me out.  It is a
3   prediction.  If my dream is not true, you will see the events
4   that will happen will be different.  And I'm a human being, you
5   know, maybe?  But I saw the Prophet Mohammed, peace be upon
6   him, and this was shortly after the trial.  And I'm sharing
7   this with everyone, the Muslims may be shocked at this, but I
8   want you to understand that God knows what we don't know.
9   Okay?
10      And what I have been saying is based on what I know
11  because I have had very unique experiences.  Not many of you
12  have been in secret prison, have observed the drama from behind
13  the scenes.  Not many of you have been tortured to try to be
14  made an agent for them.  You know?  So when you go through
15  that, they don't want you to survive it.  And that's part of
16  all the stuff that goes on.  But God wants me to survive and I
17  know it is for good reasons.  Here is what I saw.  I'm going to
18  relate it.  And first I'm going to tell you that the prophet,
19  peace be upon him, said that if anyone attributes anything to
20  me that I didn't say or do or, and the worst lie is a lie in a
21  dream -- to say that you dreamt something when you didn't --
22  and if anyone says anything then they can see their place in
23  the fire of hell.
24      So, having said that, I saw that -- and this is what I
25  was thinking before sleeping, that I was wishing that somebody

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

58

O9N5sidS                    sentence
1   could tell the Taliban in Afghanistan, put mercy in their
2   hearts because Prophet Mohammed is called the mercy to the
3   entire universe.  In the Qur'an, that's his title.  (Speaking
4   in foreign language).  All the Muslims know that, right?  Okay.
5       Now, I keep saying that this war is a misunderstanding
6   and it should end.  Here is who knows.
7       Now, I saw that he -- this is what was on my mind and
8   I was thinking of Yvonne Ridley.  People might know, she has
9   been working on my case, she was a journalist.  She was
10  captured in Afghanistan by the Taliban.  They treated her well
11  and then released her and she became a Muslim.  You know, she
12  wears a head scarf and she still does her work and all that.
13  And she was wondering why she didn't, you know, do that.  She
14  was very impressed by the way they treated her.  You know?
15      So I was thinking, you know, why do they have to kill
16  these American soldiers?  There have been American soldiers
17  very nice to me in the prisons, Carswell and at MDC.  And I
18  have cried for them.  I pray to God to save their lives.  I
19  can't even name them but -- I don't want to name them because

Page 27

O9N5sidS.txt

20   then I don't want anyone hurting them in any way but I really
21   love them because they don't even know why, you know, they're
22   being sent over there.
23        When I was talking to them in Bagram they were like,
24   you went to MIT?  You know, we want to go to college too but
25   what can we do, we're stuck here.  And I was like crying, like,
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                    59

O9N5sidS                        sentence
1   my God they're not enemies.  You know?  It is a
2   misunderstanding.  It is misunderstanding by a group of people
3   that I mentioned earlier.
4        Okay.  So, these people, I saw the Prophet, peace be
5   upon him, enter a room, and the room was full of soldiers,
6   American soldiers, and they were sitting on the floor hands
7   behind their back, apparently prisoners of war.  And I followed
8   the Prophet, peace be upon him, behind him in that room.  Then
9   he walked through another room next to it and that room was
10  also full of American soldiers and they were sitting too, hands
11  behind their back.  And then -- and I was following the Prophet
12  and the Prophet turned to the soldiers and he addressed them,
13  in English.  And he just said one sentence.  I don't remember
14  the exact words but I know the meaning of it, and he said to
15  the effect that he was consoling them, his tone was very
16  gentle, consoling them, and he said that there is some talk of
17  forgiveness and mercy.  And then I see myself very clearly
18  standing right there.
19        That, to me, was an answer because I was very sad
20  about the lack of response for my peace, you know, offer, and
21  then I realized that God has heard me and accepted my effort
22  and he is telling me that I am sending you the mercy to all of
23  mankind.
24        Now, the Muslims may think what on Earth?  Those
25  people are killing the Muslims and, you know, how could the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                    60

O9N5sidS                        sentence
1   Prophet console them?  Those people don't know what they're
2   doing.  You know, I keep saying this.  This is not an
3   anti-American -- don't get angry at America.  For God's sake,
4   don't.  They have been misinformed.  You know what I'm saying?
5   I'm not saying don't get -- I'm not even saying get angry at
6   Israel.  Don't.  Personal reason.  They kept my daughter, the
7   Israeli-Americans, for years, and they did not rape her, they
8   did not sexually abuse her.  A girl with no protection other
9   than that of God.  If people can do that I have vowed that, in
10  gratefulness to them -- if ever and I am optimistic, I'm not
11  sad, I'm not distressed, thanks to God I am well in prison,
12  they're not torturing me; God will not allow them to do that in
13  New York.
14        So, I would make it a point that if anyone is against,
15  say, the State of Israel, I will do whatever in my -- in my
16  power to make sure that their children, their girls are
17  protected, their children are protected.  You know?  But, at
18  the same time I have to say this is not a political statement,
19  it is coming from -- you don't know what a mother goes through
20  when you are missing your children.  You don't know.  You can't
21  unless you have experienced it.  There are thousands and
22  thousands of children in jails, okay, all over the world.  I
23  can't imagine what their mothers are going through.  Until -- I
24  don't have my baby.  Okay?  My six month old.  He was sick and
                              Page 28

O9N5sids.txt

25    I don't know if I could have survived.  But, if my older two
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                                    61

      O9N5sidS                      sentence
 1    could survive maybe then he did too.
 2          So, I just make the appeal that any governments who
 3    are holding prisons -- and I know that there are a lot of
 4    Palestinian children in Israeli prisons because they throw
 5    stones at the soldiers -- they're kids, you know?  For God's
 6    sake, stop this.  So, if anyone wants to do anything for me, do
 7    not lobby for me.  Don't.  I'm telling you, don't.
 8          THE COURT:  Dr. Siddiqui, we --
 9          THE DEFENDANT:  Do something for the kids and for
10    other prisoners and -- but don't, please, I'm really, really,
11    really asking all the Muslims especially, don't commit any act
12    of violence.  In fact, don't do anything.  Just pray to God.
13    Do not -- if you are living in a non-Muslim country anywhere in
14    the world people need to know about Islam, they need to know
15    that our Prophet is a Prophet sent as a mercy to the universe.
16          And if -- I will make this offer again to President
17    Obama.  I recently checked the news because I purchased a radio
18    after all these two years of -- I decided it is kind of, you
19    know, in a way -- but the situation, in my humble
20    understanding, has changed now.  I don't think I can now get
21    the Taliban to talk peace, but I can prevent hem --
22          THE COURT:  Hold on one second, Dr. Siddiqui.  I'm
23    going to not cut you off, I'm going to take a five minute break
24    and I'm going to allow you to speak again later on.
25          THE DEFENDANT:  Okay.  I'm sorry.  That's why I was
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                                    62

      O9N5sidS                      sentence
 1    talking so fast because --
 2          THE COURT:  Not a problem.
 3          THE DEFENDANT:  I don't get to talk hardly.
 4          THE COURT:  It is not a problem.  We will take a five
 5    minute break.
 6          THE DEFENDANT:  But --
 7          (Recess)
 8          THE COURT:  So, what I am going to do and,
 9    incidentally, before we finish today I am going to give
10    Dr. Siddiqui another opportunity to speak and ultimately I'm
11    going to give her the last word before I impose the sentence;
12    but we have a handout for you that might help you understand
13    these guidelines analysis because they're a little bit
14    technical -- well, they are technical and I thought this might
15    help.  And they would also, if you discuss them, you will see
16    the disparity between what the government believes are the
17    guidelines, what the defense believes, and it will also discuss
18    the enhancements.
19          So, this first handout that you have, and Dr. Siddiqui
20    we will give you a copy of course as well, these show how the
21    probation department -- how the government and how the defense
22    calculate what the sentencing guidelines are for this case.
23          So, you remember before I said that the guidelines are
24    no longer mandatory as they once were but they are still a
25    factor, among others, to be considered in fashioning a
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                                    63

      O9N5sidS                      sentence
                                   Page 29

09N5sidS.txt

```
1    sentence.
2            So, on the charts let's see, if you look for a minute
3    first at the probation department, the two key determinants are
4    what is called the adjusted offense level and the criminal
5    history category. And you will see that in the probation
6    department's calculations, the adjusted offense level is 51 and
7    the Criminal History Category is II, and as a result of that a
8    life sentence under the guidelines is called for on the six
9    counts that I mentioned before One, Two, three, Five, Six and
10   Seven, followed by an additional sentence for Count number
11   Four.
12           And then you see the defense calculation and it is
13   dramatically different. It concludes that the adjusted offense
14   level is 27 and that the Criminal History Category is I and,
15   consequently, that is where the defense is proposing as a
16   result of that that I sentence to 70 to 87 months on the six
17   counts that I mentioned before and seven years as a consecutive
18   sentence.
19           And then, third, in your handout, you will see what
20   the government says is that the adjusted offense level is 56
21   and the Criminal History Category is VI and that's why the
22   government says that the guideline sentence would be life
23   imprisonment.
24           So, obviously there is a big spread certainly between
25   the government and the defense, and also a big spread between
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

64

09N5sidS                       sentence

```
1    their proposals for what the proper sentence should be. In
2    order to clearly -- you can see from these charts the
3    difference or one big difference are what are called the
4    enhancements. I'm going to discuss each of those proposed
5    enhancements in a minute but you will see that the government
6    says that all of the enhancements should be found in this case
7    while the defense says that none of the enhancements should be
8    found in this case.
9            Then we also have to discuss what are called the
10   maximum sentences for each count. And then we need to discuss
11   in determining what the sentence should be whether we will
12   sentence consecutively or concurrently with respect to each
13   count. And I will also talk about the finding with respect to
14   Counts One and Two of no premeditation by the jury.
15           So, let's first start with the enhancements. The
16   issue of whether there should be and which enhancements apply
17   is obviously of great importance in this sentence. Simply
18   stated, the more the enhancements, the higher the sentence
19   under the guidelines. We make these findings, the Court does,
20   by it is called the preponderance of the evidence in
21   sentencing.
22           So, the first proposed enhancement is called the hate
23   crime motivation or vulnerable victim. And without reading it
24   entirely it says that, essentially, that the hate crime
25   enhancement applies if the defendant intentionally selected any
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

65

09N5sidS                       sentence

```
1    victim on the basis of one of several enumerated factors, and
2    in this case it is national origin that's at issue. And I am
3    finding that this enhancement applies. It is a so-called
4    three-level enhancement. And the reason that it applies is
5    that the jury verdict, along with the record, support the
```

Page 30

09N5sidS.txt

```
 6  application of the hate crime enhancement because the facts
 7  make clear that Dr. Siddiqui intentionally selected victims on
 8  the basis of their national origin as Americans.
 9            Now, we know that from the jury verdict on the counts
10  which specifically mention, for example, Count number One,
11  attempted murder of a U.S. national; Count Two, attempted
12  murder of U.S. officers and employees.
13            So, these -- and even the defense acknowledges that
14  Dr. Siddiqui's actions were aimed at Americans when it states
15  in its submission that it is beyond dispute that Dr. Siddiqui's
16  primary concern was not to be taken to an American prison.  I
17  think that's true.
18            And in its more recent submission in September the
19  defense said that when she heard the American troops arrive in
20  the very room where she was detained and, thus, was confronted
21  with the presentation of her worst fears, namely being
22  transferred to the custody of the Americans, she must have
23  freaked out, for want of a better term.
24            The testimony at trial also corroborates these
25  sentiments and does reflect that the selection of Americans as
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

66

09N5sidS                    sentence

```
 1  the object of the offenses occurred because of actual or
 2  perceived national origin as Americans.
 3            John Jefferson testified that he recalled Dr. Siddiqui
 4  saying at that time, and we have noted she has said other
 5  things both today and to me, but at that time she said that she
 6  hates all Americans and she wants to kill Americans and that
 7  they would die by her blood.  That's in the trial transcript.
 8  And also she said at the time I'm going to kill all you
 9  Americans, you are going to die by my blood.
10            And Special Agent Negron -- these are just some
11  examples from the trial testimony -- said that at the time,
12  this is July 18, 2008, that Dr. Siddiqui yelled out:  "I want
13  to kill Americans.  I want to kill Americans."
14            So, this enhancement, three-level enhancement clearly
15  applies -- not automatically, but because of the factors that I
16  have just enumerated.
17            The second enhancement which I'm also finding applies
18  is called the official victim enhancement, and this essentially
19  says, and this is an oversimplification but rather than read
20  the whole statute, that if the victim is a government officer
21  or employee and the offense was motivated by that status, there
22  is an increase particularly where there is an offense against
23  the person by six levels.  That enhancement applies.
24            Federal government officers or employees include
25  members, officers and employees of the United States armed
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

67

09N5sidS                    sentence

```
 1  forces as well as special agents and employees of the FBI,
 2  among others.  And these were the official victims of these
 3  crimes.
 4            During the course of instructing the jury I said to
 5  the jury that, particularly with regard to the Count Two, among
 6  other things but Count Two we can use as an example, attempted
 7  murder of U.S. Army officers, I instructed the jury that
 8  federal officers include members of the United States armed
 9  forces and it is for you, I said to the jury, to determine
10  whether members of the interview team in fact held any of the
```

Page 31

09N5sidS.txt

11  titles or positions that we say they did at the time of the
12  alleged attempt.
13          So, for this enhancement to apply it is enough that a
14  defendant knows that the victim is a federal officer and then
15  assaults the officer in an attempt to get away or evade
16  capture.  The key factors are knowledge of the victim's status
17  and assaultive conduct motivated by that knowledge.  So, that
18  clearly applies here.
19          It was up to the jury to determine, which they clearly
20  did by their verdicts, whether Captain Snyder or other members
21  of the interview team, Chief Warrant Officer, Dawn Card,
22  Special Agent Erik Negron, Special Agent John Jefferson, Ahmad
23  Gul and Ahmad Jawid Amin held their titles or positions at the
24  time of the offense and whether they were engaged in or were
25  targeted on the count of the performance of their official
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

68

09N5sidS                    sentence
1  duties.  And, clearly, the jury found that the members of the
2  interview team did hold those titles at the time of the
3  offenses and were targeted on account of the performance of
4  their official duties, otherwise they would not have found the
5  defendant guilty.
6          THE COURT:  Also, we have testimony Dr. Siddiqui
7  herself mentioned during the course of the trial that she had
8  heard Americans in the room and did not want to be taken into
9  American custody.  The question was posed to her:  What did you
10  hear?  She said:  Well, American voices talking.  She also
11  said:  I understood they wanted to take me away and that is
12  what I was convinced they were going to do and I wanted to get
13  out.
14          There can be no dispute that Dr. Siddiqui was aware
15  that the individuals present -- and there is no dispute, I
16  don't think -- in the room that day were United States
17  officers, employees or nationals.  In fact, Captain Snyder was
18  asked:  What did you say about why you were there?  And he
19  said:  Well, I explained to them that I was Captain Robert
20  Snyder, that I was representing the United States military
21  forces operating in Ghazni Province, that I spoke on behalf of
22  my commander and I that my purpose for being there was to
23  participate in the questioning or detention of the detainee and
24  who she may be.
25          So, that six-level official victim enhancement clearly
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

69

09N5sidS                    sentence
1  applies and in a minute I will show you another handout which
2  has my calculations.
3          Then the terrorism enhancement.
4          Now, this is a very significant one because if it
5  applies, two things happen.  First of all, 12 levels are added
6  to the offense and if it applies, the criminal history category
7  automatically bumps up to VI and that goes a very, very long
8  way toward leading, in the guidelines, to a life sentence.  So,
9  let's see if that applies.
10          So, this enhancement essentially says that if the
11  offense is a felony that involved or was intended to promote a
12  federal crime of terrorism, increase by 12 levels and the
13  Criminal History Category goes to VI.  And what they call
14  application note number 1 to this guideline states that for
15  purposes of this guideline, a federal crime of terrorism means
                            Page 32

09N5sidS.txt
```
16  an offense that is calculated to influence or affect the
17  conduct of the government by intimidation or coercion or to
18  retaliate against government conduct.  And you have heard the
19  arguments of both sides here.  I think it is clear that this
20  enhancement also applies and I will tell you why.
21          First, in attempting to murder U.S. nationals,
22  officials and employees, as we have described, Dr. Siddiqui was
23  involved in an offense, particularly Counts One and Two, and
24  these offense are specifically enumerated in the terror
25  enhancement guideline.
```
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

09N5sidS                    sentence
```
 1          So, the terrorism enhancement does not hinge upon a
 2  defendant's ability to carry out specific terrorism crimes or
 3  the degree of separation from their actual implementation.
 4  Rather, it is the defendant's purpose that is relevant and if
 5  that purpose is to promote a terrorism crime, the enhancement
 6  is triggered.  That comes from the case U.S. v. Salim, 549 F.3d
 7  67, a Second Circuit case from 2008.
 8          Second, I conclude that Dr. Siddiqui's offense was
 9  calculated to influence or affect by intimidation the
10  government's fulfillment of its official duties including,
11  among other things, the interview team's efforts to interview
12  her and to detain her.
13          In my view, the calculations started at least the day
14  before the July 18 incident.  And so, we have testimony again
15  from Dr. Siddiqui who said that she had been -- first she said
16  begging, but she didn't mean that, not begging but trying to
17  ask them -- this is now the Afghans, nicely, all night and all
18  morning, and this is prior to the arrival of the Americans --
19  Please, don't hand me over.  You guys keep me because -- you
20  guys being Afghans -- they were letting her cover her head and
21  her face.
22          We also know this from the, again, I think from the
23  defense submission which says we once again emphasize that the
24  evidence clearly shows that Dr. Siddiqui was desperate to avoid
25  being transferred into American custody.  And we know it from
```
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

09N5sidS                    sentence
```
 1  the trial record which has -- which is replete with references
 2  to Dr. Siddiqui's efforts to escape from American custody.
 3          So, on the 19th this was one answer.  She was so
 4  determined not to be taken into our or any kind of U.S. -- of
 5  custody from the United States side that she was going to, I
 6  guess, my opinion is, use every ounce of energy she had to
 7  resist.
 8          There is also evidence of the actions and statements
 9  of Dr. Siddiqui immediately before, during and after the July
10  18 shooting incident which I admitted during the course of the
11  trial including those references to, "I hate Americans," "I
12  want to kill you mother" -- and "death to America," and that
13  she was against foreigners; statements which, as we have heard
14  she now says may have been taken out of context or that should
15  have a different interpretation.  Statements which also
16  demonstrate her actions and intent to retaliate against the
17  United States government.
18          So, we have both prongs of the terrorism enhancement,
19  both to influence or affect by intimidation and retaliation.
20          With respect to the defense intention that terrorism
```
                        Page 33

09N5sidS.txt

21   enhancement is not co-extensive with the official victims
22   enhancement, that's contained in one of their submissions, I
23   agree that they're not the same.  But, I also think it is worth
24   noting that, and this is a quote, a District Court calculating
25   a guideline sentence may apply multiple guidelines provisions

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

72

09N5sidS                    sentence
1    based on the same underlying conduct where that is the result
2    clearly intended by the Congress and the Sentencing Commission.
3    While such calculations may involve double-counting -- this is
4    the Court talking -- in a literal sense, they do not involve
5    impermissible double counting.  That is a quote from the Second
6    Circuit in In Re: Terrorist Bombings, 552 F.3d 92, a 2008
7    decision.
8            So, that this enhancement also applies and there is no
9    basis that I can discern for departing downward from a Criminal
10   History Category of VI to I and including the difficulties of
11   rehabilitation.  So, that enhancement applies, that's a 12
12   level enhancement.
13           Then lastly the last enhancement is obstructing or
14   impeding justice.  This is a two-level enhancement if it
15   applies.  One way one can obstruct justice is providing
16   materially false information which, if believed, would tend to
17   influence or affect the issue under consideration.  I should
18   say here that I am not concluding one way or another whether or
19   not the defendant was malingering in evaluating this
20   enhancement.  I'm going to come back to this and talk about
21   mental health issues.
22           Malingering, clearly, was an issue.  The government's
23   expert said that there was no serious mental health issues.
24   They concluded that Dr. Siddiqui was malingering; Saathoff
25   does, Johnson did, Powers I think did as well.  But I'm not --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

73

09N5sidS                    sentence
1    and I suppose that one could analyze malingering under this
2    enhancement.  I'm not doing that because I believe, and I say
3    this most respectfully to Dr. Siddiqui, but I believe that she
4    gave false testimony as to material facts and false trial
5    testimony, standing alone, is an appropriate basis for imposing
6    this enhancement for obstruction of justice.
7            So, how do I get to that conclusion?  Well, the
8    sentencing Court must find two things:  One is materiality that
9    the statement was essentially important; and second, that it
10   was uttered or stated willfully.
11           So, first I find that the statements made by
12   Dr. Siddiqui in Court at trial, they were very clear, they were
13   very lucid, they were very focus and directed, and they were
14   also materially material.  They were designed to convince the
15   jury that she did not commit the crimes for which she was
16   charged.  And regrettably they were also, in some instances,
17   false.
18           So, I had found before she testified, incidentally,
19   that she had a right to testify and that she fully understood
20   beforehand her right not to testify and the ramifications of
21   testifying or not testifying.  I had said on the 28th, as we
22   discussed I think -- this is me talking to Dr. Siddiqui -- you
23   need to know it is a very important decision.  It is a right
24   that you have but it also will have consequences because --
25   that is to say if she testified -- because the jury will get to

Page 34

09N5sidS.txt
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

74

09N5sidS                    sentence
1  hear you and form an opinion as to what you are saying and how
2  you are saying it and whether they think it is truthful or not.
3           So, I asked, you realize that it is a very significant
4  decision, that is to say the decision to testify over the
5  objection of her counsel?  And she answered:  Yes, sir.
6           There was more to that hearing, that's just a snippet
7  of it.
8           And if believed, the testimony would tend to influence
9  or affect the issue under determination.  The jury found, among
10  other things, that Dr. Siddiqui intended to pick up the Chief
11  Warrant Officer's M4 rifle, that she did pick up the rifle, and
12  that she discharged it based on the testimony of very credible,
13  in my view, witnesses.
14           Dr. Siddiqui testified to an entirely different
15  version of material facts.  She said that she never intended to
16  pick up the rifle and that she did not ever pick up the rifle
17  or that she discharged -- she said she did not discharge the
18  rifle.  And I am finding that those statements were not true.
19           She further testified that she could not have
20  discharged the weapon because she did not know how to operate a
21  firearm and had never had weapons training.  These facts too,
22  if believed, would have tended to exculpate her because they
23  were material to establishing the elements of attempted murder.
24           So, for those reasons I think that the testimony
25  related to material facts and was given to confuse the jury or
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

75

09N5sidS                    sentence
1  prevent the jury from finding her guilty.
2           Now, as to willfulness.  I also find that her
3  statements were willful and, as noted, intended consciously to
4  mislead the jury and obstruct justice.
5           Again her testimony was lucid, clear and cogent and
6  not the least bit confusing, rambling or incoherent, but her
7  testimony was directly contradicted by numerous credible
8  witnesses.  So, one case has said, accordingly, and that
9  applies here, the evidence and verdict persuades this Court
10  that the defendant knew at the time of testifying that the
11  statements to which in this case she testified were untrue.
12  And the Court does not find, as the defense suggests, that
13  these inconsistencies in the testimony was the by-product of a
14  mentally ill person testifying on her own behalf.
15           So, without belaboring it, examples of the testimony.
16  Dr. Siddiqui was asked if she ever picked up an M4 rifle and
17  aimed it at anybody and she responded:  Of course not.
18           And when asked if she ever fired a rifle she said:
19  No, no.  In fact, let me tell you, an M4 rifle, I heard about
20  it but the first time in my conscious recollection I can tell
21  you what it looks like is when I saw it here in court.  All of
22  this time I have been wondering what does an M4 look like.  I
23  recall asking somebody if that is a pistol or a bigger rifle.
24           Another instance, when asked about herself being shot
25  she answered:  I could feel blood and at that point I just
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

76

09N5sidS                    sentence
1  fainted on a bed.  I couldn't move.  I was thinking -- I
Page 35

O9N5sidS.txt

2  remember I was able to think but unable to move my hands and
3  feet.
4          But, Special Agent Jefferson testified, among other
5  things, that even after being shot she was combative and fought
6  with members of the interview team.  Eric Negron said that he
7  was fighting with the female and trying to attend to the wound
8  that she had sustained.  And he was asked then:  How were you
9  fighting?  He answered:  He basically was trying to control her
10 hands.  She was punching at him and she was trying to control
11 or restrain -- and he was trying to control and restrain her
12 hands.
13         And also when asked:  Isn't it true in the early 1990s
14 when you were a student at MIT you took a pistol course at the
15 Braintree Rifle and Pistol Club just outside of Boston, is that
16 true?  She replied:  I have no recollection of that.
17 Absolutely not.
18         And when asked:  Ma'am, you have some familiarity with
19 firearms, don't you?  She said:  No, I don't.  I look at a gun
20 and I know it is a gun but I couldn't tell the different brands
21 of them, how to use them, operate them, those kinds of things,
22 no.
23         But you recall that Gary Woodworth testified credibly
24 that he in fact had instructed Dr. Siddiqui at the Braintree
25 Rifle and Pistol Club on how to, among other things, handle a
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

O9N5sidS                    sentence
1  firearm, load and unload the safety of a firearm, and fire a
2  pistol.
3          And one more example:  The Chief Warrant Officer
4  testified credibly that he saw a woman squared off in the room
5  with his rifle:
6  "A  It all, like, happened.  I looked, and as I looked there
7  was my rifle, I mean, squared off.  There was a woman squared
8  off, squared off in the room.
9  "Q  when you say the woman was squared off, what do you mean?
10 How did she appear?  What was she doing?
11 "A  It was an aggressive stance.  It was as I would do it with
12 all my years of training."
13         So, those are the enhancements.  I'm going to give you
14 a handout now that shows you my calculations of the sentencing
15 guidelines.  You will see that because of the enhancements --
16         MR. LAVIGNE:  Judge, just one quick question.  The
17 base offense level was also disputed.
18         THE COURT:  I know.  I'm going to get to that.
19         MR. LAVIGNE:  Sorry, Judge.
20         THE COURT:  So, in this handout you have my take on
21 the guidelines, two versions from me, one -- and this relates
22 to the issue of premeditation that we are going to have to talk
23 about in a minute, too.
24         One set of -- one guideline calculation by me arrives
25 at an adjusted offense level of 56 and a Criminal History
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

O9N5sidS                    sentence
1  Category of VI that gives rise to a life guideline range plus a
2  sentence for Count Four, but you also see I did a calculation,
3  that first calculation assumes premeditation.  I also did a
4  calculation which you have in this handout which assumes no
5  premeditation, and in some senses it just doesn't matter
6  because you will see in the no premeditation handout that even
                            Page 36

O9N5sidS.txt
7   if you start with a lower base offense level of 27 instead of
8   33, because of these enhancements you still wind up with a
9   guideline range of life.
10          And so, it really -- I mean, to minimize it, but it
11  really doesn't matter if you find premeditation or you don't
12  find premeditation for the ultimate guideline analysis.
13  Because of the enhancements it's a life guideline range in both
14  instances.  But, it is on the table so let's spend a couple of
15  minutes talking about premeditation.
16          My recollection, incidentally from the trial, was that
17  it was the government who proposed that we ask the jury to,
18  with respect to Counts One and Two, to, if, after they
19  determine and only after they determine that there was a guilty
20  verdict on Counts One and Two, they were then asked to
21  determine whether there was premeditation.  The government can
22  speak for itself, but I presume that they were talking about
23  the difference between first degree murder and second degree
24  murder.  First degree murder would have pre meditation, second
25  degree murder would not and that, ultimately, as you see, could
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                            79

⬜   O9N5sidS               sentence
1   affect the guideline range.  But, again, the reason I say it
2   doesn't matter, I mean in a practical sense, even if you
3   conclude that there is no premeditation you get to a life
4   guideline range.
5          But I think there is a basis for finding premeditation
6   by the Court and it would be as follows.
7          By the way, I think that, somewhat ironic, but the
8   government proposed the premeditation special verdict and the
9   defense opposed it.  It makes no difference where it came from,
10  it was there and we have to deal with it.
11          So, again, what I'm trying to say is the presence or
12  absence of premeditation goes to whether Counts One and Two may
13  be considered attempted murder in the first degree or attempted
14  murder in the second degree.  Whether or not the government
15  asks me to do, make a separate premeditation determination or
16  not, will not affect the guideline determination of life
17  because of these findings that I have just made with respect to
18  the enhancements.
19          The rules that apply are these, as I understand them,
20  post the Booker decision.  District Courts remain statutorily
21  obliged to find facts relative to sentencing upon a
22  preponderance of the evidence even where the jury acquitted the
23  defendant of that conduct as long as the Judge does not do one
24  of three things:  (1) impose a sentence in the belief that the
25  guidelines are mandatory, and as you have heard I have no such
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                            80

⬜   O9N5sidS               sentence
1   belief they were not any longer mandatory; or (2) impose a
2   sentence that exceeds the statutory maximum authorized by the
3   jury verdict.  We have to talk about the maximums in a minute
4   but I'm not intending to impose a sentence that exceeds the
5   statutory maximum for Counts One, Two, Three, Five, Six and
6   Seven, or impose a mandatory minimum sentence not authorized by
7   the verdict.  I don't think I'm going to do that either.
8          So, there is sufficient evidence in the record for the
9   Court to find, by a preponderance of the evidence, that
10  Dr. Siddiqui acted with premeditation, if it mattered, and the
11  reasons are, first of all, there is evidence that her motive
                        Page 37

O09N5sidS.txt
```
12  supports a finding of premeditation by a preponderance of the
13  evidence, that she wanted to kill Americans and she wanted to
14  escape.
15          Again, there is testimony, it was very clear in my
16  mind one of the witnesses said what her intentions were:  To
17  shoot, to shoot at us, to shoot at me.  Another statement is:
18  I can only describe she was so determined not to be taken into
19  our -- into any custody from the United States.  And, her
20  actions also demonstrate a reflection, in my judgment, she
21  anticipated the possibility of being turned over to Americans
22  on July 17, she said that.  And, the Chief Warrant Officer and
23  Captain Snyder also announced their presence and purpose to the
24  Afghan officials before the shootings giving Dr. Siddiqui
25  sufficient time, in a legal sense, to develop and reflect on
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

81

O09N5sidS                    sentence
```
 1  her decision prior to her attempt to kill them.  They were
 2  asked why were you there, that is to say Captain Snyder, and he
 3  said, sir -- and I said this before -- I explained to them --
 4  in the room this is now for all to hear, presumably -- that I
 5  was captain Robert Snyder, that I was representing the U.S.
 6  military forces operating in the Ghazni Province, that I spoke
 7  on behalf of my commander and that my purpose for being there
 8  was to participate in the questioning or determination of the
 9  detainee, who she may be.
10          And the case law is clear that threats made before a
11  killing or attempted killing are relevant to a finding of
12  premeditation.
13          So, having assessed the weight and quality of the
14  evidence presented by the prosecution in determining a
15  reasonable sentence I find, by a preponderance of the evidence,
16  that the acts One and Two -- Counts One and Two were committed
17  with premeditation and that would mean that the base offense
18  level is 33 rather than 27.  But, again, I don't think it makes
19  a practical difference here in the sentence because
20  irrespective of that base offense level, if it were 27 or 33, a
21  life sentence is proposed within the guidelines.
22          So, now we need to talk about some more legal
23  concepts; one is the maximum sentence.  As you know, the Court
24  cannot compose and assess, as I just said, the maximum for a
25  particular count and so we need to know what the maximums are.
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

82

O09N5sidS                    sentence
```
 1  You have that also in this second handout.
 2          The maximums for Counts One, Two and Three are 20
 3  years for each count, and the maximums for Counts Five, Six and
 4  Seven are eight years.  With respect to Count Four, I hope I
 5  made clear earlier that under the sentencing law Count Four
 6  requires a consecutive term, and in this case I think that of
 7  at least 10 years is legally required because I am also finding
 8  that Dr. Siddiqui discharged the weapon, as the jury found; the
 9  upper range of Count Four is life imprisonment.
10          So, the range for Count Four alone, in my opinion, is
11  a minimum of 10 years and a maximum of life.
12          It is my finding, indeed beyond any doubt, certainly
13  beyond a reasonable doubt based on the trial record including
14  the testimony and witnesses, that the defendant in fact, as I
15  say, discharged a firearm and as a result a 10-year consecutive
16  mandatory minimum applies to Count Four.  This finding, in my
```
Page 38

09N5sidS.txt

17  view, is in no way diminished by the significant action report
18  referred to by the defense which was recently declassified and
19  was attached to the government's letter of August 23, 2010 and
20  it is part of the docket and the public file.
21          So what this means, in a practical sense, is that the
22  maximum possible sentence in this case for Counts One, Two,
23  Three, Five, Six and Seven is 84 years of incarceration
24  followed consecutively by a sentence, the maximum of which
25  Count Four is life.   I believe you understand that from what I
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                                    83
09N5sidS                    sentence
1   have said before.
2           And then just a note about supervised release.
3   Following incarceration, Counts One and Four carry a maximum
4   term of supervised release of five years.   Counts Two, Three,
5   Five, Six and Seven carry a maximum term of supervised release
6   of three years.   And I would intend to impose five years for
7   Counts One and Four concurrently, plus three years for Counts
8   Two, Three, Five, Six and Seven also concurrent.   So, five plus
9   three, eight years.
10          Now comes the very crucial determination.   Do we
11  sentence concurrently or do we sentence consecutively.
12          This, combined with the findings in the enhancement,
13  is of course obviously very significant to what sentence we
14  impose.   I'm going to run the sentences consecutively in
15  accordance with the sentencing law.
16          I have considered all of the 18 U.S.C., Section
17  3553(a) factors as they apply to each of the seven counts of
18  conviction and I'm going to go through those factors in
19  addition to the ones I have already been through in just a
20  couple of minutes.
21          There is a legal point raised by defense counsel.
22  They appear to argue in a recent submission that Counts Two and
23  Three cannot be run consecutively, and they say that I think in
24  the footnote at page 14 of their reply but I don't think that's
25  true.   I don't think that Counts One, Two and Three are what we
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                                    84
09N5sidS                    sentence
1   call multiplicitous in that they contain different elements and
2   each requires proof of facts that the other does not.   The
3   citation for that is United States v. Larsen, 2010 WestLaw
4   3024883 from the Seventh Circuit.   And also I am relying, in
5   part, this is a pre-Booker case but it is instructive, United
6   States v. Mcleod, 251 F.3d 78, a Second Circuit case from 2001.
7           MR. LAVIGNE:   Your Honor --
8           THE COURT:   So as I am intending to do, I believe --
9           MR. LAVIGNE:   Your Honor, just before your Honor does
10  impose sentence there were a couple items I wanted to go
11  through.   I'm happy to do that at the end.
12          THE COURT:   I'm not there yet.
13          MR. LAVIGNE:   Okay, Judge.
14          THE COURT:   I'm afraid -- I know it is a little long
15  and I'm probably boring but I'm not at the stage of imposing
16  the sentence yet.
17          Did you have an objection to anything that's been said
18  so far?
19          MR. LAVIGNE:   Just a couple points I wanted -- one
20  specific objection and a couple points.   I'm happy to do it now
21  or I can do it later.
                        Page 39

```
                              O9N5sidS.txt
22           THE COURT:  Go ahead.
23           MR. LAVIGNE:  On Count One I believe the maximum term
24  of supervised release is three years, not five years, because
25  the statutory maximum is 20 years, that was in the PSR, that
```

85

```
O9N5sidS                      sentence
 1  was something we intended to flag for the Court.
 2           THE COURT:  What was it stated in the presentence
 3  report?  Five?
 4           MR. LAVIGNE:  In the presentence report, paragraph 91,
 5  I believe it said that there was a five-year maximum term of
 6  supervised release on Count One.
 7           THE COURT:  You think that's wrong?
 8           MR. LAVIGNE:  I do.  I think it is three years.
 9           THE COURT:  Do you want to give us the cite?  I would
10  be happy to stand corrected.
11           MR. LAVIGNE:  I believe it is Title 18, U.S. Code
12  Section 3583.  And because Count One is a Class C felony the
13  maximum term of supervised release is three years; 3583(b)(2).
14           THE COURT:  Yes.
15           MR. LAVIGNE:  And one other point, your Honor?
16           THE COURT:  You agree that Count Four carries a five
17  year maximum?
18           MR. LAVIGNE:  I do, Judge, because it is a class A
19  felony.
20           THE COURT:  Okay.  That would not affect the outcome,
21  but fine.  That's fine.
22           MR. LAVIGNE:  Right.
23           And a couple times regarding Count Four the Court has
24  said the jury found that Aafia Siddiqui discharged the firearm.
25  The jury did not -- and I know the Court is aware of this
```

86

```
O9N5sidS                      sentence
 1  because the Court made a finding, but just for the record the
 2  jury did not find that.  They found that she carried and used a
 3  weapon on that day.  That's a finding for the Court.
 4           THE COURT:  I found it based on the testimony at
 5  trial.
 6           THE DEFENDANT:  I --
 7           THE COURT:  Hold on one second Ms. Siddiqui.
 8           MR. LAVIGNE:  And again, just a minor point for the
 9  hate crime enhancement; I believe the Court indicated that that
10  applies given the jury's verdict which, obviously, was beyond a
11  reasonable doubt.  The Court also indicated all these
12  enhancements are found by a preponderance of the evidence, but
13  the guideline does state for a hate crime it has to be beyond a
14  reasonable doubt.
15           THE COURT:  Yes, and that is my conclusion and it is
16  my conclusion, as well.
17           MR. LAVIGNE:  And the only other thing, Judge, is
18  we're aware that Ms. Sharp, at the outset of the sentencing,
19  indicated she reviewed the July 2010 PSR with Ms. Siddiqui and
20  attempted to review, I believe, it was recent filings.  We just
21  want a confirmation, our understanding is those filings
22  included the most recent version of the PSR in that she
23  attempted to speak with Ms. Siddiqui about it and that she had
24  the -- Ms. Siddiqui had the opportunity to review it.
25           MS. SHARP:  I did, indeed, try to share that
```

09N5sidS.txt
(212) 805-0300

09N5sids                    sentence
1   information with Dr. Siddiqui but she did not wish to receive
2   it.
3               THE COURT:  Okay.  Fair enough.
4               MR. LAVIGNE:  Thank you, Judge.
5               THE COURT:  You bet.
6               Did you want to be heard again?
7               THE DEFENDANT:  Yes, sir.
8               I just -- again, as I said, I'm not going to clarify
9   personal things because I'm content with God's will, I really
10  am, so don't worry.  Tell the Muslims, please, don't get
11  emotional.  I'm okay.
12              I have to clarify just one thing, sir.  Thanks to God
13  my memory has improved quite a bit.  I remember very clearly
14  from the trial time the instructions given to the jury because
15  I'm constantly hearing the jury, the jury, the jury, the jury.
16  This is very significant because the jury is American.  Okay?
17  And I do know, maybe I'm not allowed to say that because I was
18  informed by one of the attorneys that the jury will give me a
19  non-guilty verdict but then the verdict changed.  Here is one
20  thing, significant.  This was the day before.
21              I have to say this because, again, it is very
22  significant related to my case internationally so please hear
23  me out.  And I am saying this, everyone is here, if I'm, God
24  forbid, lying, check out the records, unless they have been
25  changed because that happens in this court, unfortunately, that
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

09N5sidS                    sentence
1   what is said is not always what is recorded, in my case
2   especially.
3               But, in any way, I do recall very clearly, this is my
4   recollection, the respected judge had said to the jury, given
5   the instructions that this interpretation of the law which the
6   jury is required to follow is that if there is a fire -- and
7   I'm not quoting the exact words because I don't remember the
8   words but I definitely remember the theme, the meaning -- that
9   if there is a weapon, firearm present in the room and I --
10  accessible, that is interpretation of the law.
11              THE COURT:  Excuse me, is what?  I didn't hear.  If
12  there is one present in the room?
13              THE DEFENDANT:  Yes; if there is a weapon that is
14  accessible to me.
15              THE COURT:  Oh.
16              THE DEFENDANT:  That that, in his opinion of the
17  interpretation of the law, is that I'm guilty without
18  reasonable doubt of whatever, you know, you heard.  One.
19              Second, if I say I don't want to go with you to people
20  who have done whatever they did to me, then I'm guilty of
21  assault and the rest of the charges.  And he kept saying that,
22  at least more than once I heard it, that the jury has to follow
23  his interpretation of the law even if they disagree with it.
24              This is very important so I'm mentioning it and I'm
25  not blaming you, sir.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

09N5sidS                    sentence
1               THE COURT:  No, no.  That's fine.
2               THE DEFENDANT:  Because, as I said, this is a state
                           Page 41

O9N5sidS.txt

3  sponsored thing.  A person may be under pressure from a foreign
4  government or somebody that they have to do whatever and then
5  they do it.  So I don't blame anybody but I have to mention
6  that because American juries -- the American jury, no, that's
7  not true.  The American jury -- and a lot of them were even
8  Jewish people, they were not going to sentence me that easily.
9  They were made to do that.
10           I have to say that.
11           THE COURT:  Fair enough.
12           THE DEFENDANT:  And the last thing, because I was cut
13  short, I just wanted to finish, I want to ask the Muslims one
14  thing.  Since this has become being made a very emotional
15  issue, there is a verse of the Qur'an which actually applies to
16  everybody, it is I believe Hujuraat verse number, I don't know,
17  6 or 7, which says that if you get news from a source that is
18  not, I don't know, that simple, that is not, you know,
19  trustworthy, verify it unless if you don't -- and I may get it
20  wrong but does anyone know the reference number?  It is I think
21  chapter 49, verse 6 or 7, but that you should verify it.  If
22  not, that you may take an action against people and regret it
23  later on.
24           This is very important, especially in my case.  There
25  are so many rumors, oh my God.  And pretty much all of them are
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

O9N5sidS                  sentence
1  not true so, for God's sake, if you hear she's been tortured to
2  death in prison do not do anything, do not believe it.  You
3  know?  If you can verify it to any verifiable means, pray to
4  God and leave it at that.  Okay?  I don't want any violence in
5  my name, please.
6           But, I do want people to take this opportunity if you
7  want to do anything for me, please educate the people who don't
8  know about Islam about it because people do not know that this
9  is actually a religion of mercy and it will take away a lot of
10  the problems.
11           In prison people have come to me, the psychology
12  department, asking for recommendation on how do you cope with
13  anger?  How come you are so happy?  Because I was all smiles
14  and laughing and joking after I got the verdict, don't ask me
15  why.  Because God put contentment in my heart.  And I am still
16  very content.  whatever he gives me I don't have a problem
17  because I know it is God in charge.  Okay?
18           So, you have to tell the people that if they get it
19  right and it took me years of, you know, suffering to get it
20  right, finally -- I hope I got it right now -- that it will
21  really bring peace not only to themselves but around to
22  everybody.  And I feel really sad that so many people are
23  missing out on it.
24           So, this is a collective responsibility.
25           And I am also saying this because God again showed
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

O9N5sidS                  sentence
1  me -- this is all I got, I got me and God in my prison cell so
2  he does show me dreams that I never used to have before.  I saw
3  Prophet Jesus, peace be upon him, and that he has come and the
4  context of it is long so I won't go over the whole details, but
5  the gist of it is it is our responsibility, especially to words
6  of followers of Jesus, peace be upon him, to tell the truth
7  about him which he will, you know -- and know that, you know,
                              Page 42

O9N5sidS.txt
8  God knows maybe time is close, I don't know.
9         But, it is our responsibility to at least those people
10 because the Christians that I have encountered a lot, I have I
11 talked religion a lot with them.  They're very good people,
12 there is always agreement only a little bit disagreement, there
13 is a lot of room for constructive talk.  Do not demonstrate, do
14 not get into anything negative.  There is no point.  God is in
15 charge.  Nobody knows.  And when God has written, believe me,
16 he has written for me to come out of prison I am going to come
17 out.  If he has the written for it -- hey, I was kept in secret
18 prison for years, people thought I was dead, whatever.  So, it
19 was written for me so it happened.  I am content thanks to
20 Allah.
21         That's it.
22         THE COURT:  So, the upshot of my analysis is that a
23 sentence of significant incarceration is called for in this
24 case.
25         We have been through the sentencing analysis, it is
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                  92

O9N5sidS                        sentence
1  complicated and somewhat technical, but the conclusion that a
2  significant incarceration is appropriate seems to me completely
3  obvious and indeed compelled both by the jury verdict and the
4  relevant factors under our sentencing laws 18, United States
5  Code, Section 3553(a).
6         Relatedly, a significant incarceration is also
7  compelled by what I was talking to Ms. Cardi about, the
8  likelihood, in my judgment, of recidivism, the difficulty of
9  rehabilitation, and the need for what is referred to in the law
10 as incapacitation.  That's a quote from U.S. v. Benkahla, 501
11 F.Supp.2d 748 from the Eastern District of Virginia, 2007.
12        And my other, another concern is that assuming
13 arguendo that the mental health issues at play here which,
14 as you will hear in a minute because I'm going to spend some
15 more time on mental health, they're disputed; but, in any case
16 no one has proposed any, in my opinion, salutary treatment or
17 prognosis for Dr. Siddiqui to ensure that the same type of
18 behavior which occurred on July 18, 2008 -- and of course I
19 don't mean the identical behavior but that kind of behavior --
20 would not happen again if she were at liberty.  I regret to
21 conclude that, but I do.
22        Also, regrettably, she has not -- well, today she says
23 she has cooperated, but historically --
24        THE DEFENDANT:  I just don't think that I am sick.
25        THE COURT:  Fair enough.  That's fair enough.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

                                                                  93

O9N5sidS                        sentence
1         THE DEFENDANT:  I donate to them a lot of books that I
2  got in the mail.  They were so happy.  The favorite was how to
3  achieve happiness.  It is an excellent book.
4         THE COURT:  Fair enough.
5         And I add here, by the way, as you said before, that
6  you have written to me stating that you are standing for peace
7  and justice.
8         THE DEFENDANT:  Yes, sir.  That's my wish.  I mean, I
9  wish peace everywhere.
10        THE COURT:  So, believing -- I believe, regrettably,
11 in a sense, that because of the reasons I have said at the
12 outset that a total punishment should be 76 years on six
                           Page 43

O9N5sidS.txt

13  counts, One, Two, Three, Five, Six and Seven; 20 years on Count
14  One, 20 years on Count Two, 20 years on Count Three.  With
15  respect to Five I think it should be eight years.  With respect
16  to Count Six and Seven I believe that it should be four years
17  each.  I have distinguished somewhat between the assault
18  against Interpreter Gul who fought with Dr. Siddiqui vigorously
19  to subdue her while she held on to an M4 and jeopardized his
20  life and those against Captain Snyder and Agent Negron, with
21  whom Dr. Siddiqui struggled forcibly but after the weapon had
22  been taken from her.  I also, with respect to Count Four,
23  intend to impose a 10-year sentence which, under the law, I
24  must run consecutively.
25          And so, the total would be a sentence of 86 years of
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

94

O9N5sidS                    sentence
1   incarceration.
2           AUDIENCE MEMBER:  Shame, shame, shame on this Court.
3           THE COURT:  If you are going to make another outburst
4   I will have you excluded.
5           We hear you.  That's inappropriate in this court.  So,
6   it is up to you.  Do you want to stay and be cooperative or do
7   you want to go?
8           (No response)
9           THE COURT:  I will take that as a cooperative.  If
10  there is another outburst I'm going to have you excluded from
11  the courtroom.
12          So, I have discussed the nature and circumstances of
13  the offenses and partly explained the history and
14  characteristics of the defendant which I have also described.
15  The defense submission and also their oral presentation argues
16  that for someone who suffers paranoid ideations such as
17  Dr. Siddiqui, the circumstances of a team of American soldiers
18  coming into a room where she is held captive where her biggest
19  fear is being transferred into the custody of Americans and
20  brought to Gitmo must have been terrifying.  The government
21  responds that, at trial, Siddiqui put to rest any issues
22  regarding her competency as she was able to answer questions
23  deftly, maneuver around the questions, put forward her defense,
24  and clearly communicate themes that she viewed as central to
25  her defense.
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

95

O9N5sidS                    sentence
1           So, we need to talk a little more about the mental
2   health analysis before we can conclude and briefly about some
3   of the other factors in 18, United States Code, Section
4   3553(a).
5           By order dated July 29, 2009 I found the defendant
6   competent to withstand trial.  I also find that mental issues
7   do not vitiate any of the intent elements for any of the
8   offenses of conviction.  The record on this subject is
9   thorough, if somewhat inconsistent.
10          In response to my October 1, 2008 order, psychological
11  evaluations and conclusions, as a result, were reached.  They
12  were reports dated November 6, 2008 and May 4, 2009 by Lesley
13  Powers, Ph.D, forensic psychologist, United States Department
14  of Justice, Federal Bureau of Prisons.  You recall that
15  Dr. Powers' initial report concluded that she thought
16  Dr. Siddiqui was incompetent and, in her final report dated May
17  4, 2009, she concluded, in her professional opinion, that
                        Page 44

09N5sidS.txt
18  Dr. Siddiqui was currently competent to stand trial.
19        Dr. Sally Johnson, professor at the Department of
20  Psychiatry of the University of North Carolina at Chapel Hill
21  said that she concluded that her evaluation was that
22  Dr. Siddiqui was competent to stand trial at the time.
23        Dr. Gregory Saathoff, a diplomate at the American
24  Board of Psychiatry and Neurology concluded, in his opinion,
25  Dr. Siddiqui has sufficient present ability to consult with her
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                    96

09N5sidS                          sentence
1   lawyers with a reasonable degree of rational understanding and
2   that she maintains a rational, as well as factual,
3   understanding of the proceedings against her.
4         Dr. Kucharski, who we discussed somewhat today who is
5   the Chair of the Department of Psychology at John Jay College
6   of Criminal Justice, he concluded then that it was his opinion
7   that Dr. Siddiqui is currently not competent to stand trial.
8         You recall also that Dr. Powers concluded that she
9   thought that Dr. Siddiqui was malingering which in the DSM-IV
10  is defined as the intentional production of grossly exaggerated
11  psychological symptoms motivated by external incentives such as
12  evading criminal prosecution.
13        Dr. Johnson also determined that in her judgment
14  Dr. Siddiqui was malingering.  She mentioned that during her
15  evaluation Dr. Siddiqui was unable to expand upon her symptom
16  description in a way consistent with usual reports of visual
17  hallucinations.  And, Dr. Saathoff concluded that he did not
18  see convincing evidence of major mental illness from
19  Dr. Siddiqui.  He said that her constellations of varied
20  dramatic evolving symptoms that she uses to crowd the canvas
21  are much more consistent with malingered mental illness than
22  true mental illness.
23        Dr. Kucharski then, at that time, concluded that no
24  direct formal assessment of Dr. Siddiqui's competency to stand
25  trial was possible and no evaluator had been able to question
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                    97

09N5sidS                          sentence
1   her about her factual and rational understanding of the
2   proceedings against her or to assess directly her ability to
3   assist counsel because she did not cooperate with him.
4         She acknowledged, he said, to brief fleeting visions
5   of her children of a man standing outside her cell and of a dog
6   eating off a plate.  These visions appeared to be hypnogogic
7   experiences and not true visual hallucinations.  There appear,
8   he said, to be no auditory, tactile, or olfactory
9   hallucinations.  Significant depression had been noted
10  throughout her incarceration.
11        Dr. Kucharski concluded that Dr. Siddiqui was
12  suffering from a delusional disorder and that she was
13  depressed.  He noted that while some of her beliefs were
14  consistent with radical political ideology typical of militants
15  dedicated to jihad -- this is his opinion -- many others exceed
16  political ideology.  For example, he said, her belief that
17  Israel, United States and India are conspiring to invade
18  Pakistan, that Jews are responsible for 9/11 and have
19  infiltrated American political and governmental organizations
20  are not bizarre in the cultural context in the militant jihad
21  beliefs.  He also said that just because they are consistent
22  with radical jihadist ideology does not exclude the possibility
                                Page 45

09N5sidS.txt
```
23    that they can be so extreme as to be delusional -- of
24    delusional proportions.
25            More recently, on behalf of the defense Dr. Rosenfeld,
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```
98

09N5sidS                    sentence
```
 1    Barry Rosenfeld in a submission dated July 13, 2010 concluded
 2    that there was considerable evidence to support the conclusion
 3    that Dr. Siddiqui suffers from a genuine and severe mental
 4    disorder.  On the other hand he says the possibility of
 5    malingering cannot be conclusively ruled out.  His opinion is
 6    that a diagnosis of paranoid schizophrenia or schizoaffective
 7    disorder appears to be the most plausible explanation for the
 8    symptoms and observations.
 9            In response to his report the government asked
10    apparently Dr. Johnson and Dr. Saathoff to, at my request, I
11    might add, to respond.  And they did.  And they still maintain,
12    that is to say Dr. Saathoff concludes that, still, this is as
13    of September 13, 2010, Dr. Siddiqui does not suffer from a
14    major mental illness requiring medication or treatment.  He
15    says in fact that compared to her prior behaviors leading up to
16    her competency determination she has demonstrated remarkable
17    stability and that she has demonstrated a great deal of
18    resiliency under the stressful circumstances of trial,
19    conviction, and sentencing.  He goes on to say a good deal more
20    but I think that is sufficient for our purposes for now because
21    we are running quite long.
22            Sally Johnson also concludes that having reviewed
23    additional information she does not find more support for the
24    presence of a serious mental disease or defect historically in
25    Dr. Siddiqui.
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```
99

09N5sidS                    sentence
```
 1            So, I have taken all of these and I think we need to
 2    take all these reports into account.  I mentioned my concern
 3    before that no one has proposed a prognosis or therapy or
 4    medication.  Dr. Siddiqui has said that she doesn't feel she
 5    needs it.  She certainly is not obliged to be cooperative in
 6    that respect but I am concerned about the absence of any
 7    psychological road map or path but I what I will do is, during
 8    the period of incarceration, is recommend that there be
 9    periodic assessments and follow-up treatment, if warranted, and
10    if medication is called for, that it be suggested.  I really
11    don't know what the prognosis or what the outcome would be
12    because I don't, at this point, have reason to believe that she
13    would be cooperative.  But, I will recommend it.
14            I am also recommending that she be housed again at FMC
15    Carswell in Texas where she was housed before.  Among other
16    reasons, so that she can be near where her brother lives, as I
17    understand it.
18            So, the other factors under 18, U.S.C. 3553(a), the
19    seriousness of the offense, promoting respect for the law,
20    providing a just punishment.
21            The offenses for which Dr. Siddiqui was convicted are
22    very serious in nature as reflected by the case law, that is to
23    say comparing this result with other cases.
24            Adequate deterrence to criminal conduct.  Here I have
25    considered not only specific deterrence which involves
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```

09N5sidS.txt

100

09N5sidS                      sentence
1   deterring the person who has been convicted so as to protect
2   society, among other things, but also general deterrence which
3   is defined as deterring others from committing the same crime
4   by demonstrating its disadvantageous consequences.  And here,
5   again, I think that a lengthy sentence is required both for
6   purposes of specific deterrence and general deterrence.
7           With respect to specific deterrence I have said now
8   several times no one has suggested a plausible therapy or one
9   that which Dr. Siddiqui is likely to cooperate in, at least not
10  yet, and so there is no way to assure that the incidents found
11  by the jury would not, in some form or fashion, happen again if
12  she were at liberty.
13          With regard to general deterrence, it is just
14  axiomatic that serious offenses such as these, attempted murder
15  and assault of U.S. nationals and U.S. employees and U.S.
16  officials must be deterred and when they occur they must be
17  punished significantly.
18          I also find that the public would be at risk of danger
19  if Dr. Siddiqui were at liberty although she has, on so many
20  occasions, stated that she is a person of peace.  I'm not sure
21  that that would be the result, and to the extent that there are
22  mental health issues and particularly if no cure or therapy is
23  proposed, that it would be successfully administered.
24          I believe that, as I have said, further mental health
25  assessments and/or treatment are warranted during the term of
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

101

09N5sidS                      sentence
1   incarceration.  The prognosis, I think, has to be guarded
2   because of the lack of cooperation so far.
3           And I will recommend that the Bureau of Prisons
4   evaluate Dr. Siddiqui again periodically with respect to both
5   treatment and medication.  I will also recommend to the Bureau
6   of Prisons and to Dr. Siddiqui's family members, if they are
7   willing and able to help out, that she receive therapeutic
8   counseling while incarcerated, if warranted, by an assessment.
9           I realize that she may not cooperate with such
10  counseling or medication but I do note that at FMC Carswell in
11  the past had some success in communicating with her and, while
12  there she appeared, at least to me, to have developed
13  relationships with some of the staff and other members of the
14  population.  And so, as I say, I am going to recommend that she
15  be incarcerated there.
16          As to the kind of sentences available, incarceration
17  is the only one that's appropriate.  We have talked about the
18  sentencing guidelines, we have talked about policy statements
19  issued by the sentencing commission and as to the need to avoid
20  unwarranted sentence disparities among similarly situated
21  defendants.  I have also canvassed the case law and while some
22  may disagree, I think that while no case is exactly like this
23  one, I think that the sentence is not unwarrantedly disparate.
24          Restitution is not an issue in this case.
25          So, that is the analysis.  If anybody from the counsel
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

102

09N5sidS                      sentence
1   table wishes to be heard further or Dr. Siddiqui, I am happy to
2   hear you.
3           Hold on one second.  Any of the lawyers want to be
                         Page 47

09N5sidS.txt

4   heard?  Government?
5               MS. CARDI:  No, your Honor.
6               THE COURT:  Defense.
7               MR. LAVIGNE:  Just very briefly, Judge.
8               I just wanted to confirm that Court has obviously
9   resolved all the guidelines issues that the defense had in
10  other objections to the PSR.
11              THE COURT:  Yes, we are coming to that.
12              Yes.
13              THE DEFENDANT:  I just want to say one thing.
14              I am one person and the Prophet Mohammed, peace be
15  upon him, forgave all his personal enemies no matter how many
16  how much injustice.  And we all know, people who know him, how
17  much he suffered but he never took personal revenge.  He did go
18  after people for other reasons but not for personal revenge
19  ever.
20              Forgive everybody in my case, please.  From even in
21  the future what they may potentially do to me.  If I'm
22  forgiving them and I have -- even I announced during the trial
23  forgave the two soldiers who shot me, so just forgive them,
24  please.  Don't get angry.  If I'm not then nobody else should.
25              Just, the world is full of injustices.  You can strive
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

                                                                    103

09N5sidS                     sentence
1   in many ways to make the world a more livable, peaceful place
2   and if I know that people are doing that because I said that,
3   that would make me so happy.  You know?  It would just, you
4   know.
5               So that's clear, right?
6               Thank you.
7               THE COURT:  Thank you.
8               THE DEFENDANT:  And the also forgive Judge Berman.  I
9   didn't say that because I want the anger to be directed to him,
10  the point about the jury.  That was just a clarification.  I'm
11  not recommending being angry at anybody for me.
12              THE COURT:  Let me tell you, I appreciate it.
13              THE DEFENDANT:  No problem.
14              THE COURT:  And I wish more defendants would tell it
15  the same way that you do.
16              THE DEFENDANT:  Thank you.
17              THE COURT:  So, are there any further objections to
18  the contents of the presentence report apart from what have
19  been submitted on the record?
20              MS. CARDI:  No, your Honor.
21              THE COURT:  Anything from the government?
22              MR. LAVIGNE:  No, your Honor.
23              THE COURT:  Any further objections, Dr. Siddiqui?  Do
24  you have any further objections to note?
25              THE DEFENDANT:  What do you mean further objections?
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

                                                                    104

09N5sidS                     sentence
1               THE COURT:  Well, I have heard you.
2               THE DEFENDANT:  I have too many but I am not saying
3   them --
4               THE COURT:  Well, you can.
5               THE DEFENDANT:  -- because people will spend the rest
6   of the day here.
7               THE COURT:  So, what I usually do is --
8               THE DEFENDANT:  You can ask if I agree with anything,
                                Page 48

O9N5sidS.txt

```
 9   that would be wonderful and take less time.
10           THE COURT:  I don't expect that you do and there is no
11   obligation that you do.  I think, as a matter of fact, speaking
12   from my perspective, you were very articulate and eloquent in
13   stating the positions that you did state.  And, frankly, I
14   appreciate that.
15           THE DEFENDANT:  Thank you.
16           THE COURT:  So, I'm going to adopt the findings of
17   fact and presentence report unless defense counsel, I will ask
18   one more time if there is any further objections.
19           MS. CARDI:  No, your Honor.
20           THE COURT:  Government?
21           MR. LAVIGNE:  No, your Honor.
22           THE COURT:  And I will assume that Dr. Siddiqui is
23   also all set there?
24           So, I think we should move right to the imposition of
25   the sentence.  Just bear with me for one moment.
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

                                                                    105

O9N5sidS                    sentence

```
 1           So, having considered the factors at 18, United States
 2   Code, Section 3553(a), it is my judgment that Dr. Siddiqui be
 3   sentenced to a period of incarceration of 86 years, 76 years on
 4   Count One, Two, Three, Five, Six and Seven grouped together,
 5   plus 10 years on Count Four.
 6           Upon release from incarceration she would be placed on
 7   supervised release for a period of five years.  I said before
 8   and am corrected by the government, only one count carries a
 9   five-year term of supervised release, the others a three-year
10   term.  Those must be concurrent.  So, one five-year term
11   applies.
12           She is Subject to what are called the mandatory
13   conditions that she not commit another federal, state or local
14   crime; that she not illegally possess a controlled substance;
15   that she not possess a firearm, dangerous weapon or destructive
16   device; and that she refrain from any unlawful use of a
17   controlled substance.  She would be required to submit to one
18   drug test within 15 days of placement on supervised release if
19   that were to occur and at least two unscheduled drug tests
20   thereafter.
21           In addition, she shall comply with what are called
22   Standard Conditions 1 through 13 plus the following special
23   conditions that would normally apply in a case like this.  If
24   there were supervision at large she would be supervised in her
25   district of residence, she would be required to report to the
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

                                                                    106

O9N5sidS                    sentence

```
 1   probation department within 72 hours of release from custody,
 2   she would be required to participate in a program approved by
 3   the Probation Department for -- rather a mental health program
 4   of therapeutic counseling by a licensed therapist.
 5           I'm recommending that she serve her period of
 6   incarceration at FMC Carswell.
 7           And, as I said before, I'm recommending that she be
 8   given periodic assessments for mental health and help in any
 9   follow-up treatment, therapy or medication that may be
10   recommended.
11           She will be required, also on supervised release, to
12   cooperate with the Department of Homeland Security, the Bureau
13   of Citizenship and Immigration Services in connection with any
```

                              Page 49

O9N5sidS.txt
14   proceedings to determine her status in the United States and,
15   also required to abide by BCIS rules, regulations and laws.
16         I am not imposing a fine.  I'm not imposing
17   restitution.  I don't think either is appropriate in this case.
18         I am imposing a special assessment of $700 which is
19   mandatory under our sentencing laws, $100 for each count.
20         As I said before, I tried to explain as fully as I
21   know how, I believe that the sentence is, one thing, compatible
22   with the sentencing guidelines but, more importantly, is
23   compatible with the criteria set forth at 18, United States
24   Code, Section 3553(a) and I incorporate that entire discussion
25   here for the purpose of this sentence.
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              107

      O9N5sidS        sentence
1          So, starting with the government, does either counsel
2    know of any legal reason why the sentence should not be imposed
3    as so stated?
4          MR. LAVIGNE:  No, your Honor.
5          THE COURT:  Defense?
6          MS. CARDI:  No, your Honor.
7          THE COURT:  I hereby order that the sentence be
8    imposed as so stated.
9          Dr. Siddiqui, you have the right to appeal this
10   sentence.  If you are unable to pay the cost of an appeal you
11   have the right to apply for leave to appeal in forma pauperis.
12   If you request, the Clerk of the Court will prepare and file a
13   notice of appeal on your behalf immediately.
14         THE DEFENDANT:  Can I just make comment?
15         The way this trial was handled the appeal I assume
16   would be the same way and that this kind of circumstances where
17   I cannot get a lawyer of my choice, I am dumped by other people
18   who are not authorized etc., etc., etc., too long list of
19   injustices, I do not want anybody to donate one penny towards
20   appeal.  It is useless, pointless, waste of time, energy,
21   money, everything.  Okay?  I appeal to God.  And he hears me.
22         THE COURT:  You can, if you like, reconsider that.
23   You have some time.
24         THE DEFENDANT:  But I'm going to -- if I -- I would
25   appeal it because I do not agree with it but not under this way
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              108

      O9N5sidS        sentence
1    of the way this was all done.  This is more like -- I'm going
2    to say this:  I went from MIT and they can label me whatever,
3    mental and list that they want to.  I was at the Harvard of
4    Israel and now I am at the MIT of Israel.  I consider the MIT
5    meaning Manhattan Institute of Theater Arts, that's why I am so
6    happy.  I take what God will give me, his mercy, and you all
7    see that.  So, please, don't spend any more on this.
8          THE COURT:  Ms. Sharp, can I call upon you or
9    Ms. Cardi to --
10         MS. CARDI:  Your Honor, I will file notice of appeal
11   and we will work out what will happen --
12         THE DEFENDANT:  They will not --
13         MS. CARDI:  -- what will happen.
14         THE DEFENDANT:  Not on my behalf.  Keep them out of my
15   life.
16         MS. CARDI:  I actually think I'm obligated as CJA
17   counsel to file her notice of appeal and then we can figure out
18   what will happen thereafter.
                        Page 50

09N5sidS.txt

19          THE DEFENDANT:  No.  No.  I strongly refuse this
20   counsel definitely and any other appointed by anyone or
21   self-appointed.  No way.  Thank you.
22          I do not want you.  If you do, one day I will take you
23   to court one day.
24          THE COURT:  Wait.  Let me tell you what I think she is
25   suggesting:  The law is if you are going to have an appeal, it
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                   109

09N5sidS              sentence
1    has to be filed in a certain time frame.  And all she is saying
2    is that she'll file a notice of appeal so you don't waive your
3    right to appeal.  As to who ultimately files the appeal, that's
4    a separate consideration.
5          Just give it some thought, but I think it is wise to
6    at least preserve the right to be able to appeal by having her
7    file just a simple one-page notice that says you appeal.
8          As to who ultimately --
9          THE DEFENDANT:  No.  I don't want them doing anything.
10   Thank you.  If it has to be done -- I'm not waiving any right.
11         THE COURT:  Okay.
12         THE DEFENDANT:  If I don't waive it how does it
13   automatically go away?  So, I don't want them doing anything.
14   Thank you very much.
15         THE COURT:  Okay.
16         MS. SHARP:  Your Honor, did you have a question for
17   me?
18         MS. CARDI:  No.
19         THE COURT:  I was going to ask you, as best you could,
20   to apprise Dr. Siddiqui as to the, what a notice of appeal is,
21   how the time frame, etc., etc.
22         MS. SHARP:  Right.  I understand, your Honor.  And I
23   think Ms. Cardi did take care of that.
24         THE COURT:  Okay.  Counsel, starting with the
25   government, did you want to add anything to today's proceeding?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                                                   110

09N5sidS              sentence
1          MR. LAVIGNE:  No, your Honor.
2          THE COURT:  How about the defense?
3          MS. CARDI:  No, your Honor.
4          THE COURT:  Okay.  It has been a long day so far,
5    Dr. Siddiqui.  I wish you the very best going forward.
6          We are adjourned.
7                              oOo
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

                            Page 51

09N5sidS.txt
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300