08cr826

بسم الله الرحمن الرحيم ۔ ۔ اعوذ بالله من الشيطان الرجيم ۔ ۔ ۔ رسول الله

Redacted

# MEMO ENDORSED

**RECEIVED OCT 20 2010 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

Respected Mr. Richard Berman,   See p2

I would like to inform you of the following, which I am writing while I am in perfect mental and physical health, not under the influence of any drugs, nor under any other kind of duress:

① Once again, I'd like to re-iterated that I have fired — and am firing once again, since they don't go away — all of the following attorneys:

- Ms. Dawn Cardi
- Mr. Chad Edgar
- Mr. Charles Swift
- Ms. Linda Moreno
- Ms. Elaine Sharp

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/10

Let it be clear that I have relieved all of the above named attorneys from representing me in any court of Law for anything — in other words — they are all FIRED. I hope this is clear and will be immediately be put into effect.

② If I need an attorney to represent me or communicate with court on my behalf, then my attorney is Ms. Farha Ahmed. Her phone # is [redacted] and her address is [redacted]. This is to go in effect immediately. Several important people and witnesses etc. have been or are being informed of this letter and all its contents as appropriate.

③ I waive all my rights to appeal the unjust sentence given to me on Sept. 23rd 2010. Nobody has the right to appeal it on my behalf in any court of Law in this world. I have made my appeal to God and it has been answered.    Thank you very much.

Aafia Siddiqui
Friday Oct. 15, 2010

—1—

08cr826

> The Court is docketing the letter dated October 15, 2010 from Dr. Siddiqui (attached) and also forwarding a copy to the Clerk of the U.S. Court of Appeals for the Second Circuit.
>
> SO ORDERED:
> Date: 10/20/10      Richard M. Berman
>                     Richard M. Berman, U.S.D.J.

- 2 -