UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                       08 Cr. 826 (RMB)

AAFIA SIDDIQUI,

        Defendant.

----------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed declaration of ELAINE WHITFIELD SHARP dated January 21, 2014, the exhibits attached thereto and all prior proceedings heretofore had herein, the undersigned will move this Court at a date and time to be set by this Court for an order modifying the Protective Order related to materials disclosed by the government to permit post-conviction counsel to review same and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 25, 1014

                                                                      DAWN CARDI & ASSOCIATES

                                                                      /s/

                                                                      Dawn M. Cardi
                                                                      Two Park Avenue, 19th Floor
                                                                      New York, NY 10016
                                                                      (212) 481-7770 (tel.)
                                                                      dcardi@cardilaw.com

Handwritten annotation: "Gov't to respond by 2/10/14 (including any clearance issues)"

TO:    United States Attorney (by ECF)
          Southern District of New York

SO ORDERED:
Date: 1/27/14    Richard M. Berman
                          Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/14