UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                          08-CR-826 (RMB)

AAFIA SIDDIQUI,

       Defendant.

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned, an attorney duly admitted to practice before this Court, hereby appears in the foregoing action on behalf of the defendant Aafia Siddiqui.

Dated: New York, New York  
      May 8, 2014

Yours, etc

ROBERT J. BOYLE  
351 Broadway  
3rd floor  
New York, N.Y. 10013  
Attorney for Defendant  
(212) 431-0229  
Rjboyle55@gmail.com

TO: United States Attorney  
     Southern District of New York