The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

October 28, 2024

Re: <u>USA v. Siddiqui</u>
**Case No**. 1:08-cr-826-RMB

Dear Judge Berman:

Counsel for Defendant, Aafia Siddiqui, with the consent of Government's attorney, file this letter along with an attached Stipulated and Proposed Protective Order. Per the Court's instruction in the endorsement, dated October 3, 2024, counsel have updated the contact information for all attorneys previously involved in the matter, and have attached that list as an Exhibit to the Stipulated (Proposed) Protective Order.

Respectfully,

/s/Hassan E. Ansari
_____
Hassan E. Ansari, Esq.
Ansari Legal LLC

/s/Clive Stafford Smith
_____
Clive Stafford Smith, Esq.

*Counsel for Defendant*
*Aafia Siddiqui*

**Attachment:**
Stipulated (Proposed) Protective Order

**copied to (via ECF/email):**
Getzel Berger, Esq., AUSA

1