**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                          Government,                 08 Cr. 826 (RMB)

        - against-                              **ORDER**

AAFIA SIDDIQUI,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The status conference scheduled for May 13, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 8, 2026
       New York, NY

                                    _RMB_

                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**