**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                              Government,                    08 Cr. 826 (RMB)

        - against-                         **ORDER**

AAFIA SIDDIQUI,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The status conference previously scheduled for May 13, 2026 at 10:00 A.M. will take place on May 14, 2026 at 10:00 A.M. in Courtroom 17B.

Dated: May 11, 2026
      New York, NY

                                                 **RICHARD M. BERMAN**
                                                      **U.S.D.J.**