**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------x

UNITED STATES OF AMERICA,

Government,

- against-

AAFIA SIDDIQUI,

Defendant.

----------------------------------x

08 Cr. 826 (RMB)

**ORDER**

The Court respectfully denies without prejudice the proposed briefing schedule submitted on July 10, 2026. Dkt. No. 355. Instead, the parties are to confer and propose a schedule for briefing demonstrating that defendant Aafia Siddiqui is competent to have hired defense counsel and to pursue motions by July 30, 2026. All briefs shall be no longer than 12 pages in length, double spaced.

Dated: July 16, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**