**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2026

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: United States v. Aafia Siddiqui, 08 Cr. 826 (RMB)**

Dear Judge Berman:

As instructed by the Court, the parties have conferred and jointly propose the following schedule to brief the issue of Aafia Siddiqui's competency to hire defense counsel:

- Defense brief due July 24, 2026;
- Government brief due August 7, 2026; and
- Defense reply, if any, due August 14, 2026.

Defense brief due 7/31.
Government brief due 8/14.
Defense reply, if any, due 8/21.

SO ORDERED:
Date: 7/27/2026
Richard M. Berman, U.S.D.J.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Getzel Berger / Stephen J. Ritchin
Assistant United States Attorneys
(212) 637-1061 / 2503

cc: All counsel (by ECF)